Kenner Law Firm
**David Kenner, SBN 41425**
**16633 Ventura Blvd., Ste. 735**
**Encino, CA  91436**
**Phone: (818) 995-1195**
**Fax: (818) 475-5369**
**Email: David@KennerLaw.Com**

**Attorney for Defendant**
**Prakazrel michel**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| THE uNITED sTATES OF aMERICA, pLAINTIFFS, VS. PRAKAZREL MICHEL, *ET AL*., DEFENDANTS. | cASE NO. 19-148-1(CKK) DEFENDANT MICHEL'S PROPOSED WITNESS LIST The Honorable Colleen Kollar-Kotelly |
|---|---|

COMES NOW DEFENDANT PRAKAZREL MICHEL, by and through counsel of record, and hereby lodges with the Honorable Court his proposed witness list.  Mr. Michel respectfully reserves the right to update this witness list as circumstances dictate and allow.

///

///

///

DATED: September 30, 2022                    Respectfully submitted,

**/s/ David Kenner**
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant


**/s/ Charles Haskell**
Charles R. Haskell
The Law Offices of Charles R. Haskell
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

## **WITNESS LIST**

The Defense's investigation of this case and preparation for trial continues, and Defendant reserves the right to add witnesses should it become necessary

The current witnesses are:

1. Bekkedam, Barry – former financial advisor to Mr. Michel
2. Broidy, Elliott – Political consultant, former Chair of RNC Finance Committee
3. Carson, Ben – former Secretary of Housing and Urban development
4. Gouzer, Loic– an official at Christie's auction house
5. Higginbotham, Azadeh – Wife of George Higginbotham
6. Higginbotham, George – former legal counsel to Mr. Michel
7. Hilliard, Erica – Assistant to Elliot Broidy at Broidy Capital
8. Johnson, Jeh – former head of Homeland Security
9. Kelley, John– former POTUS Chief of Staff
10. Lidsky, Harry – FBI Investigator
11. Lum-Davis, Nicki
12. Malone, Rich – Financial expert for Defense
13. Moscowitz, Marc– former financial advisor to Mr. Michel
14. Obama, Barack – Former President
15. Richardson, Neville – producer director former financial advisor of Mr. Michel
16. Ross, Helene – office manager to Bekkadem's consulting company (FCBOC)
17. Rousseau, Joel– promoter and friend of Mr. Michel
18. Sessions, Jeff – Former U.S. Attorney General
19. Trump, Donald – Former President

20. Wengei, Guo – PRC dissident

21. White, Frank – Former Presidential Fundraiser

22. Wynn, Steve – Hotel and Casino owner

23. Zitman, Andrew – Supervisory FBI Special Agent

    The Defense is prepared to make an offer of proof as to any of the listed witnesses if the Court so requests and at a time convenient to the Court.

DATED: September 30, 2022        Respectfully submitted,

        **/s/ David Kenner**
        David E. Kenner
        Kenner Law Firm
        16633 Ventura Blvd., Suite 735
        Encino, CA 91436
        (818) 995-1195
        Email: david@kennerlaw.com
        CA Bar No.: 41425
        Counsel for Defendant

        **/s/ Charles Haskell**
        Charles R. Haskell
        The Law Offices of Charles R. Haskell
        641 Indiana Ave. NW
        Washington, DC 20004
        (202) 888-2728
        Email: Charles@CharlesHaskell.com
        DC Bar No.: 888304007
        Retained Counsel for the Defendant

## **CERTIFICATE OF SERVICE**

I declare under penalty of perjury that the foregoing is true and correct this ___ day of September 30, 2022, at Washington D.C., and that this document is executed under penalty of perjury according to the laws of the United States of America.

                                                     _____
                                                    Charles R. Haskell
                                                    Attorney at Law