## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 1:19-cr-148** |
| | ) | |
| | ) | |
| **PRAKAZREL MICHEL,** | ) | |
| **LOW TAEK JHO** | ) | |
| | ) | |

## <u>NOTICE OF WITNESS LIST</u>

The government provides this public notice of its proposed witness list pursuant to the Court's Minute Order of October 8, 2022.  Listed below are the potential witnesses in the government's case-in-chief.  The government may supplement this list with additional witnesses prior to trial.

1. Frank White

2. Tysa Wright

3. Jack Brewer

4. William Kirk

5. John Kelly

6. Allan Maragh

7. Additional City National Bank Witness

8. Marc Moscowitz

9. Eric Feigenbaum

10. Steve Wynn

11. Ashley Carranza

12. Ron Vinder

13. Neville Richardson

14. Richard Kromka

15. Claudine Oriol

16. Edgar Mejia

17. Jason McCall

18. Ferrydoon Ardehali

19. Joseph Vincent Ronquillo

20. Randall Toussaint

21. Naomi Firestone

22. Marc Richard Hilaire

23. Neda Shojai

24. William Rutherford

25. Leonardo DiCaprio

26. Matt Pottinger

27. David Sugarman

28. Loic Gouzer

29. Paige Rolfe

30. Jana Aristizabal

31. Michele Ross

32. George Higginbotham

33. Michael Hartsock

34. Additional FEC representative

35. Elliott Broidy

36. Rudoph Moise

37. Nickie Lum Davis

38. Heather Hunt

39. H.R. McMaster

40. Ricky Waddell

41. Barry Bekkedam

42. Rob Willis

43. Joel Rousseau

44. Steven Plotnick

45. April McDaniel

46. Supervisory Special Agent Robert Heuchling

47. Supervisory Special Agent Andrew Zitman

48. Special Agent Justin Gray

49. Special Agent Eric Van Dorn

50. Assistant Special Agent in Charge Harry Lidsky

51. Special Agent Damjan Hezir

52. SOS Evey Henry

53. Custodian from Jenner & Block

54. Custodian from Wells Fargo

55. Custodian from Verizon

56. Custodian from AT&T

57. Custodian from City National Bank

58. Custodian from Citibank

59. Custodian from Morgan Stanley

60. Custodian from T-Mobile

61. Custodian from Lycamobile

62. Custodian from Industrial Bank

63. Custodian from Standard Chartered Bank

64. Custodian from HSBC

65. Custodian from Bank of America

66. Custodian from Bank of Hawaii

67. Custodian from TD Bank

68. Custodian from BSI Bank Ltd.

69. Custodian from Trump Hotels

70. Custodian from American Airlines

71. Custodian from Jet Aviation

72. Custodian from Cathay Pacific Airways


Respectfully submitted,

    COREY R. AMUNDSON
    Chief, Public Integrity Section
    Criminal Division
    U.S. Department of Justice

By: */s/ John D. Keller*
    John D. Keller
    Principal Deputy Chief

    Sean F. Mulryne
    Director of Enforcement & Litigation
    Election Crimes Branch

Nicole Lockhart
Trial Attorney
1301 New York Ave., NW
Washington, DC 20530
Telephone:  202-514-1412
Facsimile:  202-514-3003
john.keller2@usdoj.gov
sean.mulryne@usdoj.gov
nicole.lockhart@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.


Dated:  October 09, 2022                                   */s/ John D. Keller*_____
                                                                         John D. Keller