# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PRAKAZREL MICHEL,<br><br>Defendant. | Criminal Action No. 19-148-1 (CKK) |

**ORDER**
(March 6, 2023)

     Before the Court are Movant Benjamin Carson's ("Carson") [200] Motion to Quash Rule 17 Subpoena ("Carson Motion" or "Carson Mot.") and the remainder of the Government's [193] Motion to Exclude Witnesses ("Gov. Motion" or "Gov. Mot."). The Government resolved the vast majority of the Gov. Motion in its [207] Memorandum Opinion and Order, quashing Defendant's subpoenas to former President Barack Obama, former President Donald Trump, and former Secretary of Homeland Security Jeh Johnson. The Government incorporates by reference the entirety of that Memorandum Opinion and Order and its reasoning herein. Remaining for resolution is the Government's request to exclude any testimony by Carson.

     As the Court last explained, to merit calling Carson, Michel must demonstrate by proffer that Carson's testimony will be both "material" and "favorable" to Michel's defense. *See United States v. Valenzuela-Bernal*, 458 U.S. 858, 867 (1982). Although Defendant insists that he no longer intends to call Carson, he nevertheless requests that the Court maintain the subpoena. ECF No. 201 at 2. Defendant references two emails provided during discovery: (1) an email suggesting that Carson had agreed to have dinner with Michel and another individual and (2) an email from that third individual attaching a photograph of himself, Carson, Carson's wife, and the Prime Minister of Malaysia. *Id.* Based on these purported emails and Defendant's proffer, the Court agrees with Carson that he does not appear to have any material testimony bearing on Michel's intent to violate FARA or overt acts in furtherance of his scheme to violate FARA. Without material testimony as to any charged offense, Defendant's subpoena to Carson cannot be sustained. *See United States v. Poindexter*, 732 F. Supp. 173, 174 (D.D.C. 1990). Therefore, and for the reasons stated in the Court's [207] Memorandum Opinion and Order, it is hereby

     **ORDERED**, that the remainder of the Government's [193] Motion to Exclude Witnesses is **GRANTED**. It is further

     **ORDERED**, that Movant Benjamin Carson's [200] Motion to Quash Rule 17 Subpoena is **GRANTED**. It is further

**ORDERED**, that Defendant's Rule 17 subpoena to Movant Benjamin Carson is **QUASHED**.

**SO ORDERED**.

Dated: March 6, 2023

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge