**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PRAKAZREL MICHEL,<br><br>Defendant. | Criminal Action No. 19-148-1 (CKK) |

**ORDER**
(March 7, 2023)

Before the Court is the Government's [204] Motion for an Order to Show Cause for contempt. Upon consideration of defense counsel's [205] Response thereto, the Government's [204] Motion for an Order to Show Cause is **HELD IN ABEYANCE** pending trial. As to prior conduct, the Court cannot grant any relief at this time that would not also prejudice judicial economy and the conduct of trial. However, to the extent that the Government requests that the Court regulate defense counsel's and/or Defendant's communications and the Government's obligations under the [209] Trial Procedures Order prior to and during trial, the Government may file a motion for such relief on or before **March 9, 2023**.

**SO ORDERED.**

Dated: March 7, 2023

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge