IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.   ) <br> ) <br> ) <br> PRAKAZREL MICHEL, ) <br> LOW TAEK JHO ) <br> ) | Crim. No. 1:19-cr-148 |

### NOTICE OF SUPPLEMENTAL WITNESS LIST

The government provides this public notice of its supplemental witness list pursuant to the Court's Minute Order of October 8, 2022. Listed below are potential additional witnesses that may be called in the government's case-in-chief. The government may supplement this list with additional witnesses prior to trial.

1. Tom Reynolds
2. Michael Son
3. Michele Lipson

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By: /s/ John D. Keller
    John D. Keller
    Principal Deputy Chief
    Sean F. Mulryne
    Director of Enforcement & Litigation
    Election Crimes Branch
    Nicole Lockhart
    Trial Attorney
    1301 New York Ave., NW

Washington, DC 20530  
Telephone:  202-514-1412  
Facsimile:   202-514-3003  
john.keller2@usdoj.gov  
sean.mulryne@usdoj.gov  
nicole.lockhart@usdoj.gov  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.

Dated:  March 13, 2023                                          */s/ John D. Keller*
                                                                                        John D. Keller