```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2     - - - - - - - - - - - - - - - x
       THE UNITED STATES OF AMERICA,
 3                                       Criminal Action No.
                    Plaintiff,          1:19-cr-00148-CKK-1
 4                                       Monday, April 3, 2023
       vs.                               9:04 a.m.
 5                                       *MORNING SESSION*
       PRAKAZREL MICHEL,
 6
                    Defendant.
 7     - - - - - - - - - - - - - - - x
       _____
 8
                      TRANSCRIPT OF JURY TRIAL
 9         HELD BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
                    UNITED STATES DISTRICT JUDGE
10     _____

11     APPEARANCES:

12     For the United States:      JOHN DIXON KELLER, ESQ.
                                   U.S. DEPARTMENT OF JUSTICE
13                                 1301 New York Avenue NW
                                   Suite 1016
14                                 Washington, DC 20530
                                   (202) 598-2231
15                                 john.keller2@usdoj.gov

16                                 SEAN F. MULRYNE, ESQ.
                                   NICOLE RAE LOCKHART, ESQ.
17                                 U.S. DEPARTMENT OF JUSTICE
                                   Public Integrity Section
18                                 1400 New York Avenue, NW
                                   Washington, DC 20005
19                                 (202) 598-2816
                                   sean.mulryne@usdoj.gov
20                                 nicole.lockhart@usdoj.gov

21     For the Defendant:          DAVID ELLIOTT KENNER, ESQ.
                                   ALON ISRAELY, ESQ.
22                                 KENNER LAW FIRM
                                   16633 Ventura Boulevard
23                                 Encino, CA 91436
                                   (818) 995-1195
24                                 david@kennerlaw.com
                                   aicb@biaprotect.com

25     (Continued on Next Page)
```

```
 1     APPEARANCES (CONTINUED):

 2     For the Defendant:        CHARLES R. HASKELL, ESQ.
                                 LAW OFFICES OF CHARLES R.
 3                               HASKELL, P.A.
                                 641 Indiana Avenue, NW
 4                               Washington, DC 20004
                                 (202) 888-2728
 5                               charles@charleshaskell.com

 6
       Court Reporter:          Lisa A. Moreira, RDR, CRR
 7                              Official Court Reporter
                                U.S. Courthouse, Room 6718
 8                              333 Constitution Avenue, NW
                                Washington, DC  20001
 9                              (202) 354-3187

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                          I N D E X

2
    WITNESS                                            PAGE
3
    SPECIAL AGENT JUSTIN GRAY
4        (By Ms. Lockhart)...................................18
         (By Mr. Kenner)....................................59
5        (By Ms. Lockhart)...................................80

6
    LEONARDO DiCAPRIO
7        (By Ms. Lockhart)...................................84
         (By Mr. Kenner)....................................93
8        (By Ms. Lockhart)..................................122

9
    RUDOLPH MOISE
10        (By Mr. Mulryne)..................................125

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                      P R O C E E D I N G S
2           THE COURT:  Good morning, everyone.
3           IN UNISON:  Good morning, Your Honor.
4           THE COURTROOM DEPUTY:  Criminal Case 19-148-1, The
5    United States vs. Prakazrel Michel.
6           Counsel, would you please identify yourself for
7    the record starting with the government.
8           MS. LOCKHART:  Good morning, Your Honor; Nicole
9    Lockhart, John Keller, and Sean Mulryne for the government.
10          MR. KENNER:  Good morning, Your Honor; David
11   Kenner, Alon Israely, Charles Haskell, and Kriss Anne
12   Carlstrom for the defense.
13          THE COURT:  All right.  Good morning, everyone.
14          MR. KENNER:  Good morning.
15          THE COURT:  And good morning, Mr. Michel.
16          So we had started to discuss last week the
17   issue of the pending motion for order to show cause, and I
18   had left it for you -- both defense counsel and the
19   government -- to have a further conversation.  And I'd also
20   indicated that it was my plan -- although it's been pushed
21   off until after the trial -- to have it sent to another
22   judge now.  The judge isn't going to do anything until after
23   the trial, but then it gets rid of any potential conflict or
24   appearance of a conflict.  They'll just put it on the wheel
25   and it will go to whatever judge is up for doing -- these
```

1    are not that unusual in terms of motions.  We've had issues

2    about protective orders and grand jury material before.

3            So -- but I did receive an email where both the

4    government and defense counsel had suggested -- and I think

5    it's correct -- that I discuss with Mr. Michel the potential

6    conflict issue to make sure he understands and that he's

7    comfortable.  And I don't have a problem with that.

8            MR. KENNER:  Your Honor, that was not a request by

9    the defense.  It was a request by Mr. Keller.  I think Mr.

10   Keller indicated we had talked about it and asked -- having

11   talked about it --

12           THE COURT:  The government requested -- I looked

13   at the top, the government and defense counsel.  You talked.

14           I think it's probably a good idea to simply

15   do it and just make sure that there are no issues from

16   Mr. Michel's perspective.

17           MR. KENNER:  Yes.  Your Honor, at this point it is

18   my understanding that there has been no ruling by this Court

19   on the substance of that motion; therefore, as we are

20   standing here right now, there is no conflict.  It's

21   difficult for me to imagine Mr. Michel being asked to waive

22   a conflict until one is declared.  There's nothing to waive

23   right now.

24           Secondly, I want --

25           THE COURT:  Okay.  I'll let you finish.  Go ahead.

1          MR. KENNER:  Secondly, I want the Court to be

2    aware of my perception, my view, that this whole issue was

3    caused by the government in a public filing which I take to

4    have been done to hold the defense attorney and the defense

5    in disrepute.

6          It could have been filed under seal.  It could

7    have been filed after the trial was over.  I'm sure the

8    government was aware that Your Honor was not going to

9    continue the trial in order to have the hearing first.

10          There was conversations about my trying to

11    influence the jury pool.  Not one juror has made reference

12    to really any article, never mind the articles that are in

13    question here.

14          I think this is completely, completely

15    inappropriate, and --

16          THE COURT:  Well, my concern, frankly -- I mean,

17    I've made no ruling.  Obviously if you're issued an order to

18    show cause, then you're moving forward with it; and I wasn't

19    going to do anything of the sort.  I pushed it until after

20    the trial.

21          What its merits are, or whatever, frankly, I have

22    no idea.  My idea was -- and I still would do this, since

23    it's on the docket -- is to have it assigned to another

24    judge to consider or not consider at some later point, but

25    not have me so that there's no issue of appearance, you

1    know, of any conflict in terms of having that sitting there.

2    And I don't have a problem with that.  I think it's probably

3    a good idea to do it.

4              MR. KENNER:  I leave that to Your Honor's

5    discretion.  It still doesn't give rise to the need for

6    Mr. Michel to have to waive something that doesn't yet

7    exist.

8              THE COURT:  Well, I -- you know, the fact that

9    they file -- a lot of motions get filed.  Until somebody

10   actually does something with the motion, it sits there as a

11   motion.

12             So no order has been issued.  There wasn't an

13   order to show cause, and I would not be issuing one when I

14   would request to have it reassigned.  It would be reassigned

15   to a judge who would consider the motion.  They're not going

16   to consider it until after the trial anyway.

17             MR. KENNER:  Right.  I mean, Your Honor, the

18   only --

19             THE COURT:  It's just that I would not be the one

20   having to deal with it.

21             I still have some concern, since it's sitting out

22   there, whether the government should or should not have

23   filed it under seal or not.  I'm not going to get into it.

24   I think it's all wrapped up in the same issue with the

25   motion.

```
 1                    But I do think that some inquiry with
 2      Mr. Michel -- just to understand, you know, what has been
 3      filed, more as an issue of just making sure there are no
 4      problems at some later date.  I don't personally see any
 5      problem with your continued representation, but I don't want
 6      to have an appellate issue sitting out there.  So I would
 7      prefer -- I can do it in the open court.  We can do it under
 8      seal.  We can do it however you want to do it.
 9                    And I assume you've talked to Mr. Michel about
10      this or not?  Is he aware of it?
11                    MR. KENNER:  I have --
12                    THE COURT:  Okay.
13                    MR. KENNER:  I've had brief conversation with him
14      about it.  I think I know what his views are.
15                    THE COURT:  Okay.
16                    MR. KENNER:  But I think he may be entitled to
17      totally independent counsel to advise him.
18                    THE COURT:  Well, that's another --
19                    MR. KENNER:  Not anybody on the defense team.
20                    THE COURT:  That's an option that can be provided
21      to him, if he wishes.
22                    MR. KENNER:  Okay.
23                    THE COURT:  I mean, in terms of looking at it in
24      terms of where -- I mean, where it is now, I think, you
25      know, it does present at least an appearance of potential
```

1    conflict.

2            And so I think some discussion with Mr. Michel,

3    just to make sure he understands, you know, what's been

4    filed, that it's going to be put, you know, back until after

5    the trial, and the -- you know, the issue in terms of your

6    representation, well, it's sitting there.

7            You obviously are the person that they issued the

8    show cause to because you're the one who received all the

9    discovery.  But obviously other people had access to

10   discovery.  But, I mean, you're named because you're the one

11   who got the discovery.

12           MR. KENNER:  Yes.

13           THE COURT:  I'm just explaining why you're on

14   there and nobody else is.  But I think some discussion.

15           But I'm perfectly happy, if Mr. Michel would

16   prefer to have -- I was wanting to explain, and he can

17   decide whether he wants to talk to somebody else, not talk

18   to somebody else or whatever; or if he's sufficiently

19   comfortable, we'll go forward.

20           Mr. Michel.

21           MR. KENNER:  May I have a moment, Your Honor?

22           THE COURT:  Sure.  And I don't have to do it in

23   the open courtroom, if you don't wish to.  That's not a

24   problem.  I was going to suggest not doing it in the open

25   courtroom, but we can, in terms of my inquiry.

```
1                    (Pause)
2              THE COURT:  Mr. Michel, why don't you come on up
3        here for a second.
4              MR. KELLER:  Your Honor, if I can just add two
5        things to the record before the Court gets started?
6              THE COURT:  Okay.
7              MR. KELLER:  First, the government has also
8        requested that a separate office handle any further
9        proceedings related to the motion to -- for order to show
10       cause --
11             THE COURT:  Okay.
12             MR. KELLER:  -- for the same reason that the Court
13       has indicated the Court would put the matter on the wheel.
14       So I think it's likely that -- we don't have final
15       confirmation of which office will handle it, but I think
16       it's likely a local United States Attorney will handle the
17       matter rather than our office, who is involved in this
18       prosecution.
19             And then the other matter, Your Honor, with
20       respect to it being filed publicly, it was addressing an
21       article where virtually all the substance of the motion was
22       based on information that had been published in an article;
23       so it wasn't -- it wasn't like the motion revealed something
24       that was not public.
25             The whole point was that based on what was in the
```

1    published article, the government felt like there had

2    been -- and the attribution in the article to defense

3    counsel, the government felt like there is an indication

4    that the protective order had been violated.

5              THE COURT:  All right.  I think it's a good idea

6    that your office is not doing it so that you all are out of

7    whatever decision is made or in terms of later.

8              MR. KENNER:  Your Honor, I just want to state

9    for the record, before you ask whatever you want to ask of

10   Mr. Michel --

11             THE COURT:  Sure.

12             MR. KENNER:  -- that the fact that a different

13   U.S. Attorney or a different division would handle this, I

14   believe the purpose for this being done was to put the sword

15   of Damocles over me and trying to control the cross-

16   examination that I do and having to be extra careful because

17   of what the government has done.

18             I also want to add, there are 78 hits -- if you go

19   to the DOJ press release site, there are 78 press releases

20   about Mr. Michel or related to Mr. Michel in this case.  And

21   I'd submit if anybody was trying to influence the jury

22   venire, it was the government, not me.

23             THE COURT:  Well, you now have all made your

24   statements back and forth, and I'm not weighing in on any of

25   that.

1             As far as I'm concerned, as I said, there is a

2     motion.  It will be decided by another judge.  I think

3     probably it's a good idea to have somebody separate so that

4     there is not an issue with this.

5             There is publicity.  There is an article in *The*

6     *Washington Post* this morning relating to the trial with a

7     picture of Mr. Michel.

8             MR. KENNER:  That has nothing to do with us --

9             THE COURT:  I'm not suggesting anything.  I'm just

10    saying there's publicity.

11            So far, in terms of the jury, they had not read

12    the article, so that was helpful, in terms of the article

13    that was at issue.

14            So we obviously are going to have some -- and I'm

15    going to keep repeating to tell them not to read, not to do

16    anything in terms of being influenced.  They're here.  They

17    don't need to read about it.  They can hear it firsthand.

18    And that will be something that I'll be saying.

19            So, Mr. Michel, if you could come up for a second.

20    You can take your mask off, if you want, because it's hard

21    to hear you with it.

22            Okay.  Mr. Michel, I just want to have a brief

23    conversation about the motion that has been filed.  It's

24    called the "U.S.'s Motion for Order to Show Cause," and it's

25    directed at your counsel.  And it's an order to show cause

1    for contempt for -- the government has asked -- what the

2    government has asked in the motion is to have your attorney,

3    since he received the discovery, to explain why he shouldn't

4    be held in contempt for -- this is what the government

5    claims in their motion -- sharing certain information from

6    the grand jury with the public that he wasn't permitted to

7    share by law.

8         Nobody's decided whether he did or did not do it.

9    It's directed to him because of the -- because he received

10   the discovery.

11        There is a protective order.  There is also --

12   grand jury material by law is only made public on very

13   limited circumstances.  Usually when a witness takes the

14   stand and they've testified in the grand jury, that material

15   is made available to counsel.

16        I'm not going to be the one making this decision,

17   so that there's no issue here; but another judge would be

18   making a decision as to whether or not they agree with the

19   government.  And, you know, they can decide that nothing

20   needs to be done.  It could be a fine.  It goes all the way

21   up -- for just contempt, it goes all the way up to have

22   potentially even a jail sentence.  You're entitled to a full

23   trial, if that's the case.

24        So the issue is as to whether there's a conflict

25   with your counsel having this motion pending out there in

1      terms of his advocacy for you.

2              Your attorney has assured me that he will continue

3      to advocate effectively on your behalf, and your attorney

4      has certainly been zealously advocating on your behalf

5      throughout these proceedings.  I can say that in terms of

6      filings and his dealings in court with the judge.

7              So still, there's an appearance that your attorney

8      could want to please the government in an effort to get the

9      government to abandon the motion.  And I want to make sure

10     that you want to continue to be represented by your attorney

11     notwithstanding that this motion is out there which could

12     present a conflict.

13             Do you understand?  Do you have any questions you

14     want to ask me?

15             THE DEFENDANT:  Not really.  I don't really

16     understand.  All I know is that I'm totally pleased with my

17     attorney.

18             THE COURT:  Okay.

19             THE DEFENDANT:  Other than that, I don't know what

20     the conflict is, but I'll leave the politics up to him and

21     the government.  I don't involve myself in politics anymore.

22             THE COURT:  Okay.  This is hopefully not a

23     political issue.

24             What I want you to do is to just make sure you

25     know this motion is pending.  It won't be decided, you know,

1    until sometime after the trial, and the government --

2    somebody else in the government will be deciding it.

3    Another judge will be deciding it.  So none of my rulings

4    will have anything to do with the motion.  It wouldn't have

5    anyway, but just to make sure that there's no problem with

6    it.

7          So part of it -- the conflict is whether there

8    appears to be a conflict, that he would have this motion

9    pending that the government's pursuing in terms of

10   representing you.  But if you're satisfied with the

11   representation and you're not concerned at all about this

12   pending motion and how your attorney is handling the case,

13   then that's the end of it.

14         I can also appoint somebody to talk to you more

15   specifically, if that's what you want to do.  But if you've

16   decided it, then just let me know.  This is your decision.

17         THE DEFENDANT:  I'm very satisfied with my

18   attorney.  Thank you, Your Honor.

19         THE COURT:  Okay.  All right.

20         MR. KENNER:  Your Honor, before we close the

21   record on this matter, I want the record to reflect that my

22   response was -- to what Mr. Keller filed was explanatory and

23   I think appropriate.

24         I did not do the things which he claims that I

25   did.  And most importantly, Your Honor, just so the record

1    is completely clear, even though the government's filed

2    something and threatens to put me in jail possibly, I will

3    go to jail before I will denigrate the rights of my client

4    to a full, complete, and effective defense.  If that's where

5    this goes, so be it.

6              THE COURT:  All right.  Now everybody's had their

7    say, and Mr. Michel has decided to go forward.  I haven't

8    seen any stinting in your representation of Mr. Michel.

9              But Mr. Michel made his decision.  He's satisfied

10   with his counsel.  He's indicated he understands, so let's

11   proceed.

12             I don't know that we've got all our jurors.  Let

13   me go back and check.

14             THE COURTROOM DEPUTY:  They're all here.

15             THE COURT:  They're all here.  So my understanding

16   is that there was no other issue that came up over the

17   weekend.  I have the list of witnesses.

18             I did issue a minute order to make sure -- I did

19   not add any new grounds.  I left the same -- if I added new

20   grounds for precluding certain questions or issues to be

21   brought up, I would certainly let you know.

22             I did elaborate a little bit more with the hope

23   that -- this was an email -- I mean, a minute order that I

24   put out on Friday with the hope that with the explanation

25   that we would not need to go through the same thing with

1    other witnesses.

2              So that was the purpose of -- particularly around

3    the issue of -- as to charging witness tampering, you know,

4    that physical concerns are not, you know -- being

5    intimidated by the government investigators or charging

6    witness tampering -- "The witness didn't feel intimidated"

7    is not a defense to witness tampering.  So, frankly, there's

8    no reason to get into any of that either.

9              All right.  Let's -- as I said, hopefully people

10   looked at the minute order to make sure there's not an

11   issue.

12             Okay.  Then let's call your next witness, if we're

13   ready, once we get the jury in.

14             (Jury enters courtroom)

15             THE COURT:  All right.  Good morning, everyone.

16             JURY IN UNISON:  Good morning.

17             THE COURT:  All right.  We're ready to proceed, if

18   the government would call its next witness.

19             MS. LOCKHART:  Good morning, Your Honor.  The

20   government calls Special Agent Justin Gray.

21             THE COURT:  All right.  Sir, if you would step up,

22   we're going to swear you in.

23             (Witness sworn)

24             THE COURT:  Sit down, make yourself comfortable.

25   Pull the microphone close to you so we make sure we can hear

1    you.

2            All right.  I'd ask that you allow counsel to

3    finish their question before you start to answer, even if

4    you know what they're asking to you, so we make sure we have

5    the question and the answer separate.  They should wait for

6    you as well before they move on.

7            If you hear the word "objection" or importantly

8    you see counsel start to stand, if you haven't started to

9    answer, don't.  If you're in the middle of your answer,

10   please stop.  Let me hear what the objection is before I

11   indicate to you whether you can answer.  All right?

12                    THE WITNESS:  Yes, ma'am.

13                    THE COURT:  All right.  Proceed.

14                    SPECIAL AGENT JUSTIN GRAY, Sworn

15                         DIRECT EXAMINATION

16   BY MS. LOCKHART:

17   Q.  Good morning, Agent Gray.

18   A.  Good morning.

19   Q.  Would you please state and spell your name for the

20   record.

21   A.  Special Agent Justin Gray, J-U-S-T-I-N, G-R-A-Y.

22   Q.  And what's your educational background?

23   A.  I have a bachelor's degree in psychology from

24   Manhattanville College, and I have a master's degree in

25   criminal justice from the John Jay College of Criminal

1    Justice.

2    Q.  And are you currently employed with the FBI?

3    A.  Yes, ma'am.

4    Q.  And what's your title?

5    A.  Special agent.

6    Q.  How long have you been an FBI special agent?

7    A.  A little over five years now.

8    Q.  What did you do prior to joining the FBI?

9    A.  Prior to the FBI, I was an investigator with the

10   Brooklyn District Attorney's office.  Prior to -- for about

11   three years.

12           Prior to that, I worked as a criminal defense

13   investigator for the Legal Aid Society in Queens, New York.

14           And prior to that, I was a private investigator

15   for insurance companies.

16   Q.  Where are you currently assigned within the FBI?

17   A.  So I have two assignments within the FBI.  One of my

18   assignments, I am an agent on the violent crimes squad in

19   Westchester County, New York.  And also I'm part of a

20   national unit within the FBI known as the Cellular Analysis

21   Survey Team or CAST unit.

22   Q.  Can you explain a little bit more what CAST is.

23   A.  Basically what CAST is is we specialize in the analysis

24   of historical call detail records.  It's just a fancy word

25   for someone's phone records.

1    Q.  Do you assist other agencies with the analysis that CAST

2    performs?

3    A.  Yes, ma'am.  So we -- so we specialize, when we're

4    looking -- we have three different functions within the CAST

5    unit.

6            The first is we look at historical -- we look at

7    call detail records in ongoing situations.  Let's say a

8    fugitive, a kidnapping, missing child, something like that.

9    We would analyze those records to try and determine a

10   location.

11           Secondly, we would look at call detail records to

12   look at a crime or an event that has happened in the past

13   and analyze the records for a specific date range.

14           And third, we do -- we provide training in

15   historical cell site analysis to different federal, state,

16   and local agencies, both in the United States and overseas.

17   Q.  Approximately how many members of the CAST team are

18   there?

19   A.  I believe there are about 80 nationwide.

20   Q.  How does somebody get selected for the CAST team?

21   A.  So you have to be certified over a course of different

22   trainings.  So for me personally, I started my certification

23   in something known as the CAST basic class, which is a

24   three-day class that provides an overview of what historical

25   call detail record analysis is.

1    Following that training, I went to the CAST

2    advance class, which is a week-long class; and that kind of

3    built upon the principles of what was learned in basic.

4    After the -- during the advanced class, we were

5    given practicals that we had to complete, and then we were

6    graded upon.

7    Based on your grade, you were recommended to move

8    forward to the next portion of training, which is known as

9    FTX, or the field training exercise, which is, again -- it's

10    a three-day class where we're given practicals, but in this

11    case we were given a short time frame.  So we would be given

12    a practical where there was a fugitive or a missing child,

13    and we had to identify a location or a possible location to

14    solve that case within an hour or two.

15    Again, we were graded on those practicals to be

16    able to move forward.

17    The final stage of training is a month-long

18    certification class, which is split into two-week classes.

19    In the first two-week class we are given instruction by both

20    the custodian of records for the major cell -- the cell

21    phone providers as well as their engineers to describe how

22    their specific cellular layout works.  That second week is

23    then we are -- we have instruction by engineering professors

24    from the Florida Institute of Technology.

25    After those two blocks of instruction, we are

1    tested on what we learned.  You need to pass the test.

2            The second two-week program or class is we are

3    then introduced to different software that we use, as well

4    as other methods that CAST would employ in different

5    scenarios.  We're given a final practical that we need to

6    pass, and then we're provided some legal instruction.

7    Q.  About how many hours of training is that?

8    A.  240.

9    Q.  And you mentioned a certification class.  At the end of

10   your training, do you receive a certification?

11   A.  We're certified, yes.

12   Q.  And are you currently certified?

13   A.  Yes, ma'am.

14   Q.  Are you required to re-up your certification or renew

15   it?

16   A.  Each year we take a recertification class.  It's a four-

17   day recertification that the entire unit goes through.

18   Q.  Have you ever provided instruction or taught in the

19   field of historical cell site analysis?

20   A.  Yes, ma'am, I have.

21   Q.  And to whom, and what kinds of training did you provide?

22   A.  I've provided either the CAST basic class, which is one

23   of the classes I initially went through.  I've instructed

24   that to different federal, local, and state partners.

25            I've also put on different presentations for

1    overview of cell site analysis.

2    Q.  Have you ever testified as an expert witness in the

3    field of cell site location and data analysis in courts

4    before?

5    A.  I have.

6    Q.  And about how many times?

7    A.  I believe it's maybe six times now; five or six times.

8          MS. LOCKHART:  Your Honor, at this time we would

9    offer Special Agent Gray as an expert in cell site analysis

10    and data location.

11          THE COURT:  Okay.  Do you want any voir dire,

12    Mr. Kenner?

13          MR. KENNER:  No, Your Honor.

14          THE COURT:  Okay.  Do you have any objection?

15          MR. KENNER:  No, no objection.

16          THE COURT:  All right.  Then I'll qualify him as

17    an expert at this point.

18          MS. LOCKHART:  Thank you, Your Honor.

19    BY MS. LOCKHART:

20    Q.  Were you asked to prepare a report in connection with

21    this case?

22    A.  I was.

23          MS. LOCKHART:  Showing -- I would like to show

24    Government's Exhibit 659, which has not yet been admitted.

25    Q.  All right.  Is this the report you created?

```
 1    A.  Yes, ma'am.

 2    Q.  And what telephone numbers did you provide cell site

 3    analysis for?

 4    A.  There were three cell phone numbers that I was asked to

 5    analyze; the first being (646)897-9240, which is a T-Mobile

 6    phone.

 7              The second is (310)499-8584, which is a Verizon

 8    phone.

 9              And the third is (212)433-2888, which is an AT&T

10    phone.

11              MR. KENNER:  Your Honor, can I ask that the

12    witness identify what he was reading from.

13              MS. LOCKHART:  I think it's shown on your screen,

14    Mr. Kenner.  Government's Exhibit 659.

15              MR. KENNER:  Oh, okay.  I'm sorry, I see it now.

16    Q.  What records did you use to create this report?

17    A.  I used the call detail records of the three phone

18    numbers I just mentioned, as well as tower lists within --

19    tower lists for each provider.

20    Q.  And does this exhibit and your report accurately reflect

21    the information contained in the records you reviewed for

22    your analysis?

23    A.  Yes, ma'am.

24    Q.  And would it be helpful for the jury to understand your

25    analysis?
```

```
 1    A.  Yes, ma'am.

 2             MS. LOCKHART:  At this point we'd move to admit

 3    and publish Government's Exhibit 659.

 4             THE COURT:  Any objections?

 5             MR. KENNER:  No objection.

 6             THE COURT:  All right.  Then I'll admit without

 7    objection Government's Exhibit 659.

 8             I think, if you'll wait a second, we need to...

 9             MS. LOCKHART:  No problem.

10             Thank you.

11    Q.  So you just mentioned the phone numbers that you looked

12    at.  So looking at the top number there shown in purple, I'd

13    like to show you what's been previously admitted as

14    Government's Exhibit 217.

15             And what is this document, Agent Gray?

16    A.  This is the T-Mobile subscriber record for the phone

17    number ending 9240.

18    Q.  And are you able to determine a subscriber name or

19    address?

20    A.  No, I'm not.

21    Q.  Are you familiar with the term "burner phone"?

22    A.  Yes, ma'am.

23    Q.  Are these records consistent with what you understand a

24    burner phone to be?

25    A.  Yes, ma'am.
```

1          MR. KENNER:  Objection, Your Honor; beyond the

2     scope of his expertise.

3          THE COURT:  No, I see it within that in terms of

4     dealing with the specific phones that he's talking about in

5     the context of what his expertise is.

6          You can answer.

7          MS. LOCKHART:  And this is already admitted.  If

8     we can publish it?  Thank you.

9     Q.  So looking at the cell site records now that the jury is

10    able to see that --

11         THE COURT:  Slow down, please.  Don't be rushed.

12    Q.  Looking at these records now that the jury is able to

13    see them, is there a subscriber name or address associated

14    with these records?

15    A.  There is not.

16    Q.  And are records like these consistent with what you

17    understand a burner phone to be?

18    A.  Yes.  These records are consistent with a prepaid phone

19    that one would purchase.  There's no -- when you purchase a

20    prepaid phone, you're not required to give any name,

21    address, anything like that.  These records are consistent

22    with a prepaid phone, more commonly referred to as a burner

23    phone.

24         MS. LOCKHART:  I'd like to also show you what's

25    previously been admitted as Government's Exhibit 244, if we

1    could publish that to the jury.

2    Q.  And what is shown in this record?

3    A.  This is the subscriber record for the AT&T phone ending

4    2888.

5              THE COURT:  I'm sorry, what exhibit is this?

6              MS. LOCKHART:  This is 244, Your Honor.  And it's

7    already been admitted.

8              THE COURT:  I don't think it's been admitted.

9              MS. LOCKHART:  I think it was subject to the

10   stipulation at the beginning of the case, Your Honor.

11             THE COURT:  Okay.  Go ahead.

12             MS. LOCKHART:  Thank you.

13   Q.  And was this one of the phone numbers that you looked at

14   in your analysis?

15   A.  Yes, ma'am.

16   Q.  And who does this subscriber information say that that

17   phone number is associated with?

18   A.  It is associated with the Prasperity Group and

19   Mr. Michel.

20             MS. LOCKHART:  And you can take this down and go

21   back to Government's Exhibit 659, please, Ms. Orozco, Page

22   1.

23   Q.  And the number in the middle there shown in red ending

24   in 8584, have you reviewed subscriber information for that

25   phone number as well?

1    A.   I have.

2    Q.   And who is that phone number associated with?

3    A.   Mr. Michel.

4    Q.   At a high level, were you able to draw a conclusion on

5    the locations of Mr. Michel's phone numbers in the burner

6    phone?

7    A.   Yes, ma'am.

8    Q.   And what conclusions were you able to draw?

9    A.   That on several occasions throughout my analysis the

10   burner phone and the two phones associated with Mr. Michel

11   were co-located with one another.

12   Q.   I'd like to turn now to how you did your analysis and a

13   little bit about how cell site location analysis works.

14             With regards to the New York City area -- well, I

15   guess, first, where did your analysis focus on?

16   A.   New York City; more specifically, the borough of

17   Manhattan.

18   Q.   With regards to Manhattan and New York City generally,

19   how many companies operate cellular networks there?

20   A.   Generally speaking there are three companies that

21   operate in the New York Metro area.

22   Q.   And what are those?

23   A.   AT&T, T-Mobile, and Verizon.

24   Q.   Do those phone companies operate independently of one

25   another?

1    A.  Yes, they do.  So absent some roaming agreement that

2    wouldn't be applicable in the New York market, an AT&T phone

3    would only connect to an AT&T tower, T-Mobile to a T-Mobile,

4    Verizon to Verizon.

5            MS. LOCKHART:  Ms. Orozco, if we could go to Page

6    3 of Government's Exhibit 659.

7    Q.  All right.  Looking here at the top is says "Cell

8    Towers."

9            What are these pictures showing?

10   A.  These are just -- these are just examples of different

11   cell towers or cell sites -- I'll use those terms

12   interchangeably -- that you would see on a day-to-day basis

13   based on where you live.

14           I think we are all pretty familiar with the large

15   metal tower that you would see, you know, if you're driving

16   home on an interstate, something like that.

17           If you're in a more suburban -- or in a more

18   suburban area or city area, you may see those antennas that

19   are affixed to the sides of buildings, which is the majority

20   of what we'll see in the New York City area.

21           If you're in a more rural area, you may see a cell

22   tower that is like a very poor representation of a tree or

23   cell towers such as like a cactus.

24   Q.  What do cell towers do?

25   A.  Cell towers and cell sites provide coverage, cell phone

1    coverage, for a specific provider to a specific area.

2           MS. LOCKHART:  Ms. Orozco, if you could go to Page

3    4 of Government's Exhibit 659.

4    Q.  So here we see "Sectors and orientation."

5           Could you explain to the jury what a sector is?

6    A.  Sure.  And so what we're seeing here in the bottom left-

7    hand corner, that photograph, is just the top-down view of a

8    cell tower.

9           A cell tower is meant to provide 360 degrees of

10   coverage to a given area.  In order to achieve that, the

11   providers will break down their cell sites into most

12   generally three sectors known as Sector 1, Sector 2, Sector

13   3.  Each sector covers approximately one-third of that

14   circle, so 120 degrees.

15          And we would -- in the call detail records, there

16   is a number within that cell site location known as the

17   azimuth, which is just a fancy word for which direction this

18   cell site is facing.

19          So, for example, what we see in the bottom right-

20   hand corner, Sector 1 is facing due north with a zero degree

21   azimuth.

22   Q.  Are all towers split into sectors?

23   A.  Not all towers are split into sectors.  There are

24   smaller sites known as DAS sites that would be

25   omnidirectional or would just be one sector that covers 360

1    degrees.  But most commonly we will see towers broken into

2    three sectors.

3    Q.  How does a cell phone engage or connect with a cell

4    tower?

5    A.  So your phone is in one of two states at any given time,

6    assuming that it's on.  Your phone is either in idle mode or

7    active mode.  And if your phone is in idle mode -- which

8    means you're not communicating with the network; you're not

9    on a phone call, sending a text or accessing the Internet --

10   your phone is in that idle mode constantly scanning the

11   network environment for the strongest and clearest signal.

12          And when it does that, it makes a note -- your

13   phone makes a note of which tower and sector has the

14   strongest and clearest signal to your phone.  That way --

15   and it knows that.  It keeps a record of that.  That way if

16   you go to make a phone call, your phone already knows which

17   tower and which sector it's going to connect to to complete

18   that call.

19   Q.  When a phone is in idle mode, is that activity recorded

20   by a cell phone company in a way that you're able to

21   analyze?

22   A.  There are records for that, but not -- nothing I was

23   given in this case.

24   Q.  For the records that you looked at, did the cellular

25   companies record the activity of when that phone was active

1    for a customer?

2    A.  Yes.  So the call detail records are going to be when

3    that phone goes from idle into active; making a call,

4    sending a text, or accessing the Internet in some way.

5    Q.  What do you call those records documenting when the

6    phone is in active mode?

7    A.  Those are the call detail records or CDRs.

8            MS. LOCKHART:  If we could go to Page 5 of 659.

9    Thank you.

10   Q.  All right.  Let's take a look at the left-hand side

11   here.  What's being shown in that picture?

12   A.  This is the -- this is an illustration of the sector

13   that is utilized by a phone at a given point in time.  This

14   is something you'll see throughout the rest of my report.

15           What's important to note here is what we're

16   looking at is how we're able to generalize -- or make a

17   general determination as to the location of a cell phone

18   when it's being -- when it's accessing the network.

19           So in this illustration we'll see that the sector

20   is facing zero degrees in the north, and there's a small dot

21   towards the top of that picture.  That small dot is a

22   neighboring cell tower.

23           How networks lay out their -- how a cellular

24   network is laid out is that these cell sites and sectors are

25   tuned by the engineers to only cover a very specific area,

1    and they ensure that this -- these coverage areas don't

2    extend past the next closest cell tower.  To do that, we'd

3    have to increase the bandwidth of the -- or increase the

4    energy output from that cell tower, and it would cost more

5    money for the providers.

6             So what they do instead is they make it so the

7    next closest cell tower than the cell tower that's being

8    used only have a small overlapping area between the two.

9    That's how we're able to identify the general coverage area

10   of a cell site.

11   Q.  And I think you just said this, but is there overlap in

12   the coverage area between cell towers?

13   A.  Yes.  So generally maybe about 30, 33 percent is a

14   number that we look at roughly.

15   Q.  And on the right-hand side here, is that a callout event

16   box?

17   A.  Yes.  This is something else you'll see throughout my

18   report.  This is just -- the callout box is basically just

19   the record -- the record information for the cell site and

20   activation that's displayed.

21   Q.  So this is just an example of what the jury would see?

22   A.  Yes.  And so just to take you through it, there's five

23   different pieces of information that will be reflected in

24   this.

25             The first is the cell ID number, which is

1    basically just the serial number and the sector of the cell

2    site that's used.

3                Within a given market -- so in this case, the New

4    York market -- there's only one cell ID per tower.  So based

5    on that, I'm able to look at a tower list and see which

6    tower it is and where it's located.

7                That second number would be the sector.  In this

8    case this is Sector 150.  And I would go into that tower

9    list; and based on that, I would see the direction that that

10   tower is facing.

11               The second box is -- or the second number is

12   just -- Number 2 is the date of the records, so the date

13   that the record was generated.

14               Number 3 is the time that the record was generated

15   in local time, so in this case it would be Eastern time.

16               The fourth is the event direction, which it's an

17   incoming call, an outgoing text, incoming text, outgoing

18   text, et cetera.

19               And Number 5 is the connecting number, which would

20   be the number that was on the opposite side of the

21   transaction from our target phone.

22   Q.  So if I'm reading this correctly, on September 27, 2019,

23   at 4:42 and 34 seconds p.m., this phone number received an

24   incoming call from (469)763-6221; is that right?

25   A.  Yes, ma'am.

1          MR. KENNER:  Objection; leading.  Motion to

2   strike.

3          THE COURT:  No, I'm not going to strike it, but do

4   be careful.

5          MS. LOCKHART:  Ms. Orozco, if we could go to Page

6   6, please.

7   Q.  All right.  Are we looking at a map of New York City?

8   A.  Yes, we're looking at a portion of New York City.

9   Q.  And what is shown on this map?

10  A.  This is a map of every cell tower that -- every Verizon

11  tower, T-Mobile tower, and AT&T tower in part of Manhattan

12  as well as Queens, Brooklyn, and Jersey.

13         What's important to note here is --

14         MR. KENNER:  Objection.  There's no question

15  pending.

16         MS. LOCKHART:  He's explaining what the map is

17  showing, Your Honor.

18         THE COURT:  I'll allow that.  Go ahead.

19  A.  What's important here is just how many cell towers there

20  are and the density of which these cell towers are basically

21  one on top of another, especially in Manhattan.  And the

22  reason for that is because of the dense population within

23  Manhattan.

24         When we start -- in order for cell providers to

25  provide coverage to all its customers in Manhattan, they

1    need to put more cell towers in a given area so that a tower

2    isn't overloaded and so that all these calls can be

3    completed.

4            As you start moving to the west, to the east, you

5    start seeing these cell sites are becoming a little more

6    sporadic.  That's because the population density in those

7    areas is less than in Manhattan, and so there are less cell

8    sites that are needed to provide adequate coverage for all

9    the customers.

10   Q.  With the density of towers shown here on the Island of

11   Manhattan, does that impact the accuracy of your analysis

12   and your conclusions?

13   A.  Yes.  So, again, I look back -- I look back to what I

14   spoke about earlier about that next closest tower and how

15   we're able to generalize a location.  If we're -- when we're

16   looking at Manhattan where these cell sites are no more than

17   two, three blocks apart, that tells me that the coverage

18   area for a given cell site is smaller than, let's say, if we

19   were to the west in Jersey where the cell sites could be

20   half a mile, a mile apart.

21   Q.  Are you able to determine where a phone is 24 hours a

22   day, seven days a week?

23   A.  No, ma'am.

24   Q.  And does a cell phone always select the tower that's

25   closest to the phone?

1    A.  No, ma'am.  The cell phone will always connect to the

2    strongest and clearest signal.  Sometimes -- most times --

3    that is the closest cell site, but it will always be --

4    sometimes it's not.  Sometimes it's the second, third

5    closest cell site.

6              But regardless of whether it's the closest, second

7    closest, or what have you, the coverage area of the cell

8    site that the phone connects to is what's going to be

9    analyzed.

10   Q.  Are you able to pinpoint the exact location of a phone?

11   A.  No, just a general area.

12   Q.  Turning to this case at hand that you looked at, at a

13   high level, what did you do?

14   A.  I analyzed the three cell phone numbers that were given

15   to me, and I analyzed them throughout a specific day and

16   mapped the activations of those three cell phones throughout

17   the day.

18   Q.  In looking at this map, there's a yellow box that seems

19   to be shown towards the bottom of Manhattan.  What is

20   reflected with that yellow box?

21   A.  That yellow box is denoting the Pras Michel residence,

22   which is located at 158 Mercer Street, New York, New York.

23              MS. LOCKHART:  Ms. Orozco, if we could go to Page

24   7 of 659.

25   Q.  All right.  So is this -- what is this slide showing?

1    A.  These are the tower activations for the 2888 phone and

2    the 8584 phone taking place on July 14, 2019, between 2:03

3    p.m. and 2:21 p.m.

4    Q.  And are both of these phone numbers associated with

5    Mr. Michel?

6    A.  Yes, ma'am.

7    Q.  I see we have the red, what looks like the sector you

8    testified about earlier, but there appears to be a blue-

9    purple shaded region.  What's the difference between those

10    two thing?

11    A.  So the blue-shaded region is going to be the activation

12    for the 2888 phone.  The red is the activation for the 8584

13    phone.

14          What I spoke about a little earlier was two of

15    these sites, the blue sites, are the DAS sites, the

16    omnidirectional sites, which they are not sectorized.  It's

17    one sector providing the 360 degrees of coverage.

18          What's also important to note on this is that the

19    size of the circle is not determinant of the coverage area

20    itself.  That illustration is merely meant to show the

21    directionality of the signal.

22          Same with the red wedge.

23          Cell frequency is not -- it's not -- it's going to

24    stop on the 120 degrees.  It will look almost like a block

25    where you're going to have some overlap between sectors.  So

1    just because there's lines there doesn't necessarily mean

2    that the coverage stops there.  It's just the direction of

3    which the coverage is going.

4    Q.  So looking at the event boxes, for the ones that are in

5    blue at the top, are those for Mr. Michel's phone number

6    ending in 2888?

7    A.  Yes, ma'am.

8    Q.  And is that consistent throughout your report, that the

9    blue boxes are associated with that phone number?

10   A.  Yes, ma'am.

11   Q.  And then for the red box, what phone number is that

12   associated with?

13   A.  (310)499-8584.

14   Q.  And that's Mr. Michel's other phone number?

15   A.  Yes, ma'am.

16   Q.  So looking at what you were able to chart here, are you

17   able to draw any conclusions about the locations of the

18   phones?

19   A.  Yes.

20           THE COURT:  I'm sorry, which phone?

21           MS. LOCKHART:  Phones, plural, Your Honor.

22           THE COURT:  Okay.

23   A.  Yes.  So in my opinion, the phone -- the 2888 phone and

24   the 8584 phone between -- or, I'm sorry, the 2888 phone is

25   in one location from 2:03 to 2:16 p.m., and that's denoted

1    in the bottom -- on the bottom of the screen where you see

2    the four different activations utilizing the cell site to

3    the south of the Michel residence.

4            At 2:06 p.m., the 8584 is in the same general area

5    as the 2888 phone using the cell site that is just to the

6    west of the Michel residence.

7            Starting at 2:17 p.m., 2:18 p.m., and 2:20 p.m.,

8    the 2888 phone appears to have moved slightly to the north.

9    Q.  For the bottom two boxes, the red 2:06 phone and the

10   ones you just described between 2:03 and 2:16, are you able

11   to draw a conclusion about whether those phones were co-

12   located?

13   A.  Yes.  In my opinion, they were.

14   Q.  And are you able to draw any conclusions about whether

15   they're consistent with those phones being at Mr. Michel's

16   residence?

17   A.  Yes.  Throughout the entirety of the records for the

18   2888 phone, the cell site that's being utilized to the south

19   of Mr. Michel's residence appears to be the -- one of the

20   more -- most utilized cell towers.  So I believe that when

21   he is in -- or the phone is in the area of 158 Mercer,

22   that's the cell site that would be utilized.

23   Q.  And what does "co-located" mean, when you use that in

24   your testimony?

25   A.  "Co-located" basically means two phones that are going

1    to be in the same general area at the same time or very

2    close in time to one another.

3            MS. LOCKHART:  Ms. Orozco, if we could go to Page

4    8 of Government's Exhibit 659.

5    Q.  All right.  So does this show us moving forward in time?

6    A.  Yes.  So this looks at just the tower activations for

7    the 2888 phone on July 14, 2019, between 3:30 p.m. and 4:07

8    p.m.

9    Q.  And why is there no longer the 8584 number shown in red

10   from the previous slide?

11   A.  Because there were no activations for the 8584 number

12   during this time frame.

13   Q.  And are you familiar generally with traveling in the

14   Island of Manhattan?

15   A.  Unfortunately, yes.

16   Q.  Given the distance down at the bottom, am I correct that

17   it shows the phone being activated at 3:30 p.m.?

18   A.  Yes, ma'am.

19   Q.  And then again in the top right at 3:50 p.m.?

20   A.  Yes, ma'am.

21   Q.  So given that distance in about 20 minutes, can you draw

22   any conclusions about the movement of this phone?

23   A.  The phones certainly moved to the north again within a

24   20-minute time frame from Lower Manhattan to Midtown.  Based

25   on that movement in that period of time, the phone would

1    have most likely been in some sort of vehicle, whether it be

2    a train, taxi, something like that.

3    Q.  And looking at the top left, do you know the approximate

4    area where this phone was located at 4:05 and 4:06 p.m.?

5    A.  So at 4:05 and 4:06, the phone again has moved slightly

6    to the west from the 3:56 activation.  That is in the area

7    of 38th Street and I believe 8th Avenue.

8    Q.  And for this phone number and for the 8584 number in

9    red, have you seen any evidence to show that those phones

10   are not registered or used by Mr. Michel in this case?

11   A.  No.

12   Q.  All right.

13          MS. LOCKHART:  And, Your Honor, I'm going to flag,

14   we're going to take a look at Government's Exhibit 737.

15   This is the one that was previously addressed in part with

16   Special Agent Heuchling.  It has not yet been admitted.

17   Q.  All right.  So taking a look at what is denoted as the

18   cell tower location here.  Agent Gray, have you reviewed

19   this exhibit before your testimony?

20   A.  Yes, ma'am.

21   Q.  And what is this cell tower location showing?

22   A.  So the cell tower location, what's being depicted on

23   this screen, is the physical location of the cell site that

24   was utilized during those activations on the previous -- on

25   my report at 37th Street and 8th Avenue.

43

1    MS. LOCKHART:  Your Honor, at this time we would

2    move to admit and publish Government's Exhibit 737.

3    MR. KENNER:  No objection.

4    THE COURT:  All right.  I'll admit 737 without

5    objection.

6    Q.  All right.  So looking at the cell tower location here,

7    at approximately what times was Mr. Michel's phone using

8    this cell tower?

9    A.  If we could just go back -- could we just go back to my

10    report quickly?

11    Q.  We can.

12    MS. LOCKHART:  Government's Exhibit 659, Page 8.

13    A.  So the 2888 phone is using the cell tower at 37th and

14    8th Street -- 37th Street and 8th Avenue at 4:05 p.m. and

15    4:06 p.m.

16    Q.  All right.

17    MS. LOCKHART:  And, Ms. Orozco, if we could go

18    back to 737.

19    Q.  And you see a store location here.  Do you know what

20    that store location is?

21    A.  I believe it's the T-Mobile -- it's a T-Mobile.

22    Q.  And do you know whether that was where the burner phone

23    was purchased in this case?

24    A.  Yes.

25    Q.  Prior to this time at 4:05, 4:06, did you see any

1    activations of the burner phone?

2    A.  No, ma'am.

3    Q.  Or the burner phone being used in any way?

4    A.  No, ma'am.

5    Q.  And did you later see in the records that we're about to

6    look at the burner phone was activated after this point in

7    time?

8    A.  Yes, ma'am.

9    Q.  All right.

10            MS. LOCKHART:  Ms. Orozco, if we could please go

11    to 659, Page 9.

12    Q.  All right.  Agent Gray, we have a new color here,

13    purple.  What are the purple boxes showing?

14    A.  The purple boxes are denoting the activation for the

15    9240 phone or the burner phone.

16    Q.  And what is the first activation or use of the burner

17    phone that you see?

18    A.  That's at 4:22 -- I'm sorry, at 4:20 p.m.

19    Q.  And are you able to tell the general location of where

20    this burner phone was activated?

21    A.  It appears -- the first activations of the burner phone

22    are utilizing a cell site in the area of 34th Street and

23    Madison Avenue.

24    Q.  And where is that in relation to Mr. Michel's phone that

25    we just looked at?

1    A.   It's a couple of blocks to the south and east.

2    Q.   Looking at the messages here, it says, "Incoming SMS."

3    What is an SMS?

4    A.   SMS is a text message.

5    Q.   And there are four-digit numbers here.  Are you familiar

6    with what four-digit phone numbers are?

7    A.   So these are short codes, and what we see here between

8    4:20 and 4:22 are numerous incoming text messages from these

9    short codes.  And what's actually happening here is the

10   burner phone is connecting with the T-Mobile network for

11   that first time and is basically just activating itself on

12   the network.

13   Q.   And we looked at the subscriber information, but what

14   was the activation date for this phone?

15   A.   July 14, 2019.

16   Q.   And let's take a look at the middle of the slide here

17   where we see the blue number, which is Mr. Michel's phone

18   number, correct?

19   A.   Yes, ma'am.

20   Q.   And the purple phone at 4:24 and 4:23, what is shown

21   there?

22   A.   So the 2888 phone, the one in blue, receives an incoming

23   text in the area of 23rd Street and Broadway.  About 30

24   seconds later the burner phone places an outgoing call in

25   the same general area, 23rd Street and Broadway.

1    Q.   What phone number does the burner phone call?

2    A.   (212)433-2888.

3    Q.   And I see that that line is identified in red where the

4    other activations are in black.   Why is that in red?

5    A.   The 2888 phone is -- the call that the burner phone made

6    to 2888 is another subject phone in this case.

7    Q.   Is that Mr. Michel's phone?

8    A.   Yes, that is the phone that's denoted in blue.

9    Q.   And are you able to see that incoming call from the

10   burner phone on Mr. Michel's phone records?

11   A.   No, ma'am.

12   Q.   And why is that?

13   A.   The outgoing call on the burner phone was a zero-second

14   duration; so the phone never completed its transaction to

15   the 2888.   So we were able to -- so I was able to see that

16   activation on the outgoing side, the burner phone side, but

17   it never made it to its destination, so it would not be

18   reflected on the 2888's CDRs.

19   Q.   In your experience reviewing cell phone records, are you

20   familiar with why a phone call would be zero seconds?

21   A.   If someone presses send and then ends very quickly, that

22   would be reflected on the -- one side's CDRs but not on the

23   other because it never made it through.

24   Q.   For Mr. Michel's phone at 4:23 and the burner phone at

25   4:24, are you able to draw any conclusions about the

1    locations of those two phones?

2    A.  For 2888 at 4:23 and the burner phone at 4:24, it's my

3    expert opinion the two phones are co-located with one

4    another.

5    Q.  In looking more generally at this map, starting further

6    north at 4:20 and then ending further south at 4:24, do you

7    have any opinions about the movement of these phones?

8    A.  I have an opinion to the movement of the 9240 phone, the

9    burner phone.  It appears to be moving south in -- south --

10   from north to south.

11            If we extrapolate out to where the 2888 phone was

12   previously, if we remember around 34th Street, that phone

13   also appears to be moving south.

14   Q.  And about the pace of the movement, is it consistent

15   with somebody walking?  Driving?

16   A.  Again, it wouldn't be walking because we're looking at

17   about -- so at 4:20 the phone is -- the burner phone is

18   using a cell site at 33rd Street and Fifth Avenue, and five

19   minutes later it is approximately 20 blocks south.

20   Q.  So is it accurate that it appears that while these

21   phones were in movement, they were co-located with each

22   other?

23   A.  Yes, ma'am.

24   Q.  And do you have any opinion about the likelihood of two

25   phones being co-located while in movement that were not with

1    each other?

2    A.  If we're looking at just one activation or something

3    like that, you know, it could be coincidence.  But the

4    likelihood of it happening throughout the course of, let's

5    say, a few hours or a day in Manhattan, it's very unlikely.

6    Q.  And did you find other instances that we'll look at of

7    these two phones co-located together?

8    A.  Yes, ma'am.

9            MS. LOCKHART:  Let's go to Slide No. 10,

10   Ms. Orozco, of 659.

11   Q.  So we're ending here at 4:24 p.m.  And what time are we

12   picking up activation modes here?

13   A.  We are just looking at 4:29 p.m. to 4:30 p.m. on July

14   14, 2019, and we're looking at the activations for both the

15   burner phone and the 2888 phone.

16   Q.  And again we see that in the call event box they are in

17   red.  What does that mean?

18   A.  That means at this point in time there are incoming and

19   outgoing text messages between the burner phone and the 2888

20   phone between 4:29 and 4:30.

21           MS. LOCKHART:  And if we could please pull up

22   Government's Exhibit 430, which has previously been

23   admitted.  And we're going to look at the bottom two

24   messages.

25   Q.  Okay.  Are these the text messages between Mr. Michel's

1    phone and the burner phone that are shown on your map that

2    you created?

3    A.  Yes, ma'am.

4    Q.  And do you have an opinion about the location of these

5    two phones when the burner phone and Mr. Michel's phones

6    were texting each other?

7    A.  Yes.  It's my expert opinion that the two phones during

8    this time are co-located with one another in the area of

9    Mr. Michel's residence.

10            MS. LOCKHART:  Thank you, Ms. Orozco.  We can take

11    this down.

12            And if we could go to Slide 11 of 659.

13            THE COURT:  I'm sorry, what exhibit?

14            MS. LOCKHART:  This is back to Government's

15    Exhibit 659, Page 11.

16    Q.  All right.  Agent Gray, what are we looking at here?

17    A.  We're just looking at the direction of travel for both

18    the 2888 phone and the 92 -- and the burner phone between

19    3:30 p.m. and 4:30 p.m. on July 14, 2019.  And it may seem a

20    little difficult to read on its face, but I'll take you

21    through it quick.

22            If you take a look at the numbers that are denoted

23    in the red circles, that is just the order in which these

24    activations happened throughout that hour.  So at -- between

25    3:30:37 and 3:30:52, the 2888 phone is utilizing that cell

1    site near Washington Square Park.

2            It then, 20 minutes later, is now north, several

3    blocks north, just south of Bryant Park.

4            Another nine minutes pass, and that phone is in

5    that area of 37th Street and 8th Avenue.

6    Q.  Just to interrupt you.  Is that point the one we looked

7    at that was near where the burner phone was purchased?

8    A.  Yes.  That's about a block south of the T-Mobile.

9    Q.  Thank you.  Continue.

10   A.  After that is when we first -- was when we see the first

11   activations of the burner phone, which happened -- that's

12   denoted by No. 4, and that's at 4:20 p.m.  And shortly

13   thereafter, at 4:22 and 4:23, that burner phone again uses

14   that -- uses a cell site in the same general area.

15           Before beginning to start moving south -- start

16   moving south at 4:23, the 2888 phone, and 4:24, the burner

17   phone, are co-located with one another in the area of 23rd

18   Street and Fifth Avenue.

19           And then following that again at 4:24 and 4:29,

20   the burner phone continues to move south.

21           And finally, 4:29 to -- 4:29:29 to 4:29:56 both

22   the 2888 phone and the burner phone are co-located again in

23   the area of Mr. Michel's residence.

24   Q.  At a high level, do you have any conclusions about the

25   travel of these two phones together during this hour span?

1    A.  So not for the first half hour.  For the first half hour

2    it's my opinion that the 2888 phone moved from Mr. Michel's

3    residence to the area close to the T-Mobile, and then for

4    that -- between 4:20 and 4:30 the phone -- both phones move

5    in tandem with one another back to Mr. Michel's residence.

6    Q.  And you testified to this earlier, but is part of that

7    because the phone, the burner phone, hadn't been activated

8    yet?

9    A.  Yes.

10          MS. LOCKHART:  Ms. Orozco, if we could go to Slide

11   12 of Government's Exhibit 659.

12   Q.  Okay.  So now we have all three colors here.  If you

13   could remind the jury what the colors represent?

14   A.  So the color blue denotes the 2888 phone.  The color

15   purple is the 9240 or burner phone.  And the red is the 8584

16   phone.

17   Q.  All right.  So looking at the locations of these

18   phones -- or first, what's the time span of what is depicted

19   here?

20   A.  These are the activations for all three phones before

21   4:43 p.m. and 6:08 p.m. on July 14, 2019.

22   Q.  And looking on the left-hand side, we have activations

23   from the burner phone at 5:16, 5:19, and then 5:22, but it

24   looks like in that period the burner phone is appearing to

25   use different towers.  Why is that?

1    A.  And so I spoke a little bit about the density of cell

2    towers in Manhattan, in Manhattan specifically, as well as

3    the coverage or the frequency of those towers not being on

4    that perfect line.

5              What we're seeing here is, in my opinion,

6    overlapping coverage between two sectors.  More

7    specifically, at 5:16 p.m., the burner phone uses that Cell

8    Site 18531, which is facing to the north.  Three minutes

9    later, the phone is using Cell Site 14343, which faces to

10   the west.  But then another three minutes go by and the

11   phone once again utilizes the Cell Site 18531 which faces to

12   the north.

13             It's my opinion that the phones -- the phone

14   didn't actually move five blocks west to just come back

15   five blocks east.  It's just in an area that has coverage

16   between -- that has overlapping coverage between two

17   locations, between two cell sites.

18   Q.  So during this period between 4:43 and 6:08, are you

19   able to draw any conclusions about the locations of the two

20   of Mr. Michel's phones and the burner phone?

21   A.  The phones all appear to be in the same general area,

22   which is in the area of Mr. Michel's residence.

23   Q.  And, again, I see we have messages in red.  Are those

24   Mr. Michel's phone and the burner phone communicating with

25   one another?

1    A.  Yes, ma'am.

2            MS. LOCKHART:  If we could show what's previously

3    been admitted at Government's Exhibit 430.  And we're going

4    to look at the top three messages.

5            Thank you, Ms. Orozco.

6    Q.  And so looking at these top three messages, are these

7    the messages that are depicted on your map?

8    A.  Yes, ma'am.

9    Q.  And during the time period when these phones were

10   communicating with each other, what is your conclusion about

11   the burner phone and Mr. Michel's phone?

12   A.  That the phones are co-located with one another.

13           MS. LOCKHART:  All right.  Ms. Orozco, we can take

14   the top 4:30 down, and we're going to stay on 659, Page 12.

15   Q.  On the burner phone, it seems there are additional

16   outgoing SMSs.  Are those text messages being sent from the

17   burner phone?

18   A.  Yes, ma'am.

19   Q.  And are you familiar with the phone number ending in

20   0859, who that phone number belongs to?

21   A.  I am, but I am forgetting the name offhand.  If there is

22   a subscriber document to refresh?

23           MS. LOCKHART:  If we can look at -- if we could

24   look at Government's Exhibit 460.

25   Q.  Well, I guess, first, did --

```
 1              MS. LOCKHART:  So this has been previously
 2    admitted, Government's 460.
 3              THE COURT:  You're going way too fast.  Nobody's
 4    going to be able to keep track of what you're talking about.
 5              MS. LOCKHART:  Understood, Your Honor.
 6              If we could take a look at Government's 460,
 7    please.
 8    Q.  Are you familiar with whether these are the text
 9    messages that are shown -- that were gathered during the
10    course of the investigation that are depicted on your map?
11    A.  Yes, that's my understanding.
12    Q.  And does this refresh you on who the phone number
13    belonged to that we just looked at?
14    A.  It's Mr. Richardson.
15    Q.  And if we could go --
16              MS. LOCKHART:  If we could do side by side,
17    Ms. Orozco, Government's Exhibit 659, Page 12, and
18    Government's Exhibit 460.
19    Q.  Are you able to read that, Agent Gray?  It might be too
20    blurry to do side by side.
21    A.  I can make it work.
22              MS. LOCKHART:  Thank you, Ms. Orozco.
23    Q.  At the time that the burner phone is sent these text
24    messages to Mr. Richardson, do you have an opinion about
25    Mr. Michel's phone's location in proximity to the burner
```

1    phone?

2    A.  Yes.  So when these text messages are sent, so that's

3    between -- that's one at 5:19 p.m. and then a few more at

4    6:00 p.m., the phones are co-located.  The burner phone is

5    co-located with Mr. Michel's 2888 phone.

6              MS. LOCKHART:  All right.  Thank you, Ms. Orozco.

7              If we could go to just Government's Exhibit 659,

8    Slide 13.

9    Q.  All right.  So we just looked at phone activations for

10   about 6:00 p.m., 4:43 to 6:00 p.m., right?  And does this

11   show a jump forward in time to around 11:00 p.m.?

12   A.  Yes, it does.

13   Q.  And why is that?

14   A.  This is the next time that both the burner phone and

15   Mr. Michel's phone were used in a close proximity of time.

16   Q.  Are you aware of whether the burner phone sent any other

17   communications between the 6:00 p.m. that we just looked at

18   and the 11:37 p.m. that we're looking at now?

19   A.  No, it did not.

20   Q.  And I see that there's no longer Mr. Michel's phone

21   number depicted in red.  Why is that?

22   A.  Because there were no activations for the 8584 number

23   during this time frame.

24   Q.  Looking at the top left box for the burner phone showing

25   outgoing SMS messages to a phone number ending in 2712, do

1    you recognize that?

2    A.  Yes, I do.

3    Q.  Are you aware of whether that phone number belongs to an

4    individual named Frank White?

5    A.  I am.

6            MS. LOCKHART:  Ms. Orozco, if we could do a side

7    by side of Government's Exhibit 659, Page 13, and what's

8    previously been admitted as Government's Exhibit 732.

9    Q.  All right.  I'm showing you, Agent Gray, the messages

10   sent to Mr. White.

11           At the time that the burner phone sent these

12   messages to Mr. White, do you have an opinion about the

13   location of the burner phone in proximity to Mr. Michel's

14   phone?

15   A.  Yes, I do.  While these text messages were being sent

16   by the burner phone, the burner phone was co-located with

17   Mr. Michel's 2888 phone.

18   Q.  And I see that there is, it seems, a number of different

19   sectors being used for both phones.  Can you tell what's

20   happening there?

21   A.  So over this, you know, 25-or-so-minute time frame, both

22   phones are being actively used.  I couldn't tell you exactly

23   obviously where specifically the phones are.  It could be

24   outside so creating some slight movement would create some

25   differences in sectors.

1         But the two phones during this time frame are in

2    very close proximity to one another, and there's never a

3    time when one of the phones is using a sector that's well

4    out of the -- out of this area.

5         MS. LOCKHART:  Ms. Orozco, if we could just have

6    Government's Exhibit 659, Page 13.

7    Q.  After this point in time with the outgoing call -- well,

8    I guess, first, do we see an outgoing call again here from

9    the burner phone?

10   A.  Yes.  There are two.

11   Q.  And who are those calls to?

12   A.  Mr. Michel's 2888 phone.

13   Q.  After these outgoing calls, did you see any other

14   activity on the burner phone?

15   A.  There was no user-initiated activity.  I believe that

16   there were some -- I think maybe a couple of incoming things

17   or some -- there was nothing that was user initiated at this

18   point in time.

19   Q.  And when you say not user initiated, what does that

20   mean?

21   A.  Like let's say your phone's off but you've got an

22   incoming call or incoming text or something like that,

23   obviously you're not initiating that activity.  So there was

24   no outgoing text, outgoing call, or any sort of accessing of

25   the Internet after this last outgoing call at 11:41 p.m.

1    Q.  Other than these calls to Mr. Michel and to the text

2    messages sent to Mr. Michel, Mr. Richardson, or Mr. White,

3    did you see any other user-generated activity on the burner

4    phone?

5    A.  No, ma'am.

6    Q.  Through your analysis, at all times that the burner

7    phone was active, is it correct to say that Mr. Michel's

8    phones, one or both, were co-located with the burner phone?

9    A.  Yes.  There were a couple of times where the burner

10   phone was -- had an activation where there was no other data

11   by either of Mr. Michel's phones to make a determination,

12   but every time there was a determination to be made about

13   the co-location of both -- of either two or three phones,

14   they were always co-located with one another.

15   Q.  Based on your review of all the records of the burner

16   phones and Mr. Michel's phones, was there any data showing

17   that the burner phone and Mr. Michel's phones were not co-

18   located?

19   A.  No, ma'am.

20   Q.  You testified that these phones were at sort of various

21   points around Manhattan throughout the day, correct?

22   A.  Yes, ma'am.

23   Q.  Given the density of cell towers in New York City and

24   that these phones were together through various points

25   throughout the day, do you have an opinion on the likelihood

1    of these phones continuing to be with each other throughout

2    Manhattan if they were not directly with each other?

3    A.  Yes, ma'am.  It's my expert opinion that based on the

4    numerous -- like the density of towers in Manhattan, the

5    likelihood that the two phones would be co-located with one

6    another at three different points during the day in three

7    different areas and have it be a coincidence is highly

8    unlikely.

9              MS. LOCKHART:  Nothing further, Your Honor.

10             THE COURT:  Cross, Mr. Kenner.

11             MR. KENNER:  Your Honor, may we have a short

12    bathroom recess?

13             THE COURT:  Sure.  It's 10:20.

14             10:35, 15 minutes.

15             (Recess taken)

16             THE COURT:  All right.  Good morning, again.

17             Mr. Kenner, cross-examination of Special Agent

18    Gray.

19             MR. KENNER:  Thank you, Your Honor.

20             And good morning, again.

21             THE WITNESS:  Good morning.

22                        CROSS-EXAMINATION

23    BY MR. KENNER:

24    Q.  Mr. Gray, I'm going to try to talk to you about a lot of

25    things you said, but I want to start perhaps out of order.

 1    I want to start with Exhibit 430.

 2                MR. KENNER:  Exhibit 430 has been admitted.

 3                THE COURT:  Yes.

 4    Q.  Do you have Exhibit 430 in front of you?

 5    A.  Yes, sir.

 6    Q.  All right.  There are five calls referenced here; or

 7    text messages, not calls.  Is that correct?

 8    A.  Yes, sir.

 9    Q.  All right.  The first of the text messages was at 7 --

10    at July 14, 2019, at 4:29; is that correct?

11    A.  Yes, sir.

12    Q.  And that's on July the 14th, 2019?

13    A.  Yes, sir.

14    Q.  And the text message -- was this a text message sent

15    from what you've described as a burner phone to Mr. Michel's

16    phone?

17    A.  This was a text message that was -- it says from 9240.

18    Q.  And that's --

19    A.  But this is an incoming text.

20                THE COURT:  I'm sorry, I missed that.  What did

21    you say?

22                Can you see it, or do you need it blown up?

23                THE WITNESS:  No, I can see it.

24    A.  The only thing I can say here is this is showing from

25    9240, but direction shows as incoming, with the message

1    being "Yo bro."

2    Q.  Okay.  Let's try to translate it.

3          Did the call -- did the text message reflected on

4    No. 5 initiate from a burner phone?

5    A.  I'd have to look at -- so what I -- the records that I

6    used to make that determination are the -- in this case

7    would either be the AT&T or the T-Mobile call detail

8    records.  This looks like a physical extraction of a phone.

9    Q.  Okay.  And you don't know whether the phone number

10   646-689 -- I'm sorry, (646)897-9240, is that the number the

11   text message is sent from?

12   A.  Again, if I was able to see the call detail records.

13   Q.  Take your time.  Look at the call detail records.

14   Whatever you need.  I just want to know whether this text

15   message is from the burner phone to Mr. Michel's phone or

16   not.  Can you tell me that?

17   A.  These are not the call detail records, so I couldn't

18   tell you based on this record everything about it.  I would

19   need the call detail records of the 9240 number to tell you

20   everything about that transaction.

21   Q.  Well, what is it that you were trying to convey to the

22   jury when the government showed you this exhibit and you

23   talked about it?  What was the point that you were making?

24   A.  So, again, if I marry them up, I can tell you everything

25   that went on here.  I'm only seeing half.

1    Q.  You're the expert, sir.  Marry them up.  Get them

2    engaged.  Do whatever you have to do.

3            I just want to know whether this text message came

4    from a burner phone to Mr. Michel's phone, however you need

5    to do it.

6            THE COURT:  Is there another exhibit you need to

7    look at?  Is that what you're saying?

8            THE WITNESS:  Yes.  There's call detail records.

9    This is not a call detail record.

10   Q.  Okay.  Can you tell me which exhibit is the call detail

11   record?

12           THE COURT:  I assume the government knows what it

13   is.  I doubt he remembers what exhibit number it is.

14           MS. LOCKHART:  I can look it up, Your Honor.  But

15   I would also point Mr. Kenner to the expert report which

16   Agent Gray used to create or used call detail records to

17   create.

18           THE COURT:  Would that help you, Special Agent?

19           THE WITNESS:  Yes.

20           THE COURT:  Or do you need the other?

21           THE WITNESS:  So the report I created was

22   reflective of the call detail records.

23           MR. KENNER:  I believe your report is Exhibit 659.

24           MS. LOCKHART:  Page 10.

25           MR. KENNER:  Page 10.

1              (Pause)

2    Q.  On the left side of your viewer is Page 10 from your

3    report.  On the right side of the viewer is the document I

4    was asking you questions about.  Do you see both of them to

5    be there?

6    A.  Yes, sir.

7    Q.  Now, you're going to marry these and tell me the answer

8    to my question about Text Message No. 5 on Exhibit 430.

9    A.  Yes, sir.

10             So Text Message No. 5 is an outgoing text message

11   from the 9240 burner phone to the 2888 phone.

12   Q.  Which is Mr. Michel's phone?

13   A.  Yes, sir.

14   Q.  All right.  Thank you.

15             MR. KENNER:  I'm sorry, Your Honor.  I'm not

16   supposed to do that.  I apologize.

17   Q.  So call No. 5 --

18             MR. KENNER:  Can you pull that up again?

19   Q.  Call No. 5 --

20             THE COURT:  In the microphone, please, sir.

21   Q.  Call No. 5 is from the burner phone to Mr. Michel's

22   phone, and the text message is "Yo bro;" is that correct?

23             MR. KENNER:  Can you highlight the "Yo bro"?

24   A.  Yes, sir.

25   Q.  Okay.  And if we move to No. 4, do you need the other

1    chart side by side to marry that up?

2    A.  That would be an incoming text message.

3    Q.  From...?

4    A.  From Mr. Michel's 2888 phone to the burner phone.

5    Q.  All right.  And in the message from Mr. Michel's phone

6    to the burner phone, what is his response to the "Yo bro"?

7    A.  "Who's this????"

8    Q.  Okay.  And that was at 7:29, roughly -- I'm sorry, at

9    4:29 and 51 seconds; about, what, 25, 30 seconds after the

10   first text?

11   A.  Yes, about 22 seconds.

12   Q.  In your expert opinion, would that indicate to you that

13   Mr. Michel didn't know who was texting him from this burner

14   phone?

15        MS. LOCKHART:  Your Honor, it's outside the scope

16   of his expert testimony.

17        THE COURT:  He can't indicate what people's

18   intentions were on doing things back and forth.  He can just

19   bring things out.

20        MR. KENNER:  Okay.

21   Q.  So in all -- Call No. 4 is the "Who's this????"

22        Let's look now to Call No. 3.  Is Call No. 3 from

23   the burner phone?

24   A.  Yes, sir.

25   Q.  And who is that text message being sent to?

1    A.  The Michel 2888 phone.

2    Q.  And in response to "Who's this????" is the response

3    "Your guardian angel"?

4    A.  Yes, sir.

5    Q.  And after the "Your guardian angel," the next missive

6    was at -- I'm sorry -- 6:02 p.m.  And is that from the

7    burner phone or from Mr. Michel's phone to the burner phone?

8    A.  That is from Mr. Michel's phone to the burner phone.

9    Q.  And can you read the message for us?

10   A.  "Who the fuck is this."

11   Q.  Okay.  And the next call is -- and that 6:02 p.m. text

12   message is, what, 45 minutes, roughly, after the Message

13   No. 3, "Your guardian angel"?

14   A.  Yes.

15   Q.  And in response -- let me withdraw that.

16         The next message after the "Who the fuck is this,"

17   is that sent from the burner phone to Mr. Michel, or the

18   other way around?

19   A.  It's sent from Mr. Michel to the burner phone.

20   Q.  And what is the message?

21   A.  "???"

22   Q.  Okay.  So is it your expert opinion that Mr. Michel sat

23   someplace with these two phones and sent these text messages

24   back and forth himself?

25         MS. LOCKHART:  Your Honor, again, it's outside the

1    scope of his expert testimony.

2              THE COURT:  I'll sustain it.

3              All he did was present, you know, the phones,

4    where they were, and located, et cetera.  He does not

5    interpret what the text messages or what anybody intended by

6    them.

7              So I would ask that you not pursue that line of

8    questioning.

9              MR. KENNER:  All right.  Let me ask it this way.

10   Q.  Do you have an opinion, sir, on the significance of what

11   you see on Exhibit 430?

12   A.  The physical content of the text messages I don't have

13   an opinion on.

14   Q.  Thank you, sir.

15             Let's go back to your expertise with regard to the

16   topic that you testified to.

17             Can you describe the difference to us between GPS

18   triangulation, triangulation, and CSLI, which is what I

19   understand you to have been talking about.

20   A.  Sure.  So GPS is something that cell phone companies can

21   do with the following -- commonly referred to as pinging a

22   phone.  It would take place in real time, real-time

23   situations.  And basically what happens is the cell phone

24   sends a signal -- or the provider sends a signal to the

25   phone, the phone -- and then that phone would send a signal

1    back to the provider that says this is where I am.

2              It's not something that's done during a normal

3    course of business.  It is something that is usually done

4    by, like, a law enforcement intervention, by a search

5    warrant or exigent circumstance.

6              Triangulation is something where a phone is -- a

7    phone's location is derived by different information of

8    where a -- the available towers that the phone can see to

9    triangulate its location.  That's actually something that's

10   more common.  GPS triangulation and triangulation are very

11   similar to one another in the method by which it's derived.

12             CSLI is cell site location information.  That is

13   what we specialize in in the CAST unit, which is basically

14   call records and the cell sites that service those call

15   records.

16   Q.  Okay.  So in order to gather the facts upon which you

17   base your opinion, I gather you got records, billing

18   records, from the cell phone companies?

19   A.  The billing records?

20   Q.  For each of the phones you were interested in?

21   A.  Yes.  I was provided the billing records for each of the

22   phones.

23   Q.  Okay.  And did you yourself do anything to determine the

24   accuracy of those records, or did you just accept them at

25   face value to be accurate?

1    A.  Those records are -- when billing records come in, they

2    are certified by the custodian of records for that provider

3    as being accurate.

4    Q.  They're certified not as being accurate, but by being

5    an accurate copy of what they keep in their file in real

6    time -- they're business records.  They don't certify that

7    this date at this time and that call is the truth.  They

8    don't do that, do they?

9            MS. LOCKHART:  Your Honor, objection.

10            I believe this question calls for attacking

11    Mr. Gray's qualifications as an expert in the underlying

12    aspects of Rule 702, which Mr. Kenner indicated he had no

13    objection to qualifying Mr. Gray as an expert in any of his

14    expert opinions.

15            MR. KENNER:  He's testifying --

16            THE COURT:  If that's the path you're going down,

17    Mr. Kenner, this isn't the way to do it.  I don't know

18    whether that's what you're trying to do.

19            MR. KENNER:  All right.

20    Q.  The accuracy of the information that you relied on to

21    form your opinion was not verified by you as to regard to

22    the truthfulness or accuracy.

23            I know that they're accurate.  They're certified

24    accurate in terms of that's what the phone company had.  But

25    there's nothing that you know of that attested to the

1    veracity or truthfulness of what's contained in those

2    records.  Is that fair?

3             MS. LOCKHART:  Your Honor, again, this is

4    reliability under 702, which Mr. Kenner had no objection to.

5             MR. KENNER:  Your Honor, I'm asking to test his

6    opinion.  I'm not saying he's not an expert.

7             THE COURT:  I'll allow the question, but if that's

8    the path you're going down, you gave that up with the voir

9    dire.

10            But you can ask this question and see if he can

11   answer it.

12   A.  I'm just a little confused by the question itself.  Are

13   you saying that the records are incorrect?

14   Q.  I'm not saying anything, sir.  And you're not asking me

15   questions; I'm asking you questions.

16            THE COURT:  He's trying to clarify what the

17   question is.

18   Q.  The question is:  Did you do anything to, based upon

19   your expertise, determine the factual accuracy of the

20   records you were reviewing?

21   A.  The records that -- the records are billing records kept

22   in the normal course of business by the three cell phone

23   providers.  They're certified as being an accurate

24   representation or an accurate copy of what transpired during

25   those dates and times that the call records are -- that are

1    reflected both in the CDRs and on my report.

2    Q.  Okay.  Again, sir, I apologize if I'm not being clear in

3    my question.

4         The certification that you are talking about

5    certifies that:  "Here's a bill.  This is a true copy of

6    what we keep in our records."  Correct?

7    A.  Yes, sir.

8    Q.  It doesn't certify that the information contained in

9    that bill is accurate, correct?

10   A.  My analysis and for the course of that -- not just over

11   the course of what's reflected in the report, but my total

12   analysis of all the records, there was nothing that I saw

13   with regards to what cell site was used, what sector was

14   used in proximity to different pertinent locations that

15   would suggest to me in any way that the records are

16   inaccurate.

17        For example, the majority of the records, the cell

18   sites that were used are in close proximity to Mr. Michel's

19   house or residence.  If the -- if I started seeing things

20   where they were in the -- you know, nowhere close, then I

21   would look into it more.

22        But there is nothing in these records that

23   suggests to me that any of it was inaccurate.

24   Q.  Okay.  And did you review the records with an eye

25   towards answering that question:  Am I looking at accurate

1    reliable data to form my expert opinion?

2    A.  I look at every record that's provided to me in making a

3    determination about -- in my report and a determination on

4    my opinion.

5    Q.  All right.  And you are aware, when you do your work,

6    that what you get by way of bills are generated by

7    computers, correct?

8    A.  The bills are generated based on usage, which is then

9    stored in a database within the providers.

10   Q.  Does an individual from the telephone company do this,

11   or is this provided to them in a printout from a computer

12   program?

13            MS. LOCKHART:  Your Honor, I would again have to

14   object.  This sounds like voir diring of an expert to figure

15   out whether they're qualified or could be qualified as an

16   expert under 702.

17            MR. KENNER:  I am not qualifying --

18            THE COURT:  Yes.  I expected all of these

19   questions, frankly, to have been done as part of the voir

20   dire in terms of the accuracy of his report as opposed to

21   now.

22            MR. KENNER:  I am not --

23            THE COURT:  Excuse me.

24            There's a limit in terms of what you're asking.

25            He's explained what he's relied on and why he, you

1    know, from his perspective, made certain decisions as to

2    whether they were reliable or not.

3              He's answered your question.  Move on.

4              MR. KENNER:  Okay.

5              MS. LOCKHART:  Your Honor, and I'll also note that

6    the call detail records and tower list that formed the

7    foundation of Agent Gray's opinion have been admitted into

8    evidence as well.

9              MR. KENNER:  I'm aware of that.  Thank you.

10             THE COURT:  All right.  Let's -- instead of

11   sparring, can we move on?

12             MR. KENNER:  Yes, Your Honor.

13   BY MR. KENNER:

14   Q.  Now, just so that we're clear, what you look at doesn't

15   tell you where Mr. Michel was located.  It tells you where a

16   phone was located.  Is that correct?

17   A.  It tells me the cell site and sector that a phone

18   utilized at a --

19   Q.  Sir, can you answer my question?  Did what you look

20   at tell you whether Mr. -- every time you said this phone

21   was someplace, are you meaning to imply to the jury that

22   Mr. Michel was there with his phone or there with a burner

23   phone?

24   A.  My analysis is based on the location of the phone, not

25   any individual person.

1    Q.  All right.  So you have no idea where Mr. Michel was

2    during any of the times that you've testified about; is that

3    correct?

4    A.  Just the phones.

5    Q.  All right.  Now, would you agree, sir, that the type of

6    evaluation that you did here, CSLI, the after the fact, is

7    viewed in the literature as the least reliable as between

8    GPS triangulation, triangulation, and CSLI?  Would you agree

9    with that?

10   A.  No.

11   Q.  Okay.  Can you tell me why?

12   A.  So I believe what you're referring to is an article that

13   came out some years ago.  That quote is regarding

14   reliability of tracking a phone in real time with GPS

15   triangulation and CSLI.

16          You can't track a phone -- A, you can't track a

17   phone in real time on CSLI because it's a historical record.

18   But secondly, the idea that CSLI is less reliable than GPS

19   in and of itself isn't an accurate statement because GPS --

20   the way GPS is derived within the mobile -- within mobile

21   devices is by the use of the phone searching for the towers

22   that it sees; and then based on the towers that it has

23   connection with, the provider -- or the phone generates a

24   ping.

25          So in essence, cell towers and CSLI is what

1    derives the GPS in the first place.

2    Q.  The article that you're referring to, is that the study

3    done in Denmark on this question?

4    A.  Yes, sir.

5    Q.  And your testimony is that what was reported about that

6    study in the scientific community is wrong?

7    A.  In the Denmark study?

8    Q.  Yes.

9    A.  We can go through each part of that Denmark study, and

10   you can go line by line, and I can explain to you why I

11   disagree with the findings.

12   Q.  If we had time, I'd love to hear that, but I'm not going

13   to take the Court's time to do that.

14   A.  Okay.

15   Q.  So let me talk to you a little bit about burner phone.

16   You've used that word frequently.  Describe to me what your

17   definition is of a burner phone.

18   A.  So a prepaid phone, you know, that doesn't require a

19   monthly statement.  It doesn't require any sort of

20   identification to obtain.  You don't have to put your real

21   name, your address, any sort of recovery email, something

22   like that.  That would be -- that's what's more commonly

23   referred to as a burner phone.

24   Q.  All right.  And when you use the term "burner phone,"

25   are you suggesting that there's a negative connotation with

1    regard to alleged criminal activity?

2    A.  I'm suggesting that a prepaid phone is commonly referred

3    to as a burner phone.

4    Q.  Okay.  So if I went and got a phone that I -- from CVS

5    that I used to make sure my phone calls are confidential

6    with a client, that would be a burner phone; is that

7    correct?

8    A.  It would fall under the definition, my definition, of

9    what a burner phone is.

10   Q.  Okay.  So there are legitimate reasons that people have

11   what you call a burner phone; isn't that true?

12   A.  Yes.

13   Q.  So just to call it a burner phone is not what makes your

14   opinion in this case that it's something nefarious; isn't

15   that correct?

16   A.  Can you rephrase the question?

17   Q.  Yes.  The fact that this was a burner phone -- what

18   you've described as a phone that you can walk into any store

19   and buy and not give identifying information, that's what a

20   burner phone is, correct?

21   A.  Yes.

22   Q.  So people have lawful purposes in having a burner phone;

23   isn't that true?

24   A.  Yes.

25   Q.  Did you make any attempt to determine whether or not

1    Frank White's phone was in the New York area at the time of

2    your investigation of this activity?

3    A.  I don't have Frank White's records; and, therefore, it

4    did not factor into my analysis.

5    Q.  All right.  Were you asked by the government or provided

6    by the government with Frank White's information?

7    A.  The only records I have that I analyzed are the three

8    phones contained within my report.

9    Q.  All right.  Are you aware -- excuse me, Your Honor.

10           Are you familiar with a person named Joel

11   Rousseau?

12   A.  No, sir.

13   Q.  You never had occasion to learn that he lived on 2nd and

14   33rd Street in New York?

15   A.  I don't know who that is.

16   Q.  Okay.  You'd agree 2nd and 33rd would be in the same

17   area as what you've testified to so far, correct?

18   A.  At what time?

19   Q.  2:00 in the afternoon.

20           MS. LOCKHART:  Your Honor, we're far afield of

21   Agent Gray's testimony here, and it assumes facts not in

22   evidence.

23           MR. KENNER:  Your Honor, there are other

24   telephones connected to significant people in this case, and

25   I'm entitled to probe whether or not --

1          THE COURT:  Well, I -- do we have any evidence as

2     to what you're saying in terms of addresses?  Is there any

3     evidence that's going to come up in the case other than in

4     your question?

5          MR. KENNER:  Yes, Your Honor.

6          THE COURT:  All right.  I'm going to hold you to

7     that, Mr. Kenner.

8          MR. KENNER:  Thank you.

9          THE COURT:  I will -- he can answer, if he has the

10    information.

11    A.  So the reason why I asked for the time is because maybe

12    33rd and 2nd is in a close location to the phones at X time,

13    but three hours later, it may not be.  So, again, if you

14    point me to a specific time frame, I can tell you if 33rd

15    and 2nd is close.

16    Q.  First of all, since the judge is going to hold me to

17    this, I misread my note.  It's 33rd and 7th, not 2nd.

18    A.  Okay.

19    Q.  That's the same area?

20    A.  It's on the opposite side of New York City.

21    Q.  And are you aware of whether or not Mr. Aziz, the son of

22    the prime minister from Malaysia, lived in the same area as

23    Mr. Michel?

24    A.  No, sir.

25    Q.  You never did anything with regard to inquiring into his

1    phone or its location; is that correct?

2    A.  No, sir.

3    Q.  Were you aware that --

4          THE COURT:  Excuse me a minute.  Aziz, is that the

5    address you just gave with the 7th Street, or something

6    else?

7          MR. KENNER:  No, Aziz was Joel Rousseau.

8          THE COURT:  Okay.  I just wanted to clarify which

9    connections there were.

10          MR. KENNER:  Yes, yes, thank you.

11    Q.  And Joey McFarland, did you evaluate his phone?

12    A.  No, sir.

13    Q.  Now, when you testify to the proximity of telephones to

14    each other, you're basing that on what you perceive to be

15    which tower the call utilized; is that correct?

16    A.  The coverage area of the tower and sector that were

17    utilized, along with the time that the phone -- that the

18    activations took place.

19    Q.  All right.  And you would agree, would you not, that

20    triangulation analysis can only provide an approximate

21    location of a cell phone?

22    A.  Again, this wasn't triangulation analysis.  This was

23    CSLI and an analysis of the historical call detail records.

24    Q.  Okay.  And does that analysis provide more than an

25    approximate location of a phone?

1    A.  No.

2    Q.  All right.  And there is a margin of error, correct?

3    A.  No, sir.

4    Q.  Okay.  Are you aware that signals from cell phones can

5    bounce off of buildings, trees, other objects which can

6    affect the accuracy of cell site triangulation analysis or

7    CSLI?

8    A.  So there are -- so buildings, along with other

9    topography, can have a slight affect on coverages.  These

10   are things, though, that the engineers, when they set up a

11   network layout, are things that are taken into account.

12          It's the engineers' jobs to make sure that every

13   area is covered for the customers.  They don't want the

14   customers dropping calls, or else they're going to leave.

15          So if they see that, for instance, they expect

16   that Cell Tower 123 should cover this area, but it's hitting

17   a bit -- but coverage is getting stopped by a building or

18   something like that, they would just simply add another cell

19   site, which is what we're seeing in Manhattan, which is why

20   there's cell sites in so many different areas, you know, a

21   block or two away from one another.

22   Q.  Okay.  In your kind of analysis, are there people other

23   than law enforcement that do this same kind of analysis?

24   A.  I'm sure there are private investigators that utilize

25   the same analysis.

1    Q.  Okay.  You don't know that to be a fact though?

2    A.  There are private investigators that do the same thing.

3    Q.  Okay.  And you would agree that a cell phone can connect

4    to a cell tower further away than the nearest tower to the

5    phone?

6    A.  Yes, sir.

7              MR. KENNER:  I have no further questions.

8              THE COURT:  Redirect?

9              MS. LOCKHART:  Yes, Your Honor.  Briefly.

10                    REDIRECT EXAMINATION

11   BY MS. LOCKHART:

12   Q.  Good morning again, Agent Gray.

13   A.  Good morning.

14   Q.  I'm just checking again to see if it's still morning.

15   It is.

16             MS. LOCKHART:  If we could pull up Government's

17   Exhibit 659, Page 10.

18   Q.  I believe this is one of the slides you were just

19   looking at with Mr. Kenner, correct?

20   A.  Yes, ma'am.

21   Q.  And does this show the burner phone communicating with

22   Mr. Michel's phone?

23   A.  Yes, ma'am, it does.

24   Q.  And what's your opinion about the location of

25   Mr. Burner's -- or Mr. Michel's phone and to the burner

1    phone in proximity to each other?

2    A.  The two phones are co-located with one another at 4:29

3    p.m.

4    Q.  And you saw the burner phone and one or both of

5    Mr. Michel's phones.  Is it correct that they were co-

6    located throughout the day?

7    A.  Yes, ma'am, several different locations at different

8    points during the day.

9    Q.  At all times that the burner phone was active, is it

10   fair to say that one or both of Mr. Michel's phones was co-

11   located with the burner phone?

12   A.  Yes, ma'am.

13   Q.  Does that also include when Mr. Michel's phone and the

14   burner phone was traveling around the city?

15   A.  Yes, ma'am.

16   Q.  What is the likelihood in New York that Mr. Michel's

17   phones and the burner phone over a seven-hour period were

18   co-located together throughout the course of the day?

19   A.  Again, the idea that these two phones would merely be

20   coincidence happening to pass by one another over the course

21   of seven hours in a borough that has several thousand cell

22   towers and it had to be a coincidence where the phones

23   weren't actually with one another is just so highly

24   unlikely.

25   Q.  Does that include when the phones were in movement with

1    each other?

2    A.  Yes, ma'am.

3              MS. LOCKHART:  If we could pull up Government's

4    Exhibit 430.

5    Q.  I believe these are the messages you just looked at.

6    What's your opinion of the location of Mr. Michel's phone

7    and the burner phone when they were texting each other

8    during this period?

9    A.  That they were co-located with one another, at least

10   for -- looking at my report, that page we were just on, for

11   4:29:29 and 4:29:51, they were co-located at that time.

12             MS. LOCKHART:  And if we could go to Page 12 of

13   Government's Exhibit 659.

14   Q.  And are these the other three messages that were at the

15   top of 430 that we just looked at?

16   A.  Yes, ma'am.

17   Q.  And what's your opinion about the proximity of

18   Mr. Michel's two phones and to the burner phone when those

19   three text messages were sent?

20   A.  They're all co-located with one another during that

21   time.

22             MS. LOCKHART:  Nothing further, Your Honor.

23             THE COURT:  All right.  Can he be excused?

24             MS. LOCKHART:  Yes, Your Honor, from the

25   government.

```
1              MR. KENNER:  Yes, Your Honor.

2              THE COURT:  All right.  You're excused, sir.

3              THE WITNESS:  Thank you, ma'am.

4              THE COURT:  Thank you.

5              The next witness.

6              MS. LOCKHART:  Your Honor, the government would

7     like to call Leonardo DiCaprio, please.

8              And it may take a minute, Your Honor.  He was in

9     the back.

10             (Pause)

11             THE COURT:  If you want to stand and stretch, go

12    ahead, while we wait.

13             (Pause)

14             THE COURT:  All right.  If you would step up over

15    here, please.  You can come through the center or around the

16    side to my left.  And if you'll step up, we'll swear you in.

17             (Witness sworn)

18             THE COURT:  All right.  Go ahead.  That chair

19    moves around.  You need to speak in a loud voice into the

20    microphone.

21             All right.  I'd ask that you allow counsel to

22    finish their question, even if you know what they're asking

23    you, before you start to answer so we have the question and

24    the answer; and they should do the same for you.

25             If you hear the word "objection," or more
```

1    importantly, if counsel starts to stand, they're going to

2    object.  If you haven't started to answer, don't.  If you're

3    in the middle of your answer, please stop.  Let me hear what

4    the objection is, and then I'll tell you whether you can

5    answer.  All right?

6              THE WITNESS:  All right.

7                        LEONARDO DiCAPRIO, Sworn

8                          DIRECT EXAMINATION

9    BY MS. LOCKHART:

10    Q.  Good morning, Mr. DiCaprio.

11    A.  Good morning.

12              THE COURT:  We're definitely not going to hear you

13    that way.  Talk to the people at the back door.

14    Q.  We have a court reporter who needs to type everything

15    you say.

16              If you could please state and spell your name for

17    the record.

18    A.  Leonardo DiCaprio; L-E-O-N-A-R-D-O, D-I-C-A-P-R-I-O.

19    Q.  At the risk of asking a stupid question, what is it that

20    you do for a living?

21    A.  I am an actor.

22    Q.  Do you also have a production company?

23    A.  Yes, I do.

24    Q.  What's the name of that production company?

25    A.  Appian Way.

1    Q.  What kinds of work does your production company do?

2    A.  We develop films and various documentaries and develop

3    screenplays for production.

4    Q.  Do you also have a charitable foundation?

5    A.  Yes, I do.

6    Q.  And what's the name of your foundation?

7    A.  Currently the name is Re:wild.  It was previously named

8    LDF, Leonardo DiCaprio Foundation.

9    Q.  And what kinds of work do you endeavor to do with your

10   foundation?

11   A.  We protect large swaths of land, rain forests, forests'

12   biodiversity, corral reef systems, and help protect

13   endangered species around the world.

14   Q.  I'm going to turn your attention to a number of

15   individuals, but first, do you know an individual by the

16   name of Low Taek Jho or Jho Low?

17   A.  Yes.

18   Q.  How do you know him?

19   A.  I met Jho Low possibly around 2010 or somewhere after

20   that.  I met him in Las Vegas at a birthday party that he

21   had.  I was invited to this party by a mutual friend named

22   Danny Abeckaser, and I attended that birthday party.  That's

23   how I initially met Jho Low.

24   Q.  And I think you said that was around 2010?

25   A.  I can't say exactly the date, but that seems about

1    right.

2    Q.  Since that time, what's been the nature of your

3    relationship with Mr. Low?

4    A.  Casually meeting him out.  He had a multitude of

5    different parties and celebrations that I was invited to.

6            Then conversations began from him where he started

7    asking about movies and financing films, at which point he

8    asked me if there was anything I was interested in doing

9    script-wise that I hadn't done yet, and I mentioned the film

10   *Wolf of Wall Street*, screenplay *Wolf of Wall Street*.  And

11   conversations then begun with my representatives about him

12   financing the film *Wolf of Wall Street*.

13   Q.  Did he ultimately finance the movie *Wolf of Wall Street*?

14   A.  Yes.

15   Q.  Who did you understand Mr. Low to be in this time?

16   A.  I understood him to be a huge businessman with many

17   different connections in Abu Dhabi and Malaysia, and he was

18   sort of a prodigy in the business world and was incredibly

19   successful.

20   Q.  Are you still in contact with Mr. Low?

21   A.  No, I am not.

22   Q.  At what point did you stop being in contact with

23   Mr. Low?

24   A.  I believe it was around 2015 when my representatives

25   brought to my attention an article that came out about him,

1    and there was some investigation into his reputation.

2    Q.  Do you know what the article was concerning?

3    A.  It was concerning essentially illegal funding from

4    Malaysia and a multitude of other places.

5    Q.  After Mr. Low decided to invest in the *Wolf of Wall*

6    *Street*, did you start having a business relationship with

7    him?

8    A.  Yes.

9    Q.  And what was that like?

10    A.  Well, he was, to my understanding, the person that

11    funded the film on a personal level and accumulated other

12    funding from other entities in order to finance the project.

13    Q.  Are you familiar with the defendant, Pras Michel?

14    A.  Yes.

15    Q.  And do you see him in the courtroom here today?

16    A.  I believe so, yes.

17    Q.  And can you identify him by an article of clothing he's

18    wearing?

19    A.  Does he have a mask on right now?  There he is, yes.  He

20    put his hand up.

21           THE COURT:  Unfortunately a lot of people have

22    masks on.

23           MS. LOCKHART:  Your Honor, may the record reflect

24    that Mr. DiCaprio has identified the defendant.

25           THE COURT:  I'm assuming there's no objection to

1    the record reflecting as such.

2              MR. KENNER:  There is no objection, Your Honor.

3    That is Mr. Michel.

4    Q.  And how do you know Mr. Michel?

5    A.  Through New York, through the years.  We've had mutual

6    friends and also -- yeah, we had mutual friends, and also

7    through various parties with Jho Low, celebrations he'd had,

8    trips, things of that nature.

9    Q.  Did you see Mr. Michel and Mr. Low together?

10   A.  Yes, at social engagements and trips.

11   Q.  Do you know an individual by the name of Mohamed Al-

12   Husseiny?

13   A.  Yes.  I believe that name sounds familiar, yes.

14   Q.  Do you know who that is?

15   A.  I believe, as I sit here now, memory serves that he was

16   a partner of Jho Low and one of the financiers of *Wolf of*

17   *Wall Street*.

18   Q.  What about an individual by the name of Eric Tan?

19   A.  Yes.

20   Q.  Who is that?

21   A.  Eric Tan was a childhood friend of Jho Low's.  They'd

22   known each other, from what I understood, for a long period

23   of time; and he was also a business partner and assistant or

24   right-hand man, as you may call it, to Jho Low and his

25   philanthropic and business affairs.

1   Q.  Did you ever receive any gifts from Mr. Low?

2   A.  Yes.

3   Q.  What gifts did you receive?

4   A.  I received financial contributions to my foundation,

5   LDF.  There were some photographs, some first edition books,

6   some art.  And I received an Oscar for the wrap gift of *Wolf*

7   *of Wall Street*, along with the compensation for my work on

8   the film *Wolf of Wall Street*.

9   Q.  Did you ever receive anything close to tens of millions

10  of dollars separate and apart from the investment into *Wolf*

11  *of Wall Street*?

12  A.  Did I ever receive -- can you repeat the question?

13  Q.  Yes.  Did you receive anything close to tens of millions

14  of dollars from Mr. Low separate and apart from his

15  investment into *Wolf of Wall Street*?

16  A.  No.

17  Q.  You mentioned that Mr. Low contributed to your -- to

18  LDF, your foundation.  Are you familiar with how Mr. Low

19  would donate to the foundation?

20  A.  Yes.

21  Q.  And how did he do that?

22  A.  I have had about five or six major art auctions in St.

23  Tropez where I would auction off high-priced paintings,

24  experiences, and objects to bring in funding for the

25  foundation.  He purchased a painting and also contributed

1    financially to the foundation along with other gifts that

2    were to be auctioned off at my foundation in St. Tropez.

3    Q.  When Mr. Low would contribute financially to your

4    foundation, did he make those donations in his own name?

5    A.  That was not my understanding, no.

6    Q.  Did he use one of his business entities or one of his

7    entities that he had?

8    A.  Yes, that is my understanding.

9    Q.  Do you know the name of that entity?

10   A.  I don't want to get any of the names wrong, but perhaps

11   you can refresh my memory.

12          MS. LOCKHART:  Yes, Your Honor.  I'd like to show

13   the witness what's been marked as Government's Exhibit 683

14   for the purpose of refreshing the witness and not seeking

15   admission.

16          THE COURT:  All right.  And if you could show it

17   to Mr. Kenner, if he hasn't already seen that.

18          I'm sorry, 683?

19          MS. LOCKHART:  683.

20          MR. KENNER:  Yes, I can see it, Your Honor.

21          THE COURT:  You've seen it?  Okay.

22   Q.  And, Mr. DiCaprio, you can take a moment to look at this

23   document, and I will ask the question again.

24          THE COURT:  Take a look as long as you need to

25   refresh your memory.  And then when you're finished, look

1    over at her, and we'll take it down.

2            (Pause)

3    A.  I recognize the name Alsen Chance.

4            MS. LOCKHART:  And Ms. Orozco --

5    Q.  If you're done reading, Mr. DiCaprio, we can take this

6    down.

7            MS. LOCKHART:  All right, Ms. Orozco.  Thank you.

8    Q.  So, Mr. DiCaprio, are you aware of the name of the

9    entity that Mr. Low used to make contributions to your

10    foundation?

11    A.  Alsen Chance looks like a familiar entity, yes.

12    Q.  And you understood that contributions from Alsen Chance

13    were from Mr. Low; is that correct?

14    A.  That is correct.

15    Q.  Was there ever a person to help coordinate donations

16    from Mr. Low?

17    A.  Yes.

18    Q.  Who is that person?

19    A.  Eric Tan.

20    Q.  Can you describe a little bit to the jury how you

21    would communicate with Mr. Tan to secure these donations

22    from Mr. Low?

23    A.  If memory serves, it was mainly by email.  Mr. Low was

24    often busy, preoccupied, and in different parts of the

25    world; and I was directed to speak to or communicate with

1    Eric Tan about receiving the funding for the promised
2    donations to the foundation, and so I did.
3    Q.  Did you understand that when you were speaking with
4    Mr. Tan about the donations, that the money you were talking
5    about was Mr. Low's money, and not Mr. Tan's?
6    A.  Yes, that is correct.
7    Q.  Are you aware whether Mr. Tan ever made any donations to
8    your foundation?
9    A.  I am not aware that he gave any donations to the
10   foundation, no.
11   Q.  Were there times when you were instructed to communicate
12   only with Mr. Tan and not Mr. Low?
13   A.  Yes.
14   Q.  And do you know why that was?  Do you know why that was
15   that you were instructed to communicate with Mr. Tan?
16   A.  I can't say specifically, no.
17   Q.  Did Mr. Low also tell you to go through Mr. Tan
18   sometimes?
19   A.  Yes.  I would say most of the time he said, concerning
20   the donations to the foundation, "Speak to Eric Tan, he is
21   my right-hand man, and he will facilitate it."
22   Q.  Did there ever come a time where you discussed the 2012
23   presidential election with Mr. Low?
24   A.  Yes.
25   Q.  What was the nature of that discussion?

1    A.  It was a casual conversation about what party he was in

2    support of, and I told him what party I was in support of.

3    And he mentioned in passing that he or possibly a group of

4    other partners of his were going to give a significant

5    contribution to the Democratic party.

6    Q.  Do you know about how much money he said that he was

7    going to contribute?

8    A.  Like I said, it was in passing, but I remember him

9    saying a significant sum.  Something to the tune of $20 to

10   $30 million.  At which point I was -- I basically said,

11   "Wow, that's a lot of money."

12              MS. LOCKHART:  Nothing further, Your Honor.

13              THE COURT:  Cross?

14              MR. KENNER:  Thank you, Your Honor.

15                        CROSS-EXAMINATION

16   BY MR. KENNER:

17   Q.  Good morning, Mr. DiCaprio.  How are you?

18   A.  Good morning.  How are you?

19   Q.  I would like to go back, if I can, to the time when you

20   first became acquainted with the person we're calling Jho

21   Low.

22              When you first met him, did you ask anybody to vet

23   him before you started a relationship with him?

24   A.  Yes.

25   Q.  And who was it that you asked to vet him?

1    A.  My representatives -- this is before any business was

2    conducted with him as far as *Wolf of Wall Street* was

3    concerned.  I had my lawyer and my team do an investigation

4    into Mr. Jho Low.  I also had a third party -- I forget the

5    person's name exactly -- do another investigation.

6            And then the studios that were involved in the

7    production of the film did another investigation to see

8    whether the financing was good or not and safe to accept.

9    Q.  All right.  And you've indicated that this occurred

10   before the financing of *Wolf of Wall Street*?

11   A.  Correct.

12   Q.  So between the time that you first met Mr. Low that

13   started out casually, as I understand it, until the time

14   that there were conversations about his investing in the

15   movie *Wolf of Wall Street*, was there any vetting done of him

16   prior to that time?

17   A.  I'm not sure I understand the question.

18   Q.  Okay.  Let's say, you know, you meet me someplace, and,

19   you know, we talk to each other, and we're thinking about

20   hanging out.  Would it be your practice to have somebody vet

21   me before you would hang out with me?

22   A.  No, that would not be my practice.

23   Q.  Okay.  I didn't think so.  I just wanted to verify.

24           So there was no vetting of Mr. Low until just

25   before the investment in the movie?

1    A.  That is correct.

2    Q.  All right.  And prior to the investment in the movie,

3    when you described that you hung out with him, can you

4    indicate the occasions that you can recall in which you were

5    with Mr. Low prior to his financing of the movie?

6    A.  Yes.  He would have a multitude of lavish parties.  Many

7    different people from all over the world, many celebrities,

8    actors, musicians would come to these parties.  Some of them

9    were on boats.  Some of them were at nightclubs and various

10   places in the United States.

11   Q.  Okay.

12   A.  Dinners.

13   Q.  All right.  Now, can you tell me for a moment, when did

14   you first meet Mr. Michel, if you recall?

15   A.  It was so long ago, I'd be -- I'd be guessing.  I can't

16   tell you exactly the time frame.

17   Q.  Since you first met Mr. Michel, that would have been

18   roughly, if I understand, 20 years before the 2012 time

19   period?  In the '90s?

20   A.  I remember meeting him in the '90s, yes, along with his

21   musical group at the time, yes.

22   Q.  Right.  Did you attend one of his concerts and go back

23   stage with him at that time?

24   A.  If memory serves, we met -- I don't know if this was the

25   first time but -- the entire group at a concert at the

1    Virgin Megastore that they had at the time, and a few

2    friends of mine met the entire group back stage.

3    Q.  All right.  And since that first meeting, you have had

4    occasion to see Mr. Michel on a number of occasions?

5    A.  Yes.

6    Q.  In fact, did Mr. Michel come to a Thanksgiving dinner at

7    your house one year?

8    A.  Quite possibly.  But like I said, I couldn't say

9    exactly.  My memory does not serve.

10   Q.  Okay.  But you would at least agree you're kind of

11   social friends with Mr. Michel?

12   A.  I would say yes.

13   Q.  Okay.  Now, you mention -- I'm sorry, let me withdraw

14   that.

15           Have you ever been to any of Mr. Low's homes or

16   properties?

17   A.  Yes.

18   Q.  And more than one, or only one?

19   A.  I remember his apartment in New York City and his

20   property in Los Angeles as well.  I remember going to both

21   of those locations.

22   Q.  When you say an apartment in New York, to your

23   knowledge, was that a condominium that he owned in New York?

24   A.  That was my understanding, yes.

25   Q.  All right.  Would you describe it as a lavish home?

1    A.  I would describe it as a very nice and expensive and

2    lavish condominium, yes.

3    Q.  Thank you.

4           And did you ever become aware that Mr. Low had

5    purchased an interest in EMI Publishing?

6           MS. LOCKHART:  Your Honor, we're outside the scope

7    of Mr. DiCaprio's testimony.

8           MR. KENNER:  I can call him back, if they want,

9    but I don't want to do that to him.

10           THE COURT:  So are we now doing a combination of

11    this witness.  Because I thought you had decided not to do

12    that.  If we are, that's fine, as long as we have an

13    understanding that that's what's being done.

14           MR. KENNER:  I mean, I will decide at the end.

15    if counsel's going to make objections that I'm going

16    beyond the scope of direct, in the interest of not

17    disturbing Mr. DiCaprio to have to come back again, I'd like

18    to be allowed to ask --

19           THE COURT:  But we had talked, Mr. Kenner, about

20    doing that and agreeing in advance so that they would -- the

21    government would be aware that that was going to be done in

22    terms of also their questioning.

23           So, Mr. Keller, do you have a problem -- not

24    Mr. Keller, I'm sorry.

25           Do you have a problem with him doing that, which

1    obviously opens up the possibility on your end?

2              MS. LOCKHART:  Your Honor, we're fine with that.

3    We would reserve the right to object on relevance grounds.

4    As well as if Mr. Kenner is going to ask questions outside

5    the scope, he obviously cannot cross-examine him; he needs

6    to lead -- or ask Mr. DiCaprio questions through a direct

7    examination format.

8              THE COURT:  So my question is that if he's going

9    to ask beyond the scope, which he clearly is to some degree,

10   then if he's doing that as his witness, then you get to

11   cross-examine on that.  Is that acceptable?

12             MS. LOCKHART:  Yes, Your Honor.

13             THE COURT:  All right.  Then you can -- so let me

14   just indicate for the jury.

15             There are occasions when both sides, both the

16   government and the defense, wish to call a witness for

17   different purposes and perhaps for different information.

18   Ordinarily, if you call a witness -- although witnesses

19   don't belong to the parties, but in terms of what they ask,

20   then that is the limit in terms of cross-examination.

21             In order not to inconvenience this witness,

22   they've agreed that Mr. Kenner can ask the questions he

23   would ask if he called Mr. DiCaprio in his case, and

24   obviously government counsel can do a cross-examination.

25   All right?

1          So the witness is here based on -- you don't have

2    to worry about cross and direct; that's my job.  But you

3    should just know that this is a witness that would have been

4    called in the defense case, it appears, as well.

5          MR. KENNER:  You got that?

6          THE COURT:  He doesn't have to worry about that.

7    These are legal issues that the Court makes in terms of what

8    the scope of your questions are.

9          MR. KENNER:  Thank you.

10          THE COURT:  He just has to answer them.

11          MR. KENNER:  Thank you.

12          Can I have the question read back?  I forgot where

13    I was.

14          Oh, I've just been reminded.

15    Q.  It was a question of whether or not Mr. DiCaprio was

16    aware of Mr. Low's investment in a company called EMI, a

17    publishing company?

18    A.  That is not my field of expertise, but if memory serves,

19    it sounds to me like a music publishing company, and I did

20    hear that he had a major investment in a music publishing

21    company, yes.

22    Q.  Did you hear anything about whether or not Mr. Low had

23    purchased a hotel in Beverly Hills?

24    A.  Yes.

25    Q.  What did you hear about that?

1    A.  Again, as I sit here now, I'm trying to recollect the

2    proper names to the best of my ability, but I remember there

3    was a hotel on, I believe, San Vicente Boulevard.  And

4    perhaps you can refresh my memory as to what the name of

5    that hotel was.

6            But I was under the understanding that he

7    purchased it, yes.

8    Q.  All right.  I believe it was called L'Ermitage in

9    Beverly Hills, when he purchased it?

10   A.  That is what I remember as well, yes.

11   Q.  Yes.  And it later changed the name to Viceroy Hotel, if

12   you're aware?

13   A.  I'm not aware about the name change, I'm sorry.

14   Q.  Thank you.

15           So if I recall correctly, you first met Mr. Low in

16   roughly 2010 at a nightclub; is that right?

17   A.  It was a birthday party, a lavish birthday party in Las

18   Vegas.

19   Q.  All right.  It was at the -- and two locations.  One was

20   the Bellagio Hotel, I believe, and the other was at a

21   massive tent constructed in the desert?

22           MS. LOCKHART:  Your Honor, assuming facts not in

23   evidence.  Mr. DiCaprio hasn't testified to either of those

24   things.

25           THE COURT:  That's correct.  I assume -- is there

1   some other evidence that's going to come out that's going to

2   bring that out?

3              MR. KENNER:  Yes.

4              THE COURT:  Otherwise we have no evidence on the

5   record.

6              MR. KENNER:  Yes, there is.  There will be other

7   evidence; and I can reframe the question, if you'd like.

8              THE COURT:  You can reframe it or not, as long as

9   you bring it out sometime later, because at this point we

10  don't have anything on the record relating to it.

11             MR. KENNER:  All right.

12  Q.  Let me ask this way:  Did you attend a birthday party in

13  Las Vegas at the Bellagio Hotel as part for Mr. Jho Low's

14  birthday?

15  A.  I do not remember the hotel, but I remember going to Las

16  Vegas to meet Mr. Low at an outside location by the pool

17  where there was a large party occurring.

18  Q.  Okay.  And did you do that?

19  A.  And did I do that?

20  Q.  Did you do that?  You went to that party?

21  A.  I did go to that party, yes.

22  Q.  All right.  And either before or after that party did

23  you go to a party at the same time, roughly the same day or

24  night, at another location for Mr. Jho Low's birthday?

25  A.  I don't remember exactly what happened after that.

1    Q.  I understand.

2             THE COURT:  Well, if he doesn't remember, move on.

3    Q.  You did some traveling with Mr. Low?

4    A.  Yes.

5    Q.  And did you travel with him on what you understood to be

6    his private jet?

7    A.  Yes.

8    Q.  On how many occasions?

9    A.  I couldn't say for sure.  I remember a trip to Australia

10   with a massive group of people, and that I understood it to

11   be either his plane or a plane that he chartered to go with

12   a large group to celebrate New Year's.

13            And I also remember a trip to Brazil for the World

14   Cup.

15   Q.  Okay.  Let me go back for a second to the trip to New

16   Zealand.  Was it Mr. Low's idea at the time, as you

17   understood it, to go to Australia so that he could fly back

18   to Nevada, Las Vegas, with the same group of people and

19   celebrate New Year's Eve twice that year?

20            MS. LOCKHART:  Your Honor, objection; relevance.

21   I don't see how any of this is connected to --

22            THE COURT:  I'm not even sure what relevance there

23   is in terms of which -- you know, who he flew back with and

24   where they went.

25            Is there something that's going to tie all this

```
1    together --
2              MR. KENNER:  Yes.
3              THE COURT:  -- in terms of the specifics?
4              We have the trip to I believe -- did you say
5    Australia or New Zealand?
6              THE WITNESS:  It was Australia, not New Zealand.
7              MR. KENNER:  Yes.
8              I'm sorry, your question is?
9              THE COURT:  My question is:  What is the relevance
10   about how they went back and what groupings, et cetera?
11             I mean, is there something to tie this up
12   together?
13             MR. KENNER:  Yes.  Yes, there is, Your Honor.
14   Mr. Michel was on that flight.
15             THE COURT:  I don't want to hear anything more,
16   especially with the witness here.  So go ahead and ask your
17   question.
18             MR. KENNER:  Thank you.
19   BY MR. KENNER:
20   Q.  This large group of people, they were all guests of Jho
21   Low; is that correct?
22   A.  That was my understanding, yes.
23   Q.  And the idea was to celebrate New Year's twice in the
24   same year; is that correct?
25   A.  I do remember him saying that that was an objective of
```

1    his, yes.

2    Q.  Okay.  Did you end up getting back to Las Vegas in time

3    to celebrate New Year's?

4    A.  It depends on how you look at it.

5    Q.  Touche.  Thank you.

6    A.  We landed at the proper time for New Year's, but New

7    Year's was already occurring during that time of landing.

8    Q.  Okay.  Thank you very much.

9            Were there ever any occasions when Mr. Low

10   provided a plane, a private plane, his or chartered, for

11   your use when he was not present?

12   A.  I don't remember.

13   Q.  Okay.  So let me -- you had not explored or formed an

14   opinion on whether Mr. Low was an American citizen or

15   foreign national or what, had you?

16           THE COURT:  At what point in time?

17   Q.  At the time you first met him, and up to the time --

18   let's start with when he financed the movie.

19           MS. LOCKHART:  Your Honor, objection.

20   Mr. DiCaprio's state of mind as to Mr. Low's nationality is

21   irrelevant to the present charges.

22           MR. KENNER:  It absolutely is not, Your Honor.

23   It's a central theme of the prosecution.

24           MS. LOCKHART:  I would argue not Mr. DiCaprio's

25   knowledge however.

```
 1                      MR. KENNER:  Your Honor, I --

 2                      THE COURT:  Just a second.

 3                      I think the question is whether he knew or didn't

 4      know.

 5                      MR. KENNER:  That's the first question.

 6                      THE COURT:  What he might have thought or whatever

 7      else --

 8                      MR. KENNER:  Yes, let's start there.

 9      Q.  Did you know what Mr. Low's legal status in the United

10      States was up until the vetting for the Wolf of Wall Street?

11      A.  I'm not sure I understand the question.

12      Q.  Did you do anything to investigate, when you started

13      socializing with Mr. Low, whether he was a legal alien, a

14      United States citizen, or a foreign national?

15                      MS. LOCKHART:  Your Honor, again, relevance.

16                      THE COURT:  I'm not sure there's relevance, but

17      are you going to tie all of this together?

18                      MR. KENNER:  Yes, Your Honor, I certainly --

19                      THE COURT:  All right.  I'll allow the question.

20                      The question is whether you knew; you know, if you

21      did anything to gain knowledge as to what his status was.

22      A.  Like I said, until I did a background check on Mr. Low,

23      my understanding was he was a very successful businessman

24      from Malaysia that was doing a lot of investments worldwide.

25      Q.  But you formed no opinion as to his legal status in the
```

1    United States; is that fair?

2             THE COURT:  At what point in time are you talking

3    about?

4             MR. KENNER:  Prior to the financing of the movie.

5    A.  I formed no opinion, no.

6    Q.  It wasn't something that was particularly relevant to

7    you, was it?

8    A.  No.

9    Q.  Thank you.

10            Now, you then talked about a, if I understood it

11   correctly, multilayer vetting of Mr. Jho Low prior to his

12   investment in a movie; is that correct?

13   A.  That is correct.

14   Q.  And you indicated that the first -- I don't know if this

15   is first, second, or third in order, but one of the forms of

16   that vetting was performed by your lawyer and his team; is

17   that correct?

18            MS. LOCKHART:  Objection; leading.

19            THE COURT:  No, I assume he's now getting -- well,

20   at this point -- I think he can do this in terms of cross-

21   examination.

22            It would have been helpful to have discussed this

23   beforehand, but we didn't.  But I do think you brought this

24   up, so he gets to cross on it.

25            MR. KENNER:  Thank you.

1    Q.  Do you remember who else was part of this team that

2    vetted Jho Low besides your lawyer?

3    A.  I use my representatives to hire the proper

4    investigators, and I look to my team to do the due

5    diligence.  I cannot say specifically who did it, but I look

6    to my lawyers and my representatives to do the job, as well

7    as the studios that I'm in association with, who also did an

8    investigation into Mr. Low.

9    Q.  I appreciate that.  Thank you.

10            Let's start with your lawyer and your team.  Did

11   they come back to you with any reason that Mr. Low should

12   not be able to invest in your movie?

13            MS. LOCKHART:  Your Honor, to the extent the

14   question asks for attorney-client privileged communications,

15   I would ask that the witness be instructed not --

16            THE COURT:  You know, if you're getting into legal

17   advice that he received, then that's not appropriate at this

18   point.

19            MR. KENNER:  Leave out the lawyer.

20   Q.  Other than from your lawyer, did anybody else on your

21   team that wasn't a lawyer give you any reason that you

22   should not accept the offer of Mr. Low to finance your

23   movie?

24   A.  From my understanding, I was given a green light by my

25   team as well as the studio to accept financing from Mr. Low.

1    Q.  And when you use the term "green light," what does --

2    tell the ladies and gentlemen of the jury what that means.

3    A.  That means that the background check was fine, and that

4    he was a legitimate business person wanting to invest in the

5    movie, and we were able to do so.

6          MR. KENNER:  Your Honor, would this be a good time

7    for the morning recess?

8          THE COURT:  It depends on how much more.  I'm

9    assuming we'd like to finish this before lunch, but I can

10   take a break.

11         Do you want a break, jury?

12         MR. KENNER:  I need one.

13         THE COURT:  What?

14         MR. KENNER:  I need one.  I don't know if anybody

15   else --

16         THE COURT:  We'll take a break.

17         All right.  We'll take a break up -- it always

18   winds up 15 minutes, so it's now five of 12:00.  Ten after.

19         MR. KENNER:  Thank you so much, Your Honor.

20         (Jury exits courtroom)

21         THE COURT:  Okay.  We're on a break.

22         (Recess taken)

23         THE COURT:  Everybody can sit down.

24         I guess it's good afternoon at this point.  Good

25   afternoon.

```
 1                  Proceed, Mr. Kenner.
 2                  MR. KENNER:  Thank you so much.
 3       BY MR. KENNER:
 4       Q.  I need to apologize.  I think I misled you here.
 5                  We were talking about a party in 2010 in Las
 6       Vegas.  I want to jump forward two years to 2012.  Was there
 7       another party for Mr. Low in Las Vegas in 2012 in a tent?
 8       A.  My memory doesn't serve the year or the location.  I
 9       don't -- I can't say that for sure.
10       Q.  Okay.  Have you ever been to a party where Mr. Low was
11       present and so was Swizz Beatz, Alicia Keys, Paris Hilton?
12       A.  It sounds familiar, yes.
13       Q.  Could that have been in the desert in 2012?
14       A.  Quite possibly.
15                  THE COURT:  You need to keep your voice up a
16       little.
17                  THE WITNESS:  What did you say?
18                  THE COURT:  You need to keep your voice up a
19       little with the microphone?
20       A.  Quite possibly.
21       Q.  Do you recall, other than the 2000 event, another
22       extravagant party that Jho Low threw in Las Vegas?
23                  MS. LOCKHART:  Your Honor, objection, again, as to
24       relevance as to the specifics and number and type of
25       attendees to these parties.
```

```
1              THE COURT:  You're also -- I didn't hear one for
2     2000 either.  You've got, I believe, the wrong year.
3              MR. KENNER:  Okay.
4              THE COURT:  But I think you've explored this quite
5     a bit, and he has a memory of some of this but not on the
6     rest.
7              MR. KENNER:  Okay.  Thank you, Your Honor.
8     Q.  Was it common, when you were at parties and other events
9     with Mr. Low, for there to be quite a lot of celebrities
10    hanging around?
11    A.  Yes.
12    Q.  And people that were noncelebrities as well?
13    A.  Yes.
14    Q.  Do you recall a birthday party for Mr. Low when Brittany
15    Spears jumped out of a birthday cake to sing him "Happy
16    Birthday"?
17             MS. LOCKHART:  Same objection, Your Honor;
18    relevance.
19             THE COURT:  Counsel, let's do an intercom.
20             (The following is a bench conference
21              held outside the hearing of the jury)
22             THE COURT:  Can you hear me?
23             MR. KENNER:  Yes.
24             THE COURT:  So where are we going with all of the
25    specifics about, you know, specific parties, et cetera?
```

1    There's a limit.  I mean, some of it came out, but I'm not

2    sure what difference it makes whether Brittany Spears hopped

3    out or somebody else was there at this point.  Tell me what

4    the relevance is.

5            MR. KENNER:  It's just to show the extravagant

6    amount of money that Mr. Low spent.

7            THE COURT:  Well, I think that that's been made

8    without getting into all of these additional things.  And I

9    think there comes a point where, frankly, it's distracting

10   the jury, and everybody else is wondering why.  So at this

11   point we've reached 403 land.

12           MR. KENNER:  Okay.

13           THE COURT:  Move on.

14           MR. KELLER:  Thank you.

15           (This is the end of the bench conference)

16           THE COURT:  I'll sustain the objection.

17   BY MR. KENNER:

18   Q.  Sir, do you know a person by the name of Frank White,

19   Jr.?

20   A.  Not on a personal level, no.

21   Q.  Do you know who he is?

22   A.  Yes.

23   Q.  And did there come -- did there come an occasion when

24   you and Martin Scorsese and Mr. Aziz and Jho Low went to the

25   White House to present the movie *Wolf of Wall Street* to the

1      president?

2                  MS. LOCKHART:  Again, objection; relevance.

3                  THE COURT:  Why don't we have a discussion about

4      this, if you're going to go into it.

5                      (The following is a bench conference

6                       held outside the hearing of the jury)

7                  THE COURT:  What's the point of this?

8                  MR. KENNER:  The point is to show that it is the

9      witness's view Frank White was the connection to the White

10     House --

11                 THE COURT:  He didn't say that.

12                 MR. KENNER:  He's going to say that Frank White --

13                 THE COURT:  Well, you need to get to that, then,

14     if that's what you want, because otherwise all we're talking

15     about is other people going to the White House that he did

16     not -- he, this witness -- did not go to.  So this isn't a

17     situation where --

18                 MR. KENNER:  This witness went to the White House.

19                 THE COURT:  Well, you didn't ask it that way.

20                 MR. KENNER:  I'm sorry.  I apologize.  He's in the

21     picture.

22                 THE COURT:  Well, then, it does seem to me that --

23     you're trying to bring out something with Frank White; am I

24     correct?

25                 MR. KENNER:  Yes.  I'm trying to establish it was

1    Frank White who arranged for them to go to the White House

2    to present this movie to President Obama.

3            THE COURT:  Okay.  And the importance of that is

4    what?

5            MR. KENNER:  The importance of it was that there

6    was no reason to be hiding Joel.  Frank White is the one

7    that arranged this to happen.  If he thought there was

8    something wrong with Joel -- and I believe I will prove that

9    before this case is over -- then there's something very

10   wrong with it.

11           THE COURT:  You're talking about White?

12           MR. KENNER:  Yes.  White is Frank White, and he

13   arranged to bring this group of people to President Obama to

14   present him with a copy to view of the *Wolf of Wall Street*.

15   That's very relevant.

16           THE COURT:  Okay.

17           MS. LOCKHART:  Your Honor, I'm sorry to interrupt,

18   but if I may, I'm looking at Mr. DiCaprio's grand jury

19   transcript, and that is not in fact what he would say about

20   this.  He would say he met Mr. White when he went to the

21   White House, but that he did not have anything to do with

22   this.  His testimony will be that Mr. Low had something to

23   do with it.

24           And I'll note as well that this visit happened in

25   I think late 2013, outside the scope of what he's testifying

1    about.

2              MR. KENNER:  Your Honor, what Mr. DiCaprio said

3    was Frank White was not in the group of the others that flew

4    to D.C. to do this.  They met him at D.C. at the White House

5    when he arranged for them to go into the White House to

6    present this film to the president.

7              THE COURT:  It sounds like there's different

8    testimony within the grand jury in terms of what you're

9    talking about as a practical matter.

10             But it does seem to me -- there's some limits in

11   terms of the Frank White issue in terms of developing it as

12   somehow that Frank White is, as I understand it, supposed to

13   be the person that -- instead of Mr. Michel.  And this is

14   sort of far afield from that.  But I've got issues with that

15   anyway, but we'll talk about that later.

16             But it does seem to me that whether Frank White

17   made an arrangement for somebody to go to, you know, the --

18   you know, to the White House by itself, I don't understand

19   how -- I think it's starting to get very distracting in

20   terms of how this is all going to play together in terms of

21   trying to indicate it wasn't Jho Low but somehow it was

22   Frank White just because Frank White had something to do

23   with going -- arranging to go to the White House?

24             I mean, what -- what's the -- what is the way

25   you're going to be asking this?  Let me ask it this way.

```
1     Maybe I can figure it out this way.
2              MR. KENNER:  This particular question?
3              THE COURT:  Your series of questions on this, how
4     are you asking them?  What are you going to ask?
5              MR. KENNER:  I'm going to ask him -- I have a
6     photograph of them standing outside of the White House --
7              THE COURT:  Who is "them"?
8              MR. KENNER:  DiCaprio, Scorsese, Aziz, and Joel.
9              No, I'm sorry -- I'm sorry, Joel was not at that
10    event.  Joel is in a different exhibit with them.
11             THE COURT:  Okay.  That doesn't work.  Then tell
12    me what does work.
13             MR. KENNER:  Your Honor, I'll move on.
14             THE COURT:  Okay.
15             (This is the end of the bench conference)
16    BY MR. KENNER:
17    Q.  Let me just ask it to you this way:  Did there come a
18    time when you went to the White House with Martin
19    Scorsese --
20             MS. LOCKHART:  Your Honor, same objection that we
21    just discussed.
22             THE COURT:  We just discussed it, and you said you
23    were moving on.
24             MR. KENNER:  I just want to ask if he went there.
25             THE COURT:  Then let's get back and have a
```

1   discussion.

2              (The following is a bench conference

3               held outside the hearing of the jury)

4         MR. KENNER:  Yes.

5         THE COURT:  Okay.  Now, you just said that you

6   weren't going to get into it, that it wasn't up for

7   discussion.

8         MR. KENNER:  I'm not going to develop it.  I just

9   want to ask him whether that event happened.

10        THE COURT:  And what is the question again?

11        MR. KENNER:  The question is, did there come a

12  time when you, Martin Scorsese, Mr. Aziz, and I think it was

13  Frank White went to the White House to present this movie to

14  the president.

15        THE COURT:  And what is the relevance of that?  It

16  has absolutely no relevance, as far as I can tell.  And it's

17  confusing to the jury.  I mean, frankly, I'm having trouble

18  following it.  I'm sure they are.

19        MR. KENNER:  Okay.  I won't ask the question.

20        THE COURT:  All right.  I think under 403 we've

21  gone down past creating problems.

22        MS. LOCKHART:  Thank you, Your Honor.

23             (This is the end of the bench conference)

24        MR. KENNER:  Let me go to a different subject.

25  Q.  Let me -- can I talk with you for a few minutes about

1    *Wolf of Wall Street*, please.

2            And the first question that I have is there came a

3    point at which -- let me withdraw that.

4            Was Red Granite Productions the name of the

5    company, the production company, that was formed to finance

6    *Wolf of Wall Street*?

7    A.  That is my understanding, yes.

8    Q.  Okay.  And was Jho Low an owner together with you in Red

9    Granite Productions?

10   A.  Red Granite was not my production company.

11   Q.  Okay.

12   A.  It was -- my understanding, it was his and Riza, Riza

13   Aziz.

14           THE COURT:  Keep your voice up.

15   Q.  So your understanding --

16           THE COURT:  You need to keep your voice up a

17   little bit.

18           THE WITNESS:  My voice up?  Okay.

19           THE COURT:  Yes.

20   A.  Red Granite was not my production company.  My

21   production company's name is Appian Way.  And Red Granite I

22   understood to be Jho Low's production company along with

23   Riza Aziz.

24   Q.  So did the money that financed the *Wolf of Wall Street*

25   come first to Red Granite Productions, and from Red Granite

1    Productions to make the movie?

2    A.   That is my understanding, yes, in conjunction with the

3    studio.

4    Q.   All right.  Now, did there come a time subsequent to

5    this event where the government sought to seize, to forfeit,

6    the proceeds from Red Rock?

7              THE COURT:  From Red Rock?

8              MR. KENNER:  I'm sorry, Red Granite Productions.

9              THE COURT:  Okay.

10             If you know.

11   A.   I know that there were complications with Red Granite

12   because of the association with Jho Low.  I don't know

13   exactly what ended up happening in the end with the

14   production company.  I'd be guessing.

15   Q.   Okay.  Did Red Granite pay you for being the lead actor

16   in the movie?

17   A.   Due to the fact that they were the production entity.

18   Q.   Yes.

19   A.   I would believe yes.

20   Q.   Okay.  And were you ever asked to forfeit those funds to

21   the government?

22   A.   My payment for the film along with the director and

23   every other actor and every crew member, from my

24   understanding, was not asked to give back their payment for

25   the work on the movie.

1    Q.  Thank you.

2        And did the government, to your knowledge, ever

3    attempt to forfeit the royalty stream and the earnings from

4    the movie *Wolf of Wall Street*?

5    A.  I don't know.

6    Q.  Okay.  Do you know whether or not a settlement was

7    reached with the government with respect to their forfeiture

8    against Red Granite to accept money in lieu of leaving Red

9    Granite alone?

10   A.  I don't know.

11   Q.  Okay.  Were you ever consulted with regard to the

12   proceedings in the forfeiture case?

13       I don't want you to tell me any conversations you

14   had with your lawyer.  That's out of bounds.  But I'm just

15   wondering, did you have any role in it?

16       MS. LOCKHART:  Your Honor, relevance.  And I

17   believe the witness has already testified that he had no

18   personal knowledge or did not recall any knowledge of the

19   forfeiture case.

20       THE COURT:  I'm not sure you're asking him things

21   about -- that he doesn't -- he wasn't involved with or know

22   anything about the forfeiture.

23       MR. KENNER:  Okay.

24       May I just have a moment, Your Honor?

25       THE COURT:  Sure.

1              (Pause)

2    Q.  Do you recall whether or not, in the credits as they

3    roll on the screen after the movie *Wolf of Wall Street*,

4    there was a personal -- not a -- there was a thank you to

5    Mr. Low for financing the film?

6              MS. LOCKHART:  Objection; relevance.

7              MR. KENNER:  I can explain it, if Your Honor

8    wants.

9              THE COURT:  Yes, I would like an explanation.

10             (The following is a bench conference

11              held outside the hearing of the jury)

12             THE COURT:  What's the explanation?  What

13   difference does it make?

14             It sounds like Low put the money in Red Granite.

15   Red Granite is the production company.  And what difference

16   does it make whether they did a thank you for the financing

17   or not?  He's testified to it.  What difference -- where's

18   the relevance here?

19             MR. KENNER:  The difference it makes is that

20   completes the chain of elements necessary for this witness

21   to be guilty of the same charge as Mr. Michel --

22             THE COURT:  For what?

23             MR. KENNER:  -- for payments from a foreign agent.

24             Those credits went out into millions --

25             THE COURT:  No, no.  You're talking about foreign

 1    investments.  Foreign investments are totally different

 2    than the issues relating to his campaign, campaign

 3    financing, where you would need to know what the status was.

 4    You don't -- but to have an international financier come in,

 5    that's not -- I don't see what the connection is.

 6                To which of the charges are you talking about?

 7                MR. KENNER:  I'm sorry, which of the what?

 8                THE COURT:  Which charge are you talking about?  I

 9    mean, there's a difference between campaign finance -- in

10    what?  A foreign agent in what?

11                MR. KENNER:  If Mr. Low gives public credit for

12    financing this movie, he is advancing his cause as a foreign

13    agent.  That's the government's theory.

14                And if he does -- and if there is aiding and

15    abetting to do that, by putting this out to the entire

16    world, that's a violation of the act.  And I think I'm

17    just -- I'm not going to delve into it.  I just want to ask

18    him that question.

19                THE COURT:  There's a couple of ways of dealing

20    with it, but I think the easiest way of dealing with it

21    is -- because you're making, in essence, a selective

22    prosecution argument, and I've excluded it.

23                MR. KENNER:  No, I'm not.

24                THE COURT:  Yes, you are.  You are.  In terms of

25    pointing out that somebody -- that they went after him as

1    opposed to somebody else.  I'm excluding it.

2                    (This is the end of the bench conference)

3                    THE COURT:  Is that your last question?

4                    Mr. Kenner, is that your last question?

5                    MR. KENNER:  I guess not, Your Honor.  Thank you.

6                    THE COURT:  All right.  Redirect.

7                    MS. LOCKHART:  Yes, Your Honor.

8                              REDIRECT EXAMINATION

9    BY MR. LOCKHART:

10   Q.  Good afternoon, Mr. DiCaprio.

11   A.  Good afternoon.

12   Q.  Are you aware whether it's illegal or at the time

13   whether you knew it was illegal to receive foreign money to

14   invest in the *Wolf of Wall Street* or entertainment projects

15   you ran through your production company?

16   A.  Did I believe it was illegal, is that the question?

17   Q.  Illegal, yes.

18   A.  I did not believe it was illegal.

19   Q.  In your experience running your production company and

20   being an actor, is foreign investment into movies or

21   projects you want to make, is that fairly common?

22   A.  Somewhat.

23   Q.  The money that you received or through your studio

24   received to make the *Wolf of Wall Street*, that money from

25   Mr. Low, what was that money used for?

1    A.  For the financing of the production of the film, for the

2    payment of the entire cast and crew, for everything that

3    goes into making a film production.

4    Q.  Did you use that money for any other purpose or your

5    studio use that money for any other purpose than what you

6    just described?

7    A.  No.

8    Q.  Before the investment, you talked about the vetting

9    process and the extensive behind-the-scenes conversations.

10   Was part of that contract negotiations to manage the

11   investment and what it was going to be used for?

12   A.  I'm not sure I understand the question.

13   Q.  Was there a contract governing the investment into the

14   *Wolf of Wall Street*, as far as you're aware?

15   A.  There was a contract made to finance the movie with the

16   studio and Red Granite and the investors, yes, to the best

17   of my knowledge.

18            MS. LOCKHART:  Nothing further.  Thank you.

19            THE COURT:  All right.  Can he be excused all

20   together?

21            MR. KENNER:  No objection, Your Honor.

22            MS. LOCKHART:  Yes, Your Honor.

23            THE COURT:  All right.  You're excused, sir.

24            THE WITNESS:  Thank you.

25            THE COURT:  You can leave.

```
1                    All right.  Your next witness?
2               MR. MULRYNE:  Good afternoon, Your Honor.  The
3     government calls Rudolph Moise to the stand.
4               THE COURT:  Why don't we let everybody leave who
5     came to watch Mr. DiCaprio, and then we can proceed.
6               I'm sorry, can you give me the name again, sir?
7               MR. MULRYNE:  I'm sorry, Rudolph Moise, M-O-I-S-E.
8               THE COURT:  Oh, yes, M-O-I-S-E, I'm sorry.
9               MR. MULRYNE:  It might just be a moment, Your
10    Honor, with the logistics.
11              THE COURT:  No problem.
12              All right.  Sir, if you would please stand for a
13    second, we're going to swear you in.
14              (Witness sworn)
15              THE COURT:  All right.  Sir, if you can sit down.
16    You can move the chair.  You can move it up.  You need to
17    speak into the microphone.
18              You can take your mask off so we can actually hear
19    you.  All right?
20              And what I would ask is that counsel will be
21    asking you questions.  If you would allow them to finish the
22    question before you start to answer, even if you know what
23    they're asking you, so we have a record of the question and
24    answer.  They should do the same thing for you.
25              If you hear the word "objection," or more likely
```

1    you see counsel stand at either of the tables, they're going

2    to object.  If you have not started to answer, don't.  If

3    you are in the middle of your answer, please stop, let me

4    hear what the objection is, and then I'll tell you whether

5    you can answer.  All right?

6                THE WITNESS:  Thank you.

7                         RUDOLPH MOISE, Sworn

8                        DIRECT EXAMINATION

9    BY MR. MULRYNE:

10   Q.  Good afternoon, Mr. Moise.

11   A.  Good afternoon, sir.

12   Q.  Can you please state and spell your full name for the

13   Court and the court reporter.

14   A.  Sure.  Rudolph, R-U-D-O-L-P-H; last name is, Moise,

15   M-O-I-S-E.

16   Q.  Mr. Moise, in what city and state do you reside?

17   A.  Miami, Florida.

18   Q.  And what is it that you do for a living?

19   A.  I'm a practicing physician, and I'm also an attorney.

20   I'm also a retired colonel in the Air Force Reserve where I

21   served for 21 years.

22   Q.  Did you run for United States Congress at any time?

23   A.  Yes, sir.

24   Q.  When?

25   A.  In 2010 and 2012.

1    Q.  Did you win either of those races?

2    A.  No, sir.

3    Q.  Okay.  Before we go any further, Mr. Moise, I'm going to

4    show you on the screen what has been marked for

5    identification as Government Exhibit 528.  This has not yet

6    been admitted.

7              THE COURT:  Wait one second.

8              MR. MULRYNE:  I think we're having a technical

9    issue, Your Honor.  We're attempting to use the laptop.

10             There we go.

11             THE COURT:  Okay.

12   Q.  Mr. Moise, so I'm showing you what's been marked for

13   identification as Government Exhibit 528.

14             Do you recognize that document as an agreement

15   between you and the government?

16   A.  Yes, sir.

17   Q.  And is that your signature there down at the bottom?

18   A.  Yes, it is.

19   Q.  Okay.

20             MR. MULRYNE:  Your Honor, the government moves to

21   admit into evidence Government Exhibit 528.

22             MR. KENNER:  No objection.

23             THE COURT:  All right.  I'll admit Government's

24   Exhibit 528 without objection.

25   Q.  So, Mr. Moise, we see this is dated from April 9th, I

1    believe it is, 2018.  You testified this is an agreement

2    between you and the government; is that right?

3    A.  Yes, sir.

4    Q.  Do you understand, based on this agreement, that the

5    government could not use any statements that you made

6    against you?

7    A.  That's correct.

8    Q.  All right.  And in exchange, did you agree to provide

9    truthful information and testimony?

10   A.  Yes, sir.

11   Q.  And what is your understanding if you were to lie or not

12   provide truthful information?

13   A.  That would be used against me.

14   Q.  And you understand there could be legal penalties and

15   repercussions for lying?

16   A.  Yes, sir.

17   Q.  Okay.

18         MR. MULRYNE:  We can take that down, please.

19   Q.  Mr. Moise, are you familiar with an individual named

20   Prakazrel Michel?

21   A.  Yes.

22   Q.  Also known as Pras or Pras Michel?

23   A.  Yes, sir.

24   Q.  Do you see Mr. Michel here in the courtroom today?

25   A.  I think he -- I believe he's behind you, sir.

1    Q.  Could you identify him by where he's sitting and an

2    article of clothing?

3    A.  Yes.  He is wearing a red, dark-colored shirt, a red tie

4    with a white shirt, I believe.

5            MR. KENNER:  We'll stipulate he's referring to

6    Mr. Michel.

7            THE COURT:  All right.  The record will reflect

8    that there's an agreement that he's identified Mr. Michel.

9    Q.  Mr. Moise, can you tell us approximately when and how it

10   is you came to know Mr. Michel?

11   A.  Well, I've known of Mr. Michel.  Obviously he's a

12   celebrity, and a friend of mine introduced me to him since I

13   was running for Congress.

14   Q.  Who was the friend that introduced you?

15   A.  His name is Gilbert Hippolyte.

16   Q.  Okay.  And you said that Mr. Hippolyte introduced you to

17   Mr. Michel?

18   A.  Yes, sir.

19   Q.  And can you tell the jury a little bit more about why

20   Mr. Hippolyte was introducing you to Mr. Michel?

21   A.  Sure.  I was a candidate for Congress in Miami, and of

22   course, as running for office, fundraising is very

23   important, so Mr. Hippolyte volunteered to do some calls for

24   me.  So he called Mr. Michel to support my campaign.

25   Q.  Okay.  Did you, in fact, speak with or meet with

```
 1    Mr. Michel?
 2    A.  Yes, I did.
 3    Q.  Can you tell us about that.  What was your first contact
 4    with Mr. Michel?
 5    A.  I don't really recall, but we spoke over the phone, and
 6    he told me that he was coming down to Miami for a couple of
 7    days, so he'd like to meet with me.
 8              And I said of course, absolutely.
 9    Q.  All right.  Did Mr. Michel, in fact, come to Miami and
10    meet with you?
11    A.  Yes, he did.
12    Q.  And tell us about that.
13    A.  He came to Miami.  I showed him around the campaign
14    office.  He looks very personable, very down to earth.  He
15    took some pictures with my staff.  And that's what happened.
16    Q.  Did Mr. Michel ultimately make a campaign contribution
17    to your congressional campaign?
18    A.  Yes, he did.
19    Q.  In what amount?
20    A.  He made a contribution of $5,000 to my campaign.
21    Q.  Are you familiar with there being contribution limits,
22    how much a person can contribute to any particular campaign?
23    A.  Yes, sir.
24    Q.  And what was the limit that any individual could
25    contribute to your campaign?
```

1    A.  It's $2,500 for the primary and $2,500 for the general

2    election.

3    Q.  And so the contribution to your campaign, was the amount

4    that Mr. Michel gave the maximum?

5    A.  That's correct.

6    Q.  Could you tell us, then -- so moving forward a little

7    bit.  In 2012, did Mr. Michel contact you again involving a

8    campaign event?

9    A.  Yes, he did.

10   Q.  And can you tell the jury about that contact with

11   Mr. Michel?

12   A.  Yes.  It was approximately maybe two months before my

13   election, and he told me President Obama was going to come

14   to town in a big fundraiser on Fisher Island, which is one

15   of the exclusive areas in Miami, and there's going to be a

16   lot of heavy donors there.  He believed it would be a good

17   idea for me to attend, meet the president, and also meet the

18   other donors.

19   Q.  And what was your response to that from Mr. Michel?

20   A.  I was flattered.  I said, "Oh, absolutely, yes.  I would

21   love to go to that."

22   Q.  Did he tell you whether or not -- or how much it would

23   cost?  Let me rephrase.

24            Did he tell you whether there would be a

25   contribution amount that you would have to make in order to

1    attend that event?

2    A.  Yes, he did.

3    Q.  What was the amount?

4    A.  I believe it was approximately about $40,000.

5    Q.  What was your reaction to that?

6    A.  I told him, "Absolutely not.  I have my own campaign to

7    worry about, so if I have this kind of money, I'll put it in

8    my campaign."

9    Q.  After you told Mr. Michel that you weren't willing to

10   pay the $40,000 to attend the fundraising event, what did he

11   say to you?

12   A.  He said he can help.

13   Q.  How so?  How was it that Mr. Michel was going to help?

14   A.  Well, he asked me for my banking information, and he

15   said that he'll hear from me, so...

16   Q.  What was your reaction?

17   A.  I thought he was kidding.  I didn't know if he was

18   serious, but I give him the information.

19   Q.  Why did you think he might be kidding about that?

20   A.  Because it's not customary for somebody to give you

21   money for something like this.

22   Q.  And did the amount of money also stand out to you under

23   these circumstances?

24   A.  Yes, sir.

25   Q.  Did, in fact, Mr. Michel give you the $40,000?

1    A.   No.  He wired $30,000 up to my personal account.

2    Q.   And why $30,000?  What was the understanding between you

3    and Mr. Michel?

4    A.   He said that the $30,000 -- I would have to add $10,000

5    to make it $40,000.

6    Q.   All right.  And did you understand, then, that

7    Mr. Michel was providing you this $30,000 for the purpose of

8    you contributing it to the President Obama election

9    campaign?

10   A.   Yes, sir.

11        MR. MULRYNE:  I want to pull up what's been

12   previously admitted as Government Exhibit 90.

13   Q.   Mr. Moise, before we just look here more in a moment, do

14   you recognize this as a copy of your Bank of America bank

15   statement that you provided to the government during this

16   investigation?

17   A.   Yes, sir.

18   Q.   And those redactions, those black marks, was that

19   something that you or your counsel did in order to protect

20   your personal information?

21   A.   Yes, sir.

22        MR. KENNER:  Objection; calls for speculation.

23        THE COURT:  I don't know that it would be

24   speculation.  It's his own bank thing.  He would certainly

25   know what was in there in terms of not wanting to have it

1    seen.

2              So I'll overrule it.

3              You can answer the question.

4              MR. MULRYNE:  Can we proceed to Page 4 of this

5    document, please.

6              THE COURT:  Did you want an answer, or not?

7              MR. MULRYNE:  I'm sorry, Your Honor.  I thought he

8    did answer.

9    Q.  Mr. Moise, these redactions, these black marks here, why

10   are they here in this document?

11   A.  To protect my privacy.

12             MR. MULRYNE:  Page 4, please, of Exhibit 90.

13             And so if we zoom in there toward the bottom where

14   there's the unredacted information.

15   Q.  What's reflected here, Mr. Moise?

16   A.  It's the name of Mr. Michel and the -- I think the date

17   and the ID number of the bank that the money came from.

18   Q.  Does this reflect the $30,000 that Mr. Michel gave you

19   so that you could contribute to the -- to President Obama's

20   campaign?

21   A.  Yes, sir.

22   Q.  Okay.  And, indeed, we do see Mr. Michel's name there in

23   that entry.  Do you see that?

24   A.  Yes, sir.

25   Q.  Okay.  Prior to receiving this $30,000 -- and I'm just

1    looking here at the line above the $35,000.

2          Prior to receiving the $30,000, how much money did

3    you have in this account approximately?

4    A.  $5,344.31.

5    Q.  So without the $30,000, would you have been able to make

6    that contribution using this account?

7    A.  No, sir.

8          MR. MULRYNE:  You can take it down.  Thank you.

9    Q.  So upon Mr. Michel providing you that $30,000, what did

10   you do with the money?

11   A.  I'm sorry, would you repeat the question?

12   Q.  Sure.  After Mr. Michel provided you that $30,000 in

13   June 2012, what did you do with the $30,000?

14   A.  Oh.  First of all, I contacted my company manager, and I

15   explained to them the situation.  I said, "Look, I have

16   $30,000, and I need another $10,000 to send for the Obama

17   campaign fund."

18          And they told me that:  "Absolutely not.  Election

19   is about eight weeks away.  $10,000, we have to use it for

20   our own campaign."

21          So I decided that I would send the $30,000, and

22   wrote a check for $30,000.

23   Q.  So why did you decide to -- the $30,000 that Mr. Michel

24   provided you, why did you decide to still pay that, provide

25   that, to the campaign even if you weren't going to do the

1    full $40,000?

2    A.  Well, I'm a man of my word.  It was earmarked for Obama

3    campaign, so I accepted the money, and I wrote a check for

4    $30,000.

5          MR. MULRYNE:  May I show you Government Exhibit

6    694, previously admitted.

7    Q.  Mr. Moise, do you recognize this as the check that you

8    used using Mr. Michel's money that you made out to the Obama

9    Victory Fund?

10    A.  Yes, sir.

11    Q.  And that's dated -- is that June 21, 2012?

12    A.  Yes, sir.

13    Q.  And what is written there in the memo line?

14    A.  "Obama Victory Fund 2012" -- "Campaign contribution."

15    Q.  So after having made the $30,000 contribution, did you

16    actually attend the fundraising event in Miami?

17    A.  No.  After giving what you call 75 percent of the

18    contribution, you'd expect that you'll receive a call saying

19    thank you for your contribution.

20          I did not receive any calls.  No "thank you."

21    Absolutely nothing.  And they did not invite me to come to

22    the fundraiser.

23          So I sent it, but I did not go.

24          MR. MULRYNE:  Okay.  You can take that down,

25    please.

1   Q.  Following this time period in 2012 when you received the

2   money from Mr. Michel, you contributed to the Obama

3   campaign.  The fundraising event comes and goes.  Did you

4   and Mr. Michel continue to have a relationship?

5   A.  Yes.

6   Q.  And can you just describe generally the nature of that

7   relationship.

8   A.  Mr. Michel invited me to the DNC, the Democratic

9   National Convention that was in Charlotte, North Carolina.

10           And he also invited me to a film festival of a

11  film that he did for the president of Haiti, Mr. Martelly's

12  campaign.  So there was a festival in Utah, so he invited me

13  to that Sundance Film Festival in Utah.

14  Q.  So now fast forwarding -- the events you talked about

15  were in 2012.  You just described your relationship with

16  Mr. Michel.

17           Fast forwarding to February of 2018, did

18  Mr. Michel contact you by phone in February of 2018?

19  A.  Yes, he did.

20  Q.  And when was the -- what day was it that he contacted

21  you?

22  A.  It was on Valentine's Day, February 14th of 2000 -- the

23  next year, the following year.

24  Q.  All right.

25           MR. MULRYNE:  If I can show you what's been

1    previously admitted Government's Exhibit 527.

2    Q.  And before we look at this, Mr. Moise, can you just tell

3    us -- tell us the sequencing of events.  Mr. Michel called

4    you.

5         What happened when he first called you?

6    A.  He called me on that day.  I was seeing patients, and I

7    thought it unfortunate that I couldn't talk and told him to

8    call me back in half an hour.  So he called me back in a

9    half an hour.

10   Q.  Okay.  Do you recognize this Government Exhibit 527?  Is

11   this a copy of your Verizon phone bill that you provided to

12   the government during this investigation?

13   A.  Yes, sir.

14   Q.  And, again, the black redactions that we see there, is

15   that something that you or your counsel put into the

16   document?

17   A.  Yes, sir.

18   Q.  For privacy purposes?

19   A.  Yes, sir.

20        MR. MULRYNE:  If we can turn to Page 2, please,

21   and if we can zoom in on the unredacted information there in

22   the middle of the page.

23   Q.  So, Mr. Moise, we see on February 14th, we see a call

24   around 3:03 incoming, then we see a call at 3:33 incoming.

25   The number there ending in 8078.

1             Is that the -- are those the calls from Mr. Michel

2    to you on this date?

3    A.  Yes, sir.

4    Q.  All right.  That number that we see there, the 612

5    number ending in 8078, was that a number with which you were

6    familiar?

7    A.  I did not know the number, but I knew that was the

8    number that he called me from.

9    Q.  Okay.  So can you tell us then.  When Mr. Michel speaks

10    to you at 3:33 on February 14, 2018, tell us about that

11    conversation.

12    A.  Mr. Michel told me that I was going to receive a call.

13    The government was going to contact me, and I -- "For

14    what?"

15           He said, well, they're going to contact me to ask

16    me some questions regarding the contributions.

17    Q.  Okay.  What was your response?

18    A.  I told him okay.

19    Q.  And what did Mr. Michel say to you about if the

20    government were to contact you?

21    A.  Just say that I don't -- I don't remember.

22    Q.  I'm sorry, could you please repeat that?

23    A.  That I did not remember.

24    Q.  That's what Mr. Michel said to you?

25    A.  That's correct, sir.

1    Q.  Did you understand him to be telling you what you should

2    say if the government were to contact you?

3              MR. KENNER:  Objection to his understanding.

4    A.  I'm sorry, one more question?

5              THE COURT:  No, maybe you can reword it in terms

6    of how you already asked it.

7    Q.  Just to clarify, Mr. Moise, you said that during this

8    call Mr. Michel said that the government may contact you; is

9    that right?

10   A.  Yes, correct.

11   Q.  Okay.  And upon telling you that the government might

12   contact you, to be clear, what is it that Mr. Michel told

13   you to say if the government contacted you?

14   A.  To say that I did not remember.

15   Q.  He told you to say, "I don't remember"?

16   A.  Yes.

17   Q.  What was your reaction after having this conversation

18   with Mr. Michel?

19   A.  Well, I decided I would call my attorney.

20   Q.  Okay.  And is that the call that we see underneath these

21   two calls, the ones that are highlighted?  That call at 3:57

22   p.m., is that you contacting your attorney?

23   A.  Yes, sir.

24   Q.  And I am not asking you anything that you said to

25   your attorney or your attorney said to you; but generally,

1    why did you contact your attorney following that call with

2    Mr. Michel?

3    A.   Every time you hear the government is about to call you

4    for something -- I am a professional.  I'm a physician.  I

5    don't get in trouble.  So I decided to play it safe and call

6    my attorney, and then he'll tell me what to do.

7    Q.   During your call with Mr. Michel, did he mention that if

8    the government were to contact you, that you should contact

9    somebody else?

10   A.   Yes.

11   Q.   And whom did he tell you you should contact if contacted

12   by the government?

13   A.   It's Gilbert's wife, Claudine Oriol, Claudine Oriol.

14   That's -- the gentleman who introduced me to Mr. Michel,

15   that's his wife, who lives in LA.

16   Q.   Did Mr. Michel explain to you why you should contact

17   Ms. Oriol?

18   A.   No.

19   Q.   And did you ever contact Ms. Oriol?

20   A.   No, I did not.

21   Q.   Mr. Moise, I'm going to pull up what's been previously

22   admitted as Government Exhibit 449.

23            Mr. Moise, this is a letter, as you can see at the

24   top --

25            MR. MULRYNE:  There we go.  Hopefully that zoom-in

1    helps.

2    Q.  This is a letter addressed to you.  Do you see that?

3    A.  Yes, sir.

4    Q.  Now, this is dated March 6, 2019.  So this is nearly a

5    year after what we were just discussing, that phone call in

6    February 2018; is that right?

7    A.  Yes, sir.

8    Q.  Did you ever receive this letter or ever -- I should

9    say -- let me rephrase.

10            Did you ever read this letter prior to being shown

11    it by the government?

12    A.  No, sir.

13    Q.  All right.  We see that the email address there is a

14    Gmail.com account.  Around this time of March 2019, were you

15    actively using that email account?

16    A.  No, sir.

17    Q.  Okay.  So this letter that you have not previously seen,

18    if you look there in the first paragraph, it reads, "This

19    firm is litigation counsel for Pras Michel.  The purpose of

20    this letter is" --

21            MR. KENNER:  Objection, Your Honor.  It's

22    irrelevant if he never saw it.

23            MR. MULRYNE:  It's addressed to him, Your Honor.

24            THE COURT:  I'm sorry?

25            MR. MULRYNE:  It's addressed to the witness with

1    representations concerning the witness and the relevant

2    transaction.

3            THE COURT:  Let's have a quick call.

4            (The following is a bench conference

5             held outside the hearing of the jury)

6            THE COURT:  Okay.  So he -- it sounds like he

7    never got the letter, right?  So what are you pursuing?

8            MR. MULRYNE:  Your Honor, the letter has multiple

9    representations in it in terms of amounts, in terms of loan

10   repayment.

11           THE COURT:  Hold on.  So you just want to ask him

12   whether any of it's accurate?

13           MR. MULRYNE:  Correct.

14           THE COURT:  Okay.  I think that's relevant.

15           MR. KENNER:  Your Honor, he testified that he had

16   over 40,000 emails that he hadn't read, and that he never

17   read this document.

18           THE COURT:  It doesn't matter.  He's not asking

19   him about that.  He's asking him about the contents in terms

20   of whether any of the material -- any of the factual

21   material in it is accurate.

22           That's what you're asking, right?

23           MR. MULRYNE:  Correct.

24           THE COURT:  All right.  He can do that.

25           (This is the end of the bench conference)

1  BY MR. MULRYNE:

2  Q.  Mr. Moise, so, again, looking at that first paragraph,

3  "This firm is litigation counsel for Pras Michel.  The

4  purpose of this letter is to put you on notice that you are

5  in breach of your contractual obligations to Mr. Michel and

6  request you immediately pay all amounts owed to my client."

7          You then will see in the second paragraph, it

8  begins, "Mr. Michel loaned you $30,000.00" --

9          THE COURT:  You're going way too fast, but go

10  ahead.

11          MR. MULRYNE:  Thank you, Your Honor.

12  Q.  The second paragraph, "Mr. Michel loaned you $30,000.00,

13  and you have failed to repay any portion of that loan."

14  Then it references again a contractual obligation.

15          Do you see that, Mr. Moise?

16  A.  Yes, sir.

17  Q.  All right.  So the $30,000 that Mr. Michel gave you in

18  2012, had he ever given you $30,000 other than that one

19  time?

20  A.  No, that's it.

21  Q.  Had he ever given you any substantial or significant

22  money other than that $30,000 in 2012?

23  A.  No, sir.

24  Q.  All right.  Did you at any time understand that $30,000

25  in 2012 to be a loan?

1   A.  Absolutely not.

2   Q.  Did you or the defendant have any contractual agreement

3   or arrangement surrounding that $30,000?

4   A.  Absolutely not.

5   Q.  Any other business or contracts or finances between you

6   and Mr. Michel leading up to this letter in 2019?

7   A.  No, sir.

8   Q.  So the $30,000 you received in 2012.  This is a letter

9   dated in early 2019, so approximately seven years or so.

10  Did Mr. Michel ever bring up that $30,000 that he gave you

11  back in 2012 at any point during those intervening years?

12  A.  No, sir.

13  Q.  What did you understand was the purpose of that $30,000

14  that he gave you in 2012?

15  A.  It was earmarked for Obama election campaign fund.

16          MR. MULRYNE:  No further questions, Your Honor.

17          THE COURT:  All right.  We'll take our lunch break

18  at this point, and when we resume, we'll pick up with cross.

19          So Members of the Jury, we're going to take a

20  lunch break.  We're going to go until 2:15.

21          I want to remind you about not -- you know, being

22  careful about not reading anything about the case.  If you

23  see something, you know, in anything, please put it aside.

24  Keep in mind you're here.  You know firsthand what happened.

25  You don't need to read about it.

1          People may have written, and it may not be

2     accurate; or they may have been in here for, you know, ten

3     minutes and not the whole day.

4          So if there's anything out there, TV, anything

5     else, you know, newspaper, whatever, please don't read it.

6     Put it aside.  Put it away.  You don't need to.  Okay?  And

7     have a good lunch.  See you back at 2:15.

8          (Jury exits courtroom)

9          THE COURT:  All right.  Sir, we're on a lunch

10    break.  You need to come back in time to resume at 2:15.

11          In the meantime, don't discuss your testimony with

12    anybody.  Okay?  Government or anybody else.  All right?

13          THE WITNESS:  Thank you.

14          (Lunch recess taken)

15

16

17

18

19

20

21

22

23

24

25

1                 <u>**CERTIFICATE OF OFFICIAL COURT REPORTER**</u>

2

3              I, LISA A. MOREIRA, RDR, CRR, do hereby

4    certify that the above and foregoing constitutes a true and

5    accurate transcript of my stenographic notes and is a full,

6    true and complete transcript of the proceedings to the best

7    of my ability.

8         Dated this 3rd day of April, 2023.

9

10                              <u>/s/Lisa A. Moreira, RDR, CRR</u>
                               Official Court Reporter
11                             United States Courthouse
                               Room 6718
12                             333 Constitution Avenue, NW
                               Washington, DC 20001
13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [3] - 132:4, 134:16, 134:19
**$2,500** [2] - 130:1
**$20** [1] - 93:9
**$30** [1] - 93:10
**$30,000** [25] - 132:1, 132:2, 132:4, 132:7, 133:18, 133:25, 134:2, 134:5, 134:9, 134:12, 134:13, 134:16, 134:21, 134:22, 134:23, 135:4, 135:15, 143:17, 143:18, 143:22, 143:24, 144:3, 144:8, 144:10, 144:13
**$30,000.00** [2] - 143:8, 143:12
**$35,000** [1] - 134:1
**$40,000** [5] - 131:4, 131:10, 131:25, 132:5, 135:1
**$5,000** [1] - 129:20
**$5,344.31** [1] - 134:4

## '

**'90s** [2] - 95:19, 95:20

## /

**/s/Lisa** [1] - 146:10

## 0

**0859** [1] - 53:20

## 1

**1** [3] - 27:22, 30:12, 30:20
**10** [5] - 48:9, 62:24, 62:25, 63:2, 80:17
**1016** [1] - 1:13
**10:20** [1] - 59:13
**10:35** [1] - 59:14
**11** [2] - 49:12, 49:15
**11:00** [1] - 55:11
**11:37** [1] - 55:18
**11:41** [1] - 57:25
**12** [4] - 51:11, 53:14, 54:17, 82:12
**120** [2] - 30:14, 38:24
**123** [1] - 79:16
**12:00** [1] - 108:18
**13** [3] - 55:8, 56:7, 57:6
**1301** [1] - 1:13

## 2

**14** [8] - 38:2, 41:7, 45:15, 48:14, 49:19, 51:21, 60:10, 138:10
**1400** [1] - 1:18
**14343** [1] - 52:9
**14th** [3] - 60:12, 136:22, 137:23
**15** [2] - 59:14, 108:18
**150** [1] - 34:8
**158** [2] - 37:22, 40:21
**16633** [1] - 1:22
**18531** [2] - 52:8, 52:11
**19-148-1** [1] - 4:4
**1:19-cr-00148-CKK-1** [1] - 1:3

## 2

**2** [3] - 30:12, 34:12, 137:20
**20** [4] - 41:21, 47:19, 50:2, 95:18
**20-minute** [1] - 41:24
**2000** [3] - 109:21, 110:2, 136:22
**20001** [2] - 2:8, 146:13
**20004** [1] - 2:4
**20005** [1] - 1:18
**2010** [5] - 85:19, 85:24, 100:16, 109:5, 125:25
**2012** [18] - 92:22, 95:18, 109:6, 109:7, 109:13, 125:25, 130:7, 134:13, 135:11, 135:14, 136:1, 136:15, 143:18, 143:22, 143:25, 144:8, 144:11, 144:14
**2013** [1] - 113:25
**2015** [1] - 86:24
**2018** [5] - 127:1, 136:17, 136:18, 138:10, 141:6
**2019** [13] - 34:22, 38:2, 41:7, 45:15, 48:14, 49:19, 51:21, 60:10, 60:12, 141:4, 141:14, 144:6, 144:9
**202** [4] - 1:14, 1:19, 2:4, 2:9
**2023** [2] - 1:4, 146:8
**20530** [1] - 1:14
**21** [2] - 125:21, 135:11
**212)433-2888** [2] - 24:9, 46:2
**217** [1] - 25:14
**22** [1] - 64:11
**23rd** [3] - 45:23, 45:25,

## 3

50:17
**24** [1] - 36:21
**240** [1] - 22:8
**244** [2] - 26:25, 27:6
**25** [1] - 64:9
**25-or-so-minute** [1] - 56:21
**27** [1] - 34:22
**2712** [1] - 55:25
**2888** [31] - 27:4, 38:1, 38:12, 39:6, 39:23, 39:24, 40:5, 40:8, 40:18, 41:7, 43:13, 45:22, 46:5, 46:6, 46:15, 47:2, 47:11, 48:15, 48:19, 49:18, 49:25, 50:16, 50:22, 51:2, 51:14, 55:5, 56:17, 57:12, 63:11, 64:4, 65:1
**2888's** [1] - 46:18
**2:00** [1] - 76:19
**2:03** [3] - 38:2, 39:25, 40:10
**2:06** [2] - 40:4, 40:9
**2:15** [3] - 144:20, 145:7, 145:10
**2:16** [2] - 39:25, 40:10
**2:17** [1] - 40:7
**2:18** [1] - 40:7
**2:20** [1] - 40:7
**2:21** [1] - 38:3
**2nd** [5] - 76:13, 76:16, 77:12, 77:15, 77:17

## 3

**3** [7] - 1:4, 29:6, 30:13, 34:14, 64:22, 65:13
**30** [3] - 33:13, 45:23, 64:9
**310)499-8584** [2] - 24:7, 39:13
**33** [1] - 33:13
**333** [2] - 2:8, 146:12
**33rd** [6] - 47:18, 76:14, 76:16, 77:12, 77:14, 77:17
**34** [1] - 34:23
**34th** [2] - 44:22, 47:12
**354-3187** [1] - 2:9
**360** [3] - 30:9, 30:25, 38:17
**37th** [4] - 42:25, 43:13, 43:14, 50:5
**38th** [1] - 42:7
**3:03** [1] - 137:24
**3:30** [3] - 41:7, 41:17, 49:19
**3:30:37** [1] - 49:25

## 4

**3:30:52** [1] - 49:25
**3:33** [2] - 137:24, 138:10
**3:50** [1] - 41:19
**3:56** [1] - 42:6
**3:57** [1] - 139:21
**3rd** [1] - 146:8

## 4

**4** [6] - 30:3, 50:12, 63:25, 64:21, 133:4, 133:12
**40,000** [1] - 142:16
**403** [2] - 111:11, 116:20
**430** [9] - 48:22, 53:3, 60:1, 60:2, 60:4, 63:8, 66:11, 82:4, 82:15
**449** [1] - 140:22
**45** [1] - 65:12
**460** [4] - 53:24, 54:2, 54:6, 54:18
**469)763-6221** [1] - 34:24
**4:05** [4] - 42:4, 42:5, 43:14, 43:25
**4:06** [4] - 42:4, 42:5, 43:15, 43:25
**4:07** [1] - 41:7
**4:20** [6] - 44:18, 45:8, 47:6, 47:17, 50:12, 51:4
**4:22** [3] - 44:18, 45:8, 50:13
**4:23** [5] - 45:20, 46:24, 47:2, 50:13, 50:16
**4:24** [7] - 45:20, 46:25, 47:2, 47:6, 48:11, 50:16, 50:19
**4:29** [7] - 48:13, 48:20, 50:19, 50:21, 60:10, 64:9, 81:2
**4:29:29** [2] - 50:21, 82:11
**4:29:51** [1] - 82:11
**4:29:56** [1] - 50:21
**4:30** [5] - 48:13, 48:20, 49:19, 51:4, 53:14
**4:42** [1] - 34:23
**4:43** [3] - 51:21, 52:18, 55:10

## 5

**5** [8] - 32:8, 34:19, 61:4, 63:8, 63:10, 63:17, 63:19, 63:21
**51** [1] - 64:9

## 6

**527** [2] - 137:1, 137:10
**528** [4] - 126:5, 126:13, 126:21, 126:24
**598-2231** [1] - 1:14
**598-2816** [1] - 1:19
**5:16** [2] - 51:23, 52:7
**5:19** [2] - 51:23, 55:3
**5:22** [1] - 51:23

## 6

**6** [2] - 35:6, 141:4
**612** [1] - 138:4
**641** [1] - 2:3
**646)897-9240** [2] - 24:5, 61:10
**646-689** [1] - 61:10
**659** [24] - 23:24, 24:14, 25:3, 25:7, 27:21, 29:6, 30:3, 32:8, 37:24, 41:4, 43:12, 44:11, 48:10, 49:12, 49:15, 51:11, 53:14, 54:17, 55:7, 56:7, 57:6, 62:23, 80:17, 82:13
**6718** [2] - 2:7, 146:12
**683** [3] - 90:13, 90:18, 90:19
**694** [1] - 135:6
**6:00** [4] - 55:4, 55:10, 55:17
**6:02** [2] - 65:6, 65:11
**6:08** [2] - 51:21, 52:18

## 7

**7** [2] - 37:24, 60:9
**702** [3] - 68:12, 69:4, 71:16
**732** [1] - 56:8
**737** [4] - 42:14, 43:2, 43:4, 43:18
**75** [1] - 135:17
**78** [2] - 11:18, 11:19
**7:29** [1] - 64:8
**7th** [2] - 77:17, 78:5

## 8

**8** [2] - 41:4, 43:12
**80** [1] - 20:19
**8078** [2] - 137:25, 138:5
**818** [1] - 1:23
**8584** [10] - 27:24, 38:2, 38:12, 39:24, 40:4, 41:9, 41:11, 42:8, 51:15, 55:22
**888-2728** [1] - 2:4

**8th** [5] - 42:7, 42:25, 43:14, 50:5

**9**

**9** [1] - 44:11
**90** [2] - 132:12, 133:12
**91436** [1] - 1:23
**92** [1] - 49:18
**9240** [8] - 25:17, 44:15, 47:8, 51:15, 60:17, 60:25, 61:19, 63:11
**995-1195** [1] - 1:23
**9:04** [1] - 1:4
**9th** [1] - 126:25

**A**

**a.m** [1] - 1:4
**abandon** [1] - 14:9
**Abeckaser** [1] - 85:22
**abetting** [1] - 121:15
**ability** [2] - 100:2, 146:7
**able** [29] - 21:16, 25:18, 26:10, 26:12, 28:4, 28:8, 31:20, 32:16, 33:9, 34:5, 36:15, 36:21, 37:10, 39:16, 39:17, 40:10, 40:14, 44:19, 46:9, 46:15, 46:25, 52:19, 54:4, 54:19, 61:12, 107:12, 108:5, 134:5
**absent** [1] - 29:1
**absolutely** [9] - 104:22, 116:16, 129:8, 130:20, 131:6, 134:18, 135:21, 144:1, 144:4
**Abu** [1] - 86:17
**accept** [5] - 67:24, 94:8, 107:22, 107:25, 119:8
**acceptable** [1] - 98:11
**accepted** [1] - 135:3
**access** [1] - 9:9
**accessing** [4] - 31:9, 32:4, 32:18, 57:24
**account** [6] - 79:11, 132:1, 134:3, 134:6, 141:14, 141:15
**accumulated** [1] - 87:11
**accuracy** [7] - 36:11, 67:24, 68:20, 68:22, 69:19, 71:20, 79:6
**accurate** [16] - 47:20, 67:25, 68:3, 68:4, 68:5, 68:23, 68:24,

69:23, 69:24, 70:9, 70:25, 73:19, 142:12, 142:21, 145:2, 146:5
**accurately** [1] - 24:20
**achieve** [1] - 30:10
**acquainted** [1] - 93:20
**act** [1] - 121:16
**Action** [1] - 1:3
**activated** [4] - 41:17, 44:6, 44:20, 51:7
**activating** [1] - 45:11
**activation** [11] - 33:20, 38:11, 38:12, 42:6, 44:14, 44:16, 45:14, 46:16, 48:2, 48:12, 58:10
**activations** [17] - 37:16, 38:1, 40:2, 41:6, 41:11, 42:24, 44:1, 44:21, 46:4, 48:14, 49:24, 50:11, 51:20, 51:22, 55:9, 55:22, 78:18
**active** [6] - 31:7, 31:25, 32:3, 32:6, 58:7, 81:9
**actively** [2] - 56:22, 141:15
**activity** [8] - 31:19, 31:25, 57:14, 57:15, 57:23, 58:3, 75:1, 76:2
**actor** [4] - 84:21, 118:15, 118:23, 122:20
**actors** [1] - 95:8
**add** [5] - 10:4, 11:18, 16:19, 79:18, 132:4
**added** [1] - 16:19
**additional** [2] - 53:15, 111:8
**address** [6] - 25:19, 26:13, 26:21, 74:21, 78:5, 141:13
**addressed** [4] - 42:15, 141:2, 141:23, 141:25
**addresses** [1] - 77:2
**addressing** [1] - 10:20
**adequate** [1] - 36:8
**admission** [1] - 90:15
**admit** [6] - 25:2, 25:6, 43:2, 43:4, 126:21, 126:23
**admitted** [18] - 23:24, 25:13, 26:7, 26:25, 27:7, 27:8, 42:16, 48:23, 53:3, 54:2, 56:8, 60:2, 72:7,

126:6, 132:12, 135:6, 137:1, 140:22
**advance** [2] - 21:2, 97:20
**advanced** [1] - 21:4
**advancing** [1] - 121:12
**advice** [1] - 107:17
**advise** [1] - 8:17
**advocacy** [1] - 14:1
**advocate** [1] - 14:3
**advocating** [1] - 14:4
**affairs** [1] - 88:25
**affect** [2] - 79:6, 79:9
**affixed** [1] - 29:19
**afield** [2] - 76:20, 114:14
**afternoon** [8] - 76:19, 108:24, 108:25, 122:10, 122:11, 124:2, 125:10, 125:11
**agencies** [2] - 20:1, 20:16
**Agent** [15] - 17:20, 18:17, 23:9, 25:15, 42:16, 42:18, 44:12, 49:16, 54:19, 56:9, 59:17, 62:16, 72:7, 76:21, 80:12
**AGENT** [2] - 3:3, 18:14
**agent** [8] - 18:21, 19:5, 19:6, 19:18, 62:18, 120:23, 121:10, 121:13
**ago** [2] - 73:13, 95:15
**agree** [8] - 13:18, 73:5, 73:8, 76:16, 78:19, 80:3, 96:10, 127:8
**agreed** [1] - 98:22
**agreeing** [1] - 97:20
**agreement** [6] - 29:1, 126:14, 127:1, 127:4, 128:8, 144:2
**ahead** [7] - 5:25, 27:11, 35:18, 83:12, 83:18, 103:16, 143:10
**aicb@biaprotect. com** [1] - 1:24
**aid** [1] - 19:13
**aiding** [1] - 121:14
**Air** [1] - 125:20
**Al** [1] - 88:11
**Alicia** [1] - 109:11
**alien** [1] - 105:13
**alleged** [1] - 75:1
**allow** [6] - 18:2, 35:18, 69:7, 83:21, 105:19, 124:21
**allowed** [1] - 97:18

**almost** [1] - 38:24
**Alon** [1] - 4:11
**ALON** [1] - 1:21
**alone** [1] - 119:9
**Alsen** [3] - 91:3, 91:11, 91:12
**AMERICA** [1] - 1:2
**America** [1] - 132:14
**American** [1] - 104:14
**amount** [6] - 111:6, 129:19, 130:3, 130:25, 131:3, 131:22
**amounts** [2] - 142:9, 143:6
**Analysis** [1] - 19:20
**analysis** [30] - 19:23, 20:1, 20:15, 20:25, 22:19, 23:1, 23:3, 23:9, 24:3, 24:22, 24:25, 27:14, 28:9, 28:12, 28:13, 28:15, 36:11, 58:6, 70:10, 70:12, 72:24, 76:4, 78:20, 78:22, 78:23, 78:24, 79:6, 79:22, 79:23, 79:25
**analyze** [4] - 20:9, 20:13, 24:5, 31:21
**analyzed** [4] - 37:9, 37:14, 37:15, 76:7
**angel** [3] - 65:3, 65:5, 65:13
**Angeles** [1] - 96:20
**Anne** [1] - 4:11
**answer** [24] - 18:3, 18:5, 18:9, 18:11, 26:6, 63:7, 69:11, 72:19, 77:9, 83:23, 83:24, 84:2, 84:3, 84:5, 99:10, 124:22, 124:24, 125:2, 125:3, 125:5, 133:3, 133:6, 133:8
**answered** [1] - 72:3
**answering** [1] - 70:25
**antennas** [1] - 29:18
**anyway** [3] - 7:16, 15:5, 114:15
**apart** [4] - 36:17, 36:20, 89:10, 89:14
**apartment** [2] - 96:19, 96:22
**apologize** [4] - 63:16, 70:2, 109:4, 112:20
**appear** [1] - 52:21
**appearance** [4] - 4:24, 6:25, 8:25, 14:7
**APPEARANCES** [2] - 1:11, 2:1

**appearing** [1] - 51:24
**appellate** [1] - 8:6
**Appian** [2] - 84:25, 117:21
**applicable** [1] - 29:2
**appoint** [1] - 15:14
**appreciate** [1] - 107:9
**appropriate** [2] - 15:23, 107:17
**approximate** [3] - 42:3, 78:20, 78:25
**April** [3] - 1:4, 126:25, 146:8
**area** [42] - 28:14, 28:21, 29:18, 29:20, 29:21, 30:1, 30:10, 32:25, 33:8, 33:9, 33:12, 36:1, 36:18, 37:7, 37:11, 38:19, 40:4, 40:21, 41:1, 42:4, 42:6, 44:22, 45:23, 45:25, 49:8, 50:5, 50:14, 50:17, 50:23, 51:3, 52:15, 52:21, 52:22, 57:4, 76:1, 76:17, 77:19, 77:22, 78:16, 79:13, 79:16
**areas** [5] - 33:1, 36:7, 59:7, 79:20, 130:15
**argue** [1] - 104:24
**argument** [1] - 121:22
**arranged** [4] - 113:1, 113:7, 113:13, 114:5
**arrangement** [2] - 114:17, 144:3
**arranging** [1] - 114:23
**art** [2] - 89:6, 89:22
**article** [14] - 6:12, 10:21, 10:22, 11:1, 11:2, 12:5, 12:12, 73:12, 74:2, 86:25, 87:2, 87:17, 128:2
**articles** [1] - 6:12
**aside** [2] - 144:23, 145:6
**aspects** [1] - 68:12
**assigned** [2] - 6:23, 19:16
**assignments** [2] - 19:17, 19:18
**assist** [1] - 20:1
**assistant** [1] - 88:23
**associated** [6] - 26:13, 27:17, 27:18, 28:2, 28:10, 38:4, 39:9, 39:12
**association** [2] - 107:7, 118:12
**assume** [4] - 8:9,

62:12, 100:25, 106:19
**assumes** [1] - 76:21
**assuming** [4] - 31:6, 87:25, 100:22, 108:9
**assured** [1] - 14:2
**AT&T** [7] - 24:9, 27:3, 28:23, 29:2, 29:3, 35:11, 61:7
**attacking** [1] - 68:10
**attempt** [2] - 75:25, 119:3
**attempting** [1] - 126:9
**attend** [6] - 95:22, 101:12, 130:17, 131:1, 131:10, 135:16
**attended** [1] - 85:22
**attendees** [1] - 109:25
**attention** [2] - 85:14, 86:25
**attested** [1] - 68:25
**attorney** [18] - 6:4, 10:16, 13:2, 14:2, 14:3, 14:7, 14:10, 14:17, 15:12, 15:18, 107:14, 125:19, 139:19, 139:22, 139:25, 140:1, 140:6
**Attorney** [1] - 11:13
**Attorney's** [1] - 19:10
**attorney-client** [1] - 107:14
**attribution** [1] - 11:2
**auction** [1] - 89:23
**auctioned** [1] - 90:2
**auctions** [1] - 89:22
**Australia** [4] - 102:9, 102:17, 103:5, 103:6
**available** [2] - 13:15, 67:8
**avenue** [1] - 42:7
**Avenue** [11] - 1:13, 1:18, 2:3, 2:8, 42:25, 43:14, 44:23, 47:18, 50:5, 50:18, 146:12
**aware** [21] - 6:2, 6:8, 8:10, 55:16, 56:3, 71:5, 72:9, 76:9, 77:21, 78:3, 79:4, 91:8, 92:7, 92:9, 97:4, 97:21, 99:16, 100:12, 100:13, 122:12, 123:14
**azimuth** [2] - 30:17, 30:21
**Aziz** [8] - 77:21, 78:4, 78:7, 111:24, 115:8, 116:12, 117:13, 117:23

**B**

**bachelor's** [1] - 18:23
**background** [3] - 18:22, 105:22, 108:3
**bandwidth** [1] - 33:3
**Bank** [1] - 132:14
**bank** [3] - 132:14, 132:24, 133:17
**banking** [1] - 131:14
**base** [1] - 67:17
**based** [16] - 10:22, 10:25, 21:7, 29:13, 34:4, 34:9, 41:24, 58:15, 59:3, 61:18, 69:18, 71:8, 72:24, 73:22, 99:1, 127:4
**basic** [3] - 20:23, 21:3, 22:22
**basing** [1] - 78:14
**basis** [1] - 29:12
**bathroom** [1] - 59:12
**Beatz** [1] - 109:11
**became** [1] - 93:20
**become** [1] - 97:4
**becoming** [1] - 36:5
**BEFORE** [1] - 1:9
**beforehand** [1] - 106:23
**began** [1] - 86:6
**beginning** [2] - 27:10, 50:15
**begins** [1] - 143:8
**begun** [1] - 86:11
**behalf** [2] - 14:3, 14:4
**behind** [2] - 123:9, 127:25
**behind-the-scenes** [1] - 123:9
**Bellagio** [2] - 100:20, 101:13
**belong** [1] - 98:19
**belonged** [1] - 54:13
**belongs** [2] - 53:20, 56:3
**bench** [10] - 110:20, 111:15, 112:5, 115:15, 116:2, 116:23, 120:10, 122:2, 142:4, 142:25
**best** [3] - 100:2, 123:16, 146:6
**between** [30] - 33:8, 33:12, 38:2, 38:9, 38:25, 39:24, 40:10, 41:7, 45:7, 48:19, 48:20, 48:25, 49:18, 49:24, 51:4, 52:6, 52:16, 52:17, 52:18, 55:3, 55:17, 66:17,

73:7, 94:12, 121:9, 126:15, 127:2, 132:2, 144:5
**Beverly** [2] - 99:23, 100:9
**beyond** [3] - 26:1, 97:16, 98:9
**big** [1] - 130:14
**bill** [3] - 70:5, 70:9, 137:11
**billing** [5] - 67:17, 67:19, 67:21, 68:1, 69:21
**bills** [2] - 71:6, 71:8
**biodiversity** [1] - 85:12
**Birthday** [1] - 110:16
**birthday** [8] - 85:20, 85:22, 100:17, 101:12, 101:14, 101:24, 110:14, 110:15
**bit** [11] - 16:22, 19:22, 28:13, 52:1, 74:15, 79:17, 91:20, 110:5, 117:17, 128:19, 130:7
**black** [4] - 46:4, 132:18, 133:9, 137:14
**block** [3] - 38:24, 50:8, 79:21
**blocks** [5] - 21:25, 36:17, 45:1, 47:19, 50:3, 52:14, 52:15
**blown** [1] - 60:22
**blue** [9] - 38:8, 38:11, 38:15, 39:5, 39:9, 45:17, 45:22, 46:8, 51:14
**blue-shaded** [1] - 38:11
**blurry** [1] - 54:20
**boats** [1] - 95:9
**books** [1] - 89:5
**borough** [2] - 28:16, 81:21
**bottom** [10] - 30:6, 30:19, 37:19, 40:1, 40:9, 41:16, 48:23, 126:17, 133:13
**boulevard** [1] - 100:3
**Boulevard** [1] - 1:22
**bounce** [1] - 79:5
**bounds** [1] - 119:14
**box** [9] - 33:16, 33:18, 34:11, 37:18, 37:20, 37:21, 39:11, 48:16, 55:24
**boxes** [5] - 39:4, 39:9,

40:9, 44:13, 44:14
**Brazil** [1] - 102:13
**breach** [1] - 143:5
**break** [9] - 30:11, 108:10, 108:11, 108:16, 108:17, 108:21, 144:17, 144:20, 145:10
**brief** [2] - 8:13, 12:22
**briefly** [1] - 80:9
**bring** [7] - 64:19, 89:24, 101:2, 101:9, 112:23, 113:13, 144:10
**Brittany** [2] - 110:14, 111:2
**bro** [4] - 61:1, 63:22, 63:23, 64:6
**Broadway** [2] - 45:23, 45:25
**broken** [1] - 31:1
**Brooklyn** [2] - 19:10, 35:12
**brought** [3] - 16:21, 86:25, 106:23
**Bryant** [1] - 50:3
**building** [1] - 79:17
**buildings** [3] - 29:19, 79:5, 79:8
**built** [1] - 21:3
**burner** [101] - 25:21, 25:24, 26:17, 26:22, 28:5, 28:10, 43:22, 44:1, 44:3, 44:6, 44:15, 44:16, 44:20, 44:21, 45:10, 45:24, 46:1, 46:5, 46:10, 46:13, 46:16, 46:24, 47:2, 47:9, 47:17, 48:15, 48:19, 49:1, 49:5, 49:18, 50:7, 50:11, 50:13, 50:16, 50:20, 50:22, 51:7, 51:15, 51:23, 51:24, 52:7, 52:20, 52:24, 53:11, 53:15, 53:17, 54:23, 54:25, 55:4, 55:14, 55:16, 55:24, 56:11, 56:13, 56:16, 57:9, 57:14, 58:3, 58:6, 58:8, 58:9, 58:15, 58:17, 60:15, 61:4, 61:15, 62:4, 63:11, 63:21, 64:4, 64:6, 64:13, 64:23, 65:7, 65:8, 65:17, 65:19, 72:22, 74:15, 74:17, 74:23, 74:24, 75:3, 75:6, 75:9, 75:11, 75:13, 75:17,

75:20, 75:22, 80:21, 80:25, 81:4, 81:9, 81:11, 81:14, 81:17, 82:7, 82:18
**Burner's** [1] - 80:25
**business** [11] - 67:3, 68:6, 69:22, 86:18, 87:6, 88:23, 88:25, 90:6, 94:1, 108:4, 144:5
**businessman** [2] - 86:16, 105:23
**busy** [1] - 91:24
**buy** [1] - 75:19
**BY** [14] - 18:16, 23:19, 59:23, 72:13, 80:11, 84:9, 93:16, 103:19, 109:3, 111:17, 115:16, 122:9, 125:9, 143:1

**C**

**CA** [1] - 1:23
**cactus** [1] - 29:23
**cake** [1] - 110:15
**callout** [2] - 33:15, 33:18
**Campaign** [1] - 135:14
**campaign** [23] - 121:2, 121:9, 128:24, 129:13, 129:16, 129:17, 129:20, 129:22, 129:25, 130:3, 130:8, 131:6, 131:8, 132:9, 133:20, 134:17, 134:20, 134:25, 135:3, 136:3, 136:12, 144:15
**candidate** [1] - 128:21
**cannot** [2] - 98:5, 107:5
**careful** [3] - 11:16, 35:4, 144:22
**Carlstrom** [1] - 4:12
**Carolina** [1] - 136:9
**case** [25] - 11:20, 13:23, 15:12, 21:11, 21:14, 23:21, 27:10, 31:23, 34:3, 34:8, 34:15, 37:12, 42:10, 43:23, 46:6, 61:6, 75:14, 76:24, 77:3, 98:23, 99:4, 113:9, 119:12, 119:19, 144:22
**Case** [1] - 4:4
**cast** [1] - 123:2
**CAST** [12] - 19:21,

19:22, 19:23, 20:1,
20:4, 20:17, 20:20,
20:23, 21:1, 22:4,
22:22, 67:13
**casual** [1] - 93:1
**casually** [2] - 86:4,
94:13
**caused** [1] - 6:3
**CDRs** [4] - 32:7, 46:18,
46:22, 70:1
**celebrate** [4] - 102:12,
102:19, 103:23,
104:3
**celebrations** [2] -
86:5, 88:7
**celebrities** [2] - 95:7,
110:9
**celebrity** [1] - 128:12
**cell** [96] - 20:15, 21:20,
22:19, 23:1, 23:3,
23:9, 24:2, 24:4,
26:9, 28:13, 29:11,
29:21, 29:23, 29:24,
29:25, 30:8, 30:9,
30:11, 30:16, 30:18,
31:3, 31:20, 32:17,
32:22, 32:24, 33:2,
33:4, 33:7, 33:10,
33:12, 33:19, 33:25,
34:1, 34:4, 35:10,
35:19, 35:20, 35:24,
36:1, 36:5, 36:7,
36:16, 36:18, 36:19,
36:24, 37:1, 37:3,
37:5, 37:7, 37:14,
37:16, 38:23, 40:2,
40:5, 40:18, 40:20,
40:22, 42:18, 42:21,
42:22, 42:23, 43:6,
43:8, 43:13, 44:22,
46:19, 47:18, 49:25,
50:14, 52:1, 52:17,
58:23, 66:20, 66:23,
67:12, 67:14, 67:18,
69:22, 70:13, 70:17,
72:17, 73:25, 78:21,
79:4, 79:6, 79:18,
79:20, 80:3, 80:4,
81:21
**Cell** [5] - 29:7, 52:7,
52:9, 52:11, 79:16
**Cellular** [1] - 19:20
**cellular** [4] - 21:22,
28:19, 31:24, 32:23
**center** [1] - 83:15
**central** [1] - 104:23
**certain** [3] - 13:5,
16:20, 72:1
**certainly** [5] - 14:4,
16:21, 41:23,

105:18, 132:24
**CERTIFICATE** [1] -
146:1
**certification** [6] -
20:22, 21:18, 22:9,
22:10, 22:14, 70:4
**certified** [7] - 20:21,
22:11, 22:12, 68:2,
68:4, 68:23, 69:23
**certifies** [1] - 70:5
**certify** [3] - 68:6, 70:8,
146:4
**cetera** [4] - 34:18,
66:4, 103:10, 110:25
**chain** [1] - 120:20
**chair** [2] - 83:18,
124:16
**Chance** [3] - 91:3,
91:11, 91:12
**change** [1] - 100:13
**changed** [1] - 100:11
**charge** [2] - 120:21,
121:8
**charges** [2] - 104:21,
121:6
**charging** [2] - 17:3,
17:5
**charitable** [1] - 85:4
**Charles** [1] - 4:11
**CHARLES** [2] - 2:2,
2:2
**charles@**
**charleshaskell.com**
[1] - 2:5
**Charlotte** [1] - 136:9
**chart** [2] - 39:16, 64:1
**chartered** [2] - 102:11,
104:10
**check** [6] - 16:13,
105:22, 108:3,
134:22, 135:3, 135:7
**checking** [1] - 80:14
**child** [2] - 20:8, 21:12
**childhood** [1] - 88:21
**circle** [2] - 30:14,
38:19
**circles** [1] - 49:23
**circumstance** [1] -
67:5
**circumstances** [2] -
13:13, 131:23
**citizen** [2] - 104:14,
105:14
**City** [9] - 28:14, 28:16,
28:18, 29:20, 35:7,
35:8, 58:23, 77:20,
96:19
**city** [3] - 29:18, 81:14,
125:16
**claims** [2] - 13:5,

15:24
**clarify** [3] - 69:16,
78:8, 139:7
**class** [12] - 20:23,
20:24, 21:2, 21:4,
21:10, 21:18, 21:19,
22:2, 22:9, 22:16,
22:22
**classes** [2] - 21:18,
22:23
**Claudine** [2] - 140:13
**clear** [4] - 16:1, 70:2,
72:14, 139:12
**clearest** [3] - 31:11,
31:14, 37:2
**clearly** [1] - 98:9
**client** [4] - 16:3, 75:6,
107:14, 143:6
**close** [12] - 15:20,
17:25, 41:2, 51:3,
55:15, 57:2, 70:18,
70:20, 77:12, 77:15,
89:9, 89:13
**closest** [8] - 33:2,
33:7, 36:14, 36:25,
37:3, 37:5, 37:6,
37:7
**clothing** [2] - 87:17,
128:2
**co** [27] - 28:11, 40:11,
40:23, 40:25, 47:3,
47:21, 47:25, 48:7,
49:8, 50:17, 50:22,
53:12, 55:4, 55:5,
56:16, 58:8, 58:13,
58:14, 58:17, 59:5,
81:2, 81:5, 81:10,
81:18, 82:9, 82:11,
82:20
**co-located** [22] -
28:11, 40:23, 40:25,
47:3, 47:21, 47:25,
48:7, 49:8, 50:17,
50:22, 53:12, 55:4,
55:5, 56:16, 58:8,
58:14, 59:5, 81:2,
81:18, 82:9, 82:11,
82:20
**co-location** [1] - 58:13
**codes** [2] - 45:7, 45:9
**coincidence** [4] - 48:3,
59:7, 81:20, 81:22
**COLLEEN** [1] - 1:9
**college** [1] - 18:24
**College** [1] - 18:25
**colonel** [1] - 125:20
**color** [3] - 44:12, 51:14
**colored** [1] - 128:3
**colors** [2] - 51:12,
51:13

**COLUMBIA** [1] - 1:1
**combination** [1] -
97:10
**comfortable** [3] - 5:7,
9:19, 17:24
**coming** [1] - 129:6
**common** [3] - 67:10,
110:8, 122:21
**commonly** [5] - 26:22,
31:1, 66:21, 74:22,
75:2
**communicate** [4] -
91:21, 91:25, 92:11,
92:15
**communicating** [4] -
31:8, 52:24, 53:10,
80:21
**communications** [2] -
55:17, 107:14
**community** [1] - 74:6
**companies** [7] - 19:15,
28:19, 28:20, 28:24,
31:25, 66:20, 67:18
**company** [20] - 31:20,
68:24, 71:10, 84:22,
84:24, 85:1, 99:16,
99:17, 99:19, 99:21,
117:5, 117:10,
117:20, 117:22,
118:14, 120:15,
122:15, 122:19,
134:14
**company's** [1] -
117:21
**compensation** [1] -
89:7
**complete** [4] - 16:4,
21:5, 31:17, 146:6
**completed** [2] - 36:3,
46:14
**completely** [3] - 6:14,
16:1
**completes** [1] - 120:20
**complications** [1] -
118:11
**computer** [1] - 71:11
**computers** [1] - 71:7
**concern** [2] - 6:16,
7:21
**concerned** [3] - 12:1,
15:11, 94:3
**concerning** [4] - 87:2,
87:3, 92:19, 142:1
**concerns** [1] - 17:4
**concert** [1] - 95:25
**concerts** [1] - 95:22
**conclusion** [2] - 28:4,
40:11, 53:10
**conclusions** [8] -
28:8, 36:12, 39:17,

40:14, 41:22, 46:25,
50:24, 52:19
**condominium** [2] -
96:23, 97:2
**conducted** [1] - 94:2
**conference** [10] -
110:20, 111:15,
112:5, 115:15,
116:2, 116:23,
120:10, 122:2,
142:4, 142:25
**confidential** [1] - 75:5
**confirmation** [1] -
10:15
**conflict** [12] - 4:23,
4:24, 5:6, 5:20, 5:22,
7:1, 9:1, 13:24,
14:12, 14:20, 15:7,
15:8
**confused** [1] - 69:12
**confusing** [1] - 116:17
**Congress** [3] - 125:22,
128:13, 128:21
**congressional** [1] -
129:17
**conjunction** [1] -
118:2
**connect** [5] - 29:3,
31:3, 31:17, 37:1,
80:3
**connected** [2] - 76:24,
102:21
**connecting** [2] -
34:19, 45:10
**connection** [4] -
23:20, 73:23, 112:9,
121:5
**connections** [2] -
78:9, 86:17
**connects** [1] - 37:8
**connotation** [1] -
74:25
**consider** [4] - 6:24,
7:15, 7:16
**consistent** [7] - 25:23,
26:16, 26:18, 26:21,
39:8, 40:15, 47:14
**constantly** [1] - 31:10
**constitutes** [1] - 146:4
**Constitution** [2] - 2:8,
146:12
**constructed** [1] -
100:21
**consulted** [1] - 119:11
**contact** [18] - 86:20,
86:22, 129:3, 130:7,
130:10, 136:18,
138:13, 138:15,
138:20, 139:2,
139:8, 139:12,

140:1, 140:8,
140:11, 140:16,
140:19
**contacted** [4] -
134:14, 136:20,
139:13, 140:11
**contacting** [1] -
139:22
**contained** [4] - 24:21,
69:1, 70:8, 76:8
**contempt** [3] - 13:1,
13:4, 13:21
**content** [1] - 66:12
**contents** [1] - 142:19
**context** [1] - 26:5
**continue** [5] - 6:9,
14:2, 14:10, 50:9,
136:4
**Continued** [1] - 1:25
**continued** [1] - 8:5
**CONTINUED** [1] - 2:1
**continues** [1] - 50:20
**continuing** [1] - 59:1
**contract** [3] - 123:10,
123:13, 123:15
**contracts** [1] - 144:5
**contractual** [3] -
143:5, 143:14, 144:2
**contribute** [5] - 90:3,
93:7, 129:22,
129:25, 133:19
**contributed** [3] -
89:17, 89:25, 136:2
**contributing** [1] -
132:8
**contribution** [11] -
93:5, 129:16,
129:20, 129:21,
130:3, 130:25,
134:6, 135:14,
135:15, 135:18,
135:19
**contributions** [4] -
89:4, 91:9, 91:12,
138:16
**control** [1] - 11:15
**convention** [1] - 136:9
**conversation** [6] -
4:19, 8:13, 12:23,
93:1, 138:11, 139:17
**conversations** [6] -
6:10, 86:6, 86:11,
94:14, 119:13, 123:9
**convey** [1] - 61:21
**coordinate** [1] - 91:15
**copy** [6] - 68:5, 69:24,
70:5, 113:14,
132:14, 137:11
**corner** [1] - 30:7,
30:20

**corral** [1] - 85:12
**correct** [40] - 5:5,
41:16, 45:18, 58:7,
58:21, 60:7, 60:10,
63:22, 70:6, 70:9,
71:7, 72:16, 73:3,
75:7, 75:15, 75:20,
76:17, 78:1, 78:15,
79:2, 80:19, 81:5,
91:13, 91:14, 92:6,
94:11, 95:1, 100:25,
103:21, 103:24,
106:12, 106:13,
106:17, 112:24,
127:7, 130:5,
138:25, 139:10,
142:13, 142:23
**correctly** [3] - 34:22,
100:15, 106:11
**cost** [2] - 33:4, 130:23
**counsel** [22] - 4:6,
4:18, 5:4, 5:13, 8:17,
11:3, 12:25, 13:15,
13:25, 16:10, 18:2,
18:8, 83:21, 84:1,
98:24, 110:19,
124:20, 125:1,
132:19, 137:15,
141:19, 143:3
**counsel's** [1] - 97:15
**County** [1] - 19:19
**couple** [5] - 45:1,
57:16, 58:9, 121:19,
129:6
**course** [11] - 20:21,
48:4, 54:10, 67:3,
69:22, 70:10, 70:11,
81:18, 81:20,
128:22, 129:8
**Court** [10] - 2:6, 2:7,
5:18, 6:1, 10:5,
10:12, 10:13, 99:7,
125:13, 146:11
**court** [4] - 8:7, 14:6,
84:14, 125:13
**COURT** [185] - 1:1, 4:2,
4:13, 4:15, 5:12,
5:25, 6:16, 7:8, 7:19,
8:12, 8:15, 8:18,
8:20, 8:23, 9:13,
9:22, 10:2, 10:6,
10:11, 11:5, 11:11,
11:23, 12:9, 14:18,
14:22, 15:19, 16:6,
16:15, 17:15, 17:17,
17:21, 17:24, 18:13,
23:11, 23:14, 23:16,
25:4, 25:6, 26:3,
26:11, 27:5, 27:8,
27:11, 35:3, 35:18,

39:20, 39:22, 43:4,
49:13, 54:3, 59:10,
59:13, 59:16, 60:3,
60:20, 62:6, 62:12,
62:18, 62:20, 63:20,
64:17, 66:2, 68:16,
69:7, 69:16, 71:18,
71:23, 72:10, 77:1,
77:6, 77:9, 78:4,
78:8, 80:8, 82:23,
83:2, 83:4, 83:11,
83:14, 83:18, 84:12,
87:21, 87:25, 90:16,
90:21, 90:24, 93:13,
97:10, 97:19, 98:8,
98:13, 99:6, 99:10,
100:25, 101:4,
101:8, 102:2,
102:22, 103:3,
103:9, 103:15,
104:16, 105:2,
105:6, 105:16,
105:19, 106:2,
106:19, 107:16,
108:8, 108:13,
108:16, 108:21,
108:23, 109:15,
109:18, 110:1,
110:4, 110:19,
110:22, 110:24,
111:7, 111:13,
111:16, 112:3,
112:7, 112:11,
112:13, 112:19,
112:22, 113:3,
113:11, 113:16,
114:7, 115:3, 115:7,
115:11, 115:14,
115:22, 115:25,
116:5, 116:10,
116:15, 116:20,
117:14, 117:16,
117:19, 118:7,
118:9, 119:20,
119:25, 120:9,
120:12, 120:22,
120:25, 121:8,
121:19, 121:24,
122:3, 122:6,
123:19, 123:23,
123:25, 124:4,
124:8, 124:11,
124:15, 126:7,
126:11, 126:23,
128:7, 132:23,
133:6, 139:5,
141:24, 142:3,
142:6, 142:11,
142:14, 142:18,
142:24, 143:9,
144:17, 145:9, 146:1

**Court's** [1] - 74:13
**Courthouse** [2] - 2:7,
146:11
**COURTROOM** [2] -
4:4, 16:14
**courtroom** [7] - 9:23,
9:25, 17:14, 87:15,
108:20, 127:24,
145:8
**courts** [1] - 23:3
**cover** [2] - 32:25,
79:16
**coverage** [20] - 29:25,
30:1, 30:10, 33:1,
33:9, 33:12, 35:25,
36:8, 36:17, 37:7,
38:17, 38:19, 39:2,
39:3, 52:3, 52:6,
52:15, 52:16, 78:16,
79:17
**coverages** [1] - 79:9
**covered** [1] - 79:13
**covers** [2] - 30:13,
30:25
**create** [4] - 24:16,
56:24, 62:16, 62:17
**created** [3] - 23:25,
49:2, 62:21
**creating** [2] - 56:24,
116:21
**credit** [1] - 121:11
**credits** [2] - 120:2,
120:24
**crew** [2] - 118:23,
123:2
**crime** [1] - 20:12
**crimes** [1] - 19:18
**Criminal** [1] - 1:3
**criminal** [5] - 4:4,
18:25, 19:12, 75:1
**CROSS** [2] - 59:22,
93:15
**cross** [12] - 11:15,
59:10, 59:17, 93:13,
98:5, 98:11, 98:20,
98:24, 99:2, 106:20,
106:24, 144:18
**cross-examination** [3]
- 59:17, 98:20, 98:24
**CROSS-**
**EXAMINATION** [2] -
59:22, 93:15
**cross-examine** [2] -
98:5, 98:11
**CRR** [3] - 2:6, 146:3,
146:10
**CSLI** [10] - 66:18,
67:12, 73:6, 73:8,
73:15, 73:17, 73:18,
73:25, 78:23, 79:7

**cup** [1] - 102:14
**custodian** [2] - 21:20,
68:2
**customary** [1] -
131:20
**customer** [1] - 32:1
**customers** [4] - 35:25,
36:9, 79:13, 79:14
**CVS** [1] - 75:4

**D**

**D-I-C-A-P-R-I-O** [1] -
84:18
**D.C** [2] - 114:4
**Damocles** [1] - 11:15
**Danny** [1] - 85:22
**dark** [1] - 128:3
**dark-colored** [1] -
128:3
**DAS** [2] - 30:24, 38:15
**data** [5] - 23:3, 23:10,
58:10, 58:16, 71:1
**database** [1] - 71:9
**date** [9] - 8:4, 20:13,
34:12, 45:14, 68:7,
85:25, 133:16, 138:2
**dated** [4] - 126:25,
135:11, 141:4, 144:9
**Dated** [1] - 146:8
**dates** [1] - 69:25
**DAVID** [1] - 1:21
**David** [1] - 4:10
**david@kennerlaw.**
**com** [1] - 1:24
**day-to-day** [1] - 29:12
**days** [2] - 36:22, 129:7
**DC** [5] - 1:14, 1:18,
2:4, 2:8, 146:13
**deal** [1] - 7:20
**dealing** [3] - 26:4,
121:19, 121:20
**dealings** [1] - 14:6
**decide** [5] - 9:17,
13:19, 97:14,
134:23, 134:24
**decided** [10] - 12:2,
13:8, 14:25, 15:16,
16:7, 87:5, 97:11,
134:21, 139:19,
140:5
**deciding** [2] - 15:2,
15:3
**decision** [5] - 11:7,
13:16, 13:18, 15:16,
16:9
**decisions** [1] - 72:1
**declared** [1] - 5:22
**defendant** [3] - 87:13,
87:24, 144:2

**Defendant** [3] - 1:6, 1:21, 2:2
**DEFENDANT** [3] - 14:15, 14:19, 15:17
**defense** [14] - 4:12, 4:18, 5:4, 5:9, 5:13, 6:4, 8:19, 11:2, 16:4, 17:7, 19:12, 98:16, 99:4
**definitely** [1] - 84:12
**definition** [2] - 74:17, 75:8
**degree** [4] - 18:23, 18:24, 30:20, 98:9
**degrees** [6] - 30:9, 30:14, 31:1, 32:20, 38:17, 38:24
**delve** [1] - 121:17
**Democratic** [2] - 93:5, 136:8
**denigrate** [1] - 16:3
**Denmark** [3] - 74:3, 74:7, 74:9
**denoted** [5] - 39:25, 42:17, 46:8, 49:22, 50:12
**denotes** [1] - 51:14
**denoting** [2] - 37:21, 44:14
**dense** [1] - 35:22
**density** [6] - 35:20, 36:6, 36:10, 52:1, 58:23, 59:4
**DEPARTMENT** [2] - 1:12, 1:17
**depicted** [5] - 42:22, 51:18, 53:7, 54:10, 55:21
**DEPUTY** [2] - 4:4, 16:14
**derived** [3] - 67:7, 67:11, 73:20
**derives** [1] - 74:1
**describe** [7] - 21:21, 66:17, 74:16, 91:20, 96:25, 97:1, 136:6
**described** [6] - 40:10, 60:15, 75:18, 95:3, 123:6, 136:15
**desert** [2] - 100:21, 109:13
**destination** [1] - 46:17
**detail** [20] - 19:24, 20:7, 20:11, 20:25, 24:17, 30:15, 32:2, 32:7, 61:7, 61:12, 61:13, 61:17, 61:19, 62:8, 62:9, 62:10, 62:16, 62:22, 72:6, 78:23

**determinant** [1] - 38:19
**determination** [6] - 32:17, 58:11, 58:12, 61:6, 71:3
**determine** [6] - 20:9, 25:18, 36:21, 67:23, 69:19, 75:25
**develop** [3] - 85:2, 116:8
**developing** [1] - 114:11
**devices** [1] - 73:21
**Dhabi** [1] - 86:17
**DiCaprio** [20] - 3:6, 83:7, 84:7, 84:10, 84:18, 85:8, 87:24, 90:22, 91:5, 91:8, 93:17, 97:17, 98:6, 98:23, 99:15, 100:23, 114:2, 115:8, 122:10, 124:5
**DiCaprio's** [4] - 97:7, 104:20, 104:24, 113:18
**difference** [8] - 38:9, 66:17, 111:2, 120:13, 120:15, 120:17, 120:19, 121:9
**differences** [1] - 56:25
**different** [31] - 11:12, 11:13, 20:4, 20:15, 20:21, 22:3, 22:4, 22:24, 22:25, 29:10, 33:23, 40:2, 51:25, 56:18, 59:6, 59:7, 67:7, 70:14, 79:20, 81:7, 86:5, 86:17, 91:24, 95:7, 98:17, 114:7, 115:10, 116:24, 121:1
**difficult** [2] - 5:21, 49:20
**digit** [2] - 45:5, 45:6
**diligence** [1] - 107:5
**dinner** [1] - 96:6
**dinners** [1] - 95:12
**dire** [3] - 23:11, 69:9, 71:20
**DIRECT** [3] - 18:15, 84:8, 125:8
**direct** [3] - 97:16, 98:6, 99:2
**directed** [2] - 12:25, 13:9, 91:25
**direction** [6] - 30:17, 34:9, 34:16, 39:2, 49:17, 60:25
**directionality** [1] -

38:21
**directly** [1] - 59:2
**director** [1] - 118:22
**diring** [1] - 71:14
**disagree** [1] - 74:11
**discovery** [5] - 9:9, 9:10, 9:11, 13:3, 13:10
**discretion** [1] - 7:5
**discuss** [3] - 4:16, 5:5, 145:11
**discussed** [4] - 92:22, 106:22, 115:21, 115:22
**discussing** [1] - 141:5
**discussion** [5] - 9:2, 9:14, 92:25, 112:3, 116:1, 116:7
**displayed** [1] - 33:20
**disrepute** [1] - 6:5
**distance** [2] - 41:16, 41:21
**distracting** [2] - 111:9, 114:19
**District** [1] - 19:10
**DISTRICT** [3] - 1:1, 1:1, 1:9
**disturbing** [1] - 97:17
**division** [1] - 11:13
**DIXON** [1] - 1:12
**DNC** [1] - 136:8
**docket** [1] - 6:23
**document** [9] - 25:15, 53:22, 63:3, 90:23, 126:14, 133:5, 133:10, 137:16, 142:17
**documentaries** [1] - 85:2
**documenting** [1] - 32:5
**DOJ** [1] - 11:19
**dollars** [2] - 89:10, 89:14
**donate** [1] - 89:19
**donations** [8] - 90:4, 91:15, 91:21, 92:2, 92:4, 92:7, 92:9, 92:20
**done** [13] - 6:4, 11:14, 11:17, 13:20, 67:2, 67:3, 71:19, 74:3, 86:9, 91:5, 94:15, 97:13, 97:21
**donors** [2] - 130:16, 130:18
**door** [1] - 84:13
**dot** [2] - 32:20, 32:21
**doubt** [1] - 62:13
**down** [21] - 17:24,

26:11, 27:20, 30:7, 30:11, 41:16, 49:11, 53:14, 68:16, 69:8, 91:1, 91:6, 108:23, 116:21, 124:15, 126:17, 127:18, 129:6, 129:14, 134:8, 135:24
**draw** [8] - 28:4, 28:8, 39:17, 40:11, 40:14, 41:21, 46:25, 52:19
**driving** [2] - 29:15, 47:15
**dropping** [1] - 79:14
**due** [3] - 30:20, 107:4, 118:17
**duration** [1] - 46:14
**during** [23] - 21:4, 41:12, 42:24, 49:7, 50:25, 52:18, 53:9, 54:9, 55:23, 57:1, 59:6, 67:2, 69:24, 73:2, 81:8, 82:8, 82:20, 104:7, 132:15, 137:12, 139:7, 140:7, 144:11

## E

**early** [1] - 144:9
**earmarked** [2] - 135:2, 144:15
**earnings** [1] - 119:3
**earth** [1] - 129:14
**easiest** [1] - 121:20
**east** [3] - 36:4, 45:1, 52:15
**eastern** [1] - 34:15
**edition** [1] - 89:5
**educational** [1] - 18:22
**effective** [1] - 16:4
**effectively** [1] - 14:3
**effort** [1] - 14:8
**eight** [1] - 134:19
**either** [12] - 17:8, 22:22, 31:6, 58:11, 58:13, 61:7, 100:23, 101:22, 102:11, 110:2, 125:1, 126:1
**elaborate** [1] - 16:22
**election** [6] - 92:23, 130:2, 130:13, 132:8, 134:18, 144:15
**elements** [1] - 120:20
**ELLIOTT** [1] - 1:21
**email** [6] - 5:3, 16:23, 74:21, 91:23, 141:13, 141:15

**emails** [1] - 142:16
**EMI** [2] - 97:5, 99:16
**employ** [1] - 22:4
**employed** [1] - 19:2
**Encino** [1] - 1:23
**end** [12] - 15:13, 22:9, 97:14, 98:1, 104:2, 111:15, 115:15, 116:23, 118:13, 122:2, 142:25
**endangered** [1] - 85:13
**endeavor** [1] - 85:9
**ended** [1] - 118:13
**ending** [10] - 25:17, 27:3, 27:23, 39:6, 47:6, 48:11, 53:19, 55:25, 137:25, 138:5
**ends** [1] - 46:21
**energy** [1] - 33:4
**enforcement** [2] - 67:4, 79:23
**engage** [1] - 31:3
**engaged** [1] - 62:2
**engagements** [1] - 88:10
**engineering** [1] - 21:23
**engineers** [3] - 21:21, 32:25, 79:10
**engineers'** [1] - 79:12
**ensure** [1] - 33:1
**enters** [1] - 17:14
**entertainment** [1] - 122:14
**entire** [5] - 22:17, 95:25, 96:2, 121:15, 123:2
**entirety** [1] - 40:17
**entities** [3] - 87:12, 90:6, 90:7
**entitled** [3] - 8:16, 13:22, 76:25
**entity** [4] - 90:9, 91:9, 91:11, 118:17
**entry** [1] - 133:23
**environment** [1] - 31:11
**Eric** [5] - 88:18, 88:21, 91:19, 92:1, 92:20
**error** [1] - 79:2
**especially** [2] - 35:21, 103:16
**ESQ** [6] - 1:12, 1:16, 1:16, 1:21, 1:21, 2:2
**essence** [2] - 73:25, 121:21
**essentially** [1] - 87:3
**establish** [1] - 112:25
**et** [4] - 34:18, 66:4,

103:10, 110:25
**evaluate** [1] - 78:11
**evaluation** [1] - 73:6
**Eve** [1] - 102:19
**event** [14] - 20:12, 33:15, 34:16, 39:4, 48:16, 109:21, 115:10, 116:9, 118:5, 130:8, 131:1, 131:10, 135:16, 136:3
**events** [3] - 110:8, 136:14, 137:3
**evidence** [10] - 42:9, 72:8, 76:22, 77:1, 77:3, 100:23, 101:1, 101:4, 101:7, 126:21
**exact** [1] - 37:10
**exactly** [7] - 56:22, 85:25, 94:5, 95:16, 96:9, 101:25, 118:13
**examination** [6] - 11:16, 59:17, 98:7, 98:20, 98:24, 106:21
**EXAMINATION** [7] - 18:15, 59:22, 80:10, 84:8, 93:15, 122:8, 125:8
**examine** [2] - 98:5, 98:11
**example** [3] - 30:19, 33:21, 70:17
**examples** [1] - 29:10
**exchange** [1] - 127:8
**excluded** [1] - 121:22
**excluding** [1] - 122:1
**exclusive** [1] - 130:15
**excuse** [3] - 71:23, 76:9, 78:4
**excused** [4] - 82:23, 83:2, 123:19, 123:23
**exercise** [1] - 21:9
**Exhibit** [44] - 23:24, 24:14, 25:3, 25:7, 25:14, 26:25, 27:21, 29:6, 30:3, 41:4, 42:14, 43:2, 43:12, 48:22, 49:15, 51:11, 53:3, 53:24, 54:17, 54:18, 55:7, 56:7, 56:8, 57:6, 60:1, 60:2, 60:4, 62:23, 63:8, 66:11, 80:17, 82:4, 82:13, 90:13, 126:5, 126:13, 126:21, 126:24, 132:12, 133:12, 135:5, 137:1, 137:10, 140:22
**exhibit** [9] - 24:20,

27:5, 42:19, 49:13, 61:22, 62:6, 62:10, 62:13, 115:10
**exigent** [1] - 67:5
**exist** [1] - 7:7
**exits** [2] - 108:20, 145:8
**expect** [2] - 79:15, 135:18
**expected** [1] - 71:18
**expensive** [1] - 97:1
**experience** [2] - 46:19, 122:19
**experiences** [1] - 89:24
**expert** [19] - 23:2, 23:9, 23:17, 47:3, 49:7, 59:3, 62:1, 62:15, 64:12, 64:16, 65:22, 66:1, 68:11, 68:13, 68:14, 69:6, 71:1, 71:14, 71:16
**expertise** [5] - 26:2, 26:5, 66:15, 69:19, 99:18
**explain** [7] - 9:16, 13:3, 19:22, 30:5, 74:10, 120:7, 140:16
**explained** [2] - 71:25, 134:15
**explaining** [2] - 9:13, 35:16
**explanation** [3] - 16:24, 120:9, 120:12
**explanatory** [1] - 15:22
**explored** [2] - 104:13, 110:4
**extend** [1] - 33:2
**extensive** [1] - 123:9
**extent** [1] - 107:13
**extra** [1] - 11:16
**extraction** [1] - 61:8
**extrapolate** [1] - 47:11
**extravagant** [2] - 109:22, 111:5
**eye** [1] - 70:24

---

# F

**face** [2] - 49:20, 67:25
**faces** [2] - 52:9, 52:11
**facilitate** [1] - 92:21
**facing** [5] - 30:18, 30:20, 32:20, 34:10, 52:8
**fact** [11] - 7:8, 11:12, 73:6, 75:17, 80:1, 96:6, 113:19, 118:17, 128:25,

129:9, 131:25
**factor** [1] - 76:4
**facts** [3] - 67:16, 76:21, 100:22
**factual** [2] - 69:19, 142:20
**failed** [1] - 143:13
**fair** [3] - 69:2, 81:10, 106:1
**fairly** [1] - 122:21
**fall** [1] - 75:8
**familiar** [16] - 25:21, 29:14, 41:13, 45:5, 46:20, 53:19, 54:8, 76:10, 87:13, 88:13, 89:18, 91:11, 109:12, 127:19, 129:21, 138:6
**fancy** [2] - 19:24, 30:17
**far** [8] - 12:1, 12:11, 76:17, 76:20, 94:2, 114:14, 116:16, 123:14
**fast** [4] - 54:3, 136:14, 136:17, 143:9
**FBI** [7] - 19:2, 19:6, 19:8, 19:9, 19:16, 19:17, 19:20
**February** [6] - 136:17, 136:18, 136:22, 137:23, 138:10, 141:6
**federal** [2] - 20:15, 22:24
**felt** [2] - 11:1, 11:3
**festival** [3] - 136:10, 136:12, 136:13
**few** [4] - 48:5, 55:3, 96:1, 116:25
**field** [4] - 21:9, 22:19, 23:3, 99:18
**Fifth** [2] - 47:18, 50:18
**figure** [2] - 71:14, 115:1
**file** [2] - 7:9, 68:5
**filed** [10] - 6:6, 6:7, 7:9, 7:23, 8:3, 9:4, 10:20, 12:23, 15:22, 16:1
**filing** [1] - 6:3
**filings** [1] - 14:6
**film** [13] - 86:9, 86:12, 87:11, 89:8, 94:7, 114:6, 118:22, 120:5, 123:1, 123:3, 136:10, 136:11, 136:24
**films** [2] - 85:2, 86:7
**final** [3] - 10:14, 21:17,

22:5
**finally** [1] - 50:21
**finance** [6] - 86:13, 87:12, 107:22, 117:5, 121:9, 123:15
**financed** [2] - 104:18, 117:24
**finances** [1] - 144:5
**financial** [1] - 89:4
**financially** [2] - 90:1, 90:3
**financier** [1] - 121:4
**financiers** [1] - 88:16
**financing** [12] - 86:7, 86:12, 94:8, 94:10, 95:5, 106:4, 107:25, 120:5, 120:16, 121:3, 121:12, 123:1
**findings** [1] - 74:11
**fine** [4] - 13:20, 97:12, 98:2, 108:3
**finish** [5] - 5:25, 18:3, 83:22, 108:9, 124:21
**finished** [1] - 90:25
**firm** [2] - 141:19, 143:3
**FIRM** [1] - 1:22
**first** [42] - 6:9, 10:7, 20:6, 21:19, 24:5, 28:15, 33:25, 44:16, 44:21, 45:11, 50:10, 51:1, 51:18, 53:25, 57:8, 60:9, 64:10, 74:1, 77:16, 85:15, 89:5, 93:20, 93:22, 94:12, 95:14, 95:17, 95:25, 96:3, 100:15, 104:17, 105:5, 106:14, 106:15, 117:2, 117:25, 129:3, 134:14, 137:5, 141:18, 143:2
**firsthand** [2] - 12:17, 144:24
**Fisher** [1] - 130:14
**five** [9] - 19:7, 23:7, 33:22, 47:18, 52:14, 52:15, 60:6, 89:22, 108:18
**flag** [1] - 42:13
**flattered** [1] - 130:20
**flew** [2] - 102:23, 114:3
**flight** [1] - 103:14
**Florida** [2] - 21:24, 125:17
**fly** [1] - 102:17
**focus** [1] - 28:15
**following** [5] - 21:1, 50:19, 66:21, 110:20, 112:5,

116:2, 116:18, 120:10, 136:1, 136:23, 140:1, 142:4
**FOR** [1] - 1:1
**Force** [1] - 125:20
**foregoing** [1] - 146:4
**foreign** [9] - 104:15, 105:14, 120:23, 120:25, 121:1, 121:10, 121:12, 122:13, 122:20
**forests** [1] - 85:11
**forests'** [1] - 85:11
**forfeit** [3] - 118:5, 118:20, 119:3
**forfeiture** [4] - 119:7, 119:12, 119:19, 119:22
**forget** [1] - 94:4
**forgetting** [1] - 53:21
**forgot** [1] - 99:12
**form** [2] - 68:21, 71:1
**format** [1] - 98:7
**formed** [5] - 72:6, 104:13, 105:25, 106:5, 117:5
**forms** [1] - 106:15
**forth** [3] - 11:24, 64:18, 65:24
**forward** [9] - 6:18, 9:19, 16:7, 21:8, 21:16, 41:5, 55:11, 109:6, 130:6
**forwarding** [2] - 136:14, 136:17
**foundation** [17] - 72:7, 85:4, 85:6, 85:8, 85:10, 89:4, 89:18, 89:19, 89:25, 90:1, 90:2, 90:4, 91:10, 92:2, 92:8, 92:10, 92:20
**four** [4] - 22:16, 40:2, 45:5, 45:6
**four-digit** [2] - 45:5, 45:6
**fourth** [1] - 34:16
**frame** [8] - 21:11, 41:12, 41:24, 55:23, 56:21, 57:1, 77:14, 95:16
**Frank** [18] - 56:4, 76:1, 76:3, 76:6, 111:18, 112:9, 112:12, 112:23, 113:1, 113:6, 113:12, 114:3, 114:11, 114:12, 114:16, 114:22, 116:13
**frankly** [6] - 6:16, 6:21,

17:7, 71:19, 111:9,
116:17
**frequency** [2] - 38:23,
52:3
**frequently** [1] - 74:16
**Friday** [1] - 16:24
**friend** [4] - 85:21,
88:21, 128:12,
128:14
**friends** [4] - 88:6,
96:2, 96:11
**from..** [1] - 64:3
**front** [1] - 60:4
**FTX** [1] - 21:9
**fuck** [2] - 65:10, 65:16
**fugitive** [2] - 20:8,
21:12
**full** [5] - 13:22, 16:4,
125:12, 135:1, 146:5
**functions** [1] - 20:4
**fund** [2] - 134:17,
144:15
**Fund** [2] - 135:9,
135:14
**funded** [1] - 87:11
**funding** [4] - 87:3,
87:12, 89:24, 92:1
**fundraiser** [2] -
130:14, 135:22
**fundraising** [4] -
128:22, 131:10,
135:16, 136:3
**funds** [1] - 118:20

## G

**G-R-A-Y** [1] - 18:21
**gain** [1] - 105:21
**gather** [2] - 67:16,
67:17
**gathered** [1] - 54:9
**general** [10] - 32:17,
33:9, 37:11, 40:4,
41:1, 44:19, 45:25,
50:14, 52:21, 130:1
**generalize** [2] - 32:16,
36:15
**generally** [8] - 28:18,
28:20, 30:12, 33:13,
41:13, 47:5, 136:6,
139:25
**generated** [5] - 34:13,
34:14, 58:3, 71:6,
71:8
**generates** [1] - 73:23
**gentleman** [1] -
140:14
**gentlemen** [1] - 108:2
**gift** [1] - 89:6
**gifts** [3] - 89:1, 89:3,

90:1
**Gilbert** [1] - 128:15
**Gilbert's** [1] - 140:13
**given** [20] - 21:5,
21:10, 21:11, 21:19,
22:5, 30:10, 31:5,
31:23, 32:13, 34:3,
36:1, 36:18, 37:14,
41:16, 41:21, 58:23,
107:24, 143:18,
143:21
**Gmail.com** [1] -
141:14
**governing** [1] - 123:13
**Government** [7] -
126:5, 126:13,
126:21, 132:12,
135:5, 137:10,
140:22
**government** [57] - 4:7,
4:9, 4:19, 5:4, 5:12,
5:13, 6:3, 6:8, 7:22,
10:7, 11:1, 11:3,
11:17, 11:22, 13:1,
13:2, 13:4, 13:19,
14:8, 14:9, 14:21,
15:1, 15:2, 17:5,
17:18, 17:20, 61:22,
62:12, 76:5, 76:6,
82:25, 83:6, 97:21,
98:16, 98:24, 118:5,
118:21, 119:2,
119:7, 124:3,
126:15, 126:20,
127:2, 127:5,
132:15, 137:12,
138:13, 138:20,
139:2, 139:8,
139:11, 139:13,
140:3, 140:8,
140:12, 141:11,
145:12
**Government's** [31] -
23:24, 24:14, 25:3,
25:7, 25:14, 26:25,
27:21, 29:6, 30:3,
41:4, 42:14, 43:2,
43:12, 48:22, 49:14,
51:11, 53:3, 53:24,
54:2, 54:17, 54:18,
55:7, 56:7, 56:8,
57:6, 80:16, 82:3,
82:13, 90:13,
126:23, 137:1
**government's** [4] -
15:9, 16:1, 54:6,
121:13
**GPS** [9] - 66:17, 66:20,
67:10, 73:8, 73:14,
73:18, 73:19, 73:20,

74:1
**grade** [1] - 21:7
**graded** [2] - 21:6,
21:15
**grand** [6] - 5:2, 13:6,
13:12, 13:14,
113:18, 114:8
**Granite** [15] - 117:4,
117:9, 117:10,
117:20, 117:21,
117:25, 118:8,
118:11, 118:15,
119:8, 119:9,
120:14, 120:15,
123:16
**Gray** [13] - 17:20,
18:17, 18:21, 23:9,
25:15, 42:18, 44:12,
49:16, 54:19, 56:9,
59:18, 62:16, 80:12
**GRAY** [2] - 3:3, 18:14
**gray** [2] - 59:24, 68:13
**gray's** [1] -
**Gray's** [2] - 72:7,
76:21
**green** [2] - 107:24,
108:1
**grounds** [3] - 16:19,
16:20, 98:3
**Group** [1] - 27:18
**group** [10] - 93:3,
95:21, 95:25, 96:2,
102:10, 102:12,
102:18, 103:20,
113:13, 114:3
**groupings** [1] - 103:10
**guardian** [3] - 65:3,
65:5, 65:13
**guess** [5] - 28:15,
53:25, 57:8, 108:24,
122:5
**guessing** [2] - 95:15,
118:14
**guests** [1] - 103:20
**guilty** [1] - 120:21

## H

**Haiti** [1] - 136:11
**half** [6] - 36:20, 51:1,
61:25, 137:8, 137:9
**hand** [9] - 30:7, 30:20,
32:10, 33:15, 37:12,
51:22, 87:20, 88:24,
92:21
**handle** [4] - 10:8,
10:15, 10:16, 11:13
**handling** [1] - 15:12
**hang** [1] - 94:21
**hanging** [2] - 94:20,

110:10
**happy** [1] - 9:15
**Happy** [1] - 110:15
**hard** [1] - 12:20
**Haskell** [1] - 4:11
**HASKELL** [2] - 2:2,
2:3
**hear** [20] - 12:17,
12:21, 17:25, 18:7,
18:10, 74:12, 83:25,
84:3, 84:12, 99:20,
99:22, 99:25,
103:15, 110:1,
110:22, 124:18,
124:25, 125:4,
131:15, 140:3
**hearing** [6] - 6:9,
110:21, 112:6,
116:3, 120:11, 142:5
**heavy** [1] - 130:16
**held** [6] - 13:4, 110:21,
112:6, 116:3,
120:11, 142:5
**HELD** [1] - 1:9
**help** [5] - 62:18, 85:12,
91:15, 131:12,
131:13
**helpful** [3] - 12:12,
24:24, 106:22
**helps** [1] - 141:1
**hereby** [1] - 146:3
**Heuchling** [1] - 42:16
**hiding** [1] - 113:6
**high** [4] - 28:4, 37:13,
50:24, 89:23
**high-priced** [1] - 89:23
**highlight** [1] - 63:23
**highlighted** [1] -
139:21
**highly** [2] - 59:7, 81:23
**Hills** [2] - 99:23, 100:9
**Hilton** [1] - 109:11
**himself** [1] - 65:24
**Hippolyte** [4] - 128:15,
128:16, 128:20,
128:23
**hire** [1] - 107:3
**historical** [7] - 19:24,
20:6, 20:15, 20:24,
22:19, 73:17, 78:23
**hits** [1] - 11:18
**hitting** [1] - 79:16
**hold** [4] - 6:4, 77:6,
77:16, 142:11
**home** [2] - 29:16,
96:25
**homes** [1] - 96:15
**Honor** [96] - 4:3, 4:8,
4:10, 5:8, 5:17, 6:8,
7:17, 9:21, 10:4,

10:19, 11:8, 15:18,
15:20, 15:25, 17:19,
23:8, 23:13, 23:18,
24:11, 26:1, 27:6,
27:10, 35:17, 39:21,
42:13, 43:1, 54:5,
59:9, 59:11, 59:19,
62:14, 63:15, 64:15,
65:25, 68:9, 69:3,
69:5, 71:13, 72:5,
72:12, 76:9, 76:20,
76:23, 77:5, 80:9,
82:22, 82:24, 83:1,
83:6, 83:8, 87:23,
88:2, 90:12, 90:20,
93:12, 93:14, 97:6,
98:2, 98:12, 100:22,
102:20, 103:13,
104:19, 104:22,
105:1, 105:15,
105:18, 107:13,
108:6, 108:19,
109:23, 110:7,
110:17, 113:17,
114:2, 115:13,
115:20, 116:22,
119:16, 119:24,
120:7, 122:5, 122:7,
123:21, 123:22,
124:2, 124:10,
126:9, 126:20,
133:7, 141:21,
141:23, 142:8,
142:15, 143:11,
144:16
**Honor's** [1] - 7:4
**HONORABLE** [1] - 1:9
**hope** [2] - 16:22, 16:24
**hopefully** [3] - 14:22,
17:9, 140:25
**hopped** [1] - 111:2
**hotel** [6] - 99:23,
100:3, 100:5,
100:11, 100:20,
101:15
**Hotel** [1] - 101:13
**hour** [8] - 21:14,
49:24, 50:25, 51:1,
81:17, 137:8, 137:9
**hours** [5] - 22:7,
36:21, 48:5, 77:13,
81:21
**house** [2] - 70:19, 96:7
**House** [13] - 111:25,
112:10, 112:15,
112:18, 113:1,
113:21, 114:4,
114:5, 114:18,
114:23, 115:6,
115:18, 116:13

**huge** [1] - 86:16
**hung** [1] - 95:3
**Husseiny** [1] - 88:12

## I

**ID** [3] - 33:25, 34:4,
133:17
**idea** [12] - 5:14, 6:22,
7:3, 11:5, 12:3, 73:1,
73:18, 81:19,
102:16, 103:23,
130:17
**identification** [3] -
74:20, 126:5, 126:13
**identified** [3] - 46:3,
87:24, 128:8
**identify** [4] - 4:6,
21:13, 24:12, 33:9,
87:17, 128:1
**identifying** [1] - 75:19
**idle** [5] - 31:6, 31:7,
31:10, 31:19, 32:3
**illegal** [6] - 87:3,
122:12, 122:13,
122:16, 122:17,
122:18
**illustration** [3] - 32:12,
32:19, 38:20
**imagine** [1] - 5:21
**immediately** [1] -
143:6
**impact** [1] - 36:11
**imply** [1] - 72:21
**importance** [2] -
113:3, 113:5
**important** [5] - 32:15,
35:13, 35:19, 38:18,
128:23
**importantly** [3] -
15:25, 18:7, 84:1
**IN** [3] - 1:1, 4:3, 17:16
**inaccurate** [2] - 70:16,
70:23
**inappropriate** [1] -
6:15
**include** [2] - 81:13,
81:25
**incoming** [15] - 34:17,
34:24, 45:8, 45:22,
46:9, 48:18, 57:16,
57:22, 60:19, 60:25,
64:2, 137:24
**Incoming** [1] - 45:2
**inconvenience** [1] -
98:21
**incorrect** [1] - 69:13
**increase** [2] - 33:3
**incredibly** [1] - 86:18
**indeed** [1] - 133:22

**independent** [1] - 8:17
**independently** [1] -
28:24
**Indiana** [1] - 2:3
**indicate** [6] - 18:11,
64:12, 64:17, 95:4,
98:14, 114:21
**indicated** [7] - 4:20,
5:10, 10:13, 16:10,
68:12, 94:9, 106:14
**indication** [1] - 11:3
**individual** [8] - 56:4,
71:10, 72:25, 85:15,
88:11, 88:18,
127:19, 129:24
**individuals** [1] - 85:15
**influence** [2] - 6:11,
11:21
**influenced** [1] - 12:16
**information** [23] -
10:22, 13:5, 24:21,
27:16, 27:24, 33:19,
33:23, 45:13, 67:7,
67:12, 68:20, 70:8,
75:19, 76:6, 77:10,
98:17, 127:9,
127:12, 131:14,
131:18, 132:20,
133:14, 137:21
**initiate** [1] - 61:4
**initiated** [3] - 57:15,
57:17, 57:19
**initiating** [1] - 57:23
**inquiring** [1] - 77:25
**inquiry** [2] - 8:1, 9:25
**instance** [1] - 79:15
**instances** [1] - 48:6
**instead** [3] - 33:6,
72:10, 114:13
**institute** [1] - 21:24
**instructed** [4] - 22:23,
92:11, 92:15, 107:15
**instruction** [5] - 21:19,
21:23, 21:25, 22:6,
22:18
**insurance** [1] - 19:15
**Integrity** [1] - 1:17
**intended** [1] - 66:5
**intentions** [1] - 64:18
**interchangeably** [1] -
29:12
**intercom** [1] - 110:19
**interest** [2] - 97:5,
97:16
**interested** [2] - 67:20,
86:8
**international** [1] -
121:4
**Internet** [3] - 31:9,
32:4, 57:25

**interpret** [1] - 66:5
**interrupt** [2] - 50:6,
113:17
**interstate** [1] - 29:16
**intervening** [1] -
144:11
**intervention** [1] - 67:4
**intimidated** [2] - 17:5,
17:6
**introduced** [5] - 22:3,
128:12, 128:14,
128:16, 140:14
**introducing** [1] -
128:20
**invest** [4] - 87:5,
107:12, 108:4,
122:14
**investigate** [1] -
105:12
**investigation** [9] -
54:10, 76:2, 87:1,
94:3, 94:5, 94:7,
107:8, 132:16,
137:12
**investigator** [3] - 19:9,
19:13, 19:14
**investigators** [4] -
17:5, 79:24, 80:2,
107:4
**investing** [1] - 94:14
**investment** [11] -
89:10, 89:15, 94:25,
95:2, 99:16, 99:20,
106:12, 122:20,
123:8, 123:11,
123:13
**investments** [3] -
105:24, 121:1
**investors** [1] - 123:16
**invite** [1] - 135:21
**invited** [5] - 85:21,
86:5, 136:8, 136:10,
136:12
**involve** [1] - 14:21
**involved** [4] - 10:17,
94:6, 119:21
**involving** [1] - 130:7
**irrelevant** [2] - 104:21,
141:22
**island** [3] - 36:10,
41:14, 130:14
**ISRAELY** [1] - 1:21
**Israely** [1] - 4:11
**issue** [19] - 4:17, 5:6,
6:2, 6:25, 7:24, 8:3,
8:6, 9:5, 12:4, 12:13,
13:17, 13:24, 14:23,
16:16, 16:18, 17:3,
17:11, 114:11, 126:9
**issued** [3] - 6:17, 7:12,

9:7
**issues** [6] - 5:1, 5:15,
16:20, 99:7, 114:14,
121:2
**issuing** [1] - 7:13
**itself** [5] - 38:20,
45:11, 69:12, 73:19,
114:18

## J

**jail** [3] - 13:22, 16:2,
16:3
**Jay** [1] - 18:25
**Jersey** [2] - 35:12,
36:19
**jet** [1] - 102:6
**Jho** [21] - 85:16,
85:19, 85:23, 88:7,
88:16, 88:21, 88:24,
93:20, 94:4, 101:13,
101:24, 103:20,
106:11, 107:2,
109:22, 111:24,
114:21, 117:8,
117:22, 118:12
**job** [2] - 99:2, 107:6
**jobs** [1] - 79:12
**Joel** [7] - 76:10, 78:7,
113:6, 113:8, 115:8,
115:9, 115:10
**Joey** [1] - 78:11
**JOHN** [1] - 1:12
**John** [2] - 4:9, 18:25
**john.keller2@usdoj.**
**gov** [1] - 1:15
**joining** [1] - 19:8
**Jr** [1] - 111:19
**judge** [10] - 4:22, 4:25,
6:24, 7:15, 12:2,
13:17, 14:6, 15:3,
77:16
**JUDGE** [1] - 1:9
**July** [8] - 38:2, 41:7,
45:15, 48:13, 49:19,
51:21, 60:10, 60:12
**jump** [2] - 55:11, 109:6
**jumped** [1] - 110:15
**June** [2] - 134:13,
135:11
**juror** [1] - 6:11
**jurors** [1] - 16:12
**Jury** [1] - 144:19
**jury** [35] - 5:2, 6:11,
11:21, 12:11, 13:6,
13:12, 13:14, 17:13,
17:14, 24:24, 26:9,
26:12, 27:1, 30:5,
33:21, 51:13, 61:22,
72:21, 91:20, 98:14,

102:8, 108:11,
108:20, 110:21,
111:10, 112:6,
113:18, 114:8,
116:3, 116:17,
120:11, 128:19,
130:10, 142:5, 145:8
**JURY** [2] - 1:8, 17:16
**justice** [2] - 18:25,
19:1
**JUSTICE** [2] - 1:12,
1:17
**Justin** [2] - 17:20,
18:21
**JUSTIN** [3] - 3:3,
18:14, 18:21

## K

**keep** [9] - 12:15, 54:4,
68:5, 70:6, 109:15,
109:18, 117:14,
117:16, 144:24
**keeps** [1] - 31:15
**KELLER** [5] - 1:12,
10:4, 10:7, 10:12,
111:14
**Keller** [6] - 4:9, 5:9,
5:10, 15:22, 97:23,
97:24
**KENNER** [128] - 1:21,
1:22, 4:10, 4:14, 5:8,
5:17, 6:1, 7:4, 7:17,
8:11, 8:13, 8:16,
8:19, 8:22, 9:12,
9:21, 11:8, 11:12,
12:8, 15:20, 23:13,
23:15, 24:11, 24:15,
25:5, 26:1, 35:1,
35:14, 43:3, 59:11,
59:19, 59:23, 60:2,
62:23, 62:25, 63:15,
63:18, 63:23, 64:20,
66:9, 68:15, 68:19,
69:5, 71:17, 71:22,
72:4, 72:9, 72:12,
72:13, 76:23, 77:5,
77:8, 78:7, 78:10,
80:7, 83:1, 88:2,
90:20, 93:14, 93:16,
97:8, 97:14, 99:5,
99:9, 99:11, 101:3,
101:6, 101:11,
103:2, 103:7,
103:13, 103:18,
103:19, 104:22,
105:1, 105:5, 105:8,
105:18, 106:4,
106:25, 107:19,
108:6, 108:12,
108:14, 108:19,

109:2, 109:3, 110:3, 110:7, 110:23, 111:5, 111:12, 111:17, 112:8, 112:12, 112:18, 112:20, 112:25, 113:5, 113:12, 114:2, 115:2, 115:5, 115:8, 115:13, 115:16, 115:24, 116:4, 116:8, 116:11, 116:19, 116:24, 118:8, 119:23, 120:7, 120:19, 120:23, 121:7, 121:11, 121:23, 122:5, 123:21, 126:22, 128:5, 132:22, 139:3, 141:21, 142:15

**Kenner** [17] - 4:11, 23:12, 24:14, 59:10, 59:17, 62:15, 68:12, 68:17, 69:4, 77:7, 80:19, 90:17, 97:19, 98:4, 98:22, 109:1, 122:4

**Kenner)**.....................
.................**59** [1] - 3:4

**Kenner)**.....................
.................**93** [1] - 3:7

**kept** [1] - 69:21
**Keys** [1] - 109:11
**kidding** [2] - 131:17, 131:19
**kidnapping** [1] - 20:8
**kind** [5] - 21:2, 79:22, 79:23, 96:10, 131:7
**kinds** [3] - 22:21, 85:1, 85:9
**knowledge** [7] - 96:23, 104:25, 105:21, 119:2, 119:18, 123:17
**known** [9] - 19:20, 20:23, 21:8, 30:12, 30:16, 30:24, 88:22, 127:22, 128:11
**knows** [3] - 31:15, 31:16, 62:12
**KOLLAR** [1] - 1:9
**KOLLAR-KOTELLY** [1] - 1:9
**KOTELLY** [1] - 1:9
**Kriss** [1] - 4:11

# L

**L'Ermitage** [1] - 100:8

**LA** [1] - 140:15
**ladies** [1] - 108:2
**laid** [1] - 32:24
**land** [2] - 85:11, 111:11
**landed** [1] - 104:6
**landing** [1] - 104:7
**laptop** [1] - 126:9
**large** [5] - 29:14, 85:11, 101:17, 102:12, 103:20
**Las** [9] - 85:20, 100:17, 101:13, 101:15, 102:18, 104:2, 109:5, 109:7, 109:22
**last** [5] - 4:16, 57:25, 122:3, 122:4, 125:14
**late** [1] - 113:25
**lavish** [4] - 95:6, 96:25, 97:2, 100:17
**law** [4] - 13:7, 13:12, 67:4, 79:23
**LAW** [2] - 1:22, 2:2
**lawful** [1] - 75:22
**lawyer** [8] - 94:3, 106:16, 107:2, 107:10, 107:19, 107:20, 107:21, 119:14
**lawyers** [1] - 107:6
**lay** [1] - 32:23
**layout** [2] - 21:22, 79:11
**LDF** [3] - 85:8, 89:5, 89:18
**lead** [2] - 98:6, 118:15
**leading** [3] - 35:1, 106:18, 144:6
**learn** [1] - 76:13
**learned** [2] - 21:3, 22:1
**least** [4] - 8:25, 73:7, 82:9, 96:10
**leave** [6] - 7:4, 14:20, 79:14, 107:19, 123:25, 124:4
**leaving** [1] - 119:8
**left** [9] - 4:18, 16:19, 30:6, 32:10, 42:3, 51:22, 55:24, 63:2, 83:16
**left-hand** [2] - 32:10, 51:22
**legal** [8] - 19:13, 22:6, 99:7, 105:9, 105:13, 105:25, 107:16, 127:14
**legitimate** [2] - 75:10, 108:4
**Leonardo** [3] - 83:7,

84:18, 85:8
**LEONARDO** [3] - 3:6, 84:7, 84:18
**less** [3] - 36:7, 73:18
**letter** [11] - 140:23, 141:2, 141:8, 141:10, 141:17, 141:20, 142:7, 142:8, 143:4, 144:6, 144:8
**level** [5] - 28:4, 37:13, 50:24, 87:11, 111:20
**lie** [1] - 127:11
**lieu** [1] - 119:8
**light** [2] - 107:24, 108:1
**likelihood** [5] - 47:24, 48:4, 58:25, 59:5, 81:16
**likely** [4] - 10:14, 10:16, 42:1, 124:25
**limit** [4] - 71:24, 98:20, 111:1, 129:24
**limited** [1] - 13:13
**limits** [2] - 114:10, 129:21
**line** [7] - 46:3, 52:4, 66:7, 74:10, 134:1, 135:13
**lines** [1] - 39:1
**LISA** [1] - 146:3
**Lisa** [1] - 2:6
**list** [4] - 16:17, 34:5, 34:9, 72:6
**lists** [2] - 24:18, 24:19
**literature** [1] - 73:7
**litigation** [2] - 141:19, 143:3
**live** [1] - 29:13
**lived** [2] - 76:13, 77:22
**lives** [1] - 140:15
**living** [2] - 84:20, 125:18
**loan** [3] - 142:9, 143:13, 143:25
**loaned** [2] - 143:8, 143:12
**local** [4] - 10:16, 20:16, 22:24, 34:15
**located** [32] - 28:11, 34:6, 37:22, 40:12, 40:23, 40:25, 42:4, 47:3, 47:21, 47:25, 48:7, 49:8, 50:17, 50:22, 53:12, 55:4, 55:5, 56:16, 58:8, 58:14, 58:18, 59:5, 66:4, 72:15, 72:16, 81:2, 81:6, 81:11, 81:18, 82:9, 82:11,

82:20
**location** [36] - 20:10, 21:13, 23:3, 23:10, 28:13, 30:16, 32:17, 36:15, 37:10, 39:25, 42:18, 42:21, 42:22, 42:23, 43:6, 43:19, 43:20, 44:19, 49:4, 54:25, 56:13, 58:13, 67:7, 67:9, 67:12, 72:24, 77:12, 78:1, 78:21, 78:25, 80:24, 82:6, 101:16, 101:24, 109:8
**locations** [10] - 28:5, 39:17, 47:1, 51:17, 52:17, 52:19, 70:14, 81:7, 96:21, 100:19
**LOCKHART** [92] - 1:16, 4:8, 17:19, 18:16, 23:8, 23:18, 23:19, 23:23, 24:13, 25:2, 25:9, 26:7, 26:24, 27:6, 27:9, 27:12, 27:20, 29:5, 30:2, 32:8, 35:5, 35:16, 37:23, 39:21, 41:3, 42:13, 43:1, 43:12, 43:17, 44:10, 48:9, 48:21, 49:10, 49:14, 51:10, 53:2, 54:5, 54:16, 54:22, 55:6, 56:6, 57:5, 59:9, 62:14, 62:24, 64:15, 65:25, 68:9, 69:3, 71:13, 72:5, 76:20, 80:9, 80:11, 80:16, 82:3, 82:12, 82:22, 82:24, 83:6, 84:9, 87:23, 90:12, 90:19, 91:4, 91:7, 93:12, 97:6, 98:2, 98:12, 100:22, 102:20, 104:19, 104:24, 105:15, 106:18, 107:13, 109:23, 110:17, 112:2, 113:17, 115:20, 116:22, 119:16, 120:6, 122:7, 122:9, 123:18, 123:22
**Lockhart** [1] - 4:9
**Lockhart)**.....................
.................**18** [1] - 3:4
**Lockhart)**.....................
.................**80** [1] - 3:5
**lockhart)**.....................
.................**84** [1] - 3:7

**Lockhart)**.....................
.................**122** [1] - 3:8
**logistics** [1] - 124:10
**look** [40] - 20:6, 20:11, 20:12, 32:10, 33:14, 34:5, 36:13, 38:24, 42:14, 42:17, 44:6, 45:16, 48:6, 48:23, 49:22, 53:4, 53:23, 53:24, 54:6, 61:5, 61:13, 62:7, 62:14, 64:22, 70:21, 71:2, 72:14, 72:19, 90:22, 90:24, 90:25, 104:4, 107:4, 107:5, 132:13, 134:15, 137:2, 141:18
**looked** [14] - 5:12, 17:10, 25:11, 27:13, 31:24, 37:12, 44:25, 45:13, 50:6, 54:13, 55:9, 55:17, 82:5, 82:15
**looking** [34] - 8:23, 20:4, 25:12, 26:9, 26:12, 29:7, 32:16, 35:7, 35:8, 36:16, 37:18, 39:4, 39:16, 42:3, 43:6, 45:2, 47:5, 47:16, 48:2, 48:13, 48:14, 49:16, 49:17, 51:17, 51:22, 53:6, 55:18, 55:24, 70:25, 80:19, 82:10, 113:18, 134:1, 143:2
**looks** [6] - 38:7, 41:6, 51:24, 61:8, 91:11, 129:14
**Los** [1] - 96:20
**loud** [1] - 83:19
**love** [2] - 74:12, 130:21
**Low** [62] - 85:16, 85:19, 85:23, 86:3, 86:15, 86:20, 86:23, 87:5, 88:7, 88:9, 88:16, 88:24, 89:1, 89:14, 89:17, 89:18, 90:3, 91:9, 91:13, 91:16, 91:22, 91:23, 92:12, 92:17, 92:23, 93:21, 94:4, 94:12, 94:24, 95:5, 97:4, 99:22, 100:15, 101:16, 102:3, 103:21, 104:9, 104:14, 105:13, 105:22, 106:11, 107:2, 107:8, 107:11, 107:22,

107:25, 109:7,
109:10, 109:22,
110:9, 110:14,
111:6, 111:24,
113:22, 114:21,
117:8, 118:12,
120:5, 120:14,
121:11, 122:25
**Low's** [10] - 88:21,
92:5, 96:15, 99:16,
101:13, 101:24,
102:16, 104:20,
105:9, 117:22
**lower** [1] - 41:24
**Lunch** [1] - 145:14
**lunch** [5] - 108:9,
144:17, 144:20,
145:7, 145:9
**lying** [1] - 127:15

# M

**M-O-I-S-E** [2] - 124:7,
125:15
**ma'am** [45] - 18:12,
19:3, 20:3, 22:13,
22:20, 24:1, 24:23,
25:1, 25:22, 25:25,
27:15, 28:7, 34:25,
36:23, 37:1, 38:6,
39:7, 39:10, 39:15,
41:18, 41:20, 42:20,
44:2, 44:4, 44:8,
45:19, 46:11, 47:23,
48:8, 49:3, 53:1,
53:8, 53:18, 58:5,
58:19, 58:22, 59:3,
80:20, 80:23, 81:7,
81:12, 81:15, 82:2,
82:16, 83:3
**Madison** [1] - 44:23
**major** [3] - 21:20,
89:22, 99:20
**majority** [2] - 29:19,
70:17
**Malaysia** [4] - 77:22,
86:17, 87:4, 105:24
**man** [3] - 88:24, 92:21,
135:2
**manage** [1] - 123:10
**manager** [1] - 134:14
**Manhattan** [19] -
28:17, 28:18, 35:11,
35:21, 35:23, 35:25,
36:7, 36:11, 36:16,
37:19, 41:14, 41:24,
48:5, 52:2, 58:21,
59:2, 59:4, 79:19
**Manhattanville** [1] -
18:24
**map** [9] - 35:7, 35:9,

35:10, 35:16, 37:18,
47:5, 49:1, 53:7,
54:10
**mapped** [1] - 37:16
**March** [2] - 141:4,
141:14
**margin** [1] - 79:2
**marked** [5] - 90:13,
126:4, 126:12
**market** [3] - 29:2, 34:3,
34:4
**marks** [2] - 132:18,
133:9
**marry** [4] - 61:24, 62:1,
63:7, 64:1
**Martelly's** [1] - 136:11
**Martin** [3] - 111:24,
115:18, 116:12
**mask** [3] - 12:20,
87:19, 124:18
**masks** [1] - 87:22
**massive** [2] - 100:21,
102:10
**master's** [1] - 18:24
**material** [5] - 5:2,
13:12, 13:14,
142:20, 142:21
**matter** [6] - 10:13,
10:17, 10:19, 15:21,
114:9, 142:18
**maximum** [1] - 130:4
**McFarland** [1] - 78:11
**mean** [16] - 6:16, 7:17,
8:23, 8:24, 9:10,
16:23, 39:1, 40:23,
48:17, 57:20, 97:14,
103:11, 111:1,
114:24, 116:17,
121:9
**meaning** [1] - 72:21
**means** [5] - 31:8,
40:25, 48:18, 108:2,
108:3
**meant** [2] - 30:9, 38:20
**meantime** [1] - 145:11
**meet** [8] - 94:18,
95:14, 101:16,
128:25, 129:7,
129:10, 130:17
**meeting** [3] - 86:4,
95:20, 96:3
**megastore** [1] - 96:1
**member** [1] - 118:23
**members** [1] - 20:17
**Members** [1] - 144:19
**memo** [1] - 135:13
**memory** [10] - 88:15,
90:11, 90:25, 91:23,
95:24, 96:9, 99:18,
100:4, 109:8, 110:5

**mention** [2] - 96:13,
140:7
**mentioned** [6] - 22:9,
24:18, 25:11, 86:9,
89:17, 93:3
**Mercer** [2] - 37:22,
40:21
**merely** [2] - 38:20,
81:19
**merits** [1] - 6:21
**Message** [3] - 63:8,
63:10, 65:12
**message** [18] - 45:4,
60:14, 60:17, 60:25,
61:3, 61:11, 61:15,
62:3, 63:10, 63:22,
64:2, 64:5, 64:25,
65:9, 65:12, 65:16,
65:20
**messages** [26] - 45:2,
45:8, 48:19, 48:24,
48:25, 52:23, 53:4,
53:6, 53:7, 53:16,
54:9, 54:24, 55:2,
55:25, 56:9, 56:12,
56:15, 58:2, 60:7,
60:9, 65:23, 66:5,
66:12, 82:5, 82:14,
82:19
**met** [12] - 85:19, 85:20,
85:23, 93:22, 94:12,
95:17, 95:24, 96:2,
100:15, 104:17,
113:20, 114:4
**metal** [1] - 29:15
**method** [1] - 67:11
**methods** [1] - 22:4
**Metro** [1] - 28:21
**Miami** [7] - 125:17,
128:21, 129:6,
129:9, 129:13,
130:15, 135:16
**Michel** [105] - 4:5,
4:15, 5:5, 5:21, 7:6,
8:2, 8:9, 9:2, 9:15,
9:20, 10:2, 11:10,
11:20, 12:7, 12:19,
12:22, 16:7, 16:8,
16:9, 27:19, 28:3,
28:10, 37:21, 38:5,
40:3, 40:6, 42:10,
58:1, 58:2, 64:13,
65:1, 65:17, 65:19,
65:22, 72:15, 72:22,
73:1, 77:23, 87:13,
88:3, 88:4, 88:9,
95:14, 95:17, 96:4,
96:6, 96:11, 103:14,
114:13, 120:21,
127:20, 127:22,

127:24, 128:6,
128:8, 128:10,
128:11, 128:17,
128:20, 128:24,
129:1, 129:4, 129:9,
129:16, 130:4,
130:7, 130:11,
130:19, 131:9,
131:13, 131:25,
132:3, 132:7,
133:16, 133:18,
134:9, 134:12,
134:23, 136:2,
136:4, 136:8,
136:16, 136:18,
137:3, 138:1, 138:9,
138:12, 138:19,
138:24, 139:8,
139:12, 139:18,
140:2, 140:7,
140:14, 140:16,
141:19, 143:3,
143:5, 143:8,
143:12, 143:17,
144:6, 144:10
**MICHEL** [1] - 1:5
**Michel's** [53] - 5:16,
28:5, 39:5, 39:14,
40:15, 40:19, 43:7,
44:24, 45:17, 46:7,
46:10, 46:24, 48:25,
49:5, 49:9, 50:23,
51:2, 51:5, 52:20,
52:22, 52:24, 53:11,
54:25, 55:5, 55:15,
55:20, 56:13, 56:17,
57:12, 58:7, 58:11,
58:16, 58:17, 60:15,
61:15, 62:4, 63:12,
63:21, 64:4, 64:5,
65:7, 65:8, 70:18,
80:22, 80:25, 81:5,
81:10, 81:13, 81:16,
82:6, 82:18, 133:22,
135:8
**microphone** [5] -
17:25, 63:20, 83:20,
109:19, 124:17
**middle** [6] - 18:9,
27:23, 45:16, 84:3,
125:3, 137:22
**midtown** [1] - 41:24
**might** [5] - 54:19,
105:6, 124:9,
131:19, 139:11
**mile** [1] - 36:20
**million** [1] - 93:10
**millions** [3] - 89:9,
89:13, 120:24
**mind** [3] - 6:12,

104:20, 144:24
**mine** [2] - 96:2, 128:12
**minister** [1] - 77:22
**minute** [5] - 16:18,
16:23, 17:10, 78:4,
83:8
**minutes** [11] - 41:21,
47:19, 50:2, 50:4,
52:8, 52:10, 59:14,
65:12, 108:18,
116:25, 145:3
**misled** [1] - 109:4
**misread** [1] - 77:17
**missed** [1] - 60:20
**missing** [2] - 20:8,
21:12
**missive** [1] - 65:5
**Mobile** [12] - 24:5,
25:16, 28:23, 29:3,
35:11, 43:21, 45:10,
50:8, 51:3, 61:7
**mobile** [1] - 73:20
**mode** [6] - 31:6, 31:7,
31:10, 31:19, 32:6
**modes** [1] - 48:12
**Mohamed** [1] - 88:11
**Moise** [21] - 124:3,
124:7, 125:10,
125:14, 125:16,
126:3, 126:12,
126:25, 127:19,
128:9, 132:13,
133:9, 133:15,
135:7, 137:2,
137:23, 139:7,
140:21, 140:23,
143:2, 143:15
**MOISE** [3] - 3:9, 124:8,
125:7
**moment** [6] - 9:21,
90:22, 95:13,
119:24, 124:9,
132:13
**Monday** [1] - 1:4
**money** [25] - 33:5,
92:4, 92:5, 93:6,
93:11, 111:6,
117:24, 119:8,
120:14, 122:13,
122:23, 122:24,
122:25, 123:4,
123:5, 131:7,
131:21, 131:22,
133:17, 134:2,
134:10, 135:3,
135:8, 136:2, 143:22
**month** [1] - 21:17
**month-long** [1] - 21:17
**monthly** [1] - 74:19
**months** [1] - 130:12

**MOREIRA** [1] - 146:3
**Moreira** [2] - 2:6,
146:10
**MORNING** [1] - 1:5
**morning** [24] - 4:2,
4:3, 4:8, 4:10, 4:13,
4:14, 4:15, 12:6,
17:15, 17:16, 17:19,
18:17, 18:18, 59:16,
59:20, 59:21, 80:12,
80:13, 80:14, 84:10,
84:11, 93:17, 93:18,
108:7
**most** [7] - 15:25,
30:11, 31:1, 37:2,
40:20, 42:1, 92:19
**motion** [22] - 4:17,
5:19, 7:10, 7:11,
7:15, 7:25, 10:9,
10:21, 10:23, 12:2,
12:23, 12:24, 13:2,
13:5, 13:25, 14:9,
14:11, 14:25, 15:4,
15:8, 15:12, 35:1
**motions** [2] - 5:1, 7:9
**move** [16] - 18:6, 21:7,
21:16, 25:2, 43:2,
50:20, 51:4, 52:14,
63:25, 72:3, 72:11,
102:2, 111:13,
115:13, 124:16
**moved** [4] - 40:8,
41:23, 42:5, 51:2
**movement** [9] - 41:22,
41:25, 47:7, 47:8,
47:14, 47:21, 47:25,
56:24, 81:25
**moves** [2] - 83:19,
126:20
**movie** [21] - 86:13,
94:15, 94:25, 95:2,
95:5, 104:18, 106:4,
106:12, 107:12,
107:23, 108:5,
111:25, 113:2,
116:13, 118:1,
118:16, 118:25,
119:4, 120:3,
121:12, 123:15
**movies** [2] - 86:7,
122:20
**moving** [9] - 6:18,
36:4, 41:5, 47:9,
47:13, 50:15, 50:16,
115:23, 130:6
**MR** [156] - 4:10, 4:14,
5:8, 5:17, 6:1, 7:4,
7:17, 8:11, 8:13,
8:16, 8:19, 8:22,
9:12, 9:21, 10:4,

10:7, 10:12, 11:8,
11:12, 12:8, 15:20,
23:13, 23:15, 24:11,
24:15, 25:5, 26:1,
35:1, 35:14, 43:3,
59:11, 59:19, 59:23,
60:2, 62:23, 62:25,
63:15, 63:18, 63:23,
64:20, 66:9, 68:15,
68:19, 69:5, 71:17,
71:22, 72:4, 72:9,
72:12, 72:13, 76:23,
77:5, 77:8, 78:7,
78:10, 80:7, 83:1,
88:2, 90:20, 93:14,
93:16, 97:8, 97:14,
99:5, 99:9, 99:11,
101:3, 101:6,
101:11, 103:2,
103:7, 103:13,
103:18, 103:19,
104:22, 105:1,
105:5, 105:8,
105:18, 106:4,
106:25, 107:19,
108:6, 108:12,
108:14, 108:19,
109:2, 109:3, 110:3,
110:7, 110:23,
111:5, 111:12,
111:14, 111:17,
112:8, 112:12,
112:18, 112:20,
112:25, 113:5,
113:12, 114:2,
115:2, 115:5, 115:8,
115:13, 115:16,
115:24, 116:4,
116:8, 116:11,
116:19, 116:24,
118:8, 119:23,
120:7, 120:19,
120:23, 121:7,
121:11, 121:23,
122:5, 122:9,
123:21, 124:2,
124:7, 124:9, 125:9,
126:8, 126:20,
126:22, 127:18,
128:5, 132:11,
132:22, 133:4,
133:7, 133:12,
134:8, 135:5,
135:24, 136:25,
137:20, 139:3,
140:25, 141:21,
141:23, 141:25,
142:8, 142:13,
142:15, 142:23,
143:1, 143:11,
144:16

**MS** [90] - 4:8, 17:19,
18:16, 23:8, 23:18,
23:19, 23:23, 24:13,
25:2, 25:9, 26:7,
26:24, 27:6, 27:9,
27:12, 27:20, 29:5,
30:2, 32:8, 35:5,
35:16, 37:23, 39:21,
41:3, 42:13, 43:1,
43:12, 43:17, 44:10,
48:9, 48:21, 49:10,
49:14, 51:10, 53:2,
53:13, 53:23, 54:1,
54:5, 54:16, 54:22,
55:6, 56:6, 57:5,
59:9, 62:14, 62:24,
64:15, 65:25, 68:9,
69:3, 71:13, 72:5,
76:20, 80:9, 80:11,
80:16, 82:3, 82:12,
82:22, 82:24, 83:6,
84:9, 87:23, 90:12,
90:19, 91:4, 91:7,
93:12, 97:6, 98:2,
98:12, 100:22,
102:20, 104:19,
104:24, 105:15,
106:18, 107:13,
109:23, 110:17,
112:2, 113:17,
115:20, 116:22,
119:16, 120:6,
122:7, 123:18,
123:22
**MULRYNE** [26] - 1:16,
124:2, 124:7, 124:9,
125:9, 126:8,
126:20, 127:18,
132:11, 133:4,
133:7, 133:12,
134:8, 135:5,
135:24, 136:25,
137:20, 140:25,
141:23, 141:25,
142:8, 142:13,
142:23, 143:1,
143:11, 144:16
**Mulryne** [1] - 4:9
**Mulryne)...................
.............125** [1] -
3:10
**multilayer** [1] - 106:11
**multiple** [1] - 142:8
**multitude** [3] - 86:4,
87:4, 95:6
**music** [2] - 99:19,
99:20
**musical** [1] - 95:21
**musicians** [1] - 95:8
**mutual** [3] - 85:21,

88:5, 88:6

# N

**name** [31] - 18:19,
25:18, 26:13, 26:20,
53:21, 74:21, 84:16,
84:24, 85:6, 85:7,
85:16, 88:11, 88:13,
88:18, 90:4, 90:9,
91:3, 91:8, 94:5,
100:4, 100:11,
100:13, 111:18,
117:4, 117:21,
124:6, 125:12,
125:14, 128:15,
133:16, 133:22
**named** [6] - 9:10, 56:4,
76:10, 85:7, 85:21,
127:19
**names** [2] - 90:10,
100:2
**national** [4] - 19:20,
104:15, 105:14,
136:9
**nationality** [1] -
104:20
**nationwide** [1] - 20:19
**nature** [4] - 86:2, 88:8,
92:25, 136:6
**near** [2] - 50:1, 50:7
**nearest** [1] - 80:4
**nearly** [1] - 141:4
**necessarily** [1] - 39:1
**necessary** [1] - 120:20
**need** [29] - 7:5, 12:17,
16:25, 22:1, 22:5,
25:8, 36:1, 60:22,
61:14, 61:19, 62:4,
62:6, 62:20, 63:25,
83:19, 90:24,
108:12, 108:14,
109:4, 109:15,
109:18, 112:13,
117:16, 121:3,
124:16, 134:16,
144:25, 145:6,
145:10
**needed** [1] - 36:8
**needs** [3] - 13:20,
84:14, 98:5
**nefarious** [1] - 75:14
**negative** [1] - 74:25
**negotiations** [1] -
123:10
**neighboring** [1] -
32:22
**network** [7] - 31:8,
31:11, 32:18, 32:24,
45:10, 45:12, 79:11

**networks** [2] - 28:19,
32:23
**Nevada** [1] - 102:18
**never** [10] - 6:12,
46:14, 46:17, 46:23,
57:2, 76:13, 77:25,
141:22, 142:7,
142:16
**new** [3] - 16:19, 44:12
**New** [33] - 1:13, 1:18,
19:13, 19:19, 28:14,
28:16, 28:18, 28:21,
29:2, 29:20, 34:3,
35:7, 35:8, 37:22,
58:23, 76:1, 76:14,
77:20, 81:16, 88:5,
96:19, 96:22, 96:23,
102:12, 102:15,
102:19, 103:5,
103:6, 103:23,
104:3, 104:6
**newspaper** [1] - 145:5
**next** [13] - 17:12,
17:18, 21:8, 33:2,
33:7, 36:14, 55:14,
65:5, 65:11, 65:16,
83:5, 124:1, 136:23
**Next** [1] - 1:25
**nice** [1] - 97:1
**Nicole** [1] - 4:8
**NICOLE** [1] - 1:16
**nicole.lockhart@
usdoj.gov** [1] - 1:20
**night** [1] - 101:24
**nightclub** [1] - 100:16
**nightclubs** [1] - 95:9
**nine** [1] - 50:4
**nobody** [1] - 9:14
**nobody's** [2] - 13:8,
54:3
**noncelebrities** [1] -
110:12
**none** [1] - 15:3
**normal** [2] - 67:2,
69:22
**north** [10] - 30:20,
32:20, 40:8, 41:23,
47:6, 47:10, 50:2,
50:3, 52:8, 52:12
**North** [1] - 136:9
**note** [8] - 31:12, 31:13,
32:15, 35:13, 38:18,
72:5, 77:17, 113:24
**notes** [1] - 146:5
**nothing** [13] - 5:22,
12:8, 13:19, 31:22,
57:17, 59:9, 68:25,
70:12, 70:22, 82:22,
93:12, 123:18,
135:21

**notice** [1] - 143:4
**notwithstanding** [1] - 14:11
**nowhere** [1] - 70:20
**number** [48] - 25:12, 25:17, 27:17, 27:23, 27:25, 28:2, 30:16, 33:14, 33:25, 34:1, 34:7, 34:11, 34:19, 34:20, 34:23, 39:5, 39:9, 39:11, 39:14, 41:9, 41:11, 42:8, 45:17, 45:18, 46:1, 53:19, 53:20, 54:12, 55:21, 55:22, 55:25, 56:3, 56:18, 61:9, 61:10, 61:19, 62:13, 85:14, 96:4, 109:24, 133:17, 137:25, 138:4, 138:5, 138:7, 138:8
**Number** [3] - 34:12, 34:14, 34:19
**numbers** [11] - 24:2, 24:4, 24:18, 25:11, 27:13, 28:5, 37:14, 38:4, 45:5, 45:6, 49:22
**numerous** [2] - 45:8, 59:4
**NW** [5] - 1:13, 1:18, 2:3, 2:8, 146:12

## O

**Obama** [10] - 113:2, 113:13, 130:13, 132:8, 134:16, 135:2, 135:8, 135:14, 136:2, 144:15
**Obama's** [1] - 133:19
**object** [4] - 71:14, 84:2, 98:3, 125:2
**objection** [35] - 18:7, 18:10, 23:14, 23:15, 25:5, 25:7, 26:1, 35:1, 35:14, 43:3, 43:5, 68:9, 68:13, 69:4, 83:25, 84:4, 87:25, 88:2, 102:20, 104:19, 106:18, 109:23, 110:17, 111:16, 112:2, 115:20, 120:6, 123:21, 124:25, 125:4, 126:22, 126:24, 132:22, 139:3, 141:21
**objections** [2] - 25:4, 97:15

**objective** [1] - 103:25
**objects** [2] - 79:5, 89:24
**obligation** [1] - 143:14
**obligations** [1] - 143:5
**obtain** [1] - 74:20
**obviously** [10] - 6:17, 9:7, 9:9, 12:14, 56:23, 57:23, 98:1, 98:5, 98:24, 128:11
**occasion** [3] - 76:13, 96:4, 111:23
**occasions** [6] - 28:9, 95:4, 96:4, 98:15, 102:8, 104:9
**occurred** [1] - 94:9
**occurring** [2] - 101:17, 104:7
**OF** [7] - 1:1, 1:2, 1:8, 1:12, 1:17, 2:2, 146:1
**offer** [2] - 23:9, 107:22
**offhand** [1] - 53:21
**office** [7] - 10:8, 10:15, 10:17, 11:6, 19:10, 128:22, 129:14
**OFFICES** [1] - 2:2
**official** [1] - 146:11
**OFFICIAL** [1] - 146:1
**Official** [1] - 2:7
**often** [1] - 91:24
**omnidirectional** [2] - 30:25, 38:16
**once** [2] - 17:13, 52:11
**one** [66] - 5:22, 6:11, 7:13, 7:19, 9:8, 9:10, 13:16, 19:17, 22:22, 26:19, 27:13, 28:11, 28:24, 30:13, 30:25, 31:5, 34:4, 35:21, 38:17, 39:25, 40:19, 41:2, 42:15, 45:22, 46:22, 47:3, 48:2, 49:8, 50:6, 50:17, 51:5, 52:25, 53:12, 55:3, 57:2, 57:3, 58:8, 58:14, 59:5, 67:11, 79:21, 80:18, 81:2, 81:4, 81:10, 81:20, 81:23, 82:9, 82:20, 88:16, 90:6, 95:22, 96:7, 96:18, 100:19, 106:15, 108:12, 108:14, 110:1, 113:6, 126:7, 130:14, 139:4, 143:18
**one-third** [1] - 30:13
**ones** [3] - 39:4, 40:10, 139:21

**ongoing** [1] - 20:7
**open** [3] - 8:7, 9:23, 9:24
**opens** [1] - 98:1
**operate** [3] - 28:19, 28:21, 28:24
**opinion** [31] - 39:23, 40:13, 47:3, 47:8, 47:24, 49:4, 49:7, 51:2, 52:5, 52:13, 54:24, 56:12, 58:25, 59:3, 64:12, 65:22, 66:10, 66:13, 67:17, 68:21, 69:6, 71:1, 71:4, 72:7, 75:14, 80:24, 82:6, 82:17, 104:14, 105:25, 106:5
**opinions** [2] - 47:7, 68:14
**opposed** [2] - 71:20, 122:1
**opposite** [2] - 34:20, 77:20
**option** [1] - 8:20
**Order** [1] - 12:24
**order** [22] - 4:17, 6:9, 6:17, 7:12, 7:13, 10:9, 11:4, 12:25, 13:11, 16:18, 16:23, 17:10, 30:10, 35:24, 49:23, 59:25, 67:16, 87:12, 98:21, 106:15, 130:25, 132:19
**orders** [1] - 5:2
**ordinarily** [1] - 98:18
**orientation** [1] - 38:25
**Oriol** [4] - 140:13, 140:17, 140:19
**Orozco** [20] - 27:21, 29:5, 30:2, 35:5, 37:23, 41:3, 43:17, 44:10, 48:10, 49:10, 51:10, 53:5, 53:13, 54:17, 54:22, 55:6, 56:6, 57:5, 91:4, 91:7
**Oscar** [1] - 89:6
**otherwise** [2] - 101:4, 112:14
**outgoing** [15] - 34:17, 45:24, 46:13, 46:16, 48:19, 53:16, 55:25, 57:7, 57:8, 57:13, 57:24, 57:25, 63:10
**output** [1] - 33:4
**outside** [5] - 56:24, 64:15, 65:25, 97:6, 98:4, 101:16,

110:21, 112:6, 113:25, 115:6, 116:3, 120:11, 142:5
**overlap** [2] - 33:11, 38:25
**overlapping** [3] - 33:8, 52:6, 52:16
**overloaded** [1] - 36:2
**overrule** [1] - 133:2
**overseas** [1] - 20:16
**overview** [2] - 20:24, 23:1
**owed** [1] - 143:6
**own** [4] - 90:4, 131:6, 132:24, 134:20
**owned** [1] - 96:23
**owner** [1] - 117:8

## P

**P.A** [1] - 2:3
**p.m** [37] - 34:23, 38:3, 39:25, 40:4, 40:7, 41:7, 41:8, 41:17, 41:19, 42:4, 43:14, 43:15, 44:18, 48:11, 48:13, 49:19, 50:12, 51:21, 52:7, 55:3, 55:4, 55:10, 55:11, 55:17, 55:18, 57:25, 65:6, 65:11, 81:3, 139:22
**pace** [1] - 47:14
**Page** [23] - 1:25, 27:21, 29:5, 30:2, 32:8, 35:5, 37:23, 41:3, 43:12, 44:11, 49:15, 53:14, 54:17, 56:7, 57:6, 62:24, 62:25, 63:2, 80:17, 82:12, 133:4, 133:12, 137:20
**page** [2] - 82:10, 137:22
**PAGE** [1] - 3:2
**painting** [1] - 89:25
**paintings** [1] - 89:23
**paragraph** [4] - 141:18, 143:2, 143:7, 143:12
**Paris** [1] - 109:11
**Park** [2] - 50:1, 50:3
**part** [10] - 15:7, 19:19, 35:11, 42:15, 51:6, 71:19, 74:9, 101:13, 107:1, 123:10
**particular** [2] - 115:2, 129:22
**particularly** [2] - 17:2, 106:6

**parties** [8] - 86:5, 88:7, 95:6, 95:8, 98:19, 109:25, 110:8, 110:25
**partner** [2] - 88:16, 88:23
**partners** [2] - 22:24, 93:4
**parts** [1] - 91:24
**party** [20] - 85:20, 85:21, 85:22, 93:1, 93:2, 93:5, 94:4, 100:17, 101:12, 101:17, 101:20, 101:21, 101:22, 101:23, 109:5, 109:7, 109:10, 109:22, 110:14
**pass** [4] - 22:1, 22:6, 50:4, 81:20
**passing** [2] - 93:3, 93:8
**past** [3] - 20:12, 33:2, 116:21
**path** [2] - 68:16, 69:8
**patients** [1] - 137:6
**Pause** [6] - 10:1, 63:1, 83:10, 83:13, 91:2, 120:1
**pay** [4] - 118:15, 131:10, 134:24, 143:6
**payment** [3] - 118:22, 118:24, 123:2
**payments** [1] - 120:23
**penalties** [1] - 127:14
**pending** [6] - 4:17, 13:25, 14:25, 15:9, 15:12, 35:15
**people** [16] - 9:9, 17:9, 75:10, 75:22, 76:24, 79:22, 84:13, 87:21, 95:7, 102:10, 102:18, 103:20, 110:12, 112:15, 113:13, 145:1
**people's** [1] - 64:17
**per** [1] - 34:4
**perceive** [1] - 78:14
**percent** [2] - 33:13, 135:17
**perception** [1] - 6:2
**perfect** [1] - 52:4
**perfectly** [1] - 9:15
**performed** [1] - 106:16
**performs** [1] - 20:2
**perhaps** [4] - 59:25, 90:10, 98:17, 100:4
**period** [9] - 41:25, 51:24, 52:18, 53:9,

81:17, 82:8, 88:22,
95:19, 136:1
**permitted** [1] - 13:6
**person** [11] - 9:7,
72:25, 76:10, 87:10,
91:15, 91:18, 93:20,
108:4, 111:18,
114:13, 129:22
**person's** [1] - 94:5
**personable** [1] -
129:14
**personal** [6] - 87:11,
111:20, 119:18,
120:4, 132:1, 132:20
**personally** [2] - 8:4,
20:22
**perspective** [2] - 5:16,
72:1
**pertinent** [1] - 70:14
**philanthropic** [1] -
88:25
**phone** [281] - 19:25,
21:21, 24:4, 24:6,
24:8, 24:10, 24:17,
25:11, 25:16, 25:21,
25:24, 26:17, 26:18,
26:20, 26:22, 26:23,
27:3, 27:13, 27:17,
27:25, 28:2, 28:5,
28:6, 28:10, 28:24,
29:2, 29:25, 31:3,
31:5, 31:6, 31:7,
31:9, 31:10, 31:13,
31:14, 31:16, 31:19,
31:20, 31:25, 32:3,
32:6, 32:13, 32:17,
34:21, 34:23, 36:21,
36:24, 36:25, 37:1,
37:8, 37:10, 37:14,
38:1, 38:2, 38:4,
38:12, 38:13, 39:5,
39:9, 39:11, 39:14,
39:20, 39:23, 39:24,
40:5, 40:8, 40:9,
40:18, 40:21, 41:7,
41:17, 41:22, 41:25,
42:4, 42:5, 42:8,
43:7, 43:13, 43:22,
44:1, 44:3, 44:6,
44:15, 44:17, 44:20,
44:21, 44:24, 45:6,
45:10, 45:14, 45:17,
45:20, 45:22, 45:24,
46:1, 46:5, 46:6,
46:7, 46:8, 46:10,
46:13, 46:14, 46:16,
46:19, 46:20, 46:24,
47:2, 47:8, 47:9,
47:11, 47:12, 47:17,
48:15, 48:19, 48:20,

49:1, 49:5, 49:18,
49:25, 50:4, 50:7,
50:11, 50:13, 50:16,
50:17, 50:20, 50:22,
51:2, 51:4, 51:7,
51:14, 51:15, 51:16,
51:23, 51:24, 52:7,
52:9, 52:11, 52:13,
52:20, 52:24, 53:11,
53:15, 53:17, 53:19,
53:20, 54:12, 54:23,
55:1, 55:4, 55:5,
55:9, 55:14, 55:15,
55:16, 55:20, 55:24,
55:25, 56:3, 56:11,
56:13, 56:14, 56:16,
56:17, 57:9, 57:12,
57:14, 58:4, 58:7,
58:8, 58:10, 58:17,
60:15, 60:16, 61:4,
61:8, 61:9, 61:15,
62:4, 63:11, 63:12,
63:21, 63:22, 64:4,
64:5, 64:6, 64:14,
64:23, 65:1, 65:7,
65:8, 65:17, 65:19,
66:20, 66:22, 66:23,
66:25, 67:6, 67:18,
67:18, 68:24, 69:22,
72:16, 72:17, 72:20,
72:22, 72:23, 72:24,
73:14, 73:16, 73:17,
73:21, 73:23, 74:15,
74:17, 74:18, 74:23,
74:24, 75:2, 75:3,
75:4, 75:5, 75:6,
75:9, 75:11, 75:13,
75:17, 75:18, 75:20,
75:22, 76:1, 78:1,
78:11, 78:17, 78:21,
78:25, 80:3, 80:5,
80:21, 80:22, 80:25,
81:1, 81:4, 81:9,
81:11, 81:13, 81:14,
81:17, 82:6, 82:7,
82:18, 129:5,
136:18, 137:11,
141:5
**phone's** [3] - 54:25,
57:21, 67:7
**phones** [60] - 26:4,
28:10, 37:16, 39:18,
39:21, 40:11, 40:15,
40:25, 41:23, 42:9,
47:1, 47:3, 47:7,
47:21, 47:25, 48:7,
49:5, 49:7, 50:25,
51:4, 51:18, 51:20,
52:13, 52:20, 52:21,
53:9, 53:12, 55:4,
56:19, 56:22, 56:23,

57:1, 57:3, 58:8,
58:11, 58:13, 58:16,
58:17, 58:20, 58:24,
59:1, 59:5, 65:23,
66:3, 67:20, 67:22,
73:4, 76:8, 77:12,
79:4, 81:2, 81:5,
81:10, 81:17, 81:19,
81:22, 81:25, 82:18
**photograph** [2] - 30:7,
115:6
**photographs** [1] -
89:5
**physical** [4] - 17:4,
42:23, 61:8, 66:12
**physician** [2] - 125:19,
140:4
**pick** [1] - 144:18
**picking** [1] - 48:12
**picture** [4] - 12:7,
32:11, 32:21, 112:21
**pictures** [2] - 29:9,
129:15
**pieces** [1] - 33:23
**ping** [1] - 73:24
**pinging** [1] - 66:21
**pinpoint** [1] - 37:10
**place** [4] - 38:2, 66:22,
74:1, 78:18
**places** [3] - 45:24,
87:4, 95:10
**Plaintiff** [1] - 1:3
**plan** [1] - 4:20
**plane** [4] - 102:11,
104:10
**play** [2] - 114:20,
140:5
**pleased** [1] - 14:16
**plural** [1] - 39:21
**point** [31] - 5:17, 6:24,
10:25, 23:17, 25:2,
32:13, 44:6, 48:18,
50:6, 57:7, 57:18,
61:23, 62:15, 77:14,
86:7, 86:22, 93:10,
101:9, 104:16,
106:2, 106:20,
107:18, 108:24,
111:3, 111:9,
111:11, 112:7,
112:8, 117:3,
144:11, 144:18
**pointing** [1] - 121:25
**points** [4] - 58:21,
58:24, 59:6, 81:8
**political** [1] - 14:23
**politics** [2] - 14:20,
14:21
**pool** [2] - 6:11, 101:16
**poor** [1] - 29:22

**population** [2] - 35:22,
36:6
**portion** [3] - 21:8,
35:8, 143:13
**possibility** [1] - 98:1
**possible** [1] - 21:13
**possibly** [6] - 16:2,
85:19, 93:3, 96:8,
109:14, 109:20
**Post** [1] - 12:6
**potential** [3] - 4:23,
5:5, 8:25
**potentially** [1] - 13:22
**practical** [3] - 21:12,
22:5, 114:9
**practicals** [3] - 21:5,
21:10, 21:15
**practice** [2] - 94:20,
94:22
**practicing** [1] - 125:19
**PRAKAZREL** [1] - 1:5
**Prakazrel** [2] - 4:5,
127:20
**Pras** [6] - 37:21, 87:13,
127:22, 141:19,
143:3
**Prasperity** [1] - 27:18
**precluding** [1] - 16:20
**prefer** [2] - 8:7, 9:16
**preoccupied** [1] -
91:24
**prepaid** [5] - 26:18,
26:20, 26:22, 74:18,
75:2
**prepare** [1] - 23:20
**present** [11] - 8:25,
14:12, 66:3, 104:11,
104:21, 109:11,
111:25, 113:2,
113:14, 114:6,
116:13
**presentations** [1] -
22:25
**president** [5] - 112:1,
114:6, 116:14,
130:17, 136:11
**President** [5] - 113:2,
113:13, 130:13,
132:8, 133:19
**presidential** [1] -
92:23
**press** [2] - 11:19
**presses** [1] - 46:21
**pretty** [1] - 29:14
**previous** [2] - 41:10,
42:24
**previously** [14] -
25:13, 26:25, 42:15,
47:12, 48:22, 53:2,
54:1, 56:8, 85:7,

132:12, 135:6,
137:1, 140:21,
141:17
**priced** [1] - 89:23
**primary** [1] - 130:1
**prime** [1] - 77:22
**principles** [1] - 21:3
**printout** [1] - 71:11
**privacy** [2] - 133:11,
137:18
**private** [5] - 19:14,
79:24, 80:2, 102:6,
104:10
**privileged** [1] - 107:14
**probe** [1] - 76:25
**problem** [9] - 5:7, 7:2,
8:5, 9:24, 15:5, 25:9,
97:23, 97:25, 124:11
**problems** [2] - 8:4,
116:21
**proceed** [6] - 16:11,
17:17, 18:13, 109:1,
124:5, 133:4
**proceedings** [4] -
10:9, 14:5, 119:12,
146:6
**proceeds** [1] - 118:6
**process** [1] - 123:9
**prodigy** [1] - 86:18
**production** [17] -
84:22, 84:24, 85:1,
85:3, 94:7, 117:5,
117:10, 117:20,
117:21, 117:22,
118:14, 118:17,
120:15, 122:15,
122:19, 123:1, 123:3
**Productions** [5] -
117:4, 117:9,
117:25, 118:1, 118:8
**professional** [1] -
140:4
**professors** [1] - 21:23
**program** [2] - 22:2,
71:12
**project** [1] - 87:12
**projects** [2] - 122:14,
122:21
**promised** [1] - 92:1
**proper** [3] - 100:2,
104:6, 107:3
**properties** [1] - 96:16
**property** [1] - 96:20
**prosecution** [3] -
10:18, 104:23,
121:22
**protect** [4] - 85:11,
85:12, 132:19,
133:11
**protective** [3] - 5:2,

11:4, 13:11
**prove** [1] - 113:8
**provide** [12] - 20:14, 22:21, 24:2, 29:25, 30:9, 35:25, 36:8, 78:20, 78:24, 127:8, 127:12, 134:24
**provided** [13] - 8:20, 22:6, 22:18, 22:22, 67:21, 71:2, 71:11, 76:5, 104:10, 132:15, 134:12, 134:24, 137:11
**provider** [6] - 24:19, 30:1, 66:24, 67:1, 68:2, 73:23
**providers** [6] - 21:21, 30:11, 33:5, 35:24, 69:23, 71:9
**provides** [1] - 20:24
**providing** [3] - 38:17, 132:7, 134:9
**proximity** [9] - 54:25, 55:15, 56:13, 57:2, 70:14, 70:18, 78:13, 81:1, 82:17
**psychology** [1] - 18:23
**Public** [1] - 1:17
**public** [5] - 6:3, 10:24, 13:6, 13:12, 121:11
**publicity** [2] - 12:5, 12:10
**publicly** [1] - 10:20
**publish** [4] - 25:3, 26:8, 27:1, 43:2
**published** [2] - 10:22, 11:1
**Publishing** [1] - 97:5
**publishing** [3] - 99:17, 99:19, 99:20
**pull** [7] - 17:25, 48:21, 63:18, 80:16, 82:3, 132:11, 140:21
**purchase** [2] - 26:19
**purchased** [7] - 43:23, 50:7, 89:25, 97:5, 99:23, 100:7, 100:9
**purple** [7] - 25:12, 38:9, 44:13, 44:14, 45:20, 51:15
**purpose** [9] - 11:14, 17:2, 90:14, 123:4, 123:5, 132:7, 141:19, 143:4, 144:13
**purposes** [3] - 75:22, 98:17, 137:18
**pursue** [1] - 66:7
**pursuing** [2] - 15:9,

142:7
**pushed** [2] - 4:20, 6:19
**put** [17] - 4:24, 9:4, 10:13, 11:14, 16:2, 16:24, 22:25, 36:1, 74:20, 87:20, 120:14, 131:7, 137:15, 143:4, 144:23, 145:6
**putting** [1] - 121:15

## Q

**qualifications** [1] - 68:11
**qualified** [2] - 71:15
**qualify** [1] - 23:16
**qualifying** [2] - 68:13, 71:17
**Queens** [1] - 35:12
**queens** [1] - 19:13
**questioning** [2] - 66:8, 97:22
**questions** [15] - 14:13, 16:20, 63:4, 69:15, 71:19, 80:7, 98:4, 98:6, 98:22, 99:8, 115:3, 124:21, 138:16, 144:16
**quick** [2] - 49:21, 142:3
**quickly** [2] - 43:10, 46:21
**quite** [5] - 96:8, 109:14, 109:20, 110:4, 110:9
**quote** [1] - 73:13

## R

**races** [1] - 126:1
**RAE** [1] - 1:16
**rain** [1] - 85:11
**ran** [1] - 122:15
**range** [1] - 20:13
**rather** [1] - 10:17
**RDR** [3] - 2:6, 146:3, 146:10
**re** [1] - 22:14
**re-up** [1] - 22:14
**Re:wild** [1] - 85:7
**reached** [2] - 111:11, 119:7
**reaction** [3] - 131:5, 131:16, 139:17
**read** [12] - 12:11, 12:15, 12:17, 49:20, 54:19, 65:9, 99:12, 141:10, 142:16, 142:17, 144:25, 145:5

**reading** [4] - 24:12, 34:22, 91:5, 144:22
**reads** [1] - 141:18
**ready** [2] - 17:13, 17:17
**real** [6] - 66:22, 68:5, 73:14, 73:17, 74:20
**real-time** [1] - 66:22
**really** [4] - 6:12, 14:15, 129:5
**reason** [7] - 10:12, 17:8, 35:22, 77:11, 107:11, 107:21, 113:6
**reasons** [1] - 75:10
**reassigned** [2] - 7:14
**receive** [12] - 5:3, 22:10, 89:1, 89:3, 89:9, 89:12, 89:13, 122:13, 135:18, 135:20, 138:12, 141:8
**received** [11] - 9:8, 13:3, 13:9, 34:23, 89:4, 89:6, 107:17, 122:23, 122:24, 136:1, 144:8
**receives** [1] - 45:22
**receiving** [3] - 92:1, 133:25, 134:2
**recertification** [2] - 22:16, 22:17
**recess** [3] - 59:12, 108:7, 145:14
**Recess** [2] - 59:15, 108:22
**recognize** [6] - 56:1, 91:3, 126:14, 132:14, 135:7, 137:10
**recollect** [1] - 100:1
**recommended** [1] - 21:7
**record** [29] - 4:7, 10:5, 11:9, 15:21, 15:25, 18:20, 20:25, 25:16, 27:2, 27:3, 31:15, 31:25, 33:19, 34:13, 34:14, 61:18, 62:9, 62:11, 71:2, 73:17, 84:17, 87:23, 88:1, 101:5, 101:10, 124:23, 128:7
**recorded** [1] - 31:19
**records** [66] - 19:24, 19:25, 20:7, 20:9, 20:11, 20:13, 21:20, 24:16, 24:17, 24:21, 25:23, 26:9, 26:12, 26:14, 26:16, 26:18,

26:21, 30:15, 31:22, 31:24, 32:2, 32:5, 32:7, 34:12, 40:17, 44:5, 46:10, 46:19, 58:15, 61:5, 61:8, 61:12, 61:13, 61:17, 61:19, 62:8, 62:16, 62:22, 67:14, 67:15, 67:17, 67:18, 67:19, 67:21, 67:24, 68:1, 68:2, 68:6, 69:2, 69:13, 69:20, 69:21, 69:25, 70:6, 70:12, 70:15, 70:17, 70:22, 70:24, 72:6, 76:3, 76:7, 78:23
**recovery** [1] - 74:21
**Red** [16] - 117:4, 117:8, 117:10, 117:20, 117:21, 117:25, 118:6, 118:8, 118:11, 118:15, 119:8, 120:14, 120:15, 123:16
**red** [18] - 27:23, 38:7, 38:12, 38:22, 39:11, 40:9, 41:9, 42:9, 46:3, 46:4, 48:17, 49:23, 51:15, 52:23, 55:21, 118:7, 128:3
**redactions** [3] - 132:18, 133:9, 137:14
**redirect** [2] - 80:8, 122:6
**REDIRECT** [2] - 80:10, 122:8
**reef** [1] - 85:12
**reference** [1] - 6:11
**referenced** [1] - 60:6
**references** [1] - 143:14
**referred** [4] - 26:22, 66:21, 74:23, 75:2
**referring** [3] - 73:12, 74:2, 128:5
**reflect** [5] - 15:21, 24:20, 87:23, 128:7, 133:18
**reflected** [8] - 33:23, 37:20, 46:18, 46:22, 61:3, 70:1, 70:11, 133:15
**reflecting** [1] - 88:1
**reflective** [1] - 62:22
**reframe** [2] - 101:7, 101:8
**refresh** [5] - 53:22, 54:12, 90:11, 90:25,

100:4
**refreshing** [1] - 90:14
**regard** [5] - 66:15, 68:21, 75:1, 77:25, 119:11
**regarding** [2] - 73:13, 138:16
**regardless** [1] - 37:6
**regards** [3] - 28:14, 28:18, 70:13
**region** [2] - 38:9, 38:11
**registered** [1] - 42:10
**related** [2] - 10:9, 11:20
**relating** [3] - 12:6, 101:10, 121:2
**relation** [1] - 44:24
**relationship** [6] - 86:3, 87:6, 93:23, 136:4, 136:7, 136:15
**release** [1] - 11:19
**releases** [1] - 11:19
**relevance** [15] - 98:3, 102:20, 102:22, 103:9, 105:15, 105:16, 109:24, 110:18, 111:4, 112:2, 116:15, 116:16, 119:16, 120:6, 120:18
**relevant** [4] - 106:6, 113:15, 142:1, 142:14
**reliability** [2] - 69:4, 73:14
**reliable** [4] - 71:1, 72:2, 73:7, 73:18
**relied** [2] - 68:20, 71:25
**remember** [20] - 47:12, 93:8, 95:20, 96:19, 96:20, 100:2, 100:10, 101:15, 101:25, 102:2, 102:9, 102:13, 103:25, 104:12, 107:1, 138:21, 138:23, 139:14, 139:15
**remembers** [1] - 62:13
**remind** [2] - 51:13, 144:21
**reminded** [1] - 99:14
**renew** [1] - 22:14
**repay** [1] - 143:13
**repayment** [1] - 142:10
**repeat** [3] - 89:12, 134:11, 138:22

**repeating** [1] - 12:15
**repercussions** [1] - 127:15
**rephrase** [3] - 75:16, 130:23, 141:9
**report** [19] - 23:20, 23:25, 24:16, 24:20, 32:14, 33:18, 39:8, 42:25, 43:10, 62:15, 62:21, 62:23, 63:3, 70:1, 70:11, 71:3, 71:20, 76:8, 82:10
**reported** [1] - 74:5
**reporter** [2] - 84:14, 125:13
**REPORTER** [1] - 146:1
**Reporter** [3] - 2:6, 2:7, 146:11
**represent** [1] - 51:13
**representation** [6] - 8:5, 9:6, 15:11, 16:8, 29:22, 69:24
**representations** [2] - 142:1, 142:9
**representatives** [5] - 86:11, 86:24, 94:1, 107:3, 107:6
**represented** [1] - 14:10
**representing** [1] - 15:10
**reputation** [1] - 87:1
**request** [4] - 5:8, 5:9, 7:14, 143:6
**requested** [2] - 5:12, 10:8
**require** [2] - 74:18, 74:19
**required** [2] - 22:14, 26:20
**reserve** [2] - 98:3, 125:20
**reside** [1] - 125:16
**residence** [11] - 37:21, 40:3, 40:6, 40:16, 40:19, 49:9, 50:23, 51:3, 51:5, 52:22, 70:19
**respect** [2] - 10:20, 119:7
**response** [7] - 15:22, 64:6, 65:2, 65:15, 130:19, 138:17
**rest** [2] - 32:14, 110:6
**resume** [2] - 144:18, 145:10
**retired** [1] - 125:20
**revealed** [1] - 10:23
**review** [2] - 58:15,

70:24
**reviewed** [3] - 24:21, 27:24, 42:18
**reviewing** [2] - 46:19, 69:20
**reword** [1] - 139:5
**Richardson** [3] - 54:14, 54:24, 58:2
**rid** [1] - 4:23
**right-hand** [3] - 33:15, 88:24, 92:21
**rights** [1] - 16:3
**rise** [1] - 7:5
**risk** [1] - 84:19
**Riza** [3] - 117:12, 117:23
**roaming** [1] - 29:1
**Rock** [1] - 118:6
**rock** [1] - 118:7
**role** [1] - 119:15
**roll** [1] - 120:3
**Room** [2] - 2:7, 146:12
**roughly** [6] - 33:14, 64:8, 65:12, 95:18, 100:16, 101:23
**Rousseau** [2] - 76:11, 78:7
**royalty** [1] - 119:3
**Rudolph** [3] - 124:3, 124:7, 125:14
**RUDOLPH** [3] - 3:9, 125:7, 125:14
**Rule** [1] - 68:12
**ruling** [2] - 5:18, 6:17
**rulings** [1] - 15:3
**run** [1] - 125:22
**running** [3] - 122:19, 128:13, 128:22
**rural** [1] - 29:21
**rushed** [1] - 26:11

## S

**safe** [2] - 94:8, 140:5
**San** [1] - 100:3
**sat** [1] - 65:22
**satisfied** [3] - 15:10, 15:17, 16:9
**saw** [3] - 70:12, 81:4, 141:22
**scanning** [1] - 31:10
**scenarios** [1] - 22:5
**scenes** [1] - 123:9
**scientific** [1] - 74:6
**scope** [9] - 26:2, 64:15, 66:1, 97:6, 97:16, 98:5, 98:9, 99:8, 113:25
**Scorsese** [4] - 111:24, 115:8, 115:19,

116:12
**screen** [5] - 24:13, 40:1, 42:23, 120:3, 126:4
**screenplay** [1] - 86:10
**screenplays** [1] - 85:3
**script** [1] - 86:9
**script-wise** [1] - 86:9
**seal** [3] - 6:6, 7:23, 8:8
**SEAN** [1] - 1:16
**Sean** [1] - 4:9
**sean.mulryne@ usdoj.gov** [1] - 1:19
**search** [1] - 67:4
**searching** [1] - 73:21
**second** [19] - 10:3, 12:19, 21:22, 22:2, 24:7, 25:8, 34:7, 34:11, 37:4, 37:6, 46:13, 102:15, 105:2, 106:15, 124:13, 126:7, 143:7, 143:12
**secondly** [4] - 5:24, 6:1, 20:11, 73:18
**seconds** [6] - 34:23, 45:24, 46:20, 64:9, 64:11
**Section** [1] - 1:17
**sector** [15] - 30:5, 30:13, 30:25, 31:13, 31:17, 32:12, 32:19, 34:1, 34:7, 38:7, 38:17, 57:3, 70:13, 72:17, 78:16
**Sector** [5] - 30:12, 30:20, 34:8
**sectorized** [1] - 38:16
**sectors** [10] - 30:4, 30:12, 30:22, 30:23, 31:2, 32:24, 38:25, 52:6, 56:19, 56:25
**secure** [1] - 91:21
**see** [73] - 8:4, 18:8, 24:15, 26:3, 26:10, 26:13, 29:12, 29:15, 29:18, 29:20, 29:21, 30:4, 30:19, 31:1, 32:14, 32:19, 33:17, 33:21, 34:5, 34:9, 38:7, 40:1, 43:19, 43:25, 44:5, 44:17, 45:7, 45:17, 46:3, 46:9, 46:15, 48:16, 50:10, 52:23, 55:20, 56:18, 57:8, 57:13, 58:3, 60:22, 60:23, 61:12, 63:4, 66:11, 67:8, 69:10, 79:15, 80:14, 87:15, 88:9,

90:20, 94:7, 96:4, 102:21, 121:5, 125:1, 126:25, 127:24, 133:22, 133:23, 137:14, 137:23, 137:24, 138:4, 139:20, 140:23, 141:2, 141:13, 143:7, 143:15, 144:23, 145:7
**seeing** [7] - 30:6, 36:5, 52:5, 61:25, 70:19, 79:19, 137:6
**seeking** [1] - 90:14
**seem** [4] - 49:19, 112:22, 114:10, 114:16
**sees** [1] - 73:22
**seize** [1] - 118:5
**select** [1] - 20:20
**selected** [1] - 26:24
**selective** [1] - 121:21
**send** [4] - 46:21, 66:25, 134:16, 134:21
**sending** [2] - 31:9, 32:4
**sends** [2] - 66:24
**sent** [17] - 4:21, 53:16, 54:23, 55:2, 55:16, 56:10, 56:11, 56:15, 58:2, 60:14, 61:11, 64:25, 65:17, 65:19, 65:23, 82:19, 135:23
**sentence** [1] - 13:22
**separate** [5] - 10:8, 12:3, 18:5, 89:10, 89:14
**September** [1] - 34:22
**sequencing** [1] - 137:3
**serial** [1] - 34:1
**series** [1] - 115:3
**serious** [1] - 131:18
**serve** [2] - 96:9, 109:8
**served** [1] - 125:21
**serves** [4] - 88:15, 91:23, 95:24, 99:18
**service** [1] - 67:14
**SESSION** [1] - 1:5
**set** [1] - 79:10
**settlement** [1] - 119:6
**seven** [4] - 36:22, 81:17, 81:21, 144:9
**seven-hour** [1] - 81:17
**several** [4] - 28:9, 50:2, 81:7, 81:21
**shaded** [2] - 38:9, 38:11

**share** [1] - 13:7
**sharing** [1] - 13:5
**shirt** [2] - 128:3, 128:4
**short** [4] - 21:11, 45:7, 45:9, 59:11
**shortly** [1] - 50:12
**show** [22] - 4:17, 6:18, 7:13, 9:8, 10:9, 12:25, 23:23, 25:13, 26:24, 38:20, 41:5, 42:9, 53:2, 55:11, 80:21, 90:12, 90:16, 111:5, 112:8, 126:4, 135:5, 136:25
**Show** [1] - 12:24
**showed** [2] - 61:22, 129:13
**showing** [1] - 23:23, 29:9, 35:17, 37:25, 42:21, 44:13, 55:24, 56:9, 58:16, 60:24, 126:12
**shown** [3] - 24:13, 25:12, 27:2, 27:23, 32:11, 35:9, 36:10, 37:19, 41:9, 45:20, 49:1, 54:9, 141:10
**shows** [2] - 41:17, 60:25
**side** [18] - 32:10, 33:15, 34:20, 46:16, 51:22, 54:16, 54:20, 56:6, 56:7, 63:2, 63:3, 64:1, 77:20, 83:16
**side's** [1] - 46:22
**sides** [2] - 29:19, 98:15
**signal** [7] - 31:11, 31:14, 37:2, 38:21, 66:24, 66:25
**signals** [1] - 79:4
**signature** [1] - 126:17
**significance** [1] - 66:10
**significant** [4] - 76:24, 93:4, 93:9, 143:21
**similar** [1] - 67:11
**simply** [2] - 5:14, 79:18
**sing** [1] - 110:15
**sit** [5] - 17:24, 88:15, 100:1, 108:23, 124:15
**Site** [3] - 52:8, 52:9, 52:11
**site** [32] - 11:19, 20:15, 22:19, 23:1, 23:3, 23:9, 24:2, 26:9, 28:13, 30:16, 30:18,

33:10, 33:19, 34:2, 36:18, 37:3, 37:5, 37:8, 40:2, 40:5, 40:18, 40:22, 42:23, 44:22, 47:18, 50:1, 50:14, 67:12, 70:13, 72:17, 79:6, 79:19

**sites** [18] - 29:11, 29:25, 30:11, 30:24, 32:24, 36:5, 36:8, 36:16, 36:19, 38:15, 38:16, 52:17, 67:14, 70:18, 79:20

**sits** [1] - 7:10

**sitting** [5] - 7:1, 7:21, 8:6, 9:6, 128:1

**situation** [2] - 112:17, 134:15

**situations** [2] - 20:7, 66:23

**six** [3] - 23:7, 89:22

**size** [1] - 38:19

**Slide** [4] - 48:9, 49:12, 51:10, 55:8

**slide** [3] - 37:25, 41:10, 45:16

**slides** [1] - 80:18

**slight** [2] - 56:24, 79:9

**slightly** [2] - 40:8, 42:5

**slow** [1] - 26:11

**small** [3] - 32:20, 32:21, 33:8

**smaller** [2] - 30:24, 36:18

**SMS** [4] - 45:2, 45:3, 45:4, 55:25

**SMSs** [1] - 53:16

**so...** [1] - 131:15

**social** [2] - 88:10, 96:11

**socializing** [1] - 105:13

**society** [1] - 19:13

**software** [1] - 22:3

**solve** [1] - 21:14

**someone** [1] - 46:21

**someplace** [2] - 65:23, 72:21, 94:18

**sometime** [2] - 15:1, 101:9

**sometimes** [4] - 37:2, 37:4, 92:18

**somewhat** [1] - 122:22

**somewhere** [1] - 85:19

**son** [1] - 77:21

**sorry** [30] - 24:15, 27:5, 39:20, 39:24, 44:18, 49:13, 60:20, 61:10, 63:15, 64:8, 65:6, 90:18, 96:13,

97:24, 100:13, 103:8, 112:20, 113:17, 115:9, 118:8, 121:7, 124:6, 124:7, 124:8, 133:7, 134:11, 138:22, 139:4, 141:24

**sort** [8] - 6:19, 42:1, 57:24, 58:20, 74:19, 74:21, 86:18, 114:14

**sought** [1] - 118:5

**sounds** [7] - 71:14, 88:13, 99:19, 109:12, 114:7, 120:14, 142:6

**south** [14] - 40:3, 40:18, 45:1, 47:6, 47:9, 47:10, 47:13, 47:19, 50:3, 50:8, 50:15, 50:16, 50:20

**span** [2] - 50:25, 51:18

**sparring** [1] - 72:11

**speaking** [2] - 28:20, 92:3

**speaks** [1] - 138:9

**Spears** [2] - 110:15, 111:2

**SPECIAL** [2] - 3:3, 18:14

**special** [4] - 18:21, 19:5, 19:6, 62:18

**Special** [4] - 17:20, 23:9, 42:16, 59:17

**specialize** [3] - 19:23, 20:3, 67:13

**species** [1] - 85:13

**specific** [9] - 20:13, 21:22, 26:4, 30:1, 32:25, 37:15, 77:14, 110:25

**specifically** [7] - 15:15, 28:16, 52:2, 52:7, 56:23, 92:16, 107:5

**specifics** [3] - 103:3, 109:24, 110:25

**speculation** [2] - 132:22, 132:24

**spell** [3] - 18:19, 84:16, 125:12

**spent** [1] - 111:6

**split** [3] - 21:18, 30:22, 30:23

**sporadic** [1] - 36:6

**squad** [1] - 19:18

**Square** [1] - 50:1

**St** [2] - 89:22, 90:2

**staff** [1] - 129:15

**stage** [3] - 21:17, 95:23, 96:2

**stand** [8] - 13:14, 18:8, 83:11, 84:1, 124:3, 124:12, 125:1, 131:22

**standing** [2] - 5:20, 115:6

**start** [15] - 18:3, 18:8, 35:24, 36:4, 36:5, 50:15, 59:25, 60:1, 83:23, 87:6, 104:18, 105:8, 107:10, 124:22

**started** [11] - 4:16, 10:5, 18:8, 20:22, 70:19, 84:2, 86:6, 93:23, 94:13, 105:12, 125:2

**starting** [4] - 4:7, 40:7, 47:5, 114:19

**starts** [1] - 84:1

**state** [8] - 11:8, 18:19, 20:15, 22:24, 84:16, 104:20, 125:12, 125:16

**statement** [3] - 73:19, 74:19, 132:15

**statements** [2] - 11:24, 127:5

**STATES** [3] - 1:1, 1:2, 1:9

**states** [1] - 31:5

**States** [10] - 1:12, 4:5, 10:16, 20:16, 95:10, 105:10, 105:14, 106:1, 125:22, 146:11

**status** [4] - 105:9, 105:21, 105:25, 121:3

**stay** [1] - 53:14

**stenographic** [1] - 146:5

**step** [3] - 17:21, 83:14, 83:16

**still** [7] - 6:22, 7:5, 7:21, 14:7, 80:14, 86:20, 134:24

**stinting** [1] - 16:8

**stipulate** [1] - 128:5

**stipulation** [1] - 27:10

**stop** [5] - 18:10, 38:24, 84:3, 86:22, 125:3

**stopped** [1] - 79:17

**stops** [1] - 39:2

**store** [3] - 43:19, 43:20, 75:18

**stored** [1] - 71:9

**stream** [1] - 119:3

**street** [2] - 42:7, 43:14

**Street** [36] - 37:22,

42:25, 43:14, 44:22, 45:23, 45:25, 47:12, 47:18, 50:5, 50:18, 76:14, 78:5, 86:10, 86:12, 86:13, 87:6, 88:17, 89:7, 89:8, 89:11, 89:15, 94:2, 94:10, 94:15, 105:10, 111:25, 113:14, 117:1, 117:6, 117:24, 119:4, 120:3, 122:14, 122:24, 123:14

**stretch** [1] - 83:11

**strike** [2] - 35:2, 35:3

**strongest** [3] - 31:11, 31:14, 37:2

**studio** [5] - 107:25, 118:3, 122:23, 123:5, 123:16

**studios** [2] - 94:6, 107:7

**study** [4] - 74:2, 74:6, 74:7, 74:9

**stupid** [1] - 84:19

**subject** [3] - 27:9, 46:6, 116:24

**submit** [1] - 11:21

**subscriber** [8] - 25:16, 25:18, 26:13, 27:3, 27:16, 27:24, 45:13, 53:22

**subsequent** [1] - 118:4

**substance** [2] - 5:19, 10:21

**substantial** [1] - 143:21

**suburban** [2] - 29:17, 29:18

**successful** [2] - 86:19, 105:23

**sufficiently** [1] - 9:18

**suggest** [2] - 9:24, 70:15

**suggested** [1] - 5:4

**suggesting** [2] - 12:9, 74:25, 75:2

**suggests** [1] - 70:23

**Suite** [1] - 1:13

**sum** [1] - 93:9

**sundance** [1] - 136:13

**support** [3] - 93:2, 128:24

**supposed** [2] - 63:16, 114:12

**surrounding** [1] - 143:3

**Survey** [1] - 19:21

**sustain** [2] - 66:2, 111:16

**swaths** [1] - 85:11

**swear** [3] - 17:22, 83:16, 124:13

**Swizz** [1] - 109:11

**sword** [1] - 11:14

**sworn** [3] - 17:23, 83:17, 124:14

**Sworn** [3] - 18:14, 84:7, 125:7

**systems** [1] - 85:12

**T**

**T-Mobile** [12] - 24:5, 25:16, 28:23, 29:3, 35:11, 43:21, 45:10, 50:8, 51:3, 61:7

**tables** [1] - 125:1

**Taek** [1] - 85:16

**tampering** [3] - 17:3, 17:6, 17:7

**Tan** [11] - 88:18, 88:21, 91:19, 91:21, 92:1, 92:4, 92:7, 92:12, 92:15, 92:17, 92:20

**Tan's** [1] - 92:5

**tandem** [1] - 51:5

**target** [1] - 34:21

**taught** [1] - 22:18

**taxi** [1] - 42:2

**team** [8] - 8:19, 20:17, 20:20, 94:3, 106:16, 107:1, 107:4, 107:10, 107:21, 107:25

**Team** [1] - 19:21

**technical** [1] - 126:8

**Technology** [1] - 21:24

**telephone** [2] - 24:2, 71:10

**telephones** [2] - 76:24, 78:13

**ten** [2] - 108:18, 145:2

**tens** [2] - 89:9, 89:13

**tent** [2] - 100:21, 109:7

**term** [3] - 25:21, 74:24, 108:1

**terms** [37] - 5:1, 7:1, 8:23, 8:24, 9:5, 9:25, 11:7, 12:11, 12:12, 12:16, 14:1, 14:5, 15:9, 26:3, 29:11, 68:24, 71:20, 71:24, 77:2, 97:22, 98:19, 98:20, 99:7, 102:23, 103:3, 106:20, 114:8, 114:11,

114:20, 121:24, 132:25, 139:5, 142:9, 142:19
**test** [2] - 22:1, 69:5
**tested** [1] - 22:1
**testified** [13] - 13:14, 23:2, 38:8, 51:6, 58:20, 66:16, 73:2, 76:17, 100:23, 119:17, 120:17, 127:1, 142:15
**testify** [1] - 78:13
**testifying** [2] - 68:15, 113:25
**testimony** [11] - 40:24, 42:19, 64:16, 66:1, 74:5, 76:21, 97:7, 113:22, 114:8, 127:9, 145:11
**Text** [2] - 63:8, 63:10
**text** [38] - 31:9, 32:4, 34:17, 34:18, 45:4, 45:8, 45:23, 48:19, 48:25, 53:16, 54:8, 54:23, 55:2, 56:15, 57:22, 57:24, 58:1, 60:7, 60:9, 60:14, 60:17, 60:19, 61:3, 61:11, 61:14, 62:3, 63:10, 63:22, 64:2, 64:10, 64:25, 65:11, 65:23, 66:5, 66:12, 82:19
**texting** [3] - 49:6, 64:13, 82:7
**Thanksgiving** [1] - 96:6
**THE** [205] - 1:1, 1:1, 1:9, 4:2, 4:4, 4:13, 4:15, 5:12, 5:25, 6:16, 7:8, 7:19, 8:12, 8:15, 8:18, 8:20, 8:23, 9:13, 9:22, 10:2, 10:6, 10:11, 11:5, 11:11, 11:23, 12:9, 14:15, 14:18, 14:19, 14:22, 15:17, 15:19, 16:6, 16:14, 16:15, 17:15, 17:17, 17:21, 17:24, 18:12, 18:13, 23:11, 23:14, 23:16, 25:4, 25:6, 26:3, 26:11, 27:5, 27:8, 27:11, 35:3, 35:18, 39:20, 39:22, 43:4, 49:13, 54:3, 59:10, 59:13, 59:16, 59:21, 60:3, 60:20, 60:23, 62:6, 62:8, 62:12, 62:18, 62:19,

62:20, 62:21, 63:20, 64:17, 66:2, 68:16, 69:7, 69:16, 71:18, 71:23, 72:10, 77:1, 77:6, 77:9, 78:4, 78:8, 80:8, 82:23, 83:2, 83:3, 83:4, 83:11, 83:14, 83:18, 84:6, 84:12, 87:21, 87:25, 90:16, 90:21, 90:24, 93:13, 97:10, 97:19, 98:8, 98:13, 99:6, 99:10, 100:25, 101:4, 101:8, 102:2, 102:22, 103:3, 103:6, 103:9, 103:15, 104:16, 105:2, 105:6, 105:16, 105:19, 106:2, 106:19, 107:16, 108:8, 108:13, 108:16, 108:21, 108:23, 109:15, 109:17, 109:18, 110:1, 110:4, 110:19, 110:22, 110:24, 111:7, 111:13, 111:16, 112:3, 112:7, 112:11, 112:13, 112:19, 112:22, 113:3, 113:11, 113:16, 114:7, 115:3, 115:7, 115:11, 115:14, 115:22, 115:25, 116:5, 116:10, 116:15, 116:20, 117:14, 117:16, 117:18, 117:19, 118:7, 118:9, 119:20, 119:25, 120:9, 120:12, 120:22, 120:25, 121:8, 121:19, 121:24, 122:3, 122:6, 123:19, 123:23, 123:24, 123:25, 124:4, 124:8, 124:11, 124:15, 125:6, 126:7, 126:11, 126:23, 128:7, 132:23, 133:6, 139:5, 141:24, 142:3, 142:6, 142:11, 142:14, 142:18, 142:24, 143:9, 144:17, 145:9, 145:13
**theme** [1] - 104:23

**theory** [1] - 121:13
**thereafter** [1] - 50:13
**therefore** [2] - 5:19, 76:3
**they've** [1] - 13:14, 98:22
**thinking** [1] - 94:19
**third** [6] - 20:14, 24:9, 30:13, 37:4, 94:4, 106:15
**thousand** [1] - 81:21
**threatens** [1] - 16:2
**three** [26] - 19:11, 20:4, 20:24, 21:10, 24:4, 24:17, 28:20, 30:12, 31:2, 36:17, 37:14, 37:16, 51:12, 51:20, 52:8, 52:10, 53:4, 53:6, 58:13, 59:6, 69:22, 76:7, 77:13, 82:14, 82:19
**three-day** [2] - 20:24, 21:10
**threw** [1] - 109:22
**throughout** [15] - 14:5, 28:9, 32:14, 33:17, 37:15, 37:16, 39:8, 40:17, 48:4, 49:24, 58:21, 58:25, 59:1, 81:6, 81:18
**tie** [4] - 102:25, 103:11, 105:17, 128:3
**title** [1] - 19:4
**to..** [1] - 25:8
**today** [2] - 87:15, 127:24
**together** [11] - 48:7, 50:25, 58:24, 81:18, 88:9, 103:1, 103:12, 105:17, 114:20, 117:8, 123:20
**took** [2] - 78:18, 129:15
**top** [15] - 5:13, 25:12, 29:7, 30:7, 32:21, 35:21, 39:5, 41:19, 42:3, 53:4, 53:6, 53:14, 55:24, 82:15, 140:24
**top-down** [1] - 30:7
**topic** [1] - 66:16
**topography** [1] - 79:9
**total** [1] - 70:11
**totally** [3] - 8:17, 14:16, 121:1
**touche** [1] - 104:5
**toward** [1] - 133:13
**towards** [3] - 32:21, 37:19, 70:25

**tower** [40] - 24:18, 24:19, 29:3, 29:15, 29:22, 30:8, 30:9, 31:4, 31:13, 31:17, 32:22, 33:2, 33:4, 33:7, 34:4, 34:5, 34:6, 34:8, 34:10, 35:10, 35:11, 36:1, 36:14, 36:24, 38:1, 41:6, 42:18, 42:21, 42:22, 43:6, 43:8, 43:13, 72:6, 78:15, 78:16, 80:4
**Tower** [1] - 79:16
**Towers** [1] - 29:8
**towers** [23] - 29:11, 29:23, 29:24, 29:25, 30:22, 30:23, 31:1, 33:12, 35:19, 35:20, 36:1, 36:10, 40:20, 51:25, 52:2, 52:3, 58:23, 59:4, 67:8, 73:21, 73:22, 73:25, 81:22
**town** [1] - 130:14
**track** [3] - 54:4, 73:16
**tracking** [1] - 73:14
**train** [1] - 42:8
**training** [8] - 20:14, 21:1, 21:8, 21:9, 21:17, 22:7, 22:10, 22:21
**trainings** [1] - 20:22
**transaction** [4] - 34:21, 46:14, 61:20, 142:2
**TRANSCRIPT** [1] - 1:8
**transcript** [3] - 113:19, 146:5, 146:6
**translate** [1] - 61:2
**transpired** [1] - 69:24
**travel** [3] - 49:17, 50:25, 102:5
**traveling** [3] - 41:13, 81:14, 102:3
**tree** [1] - 29:22
**trees** [1] - 79:5
**trial** [10] - 4:21, 4:23, 6:7, 6:9, 6:20, 7:16, 9:5, 12:6, 13:23, 15:1
**TRIAL** [1] - 1:8
**triangulate** [1] - 67:9
**triangulation** [11] - 66:18, 67:6, 67:10, 73:8, 73:15, 78:20, 78:22, 79:6
**trip** [4] - 102:9, 102:13, 102:15, 103:4
**trips** [2] - 88:8, 88:10

**Tropez** [2] - 89:23, 90:2
**trouble** [2] - 116:17, 140:5
**true** [5] - 70:5, 75:11, 75:23, 146:4, 146:6
**truth** [1] - 68:7
**truthful** [2] - 127:9, 127:12
**truthfulness** [2] - 68:22, 69:1
**try** [3] - 20:9, 59:24, 61:2
**trying** [10] - 6:10, 11:15, 11:21, 61:21, 68:18, 69:16, 100:1, 112:23, 112:25, 114:21
**tune** [1] - 93:9
**tuned** [1] - 32:25
**turn** [3] - 28:12, 85:14, 137:20
**turning** [1] - 37:12
**TV** [1] - 145:4
**twice** [2] - 102:19, 103:23
**two** [40] - 10:4, 19:17, 21:14, 21:18, 21:19, 21:25, 22:2, 28:10, 31:5, 33:8, 36:17, 38:10, 38:14, 40:9, 40:25, 47:1, 47:3, 47:24, 48:7, 48:23, 49:5, 49:7, 50:25, 52:6, 52:16, 52:17, 52:19, 57:1, 57:10, 58:13, 59:5, 65:23, 79:21, 81:2, 81:19, 82:18, 100:19, 109:6, 130:12, 139:21
**two-week** [3] - 21:18, 21:19, 22:2
**type** [3] - 73:5, 84:14, 109:24

## U

**U.S** [4] - 1:12, 1:17, 2:7, 11:13
**U.S.'s** [1] - 12:24
**ultimately** [2] - 86:13, 129:16
**under** [9] - 6:6, 7:23, 8:7, 69:4, 71:16, 75:8, 100:6, 116:20, 131:22
**underlying** [1] - 68:11
**underneath** [1] - 139:20

understood [9] - 54:5, 86:16, 88:22, 91:12, 102:5, 102:10, 102:17, 106:10, 117:22
unfortunate [1] - 137:7
unfortunately [2] - 41:15, 87:21
UNISON [2] - 4:3, 17:16
unit [5] - 19:20, 19:21, 20:5, 22:17, 67:13
UNITED [3] - 1:1, 1:2, 1:9
United [10] - 1:12, 4:5, 10:16, 20:16, 95:10, 105:9, 105:14, 106:1, 125:22, 146:11
unlikely [3] - 48:5, 59:8, 81:24
unredacted [2] - 133:14, 137:21
unusual [1] - 5:1
up [49] - 4:25, 7:24, 10:2, 12:19, 13:21, 14:20, 16:16, 16:21, 17:21, 22:14, 48:12, 48:21, 60:22, 61:24, 62:1, 62:14, 63:18, 64:1, 69:8, 77:3, 79:10, 80:16, 82:3, 83:14, 83:16, 87:20, 98:1, 103:11, 104:2, 104:17, 105:10, 106:24, 108:17, 108:18, 109:15, 109:18, 116:6, 117:14, 117:16, 117:18, 118:13, 124:16, 132:1, 132:11, 140:21, 144:6, 144:10, 144:18
usage [1] - 71:8
user [4] - 57:15, 57:17, 57:19, 58:3
user-generated [1] - 58:3
user-initiated [1] - 57:15
uses [3] - 50:13, 50:14, 52:7
Utah [2] - 136:12, 136:13
utilize [1] - 79:24
utilized [8] - 32:13, 40:18, 40:20, 40:22, 42:24, 72:18, 78:15,

78:17
utilizes [1] - 52:11
utilizing [1] - 40:2, 44:22, 49:25

## V

Valentine's [1] - 136:22
value [1] - 67:25
various [5] - 58:20, 58:24, 85:2, 88:7, 95:9
Vegas [9] - 85:20, 100:18, 101:13, 101:16, 102:18, 104:2, 109:6, 109:7, 109:22
vehicle [1] - 42:1
venire [1] - 11:22
Ventura [1] - 1:22
veracity [1] - 69:1
verified [1] - 68:21
verify [1] - 94:23
Verizon [6] - 24:7, 28:23, 29:4, 35:10, 137:11
vet [3] - 93:22, 93:25, 94:20
vetted [1] - 107:2
vetting [6] - 94:15, 94:24, 105:10, 106:11, 106:16, 123:8
Vicente [1] - 100:3
Viceroy [1] - 100:11
Victory [2] - 135:9, 135:14
view [4] - 6:2, 30:7, 112:9, 113:14
viewed [1] - 73:7
viewer [2] - 63:2, 63:3
views [1] - 8:14
violated [1] - 11:4
violation [1] - 121:16
violent [1] - 19:18
Virgin [1] - 96:1
virtually [1] - 10:21
visit [1] - 113:24
voice [6] - 83:19, 109:15, 109:18, 117:14, 117:16, 117:18
voir [4] - 23:11, 69:8, 71:14, 71:19
volunteered [1] - 128:23
vs [1] - 1:4, 4:5

## W

wait [4] - 18:5, 25:8, 83:12, 126:7
waive [3] - 5:21, 5:22, 7:6
walk [1] - 75:18
walking [2] - 47:15, 47:16
Wall [24] - 86:10, 86:12, 86:13, 87:5, 88:17, 89:7, 89:8, 89:11, 89:15, 94:2, 94:10, 94:15, 105:10, 111:25, 113:14, 117:1, 117:6, 117:24, 119:4, 120:3, 122:14, 122:24, 123:14
wants [2] - 9:17, 120:8
warrant [1] - 67:5
Washington [7] - 1:14, 1:18, 2:4, 2:8, 12:6, 50:1, 146:13
watch [1] - 124:5
ways [1] - 121:19
wearing [2] - 87:18, 128:3
wedge [1] - 38:22
week [7] - 4:16, 21:2, 21:18, 21:19, 21:22, 22:2, 36:22
week-long [1] - 21:2
weekend [1] - 16:17
weeks [1] - 134:19
weighing [1] - 11:24
west [6] - 36:4, 36:19, 40:6, 42:6, 52:10, 52:14
Westchester [1] - 19:19
wheel [2] - 4:24, 10:13
white [1] - 128:4
White [34] - 56:4, 56:10, 56:12, 58:2, 111:18, 111:25, 112:9, 112:12, 112:15, 112:18, 112:23, 113:1, 113:6, 113:11, 113:12, 113:20, 113:21, 114:3, 114:4, 114:5, 114:11, 114:12, 114:16, 114:18, 114:22, 114:23, 115:6, 115:18, 116:13
White's [3] - 76:1,

76:3, 76:6
whole [3] - 6:2, 10:25, 145:3
wife [2] - 140:13, 140:15
willing [1] - 131:9
win [1] - 126:1
winds [1] - 108:18
wired [1] - 132:1
wise [1] - 86:9
wish [2] - 9:23, 98:16
wishes [1] - 8:21
withdraw [3] - 65:15, 96:13, 117:3
witness [31] - 13:13, 17:3, 17:6, 17:7, 17:12, 17:18, 17:23, 23:2, 24:12, 83:5, 83:17, 90:13, 90:14, 97:11, 98:10, 98:16, 98:18, 98:21, 99:1, 99:3, 103:16, 107:15, 112:16, 112:18, 119:17, 120:20, 124:1, 124:14, 141:25, 142:1
WITNESS [15] - 3:2, 18:12, 59:21, 60:23, 62:8, 62:19, 62:21, 83:3, 84:6, 103:6, 109:17, 117:18, 123:24, 125:6, 145:13
witness's [1] - 112:9
witnesses [3] - 16:17, 17:1, 98:18
Wolf [24] - 86:10, 86:12, 86:13, 87:5, 88:16, 89:6, 89:8, 89:10, 89:15, 94:2, 94:10, 94:15, 105:10, 111:25, 113:14, 117:1, 117:6, 117:24, 119:4, 120:3, 122:14, 122:24, 123:24
wondering [2] - 111:10, 119:15
word [7] - 18:7, 19:24, 30:17, 74:16, 83:25, 124:25, 135:2
works [2] - 21:22, 28:13
world [6] - 85:13, 86:18, 91:25, 95:7, 102:13, 121:16
worldwide [1] - 105:24
worry [3] - 99:2, 99:6,

131:7
wow [1] - 93:11
wrap [1] - 89:6
wrapped [1] - 7:24
written [2] - 135:13, 145:1
wrote [2] - 134:22, 135:3

## Y

year [9] - 22:16, 96:7, 102:19, 103:24, 109:8, 110:2, 136:23, 141:5
Year's [6] - 102:12, 102:19, 103:23, 104:3, 104:6, 104:7
years [9] - 19:7, 19:11, 73:13, 88:5, 95:18, 109:6, 125:21, 144:9, 144:11
yellow [3] - 37:18, 37:20, 37:21
Yo [4] - 61:1, 63:22, 63:23, 64:6
York [24] - 1:13, 1:18, 19:13, 19:19, 28:14, 28:16, 28:18, 28:21, 29:2, 29:20, 34:4, 35:7, 35:8, 37:22, 58:23, 76:1, 76:14, 77:20, 81:16, 88:5, 96:19, 96:22, 96:23
yourself [3] - 4:6, 17:24, 67:23

## Z

Zealand [3] - 102:16, 103:5, 103:6
zealously [1] - 14:4
zero [4] - 30:20, 32:20, 46:13, 46:20
zero-second [1] - 46:13
zoom [3] - 133:13, 137:21, 140:25
zoom-in [1] - 140:25