# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**PRAKAZREL MICHEL,**<br><br>           **Defendant.** | **Crim. No. 1:19-cr-148** |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney, L. Barrett Boss of Cozen O'Connor, P.C., who is admitted to practice before this Court, as counsel in this case for David Kenner. This appearance is being entered for the limited purpose of representing the interests of Mr. Michel's prior counsel, David Kenner, in relation to Mr. Michel's post-trial motions.

Dated:  November 17, 2023                                        Respectfully submitted,

                                                              By:    /s/ *L. Barrett Boss*
                                                                         L. Barrett Boss (Bar No. 398100)
                                                                         COZEN O'CONNOR
                                                                         1200 19th St., NW, Suite 300
                                                                         Washington, D.C. 20036
                                                                         Telephone: 202-912-4818
                                                                         Facsimile: 866-413-0172
                                                                         Email: bboss@cozen.com
                                                                         *Attorney for David Kenner*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, the foregoing Notice of Appearance was served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: November 17, 2023                    /s/ *L. Barrett Boss*
                                            L. Barrett Boss (Bar No. 398100)