```
 1                      UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2
       * * * * * * * * * * * * * * *    )
 3     UNITED STATES OF AMERICA,        )     Criminal Action
                                        )     No. 19-00148-1
 4                     Plaintiff,       )
                                        )
 5        vs.                           )
                                        )
 6     PRAKAZREL MICHEL,                )     Washington, D.C.
                                        )     April 20, 2023
 7                     Defendant.       )     9:05 a.m.
                                        )     MORNING SESSION
 8     * * * * * * * * * * * * * * *    )

 9

10                       TRANSCRIPT OF JURY TRIAL
               BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY,
11                     UNITED STATES DISTRICT JUDGE

12

13
       APPEARANCES:
14
       FOR THE GOVERNMENT:       JOHN D. KELLER, ESQ.
15                               U.S. DEPARTMENT OF JUSTICE
                                 1301 New York Avenue, Northwest
16                               Suite 1016
                                 Washington, D.C. 20530
17
                                 SEAN F. MULRYNE, ESQ.
18                               NICOLE RAE LOCKHART, ESQ.
                                 U.S. DEPARTMENT OF JUSTICE
19                               Public Integrity Section
                                 1400 New York Avenue, Northwest
20                               Washington, D.C. 20005

21
       FOR THE DEFENDANT:        DAVID E. KENNER, ESQ.
22                               ALON ISRAELY, ESQ.
                                 KENNER LAW FIRM
23                               16633 Ventura Boulevard
                                 Encino, California 91436
24

25
```

1    <u>APPEARANCES, CONT'D:</u>

2    FOR THE DEFENDANT:        CHARLES R. HASKELL, ESQ.
                              LAW OFFICES OF CHARLES R.
3                               HASKELL, P.A.
                              641 Indiana Avenue, Northwest
4                             Washington, D.C. 20004

5
     REPORTED BY:             LISA EDWARDS, RDR, CRR
6                             Official Court Reporter
                              United States District Court for the
7                               District of Columbia
                              333 Constitution Avenue, Northwest
8                             Room 6706
                              Washington, D.C. 20001
9                             (202) 354-3269

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          <u>I N D E X</u>

2

3    Closing Argument by Mr. Mulryne                    Page 12

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                THE COURT:  Good morning, everyone.

 2                MR. KENNER:  Good morning, your Honor.

 3                MR. KELLER:  Good morning, your Honor.

 4                MR. MULRYNE:  Good morning, your Honor.

 5                THE COURT:  Let's call the case.

 6                THE COURTROOM DEPUTY:  Criminal Case 19-148-1, the

 7      United States versus Prakazrel Michel.

 8                Counsel, would you please identify yourself for

 9      the record, starting with the Government.

10                MR. MULRYNE:  Sean Mulryne, John Keller and Nicole

11      Lockhart on behalf of the United States.  Good morning, your

12      Honor.

13                THE COURT:  Good morning.

14                MR. KENNER:  Good morning, your Honor.  David

15      Kenner, Alon Israely, Charles Haskell and Kriss Anne

16      Carlstrom for the Defendant.

17                THE COURT:  Good morning.

18                I don't see Mr. Michel.

19                The instructions -- the substantive things, which

20      it's easier to send it all together, so you're getting --

21      the last version I think has fixed all the little typos and

22      stuff in it.  So the two new instructions are Instruction

23      23, on Page 30, which is the unavailability of the witness.

24      I did a minute entry.

25                The case, Mr. Kenner, that you cited is consistent
```

1     with this instruction relating to the fact that you cannot

2     argue a negative inference.  But there's other things you

3     can say.

4           The other one is on Page 25, Instruction 18, which

5     is the inconsistent statements of the Defendant.  Having

6     looked last night at what had been provided, the

7     transcripts, there's clearly inconsistent statements.  So I

8     think that's appropriate.

9           The indictment was noted in two places in the

10    substantive offenses, so we've taken that out, because

11    actually what's in the indictment is now in the instruction.

12    So they don't have to get the indictment to figure out some

13    additional things.  The instruction itself should take care

14    of it.

15          We did some typos and added the abetting -- aiding

16    and abetting to the tampering with the witness.

17          MS. LOCKHART:  Your Honor, briefly on that

18    instruction, I believe there's one typo on Page 49 from that

19    edition.

20          THE COURT:  Okay.  Let me look.

21          THE LAW CLERK:  That's right.

22          THE COURT:  Did we fix that?

23          THE LAW CLERK:  Yes.

24          THE COURT:  He just fixed it.  It's been a work in

25    progress.  You'll obviously have an opportunity to look at

1    it, and we'll look at it one more time to make sure before I

2    read it that everything is perfect.

3            But substantively the only -- other than what we

4    talked about yesterday, and we had left the unavailable

5    witness issue, although I had spoken about it, but as I said

6    I looked at your case.  It's consistent with this

7    instruction.

8            And then in looking at the transcripts, I think

9    it's appropriate to give the other instruction.  And I think

10    the rest are all minor things.

11            So we're still missing one additional one and one

12    who was here who went back to do something.  I'm not sure

13    what.  So that person is going to be back in ten minutes.

14    Something came up.

15            MR. KELLER:  Your Honor, maybe I misunderstood on

16    the references to the indictment.

17            In the conspiracy instructions, I think the first

18    one is Instruction 25 or 26.  In the section on overt acts,

19    the instruction references paragraphs, you know, whatever

20    they are, 36 through 74 of the indictment.

21            THE COURT:  Right.

22            MR. KELLER:  So I just want to make sure that the

23    jury is going to get those paragraphs of the indictment to

24    assess whether or not an overt act has been proven.

25            THE COURT:  Let me see what we did.  I know we had

1    done something to this, but I can't remember what.

2                Sam?

3                THE LAW CLERK:  This portion of the indictment,

4    yes.

5                THE COURT:  So we either need to give them this

6    portion of the indictment or cut and paste it.

7                MR. KELLER:  There are three conspiracies charged.

8    Each conspiracy references the relevant overt acts pages or

9    paragraphs of the indictment.

10               THE COURT:  I think if you look at them -- and I'd

11   ask you to just go through them.  I had gone through them

12   again.  I had noted last night we were citing to the

13   indictment; and I would prefer not to give them the whole

14   indictment, frankly.  But if that's the better way of doing

15   it.

16               You should just look through and make sure there's

17   either enough in here that we have it or we do need to give

18   them that portion of the indictment.  So please go back and

19   take a look.

20               We noted it and we were trying to figure out a way

21   of adding the information without having to give them the

22   indictment.  I'm not sure that's going to work.  So I would

23   just ask that you look at that carefully, as will we.

24               Anything else anybody's picked up at this point?

25   It doesn't look like it.

```
 1              I'm going to get off the bench.  We should be
 2    hearing soon.  I'll look again at this.  As soon as the
 3    jurors are back, unless there's something else to talk
 4    about, we'll begin.
 5              Have you set everything up in terms of your slides
 6    and everything?
 7              MR. MULRYNE:  Yes, your Honor.
 8              THE COURT:  Okay.  I just wanted to make sure
 9    everybody's ready.
10              I assume Mr. Kenner will be making the closing
11    statement.
12              Who's making it for the Government?
13              MR. MULRYNE:  I am, your Honor.
14              THE COURT:  Are you going to do rebuttal or is
15    somebody else doing it?
16              MR. KELLER:  Mr. Keller will be doing rebuttal.
17              THE COURT:  If there's nothing else, let me get
18    off until they show up.  I think we're missing two at this
19    point.  And I'll look at this indictment versus putting the
20    material in.  I think everything else is okay.
21              (Thereupon a recess was taken, after which the
22    following proceedings were had:)
23              THE COURT:  We have all of the jurors.
24              What I'm going to do is, we'll put back in three
25    of the instructions that require the overt acts.  We'll cite
```

1    to the indictment and which paragraphs.  And then what I'm

2    going to do is attach the paragraphs from the indictment and

3    indicate that this is from the indictment  instead of

4    handing them the whole indictment, because I think then they

5    start rummaging through the rest of it.

6              So we'll just lift the overt acts for each of them

7    because they're simply too long to add to the instruction.

8    So that'll be an attachment.  That'll work.

9              MR. KELLER:  Whatever the Court's preference is.

10   We were preparing a redacted version of the indictment that

11   would only have the caption and then the relevant overt act

12   paragraphs that we can provide to the Court.  But either

13   way.

14             THE COURT:  Either way.

15             I mean, do you have a view, Mr. Kenner?  We can

16   either do the redacted, giving them -- I don't want them

17   looking at everything else because then it creates problems.

18             MR. KELLER:  Right.

19             THE COURT:  Or we can just attach the overt acts

20   for each of these.

21             MR. KENNER:  I think if --

22             THE COURT:  I can't hear you.

23             MR. KENNER:  If your Honor wishes to give an

24   instruction about overt acts, I don't know that I have a

25   problem with that.  I have a problem taking it out of

1    that -- only that part of the indictment out and sending it

2    to the jury.

3            THE COURT:  Well, but the instruction has to have

4    the overt acts included in it, the instruction.  And we cite

5    to the indictment as to the overt acts.  So we need to

6    include the overt acts.  It makes it too long to lift it,

7    you know, 30-something to the 70s, to simply add it to the

8    whole instruction.

9            We can do it either way.  We can simply take out

10   the overt acts from the indictment exactly as they're

11   written and add it as an attachment so that they can see

12   what the overt acts are as opposed to typing it in the

13   middle of the instruction.

14           I think I'd prefer that than -- or we can give

15   them a redacted indictment that only has those overt acts.

16   But based on Mr. Kenner's view, I'd be inclined to simply

17   attach the overt acts that come from the indictment.  You

18   need to put the overt acts in the instruction.  The question

19   is how to do that.

20           And I think the overt acts are listed in the

21   indictment, and so those are the ones that they'd have to

22   consider in doing it.  And they're very lengthy.

23           Ordinarily, I would have just typed them in.  But

24   they're too long to simply type in the middle here.  I would

25   just do an attachment to it.

```
 1                So we would do it for all three.

 2                We'll do it and we'll give it to you either in the

 3     break or at lunch so you can take a look at it.  But we do

 4     need to include the overt acts.  They obviously have to

 5     consider them and make some decisions about them.

 6                All right.  I think that's the only thing that

 7     we've got left.  If anybody comes up with anything else, let

 8     me know.

 9                I think we're ready.

10                (Whereupon, the jury entered the courtroom at 9:24

11     a.m. and the following proceedings were had:)

12                THE COURT:  Good morning, members of the jury.

13                THE JURY:  Good morning.

14                THE COURT:  We're now going to begin the closing

15     arguments.  So we will hear from the Government; we will

16     hear from the Defendant; and then there will be a rebuttal

17     from the Government.

18                We will also -- we'll take breaks within these,

19     because I have a feeling it'll take some time.  And also, it

20     makes it easier for them to set up.  Then I'll give you the

21     jury instructions that relate to the case and then you

22     should begin -- be able to begin your deliberations.  All

23     right?

24                Government?

25                MR. MULRYNE:  Thank you, your Honor.
```

```
 1              THE COURT REPORTER:  Excuse me.  Will you be using
 2      a microphone?
 3              MR. MULRYNE:  I do not believe I have the lapel
 4      mic, your Honor.
 5              THE COURT:  We have one.  We can give it to you.
 6      You either have to use that or one of the ones -- they don't
 7      work well together, so it's one or the other.
 8              THE COURTROOM DEPUTY:  (Assists counsel with the
 9      audio equipment.)
10              THE COURT:  Why don't you state your name or
11      something so we can see if it's working.
12              MR. MULRYNE:  Sean Mulryne on behalf of the United
13      States.
14              THE COURT:  We definitely can hear you.
15              MR. MULRYNE:  Thank you, your Honor.
16              Good morning.
17              THE JURY:   Good morning.
18              MR. MULRYNE:  Our democracy recognizes the
19      potentially corrosive and corrupting impact of foreign
20      influence.  And our democracy recognizes the harms that
21      foreign governments and foreign actors may cause when
22      seeking to manipulate our public officials and public
23      policies and when seeking to infiltrate our elections and
24      our institutions.
25              And as this case clearly demonstrates, those
```

Closing Argument by Mr. Mulryne

1    threats posed by foreign influence are enhanced and

2    heightened when insiders, that is, United States citizens or

3    those living here in the United States, are willing to sell

4    out our democracy and rule of law in exchange for foreign

5    money.

6          The Defendant, Prakazrel Michel, was one of those

7    insiders.  He was an insider threat who willingly broke the

8    law to line his pockets and to gain access and influence

9    with the highest reaches of government.

10         As my colleague Nicole Lockhart said during her

11   opening statement, this is a case about foreign influence,

12   concealment, foreign money and greed.

13         Mr. Michel, he was greedy.  He wanted money.  Lots

14   of it.  And he got it, more than $100 million from Low Taek

15   Jho, or Jho Low.  And in exchange for Low's millions,

16   Mr. Michel agreed to do Low's bidding over six, seven years.

17         It began in 2012, when Mr. Michel funneled Low's

18   money into the U.S. presidential election.  And it continued

19   in 2017, when Mr. Michel and his co-conspirators waged an

20   illegal back-channel influence campaign in an attempt to

21   convince high-ranking government officials, including

22   President Trump himself, to drop legal proceedings involving

23   Jho Low.

24         But that wasn't all.  That wasn't enough.

25   Mr. Michel and his co-conspirators agreed to help the

1    People's Republic of China, the Chinese government, in its

2    efforts to extradite a Chinese national living here in the

3    United States back to China without any due process.

4            In return for all of these efforts, Mr. Michel and

5    his co-conspirators expected to receive lots of money.  And

6    they did.  But time and time again, from the beginning to

7    the end, to ensure that that money kept flowing in and to

8    ensure that he could continue to personally profit,

9    Mr. Michel actively hid and concealed his activities.  He

10   actively hid and concealed his relationships with Jho Low

11   and the Chinese government.  He actively hid and concealed

12   all of that money, its purpose and its source.

13           Mr. Michel lied; he deceived; and, when necessary,

14   he attempted to threaten and coerce witnesses to prevent

15   them from cooperating with the Government's investigation

16   and case.

17           Over the last few weeks, you've heard a lot of

18   testimony.  You've seen a lot of evidence.  And during the

19   short time I have with you this morning, I'm going to

20   attempt to summarize some of that evidence, largely in

21   chronological order, and by focusing on four primary

22   categories or topics.  And I'm going to begin in the 2012

23   with the foreign and conduit contribution scheme.

24           You heard from the very beginning of this trial

25   through the testimony of FBI Special Agent Robert Heuchling

Closing Argument by Mr. Mulryne

1     that in 2012, Mr. Michel received approximately $21 million

2     from Jho Low coming from two foreign accounts that Low

3     controlled, two foreign entities, Blackstone and Alsen

4     Chance.

5            And upon receiving Jho Low's money, what did

6     Mr. Michel do with it?  He orchestrated a conduit

7     contribution scheme.  He recruited a series of conduits, or

8     straw donors, friends, associates, friends of friends, and

9     he gave each of them tens of thousands of dollars of Jho

10    Low's money for the specific and express purpose that the

11    conduits, the straw donors, would then contribute that money

12    to the Obama Victory Fund 2012, a joint fundraising

13    committee that was supporting President Obama's reelection.

14           You heard from Agent Heuchling that, based on the

15    financial records, the money that went to these conduits and

16    to the campaign is Jho Low's money.  It directly traces back

17    to Jho Low.  Mr. Michel did not have sufficient funds in his

18    accounts to pay for these transactions.

19           And so if Jho Low wanted to get his money into the

20    election, why didn't he just do it himself?  Why didn't he

21    just write a check and send it to Obama Victory Fund?  Well,

22    as you've heard repeatedly throughout, there's laws

23    preventing foreign nationals from making contributions in

24    U.S. elections.

25           So once Mr. Michel had Jho Low's money, why didn't

1   Mr. Michel just write a check for 800-something thousand

2   dollars and send that to the Obama Victory Fund?  Once

3   again, there are laws, there were restrictions as to how

4   much someone can contribute to a particular campaign like

5   the Obama Victory Fund.  Mr. Michel knew all this.  He

6   admitted as much to you this week during his testimony.

7          So to circumvent the law, to evade it, to do a

8   runaround, Mr. Michel and Mr. Low concocted this conduit

9   contribution scheme to funnel Jho Low's money into the

10  election.

11         And in addition to those contributions, you also

12  saw evidence that Mr. Michel himself took more than $1.1

13  million of Jho Low's money and he contributed it directly

14  into Black Men Vote, a super PAC.

15         Now, unlike Obama Victory Fund, a super PAC has no

16  contribution limits.  So it was able to receive more than a

17  million dollars from Mr. Michel.

18         But a super PAC also cannot receive foreign money.

19  And so once again, here, it's a straw contribution, a

20  conduit contribution.  But it's Mr. Michel who was serving

21  as the straw donor.  He was the one funneling and concealing

22  Jho Low's money into the election without anyone knowing the

23  true source of that money:  Jho Low.

24         You heard the testimony of Mr. Michel.  And he

25  denied that this money from Jho Low was meant to be

1    political contributions.  He said it was his money and he

2    chose to do with it what he would.

3          So how do you know that Jho Low wanted to make

4    political contributions, that he wanted to get his money

5    into the election?  How do you know that Mr. Michel knew

6    that and was intending and helping Mr. Low to get his money

7    into the election?

8          Mr. Michel, Jho Low and their co-conspirators have

9    said as much.

10          Excuse the technical issue.

11          I first turn your attention to the testimony of

12    the actor, Leonardo DiCaprio, who testified about his

13    friendship and personal relationship with Jho Low.  And he

14    told you that around this period of 2012, Jho Low told him

15    that he, Low, or a group of people wanted to make a

16    significant contribution to the Democratic Party.  Something

17    in the neighborhood of $20 to $30 million.

18          Mr. DiCaprio remembered this because he thought,

19    Wow, that's a lot of money.

20          It is no coincidence that Mr. Low said $20 million

21    and that same year in 2012, $20 million goes to Mr. Michel

22    to get money into the election on behalf of the Democratic

23    Party.

24          Then you heard the testimony, the grand jury

25    testimony of Frank White, Jr., the high-profile Obama

1    bundler, who Mr. Michel testified he considered a mentor in

2    political fundraising back in 2012.

3            And Mr. White testified that Mr. Michel

4    specifically told him that Jho Low wanted to get involved

5    with the campaign, President Obama's campaign.

6            He didn't mention, Michel, that Jho Low simply

7    wanted a photo opportunity.  He said that Mr. Low wanted to

8    get involved in the campaign.

9            And as you may recall, Frank White testified that

10   he was concerned by this because, after all, foreign

11   nationals can't contribute to campaigns and that he told --

12   he reminded Mr. Michel.

13           Then consider the series of emails that you've

14   seen throughout this case and specifically during Agent

15   Heuchling's testimony.  And it begins with this email in May

16   of 2012, Mr. Michel emailing an official with the Democratic

17   National Committee.  And he makes his intentions very clear.

18   His mission statement is right here in this email.  He wants

19   to do a fundraiser for President Barack Obama and he wants

20   to raise millions of dollars, $5 to $10 million, his

21   contribution to the cause.

22           To whom does Mr. Michel forward this email?  Joel

23   Rousseau.  You've heard throughout this case Joel Rousseau

24   was an associate of Mr. Low's and Mr. Michel's.

25   Mr. Rousseau is who introduced Mr. Michel to Jho Low.

1            And during this time in 2012, Joel Rousseau is

2     serving as an intermediary between Mr. Michel and Jho Low.

3     And so Mr. Michel forwards this email involving a --

4     fundraising and political contributions to Mr. Rousseau,

5     knowing and intending that he will forward this email on to

6     Jho Low, which is exactly what he does.

7            And, ladies and gentlemen, right there before you

8     says it all.  What was this about?  It was about President

9     Obama.  It was about fundraising.  It's about Jho Low, Pras

10    Michel.  And you see the multiple references here to

11    donations, political contributions.

12           And what is exactly here at the bottom about what

13    Jho Low can get out of it?  At the bottom there, it's about

14    an audience with President Obama.

15           Following this email, you saw a series of other

16    emails, including this one.  This one between Eric Tan, who

17    as you learned through this trial was a proxy, a cutout for

18    Jho Low.  He was Jho Low's money man and did Jho Low's

19    bidding, took his direction.

20           Here you see the email between Eric Tan and Joel

21    Rousseau, the intermediary.  And what are they talking

22    about?  They're talking about amounts to be contributed,

23    political contributions.  They're talking down below about

24    meetings with the main guy.  As you heard and know, the main

25    guy is President Obama.

1          And then below that, in the box at the bottom, you

2    see reference to Malaysian citizen.  "Malaysian citizen" is

3    Jho Low.

4          And notice what comes rights after Malaysian

5    citizen.  It reads, "Please keep name off emails."  This

6    again was a common theme and a common tactic not just in

7    2012, but it would extend into 2017 and beyond.  It was

8    always important to try to keep Jho Low's name out of

9    communications, off of documents, anonymized in sham

10   contracts and fake agreements, all efforts to distance

11   themselves from Jho Low, to conceal so that no one would

12   know.

13         This email, like we saw before --

14         Your Honor, I'm having a little bit of technical

15   difficulties.  Your Honor, I might try this manually using

16   my computer, if that's okay.

17         THE COURT:  Sure.

18         MR. MULRYNE:  I apologize for the issue.

19         THE COURT:  No problem.

20         MR. MULRYNE:  The email that we were just looking

21   at, ladies and gentlemen, forwarded on to Pras Michel.  And

22   Pras Michel responds and addresses the issues and questions

23   raised by Eric Tan.  Specifically, he mentions BRB Holdings,

24   which is an entity controlled by Mr. Michel's then-financial

25   advisor, Barry Bekkedam, and Mr. Michel.  That's why Jho

 1      Low's money is going to be sent on this occasion.

 2              He references the main event on June 26th.  That's

 3      the Miami fundraising event featuring President Obama.

 4              There's multiple references again to donations.

 5      These are political contributions.

 6              And then below that, there's the line, "His guys

 7      will meet and shake my guy's hands, but not as intimate as

 8      he will."  The "his," the "he," that's a reference to Jho

 9      Low.  Jho Low's guys will meet the president, but it won't

10      be as intimate as Jho Low's audience with the president.

11              This email from Mr. Michel is forwarded on back

12      to -- from Joel Rousseau to Eric Tan.  And then we see

13      references on June 15th about $1 million being sent.  These

14      are the political contributions.

15              UNIDENTIFIED JUROR:  (Indicating.)

16              THE COURT:  Yes.  Is it a screen?  Or a problem?

17              UNIDENTIFIED JUROR:  I need to be excused for just

18      a moment.

19              THE COURT:  I'm sorry.  I can't hear you.

20              UNIDENTIFIED JUROR:  I need to be excused for a

21      moment.

22              THE COURT:  We'll all go out.  We'll all go out

23      instead of having just the one person leave.

24              (Whereupon, the jury exited the courtroom at 9:40

25      a.m. and the following proceedings were had:)

Closing Argument by Mr. Mulryne

```
1              (Thereupon a recess was taken, after which the

2       following proceedings were had:)

3              THE COURT:  We're getting the nurse and marshals

4       back there, so we'll see what's happened and what he feels

5       like.  It appears that he passed out quickly and then they

6       were able to get him up.  So he's in -- you know, he's in

7       there waiting and we'll -- the nurse will talk to him.

8       We'll see what's going on.

9              MR. KENNER:  Your Honor, I think I recall that he

10      was diabetic during the questioning.

11             THE COURT:  Yes.  We need to just see whether --

12      that's why I want to check and see what the problem is,

13      whether it's something temporary or something that's a more

14      permanent issue.

15             Everybody sit down.  We might as well wait until

16      we hear back from the nurse.  But that's a good point.  I'll

17      make sure that the nurse is aware of that.

18             I do want to put one thing on the record to make

19      sure there's no issue with it at some later point:  Special

20      Agent -- I always mispronounce his name --

21             MS. LOCKHART:  Heuchling.

22             THE COURT:  -- Heuchling did come out to offer --

23      evidently he was a medic in the military.  He didn't do

24      anything.  We were able to get him -- the juror into the

25      bathroom.  So he just offered and came back in, just so
```

1    there's no problem.

2                    MR. KENNER:  Your Honor, I can't --

3                    THE COURT:  He didn't do anything with the jurors.

4    What he did is he told me that he was a medic in the

5    military, and that's why he offered.  But as I said, he did

6    not -- other jurors were taking care of Juror No. 1.

7                    Why don't we take a break at this point instead of

8    leaving you sitting there.  Why don't we come back at 10:00.

9    Hopefully I'll have some information.  I'm going to go back

10   and talk to the nurse and see if there's anything.  I may

11   also move the jurors from there into another jury room.

12                   (Thereupon a recess was taken, after which the

13   following proceedings were had:)

14                   THE COURT:  He won't be able to continue today.

15   He is not going to be taken to -- by ambulance.  We've

16   decided that's not necessary.  They have their own system of

17   triage.  We're not sitting tomorrow, anyway.

18                   So my assumption is that we still want to keep

19   him.

20                   MR. KENNER:  Yes, your Honor.

21                   THE COURT:  So if we do, which is --

22                   MR. KENNER:  Yes, your Honor.

23                   THE COURT:  I'm assuming -- what we'll do is start

24   all over again, Mr. Mulryne, on Monday, since we've taken

25   Friday.  That'll give him an opportunity to, you know, get

1   some help.  But he's walking around and stuff.

2           We had the nurse from the courthouse and the

3   ambulance people came.  So the emergency people have spoken

4   to him, so they're making other arrangements.  I won't put

5   the rest on the record at this point.  But he's still a

6   little wobbly, so he certainly is not well enough to

7   continue today.

8           Why don't you wait a few more minutes and let me

9   just make sure we've got it finalized before I let you go.

10          MR. KENNER:  Thank you, your Honor.

11          THE COURT:  His COVID test was negative, by the

12   way.

13          MR. KENNER:  Glad to hear that.

14          THE COURT:  Yes.  I made sure they did one.

15          (Thereupon a recess was taken, after which the

16   following proceedings were had:)

17          THE COURT:  He's spoken to the courthouse nurse.

18   The ambulance people came and he's also talked to a triage

19   nurse that's connected to it.  They are recommending that he

20   be checked out at the hospital, so they are going to take

21   him over there.  He's walking on his own, but just to make

22   sure there's no issue.

23          So I will be bringing the jury back.  We'll excuse

24   them formally.  We moved them from the jury room to another

25   jury room so they were not in there when the people -- the

1    medical people were talking to the juror.  So they were in

2    another jury room that we have.

3              MR. KENNER:  Thank you, your Honor.

4              MR. KELLER:  Your Honor, the Government would

5    request that we excuse the juror and conclude the closing

6    arguments.  We have three alternates exactly for situations

7    like this, a juror being taken ill or at the end of the

8    case.  It's the Government's request that we excuse the

9    juror and that we finish the closing arguments today.

10             MR. KENNER:  I object, your Honor.  I think this

11   juror has attentively sat through this trial.  This case has

12   been going on for years and years.  If we --

13   unfortunately --

14             THE COURT:  Well, that's --

15             MR. KENNER:  If we have to miss a day, then we

16   have to miss a day.  But I very much urge the Court that we

17   keep the jury intact.

18             THE COURT:  My inclination is not to do that.  Let

19   me check on one thing for a second before I make a final

20   decision about that.  I'll be right back.  Let me check.

21             (Thereupon a recess was taken, after which the

22   following proceedings were had:)

23             THE COURT:  All right.  On reflection, both in

24   terms of the information that I received -- I'm assuming

25   he'll be okay.  But obviously he passed out, which is why

1    they're sending him to the emergency room, because that's

2    where they can do a test that they wouldn't be able to do at

3    a clinic.

4           Also, I made an informal inquiry as to whether

5    they're prepared to go forward today.  And they're all ready

6    to go forward today.

7           So I'm -- because otherwise, we may lose today,

8    tomorrow and we'd be doing -- starting into next week, which

9    is actually beyond the time we had told them roughly that

10   the trial would be ending, although there's always some

11   additional time for deliberations.  So I think instead of

12   pushing it forward, we've had another break.  We'll

13   continue.  We'll pick up today.  We've used the one

14   alternate.  This will be the second alternate, so we still

15   have an alternate.  They don't know who they are, so they

16   haven't been told anything about alternates.

17          MR. KENNER:  Your Honor, I vigorously object to

18   excusing this witness.  He's being --

19          THE COURT:  You mean juror?

20          MR. KENNER:  He's going to go -- juror.  I'm

21   sorry.

22          He's going to be evaluated.  I think at least the

23   Court should wait to make sure -- if he's going to be back

24   or not back, if it's something more serious, it would be a

25   different issue.  But based on the record right now, I just

1    vehemently object to dismissing the juror because he has a

2    medical issue.

3           THE COURT:  He's sick.  He did pass out, which is

4    why they changed the triage to -- he talked to the triage

5    nurse and the court nurse.  Both of them recommended and

6    agreed that he should go to the emergency room.  They can do

7    additional testing.

8           We lose the day by the time they do the testing

9    and hear anything.  So either he could come back on Monday

10   or we'd wind up using an alternate.  We're losing two days

11   because of tomorrow.  We've already lost a number of days.

12   The jury is ready to go.  That's the reason for alternates:

13   Something comes up.

14          I -- hopefully, there's nothing serious.  But in

15   terms of -- I just went back to double-check to make sure

16   that I was correct that the triage nurse, whom they spoke

17   to, he spoke to, recommended going to the hospital and not

18   going to a clinic based on what he described as how he was

19   feeling, the tests, et cetera.  I won't put anything else on

20   the record.

21          So under those circumstances, I think since he's

22   not able to go forward today, it's appropriate -- we've had

23   a lot of breaks; and that's why you have alternates, is to

24   be able to proceed with it.

25          So I think to lose two extra -- two days to start

1    on Monday, which also pushes into starting beyond the period

2    of time the jury was told, you know, the next week was sort

3    of an iffy possibility and everybody was available, but

4    you're pushing it back.  And we may have problems with other

5    jurors having other commitments if we get beyond that.  So

6    I'm not going to take that chance.  As I said, I don't know

7    whether he's going to be ready on Monday or not or whether

8    there's some other issue that may come up for him.

9            So I note your objection.  But I think it's

10   appropriate to use an alternate at this point.

11           So we will bring the jury in.  They're prepared to

12   go forward.

13           Mr. Mulryne, I don't know whether you still want

14   to start from the beginning or how you want to do this.  You

15   didn't get very far.

16           MR. MULRYNE:  Your Honor, I'll just rewind

17   slightly and then I'll pick up and go over.

18           THE COURT:  All right.

19           MR. KENNER:  Your Honor, may I also remind the

20   Court that means we're only going to have one alternate

21   through --

22           THE COURT:  Right.  One additional alternate,

23   right, which I understand.  But in terms of -- these kinds

24   of things, if something comes up, hopefully we wouldn't need

25   the additional alternate.  But once they do -- once we

1    finish today, which should be the closing arguments and the

2    instructions, they then are going to start their

3    deliberations, assuming we can get to at least have them,

4    you know, do the foreperson, so they're going to be

5    proceeding at that point.

6              So I agree.  There's one left.  But I still think

7    by the end of the day we're going to be -- alternates are

8    also told that especially when they've sat through the whole

9    evidence -- which is why I didn't do anything with one of

10   the jurors.  They sat through the whole evidence.  Depending

11   on how far they get with instructions, you can substitute an

12   alternate at a later point if you look -- at least according

13   to our circuit.  They can't get too far into the

14   deliberations to substitute.  But the alternates that are

15   excused are told not to discuss the case, not to do anything

16   else until a verdict is reached.  So we don't totally lose

17   the alternates.

18             Let's get the jury in and let's proceed.

19             So we'll view Juror No. 1 as a potential alternate

20   if we need an alternate at a later point.

21             (Whereupon, the jury entered the courtroom at

22   10:49 a.m. and the following proceedings were had:)

23             THE COURT:  Good morning again, members of the

24   jury.

25             THE JURY:  Good morning.

1          THE COURT:  We're ready to proceed.

2          Mr. Mulryne is going to recap the portion that he

3    had started with and then he'll proceed with the rest of it.

4          MR. MULRYNE:  Thank you, your Honor.

5          Your Honor, I believe we'll need to publish the

6    PowerPoint slide.

7          THE COURT:  Certainly.

8          Do you want to take the one you have down up or do

9    you want to leave it up?

10          MR. MULRYNE:  I think we're connected, your Honor.

11    I think it's just a matter of getting it up on the screens.

12          THE COURT:  You have one up now.

13          MR. MULRYNE:  I do, yes.  This is the one I'm

14    going to use to resume.

15          Thank you.

16          THE COURT:  Go ahead, sir.

17          MR. MULRYNE:  Good morning again, everyone.

18          THE JURY:   Good morning.

19          MR. MULRYNE:  I'll spare us all from going back to

20    the very beginning.  But as you may recall, we were covering

21    the $21 million that Jho Low sent to Mr. Michel in 2012.

22    More than 865,000 of those dollars from Jho Low Mr. Michel

23    funneled into Obama Victory Fund through conduits and straw

24    donors.

25          And there was then the more than $1.1 million of

Closing Argument by Mr. Mulryne

1    Jho Low's money directly traced back to Low that Mr. Michel

2    as himself the conduit put into the Black Men Vote

3    super PAC.

4         And we were talking moments ago about:  How is it

5    that you know Jho Low wanted his money into the election?

6    How is it that you know Mr. Michel understood that and was

7    intending to get Mr. Low's money into the election?

8         And so again you have the testimony of Leonardo

9    DiCaprio in which Mr. Low said that he wanted to make a

10   significant contribution to the Democratic Party, $20 to $30

11   million.

12        The grand jury testimony of Frank White, Jr.,

13   having spoken with Mr. Michel and Mr. Michel telling him

14   that Jho Low wanted to get involved with President Obama's

15   campaign.

16        We looked at emails, including Mr. Michel's own

17   email to the Democratic National Committee, the DNC, in

18   which he expressed his interest in doing a fundraiser and

19   gathering political contributions, millions of dollars of

20   contributions for President Obama's campaign.

21        That email was forwarded on to Joel Rousseau, who

22   forwarded it on to Jho Low.

23        And as I said earlier, it's all laid out right

24   here.  Mr. Michel, Jho Low, President Obama fundraiser,

25   donation, those being political contributions for Jho Low to

1    get an audience with the president.

2            We were talking moments ago about this email, Eric

3    Tan, Mr. Low's proxy, his cutout, emailing with Joel

4    Rousseau, the intermediary.  And the topics are all the

5    same:  political contributions, meetings.  That's the

6    fundraiser event with President Obama, the main guy.  And

7    the reference to Jho Low there at the bottom, Malaysian

8    citizen:  Please keep name off emails.  Again, from the very

9    beginning, hiding, concealing.

10           That email chain is forwarded on here to Mr. Tan

11   and Mr. Rousseau.  They talk about the $1 million being

12   sent.  That email is forwarded on to Pras Michel for his

13   awareness.  This whole email chain between Eric Tan and Joel

14   Rousseau ends up with Mr. Michel.  And of course it does,

15   because, after all, Mr. Michel is at the center of this

16   conspiracy.  He's the core.  He's the linchpin.  He's the

17   one who's going to be receiving the money from Jho Low and

18   then he's going to be the one to facilitate it, to funnel it

19   into the election.  He needs to know that the money's

20   coming.

21           And lo and behold, in that email chain there's the

22   reference to the million dollars being sent; there's the

23   reference to BRB Holdings, all of which is on or around

24   June 15th.  And on that day, $1 million goes from Jho Low,

25   his foreign-controlled account, to Mr. Michel at BRB

1    Holdings.  And upon receiving that money, Mr. Michel took a

2    portion of it and he funneled it through the conduits into

3    the Obama Victory Fund.

4           And with the portion of that money that Mr. Michel

5    received from Jho Low, Mr. Michel himself made a political

6    contribution to Obama Victory Fund.  Here, his $40,000

7    check.

8           Following these emails on June 10th, we see

9    Mr. Michel receives the invitation for the Miami fundraising

10   event featuring President Obama.  And who also receives that

11   invitation that day?  Jho Low.

12          This event, as you may recall from the testimony

13   of Agent Heuchling and others, including Mr. Michel in some

14   of his trial testimony, that Jho Low was trying to come to

15   the event.  He flew the day before on June 25th from

16   Singapore to Miami.  He was intending to go.  You had the

17   Frank White grand jury testimony in which he explained that

18   Mr. Michel was trying to get Jho Low into the event, as

19   Mr. Michel himself confirmed.

20          But ultimately, Jho Low didn't vet.  Mr. Michel

21   and the co-conspirators, they met with Jho Low the night

22   before the event.  But Jho Low couldn't go to the actual

23   event on June 26th.  The campaign wouldn't let him.

24          But Mr. Michel went to that event and Jho Low's

25   associates, Mohamad Al-Husseiny, Joel Rousseau, all at the

1    event.  You saw these photographs.

2          Following the Miami fundraising event in June,

3    attention now turns to trying to put on a similar

4    fundraising event featuring President Obama in Washington,

5    D.C., in September.  But the scheme, the plan, the

6    concealment, the conduiting, it all remains the same.  And

7    again, you saw a series of emails involving Mr. Michel,

8    Mr. Low and their co-conspirators in which all of them are

9    saying out loud exactly what this was about.  It was about

10   contributions.  Fundraising.  The political campaign.

11   That's what Jho Low's money was intended for.

12         And so we see here references to commitment and

13   commitment to the campaign.  We see references to "your

14   guy."  That's a reference to Jho Low.

15         And this email, as usual, is forwarded on to Joel

16   Rousseau, who then forwards it on to Jho Low.

17         And then the entire email chain is forwarded on to

18   Mr. Michel, because once again, he is at the center of the

19   conspiracy.  He's going to be getting Jho Low's money and

20   he's going to be the one to put that money into the

21   campaign.

22         And I'll just rewind here for a moment just to

23   point out that in the body of this email, the substance, you

24   see the references to contribution, commitment to the

25   campaign.  These references to political contributions, what

1    is it that Jho Low says when he gets this email about

2    political contributions?  You see it here on the left-hand

3    side of your screen.  He writes:  "Done."  "Done," as in the

4    money's on its way.  The political contributions are coming

5    in.

6              And, sure enough, this is dated July 20th, 2012.

7    Less than two weeks later, on August 2nd, Mr. Michel

8    receives $600,000 from Jho Low.  And what does he do with

9    it?  He turns around and he starts funneling it through the

10   conduits into the Obama Victory Fund.

11             And the scheme, the pattern, continues.  It

12   perpetuates itself, because days later on August 7th,

13   Mr. Michel now receives $9 million from Jho Low and one of

14   his foreign entities.  And Mr. Michel again hands out tens

15   of thousands of dollars, usually in $40,000 increments, to

16   the conduits so that they could make contributions to the

17   Obama Victory Fund, all of this concealing the true source

18   of the money, which is Jho Low.

19             In addition to funneling this money into the

20   election, you also saw Mr. Michel's efforts to get Jho Low

21   and Jho Low's father, Low Hock Peng or Larry Low, into the

22   fundraising event, specifically in this case the Washington,

23   D.C., event in September.  So you saw a series of

24   communications where Mr. Michel was sending personal

25   information, including this biography of Larry Low, to Frank

1    White for the purpose of that Frank White would then pass on

2    Larry Low's information to the campaign to hopefully get Jho

3    Low's father into the event.

4            Here you see the copy of Mr. Low's -- Larry Low's

5    Malaysian passport as provided by Pras Michel.

6            And these efforts, these efforts to get Larry Low

7    into the event, you heard from Frank White, Jr., in his

8    grand jury testimony, it was Mr. Michel trying to appease

9    Jho Low.  If Jho Low couldn't get in the event himself --

10   and he couldn't; he didn't vet, again -- then getting Larry

11   Low in was the next best thing to make Jho Low happy.

12           And it worked.  Larry Low was able to attend the

13   event in Washington, D.C.

14           And not only that; Larry Low had a rather

15   prestigious position at this event.  As you see here, who

16   has pride of place immediately to one side of President

17   Obama?  Pras Michel.  You heard from Frank White, Jr., that

18   Pras Michel was the anchor to this event, which means he was

19   the one responsible for doing much of the fundraising, to

20   fund this event, even though it was held in Frank White's

21   home.  And Pras Michel was the one who was bringing most of

22   the attendees to the event.

23           Now, unbeknown to the campaign, Mr. Michel was

24   bringing attendees who were conduits, who were straw donors.

25   And unbeknown to the campaign, Mr. Michel was anchoring this

1    event with foreign money.  Jho Low's money.

2         By it served its purpose for Mr. Michel because it

3    continued to increase his stature, his profile with the

4    campaign.  And here he's sitting next to the president with

5    his guest of honor, Larry Low, immediately to the other side

6    of President Obama.  Flanking them both:  Joel Rousseau,

7    there in the red tie; Mohamad Al-Husseiny, next to

8    Mr. Michel.  Jho Low's associates.

9         And then there's the clutch.  You've heard lots of

10   testimony about the clutch, that it's an exclusive

11   opportunity at these kinds of fundraising events.  Not all

12   the attendees get to do it.  Only special guests,

13   high-profile donors, hosts.  But Mr. Michel asks Frank White

14   for Larry Low to be able to have a clutch moment with

15   President Obama.  And Frank White agreed to make that

16   request because, once again, Mr. Michel was the anchor for

17   this event.

18        And Mr. Michel got his wish, and once again Jho

19   Low was pleased.  His father got to meet President Obama.

20        Also related to this foreign conduit contribution

21   scheme is this issue of filings to be made with the Federal

22   Election Commission, the FEC.  And you've heard testimony

23   about the FEC, including from an FEC official, Michael

24   Hartsock.  And he explained that the FEC is a federal agency

25   that enforces and administers federal campaign finance law.

1          One of the ways it does that is by receiving

2     filings from political committees that includes contributor

3     information, who's contributing to campaigns.  Those filings

4     are then made public to promote transparency so that people

5     know who's contributing to campaigns and how are the

6     campaigns using that money?

7          In this case, Mr. Michel caused the Obama Victory

8     Fund and Black Men Vote to file false reports with the FEC

9     unwittingly by the campaigns, because Mr. Michel caused

10    those campaigns to identify straw donors as contributors.

11    But the straw donors weren't the actual contributors.  That

12    money that's reflected in these reports, that money came

13    from Pras Michel, who gave it to the straw donors to make

14    the conduit contributions.

15         And even more accurately, that money sourced back

16    to Jho Low.  He was the true source of the money.

17         But as a result of this scheme, Black Men Vote

18    identified Mr. Michel as the contributor in its reports,

19    even though the money was Jho Low's; and Obama Victory Fund

20    identified all these straw donors as contributors, even

21    though the money wasn't theirs.

22         So to this point, we've been talking largely about

23    events in 2012.  But now skipping ahead just a few years,

24    now we're in 2015.  And as you heard through Agent

25    Heuchling's testimony, Mr. Michel -- rather, a complaint was

1    filed with the Federal Election Commission about

2    Mr. Michel's contributions to Black Men Vote back in 2012.

3    The FEC invited Mr. Michel to provide a response, any

4    information that he thought would be relevant to its -- to

5    the FEC's assessment and determination on this matter.

6    Mr. Michel provided a response, and included with that

7    response was this declaration from Mr. Michel himself.

8         And this declaration that was submitted by

9    Mr. Michel in June of 2015 to the FEC, which he signed under

10   penalty of perjury, included the following representation:

11   "I had no reason to hide the true source of my donations to

12   Black Men Vote, nor did I wish to diminish the disclosure of

13   source or amounts of my contributions to Black Men Vote as

14   being attributable to myself."

15        Ladies and gentlemen, that's a lie.  That more

16   than $1.1 million that Mr. Michel contributed to Black Men

17   Vote in 2012, that wasn't Mr. Michel's money.  That money

18   was Jho Low's money.  Mr. Michel had a reason to hide the

19   true source, because he knew that foreign nationals couldn't

20   contribute.  That's why he hid it back in 2012 and served as

21   a straw donor and that's why he lied and hid it again here

22   in 2015:  to cover his tracks, to continue to cover his

23   tracks of what he had previously done.

24        To this point, we have been talking about the

25   foreign and conduit contribution scheme.  But now we're

1       going to fast-forward even a little further into 2017 and

2       now we're talking about the undisclosed foreign influence

3       campaign.

4               And this campaign had two aspects, two facets, two

5       objects, if you will.  And one involved Jho Low and 1MDB.

6       So 1 Malaysia Development Berhad, a sovereign wealth fund

7       associated with the country of Malaysia.  And as you've

8       heard, 1MDB was rife with scandal, allegations of fraud,

9       embezzlement, corruption.  And that implicated Jho Low and

10      it implicated the Malaysian prime minister, Najib Razak.

11              Here in the United States, the Department of

12      Justice was taking action related to 1MDB; and that included

13      a civil forfeiture matter that seized assets and money

14      related to 1MDB.

15              Jho Low wanted that matter to be resolved.  He

16      wanted all the 1MDB matters in the United States resolved.

17      And by "resolved," he wanted them to go away, to disappear.

18      And he was willing to spend a lot of money to make that

19      happen.

20              So to whom did he turn?  His old friend, his

21      co-conspirator, Pras Michel.

22              Mr. Michel agreed to help Jho Low in part by

23      trying to find somebody with political contacts and

24      connections with President Trump and the Trump

25      Administration, someone who could use those contacts,

1     leverage those connections to try to get the 1MDB matter

2     dropped.

3             And so you heard the testimony:  Mr. Michel

4     reached out through his associate, Nickie Lum Davis, to

5     Elliott Broidy, the former deputy finance chairman of the

6     Republican National Committee, someone who had relationships

7     and contacts with President Trump and his administration.

8             The second facet or object of this influence

9     campaign involved the People's Republic of China, the

10    Chinese government.  And again, you've heard and seen lots

11    of evidence that the Chinese government wanted the United

12    States to extradite, to send back to China, a Chinese

13    national living here in the United States named Guo Wengui.

14    Guo was an outspoken critic of the Chinese Communist Party

15    and the Chinese government and he also allegedly had

16    committed crimes in China.  And China wanted him back and

17    was willing to do whatever it took to make that happen.

18            And so among the things that the Chinese

19    government did is through Jho Low, they enlisted the same

20    band of co-conspirators, Mr. Michel, Mr. Broidy, Nickie Lum

21    Davis, to do the same thing that they were doing for Jho Low

22    and 1MDB:  leverage their political influence and contacts

23    with the Trump Administration to try to get Guo extradited

24    back to China.

25            Mr. Michel and his co-conspirators agreed to do

1    all of this with the expectation and the promise that they

2    stood to receive and profit from large sums of money.

3            Again, this case is about foreign influence; it's

4    about foreign money; and it's about greed.  And as we see

5    time and again, now and going forward, it's about

6    concealment.

7            Mr. Michel met with Elliott Broidy and Nickie Lum

8    Davis in mid-March to vet Mr. Broidy, to determine whether

9    or not he might be a good fit for what Jho Low was looking

10    to do with 1MDB.  And he told Mr. Broidy that he,

11    Mr. Michel, was going to have to speak with Jho Low

12    personally to see if Jho Low would approve Mr. Broidy's

13    involvement.

14            That led Mr. Michel and his co-conspirators to

15    travel to Bangkok, Thailand, in early May of 2017 to meet

16    with Jho Low.

17            Before that trip, Mr. Broidy said he would need a

18    $1 million appearance fee and that that money would need to

19    be untainted.  It would need to be clean.  Even here, at the

20    very beginning of this whole thing, considerations are being

21    made about concealment and hiding the true source and

22    purpose of money, about putting distance between the

23    co-conspirators and Jho Low to hide his involvement.

24            Mr. Michel personally agreed and guaranteed that

25    Mr. Broidy would get that $1 million.  And he made good on

1    it, paying Broidy the million dollars so that Broidy could

2    go abroad to meet with Mr. Michel's co-conspirator, Jho Low.

3             And that's what happens.  They meet in Thailand.

4    They work out the details of the arrangement.  And

5    ultimately, Mr. Broidy is brought on to help resolve the

6    1MDB matter.

7             What follows immediately after this trip?

8    Millions of dollars from Jho Low-controlled foreign accounts

9    come into the United States to Mr. Michel and his

10   co-conspirators.  Now, Mr. Michel's testified and he's told

11   you that it's essentially coincidence that this money

12   follows this meeting because it's not what it was about.  It

13   was about legitimate investment opportunities with Pheng

14   Laogumnerd.

15            Ladies and gentlemen, that's not true.  It's not

16   coincidence that these millions of dollars are coming from

17   Jho Low following this meeting in Bangkok, following the

18   recruitment and the retention of Elliott Broidy to get

19   involved in this 1MDB matter.

20            But let's talk a little bit more for a moment

21   about the finances and the money flows, because there's a

22   few things that are notable here.  I'm just picking one

23   transaction during this period of the many that occurred.

24            What's interesting about what happens here is how

25   much it parallels what happened in 2012 with the foreign

44

1    conduit contribution scheme.

2          Because, remember, in 2012, the proxy, the cutout

3    for Jho Low, his money man, is Eric Tan.  And Eric Tan is

4    using Blackstone and Alsen Chance, these foreign shell

5    companies, to send millions of dollars to the United States.

6    To whom?  To Pras Michel, the trusted co-conspirator who in

7    2012 was responsible for taking that money and getting it to

8    where it needed to go, whether that was into the campaign or

9    through conduits or whatever.

10         Fast-forward to 2017:  It's the same thing, except

11   this time Eric Tan's been replaced by Pheng Laogumnerd, yet

12   another cutout for Low, to just further conceal and distance

13   Low's involvement in this entire thing.  And this time,

14   instead of Blackstone and Alsen Chance, this time it's Lucky

15   Mark Trading and Red Rock IX, as we see later on.

16         But once again, the one thing that remains the

17   same is that Mr. Michel is the trusted co-conspirator who's

18   getting Jho Low's money into the United States.  And he's

19   the trusted co-conspirator, the facilitator, who's going to

20   then dole out that money where it needs to go.

21         And in this transaction and some of the others,

22   Jho Low's money then goes to Colfax Law Office.

23         You heard about Colfax.  Colfax had one attorney,

24   Robin Rosenzweig, Elliott Broidy's wife.  And as you heard,

25   Robin Rosenzweig had no meaningful role in any of this.  She

1    provided no legal services of any kind for any of these

2    co-conspirators.  After all, legal services weren't

3    necessary.  This wasn't about legal practice; it was about

4    lobbying.  This was about foreign influence.  This was about

5    trying to convince administration officials to drop 1MDB.

6          And so the role here of Colfax was simply just

7    another layer of concealment.  It's money laundering.  It's

8    taking the proceeds of illegal action and it's just

9    funneling it through companies and entities to make it more

10    difficult for law enforcement, more difficult for financial

11    institutions to know what is going on with this money.

12    Where is it coming from?  What is its purpose?

13          And in this case, the money passed through -- Jho

14    Low's money by Mr. Michel passes through Colfax and then

15    it's disbursed to the co-conspirators for all of their work

16    and efforts.

17          By May 19, another trip is arranged.  Mr. Michel

18    and his co-conspirators, Broidy, Lum Davis, this time they

19    travel to China.  They arrive in Hong Kong.  They're swept

20    through into mainland China to Shenzhen, where they meet

21    with Sun Lijun, a Chinese government official, the vice

22    minister of public security, as well as Jho Low.

23          And Mr. Michel knew that he was going to be

24    meeting with a Chinese government official prior to that day

25    because as you see here, before the day of the meeting, he's

1    receiving an email from Mr. Rousseau with an attachment

2    about China and the Chinese government.  And this document

3    specifically references Sun Lijun, the very official with

4    whom Mr. Michel and his co-conspirators were meeting.  And

5    it references Mr. Lijun's government agency.

6           And Mr. Michel prior to this meeting in China also

7    knew what it was going to be about, because a week or so

8    earlier, he and Ms. Lum Davis are exchanging emails, in this

9    case a link to an article about a Chinese fugitive

10   billionaire.

11          And that billionaire, as referenced at the very

12   bottom of the screen under this picture, is Guo Wengui.  Guo

13   is going to be the subject of this meeting with Sun Lijun in

14   China.

15          And indeed, that's exactly what happens.  Sun

16   Lijun explains that the Chinese government is seeking help

17   to get Guo extradited back to China and that he could use

18   the help of the co-conspirators.  He also mentions that he's

19   going to be coming in the next week or two to the United

20   States, where he is hoping to meet with high-ranking U.S.

21   Government officials so that he can discuss among other

22   things Guo's extradition.

23          And the co-conspirators agree to help Sun on all

24   counts.

25          Following this meeting, more millions of dollars

1    come in from abroad from Jho Low to Mr. Michel and the

2    co-conspirators.

3            And then there are the meetings with Sun Lijun.

4    So Mr. Michel and his folks, they've already met with Sun in

5    China.

6            Fast-forward about a week or so.  Sun Lijun is now

7    in the United States.  When he ends up in Washington, D.C.,

8    he meets with Elliott Broidy.  You heard Mr. Broidy testify

9    about this, that he met with Sun and Sun was still looking

10   for help from the co-conspirators to arrange meetings with

11   someone from the Department of Justice, from the Department

12   of Homeland Security, John Kelly, the Secretary of Homeland

13   Security, whomever they could get.

14           But before Sun meets with Mr. Broidy, he's in New

15   York City, where he meets with Mr. Michel at the Four

16   Seasons Hotel.  As you heard Mr. Michel testify about that

17   just earlier this week.

18           And during this meeting, Mr. Sun again is looking

19   for help to get [indiscernible] set up to address the Guo

20   extradition.

21           THE COURT REPORTER:  I'm sorry.  The microphone is

22   skipping.  Did you say get "things" set up?

23           MR. MULRYNE:  To get things set up, a meeting set

24   up, so that Mr. Sun can address the Guo extradition.

25           At this meeting, Mr. Michel receives that document

1   on the left-hand side of your screen.  There's a screenshot

2   of it.  That's a letter from the Chinese ambassador to

3   Attorney General Jeff Sessions asking for the attorney

4   general to meet with Sun Lijun during his trip to D.C.

5          Mr. Michel passes that document on to the other

6   co-conspirators, Nickie Lum Davis, and from Lum Davis to

7   Broidy, just as it worked throughout this entire scheme, as

8   Mr. Broidy testified, the idea being that perhaps they could

9   use this letter to help leverage getting meetings for

10  Mr. Sun.

11         As what you see there on the right-hand side of

12  your screen, that's a message from the Chinese government

13  itself to the co-conspirators.  This was a screenshot found

14  on Nickie Lum Davis's Google Drive.  And this screenshot

15  mentions FBI Special Agent Andrew Zitman.

16         Agent Zitman was a specialist in national security

17  and counterterrorism who, as this message written in Chinese

18  indicates, had met with Guo's attorneys.

19         Prompted by this -- by this message from the

20  Chinese government, Mr. Michel went and met with Agent

21  Zitman multiple times.  Again, he testified about this,

22  about his meetings this week.  And during those meetings,

23  they discussed Guo.

24         I want to pause here for a moment to remind you

25  about a portion of Mr. Michel's testimony.  Mr. Michel told

1  you that he was just a messenger.  Seemingly an apparent

2  attempt to suggest or to somehow minimize or trivialize his

3  role in this scheme.

4          But let's be clear:  When we talk about the world

5  of foreign -- undisclosed foreign influence and agency,

6  being a messenger is not a minor role; it's the lead role.

7  That's what this whole thing is about.  It's the whole

8  point.

9          When a foreign government like the Chinese

10  government wants to be able to direct and control its

11  message, wants to get it to where the Chinese government

12  wants the message to go, wants it to be conveyed how it

13  wants it to be conveyed, it wants foreign agents to be the

14  messenger, agents that it can direct and control.  And

15  that's exactly what was going on here.

16          And the other purpose and benefit to the Chinese

17  government when it has this kind of foreign agency, when it

18  has someone like Mr. Michel who's willing to act at its

19  behest, is then it also can get information back that

20  Mr. Michel obtains from wherever he obtains it, FBI or

21  otherwise.

22          And during this interview -- I'm sorry -- during

23  this meeting between Mr. Michel and Agent Zitman, you heard

24  the testimony.  Did Mr. Michel disclose the fact that while

25  meeting with Agent Zitman he was receiving and stood to

1    receive that millions and millions of dollars for his work

2    on this Guo extradition issue?

3            He didn't disclose it.  He didn't tell Mr. --

4    Agent Zitman about it at all because, according to

5    Mr. Michel, as he told you, that was not important

6    information.

7            So to orient you again, we're here in this period

8    of about spring of 2017 moving forward into and through the

9    summer and in the fall of 2017.

10           And during this period, there are the two objects:

11   There's Jho Low and resolving the 1MDB matter; there's the

12   Guo extradition and the Chinese government.

13           Mr. Michel and the co-conspirators are working on

14   all of it throughout this period.  And so that includes, as

15   you may recall, the efforts of the co-conspirators to set up

16   a golf game between President Trump and Malaysian Prime

17   Minister Najib Razak.

18           And as you heard from Elliott Broidy, the idea

19   here was that Prime Minster Najib Razak had a vested

20   interest in 1MDB.  I mean, in fact, as you heard, Prime

21   Minister Najib was being investigated for his involvement.

22   And so if Prime Minister Najib and President Trump could be

23   in a room together or on a golf course and have personal

24   time, then that would perhaps afford the prime minister an

25   opportunity to raise and address the 1MDB matter here in the

1    United States with President Trump directly.

2         Mr. Broidy pitched this idea to Mr. Michel and

3    Ms. Lum Davis.  They approved.  Jho Low approved.  And so

4    the efforts began.

5         And I'll just point out to you before we go on, as

6    you see here, a link of an article from Ms. Lum Davis that

7    she texted Mr. Broidy that highlights the fact that Prime

8    Minister Najib and his office were not fans of the 1MDB

9    matter in the United States.  Again, just like Jho Low, the

10   prime minister wanted 1MDB to go away.

11        And so Elliott Broidy, the fixer, the influencer,

12   the person who's been brought on by Mr. Michel and others to

13   use his contacts and influence with the administration, goes

14   to work.  In June of 2017, he meets with President Trump and

15   raises the idea of this golf game with Najib.  President

16   Trump expresses interest.

17        And then Mr. Broidy in the days and weeks that

18   follows reaches out to Reince Priebus, President Trump's

19   chief of staff.  And in text message after text message,

20   communication after communication, Mr. Broidy incessantly

21   follows up with Reince Priebus to try to get this golf game

22   set up so that the co-conspirators can deliver on Jho Low's

23   behalf.

24        When that doesn't work, Mr. Broidy reaches out to

25   other high-ranking officials, including those with the

1    National Security Council and General John Kelly, the former

2    Secretary of Homeland Security, who by this point in August

3    of 2017 is now the chief of staff for President Trump.

4         You also heard Mr. Broidy.  He enlisted Rick

5    Gates, a political operative with -- in Washington, D.C.,

6    who also had connections to President Trump and the

7    administration.  He also had Rick Gates try to set up

8    meetings, the golf game between the prime minister and the

9    president.

10        And as time [indiscernible] closer to September of

11   2017 --

12        THE COURT REPORTER:  I'm sorry.  The microphone

13   went out again.  Could you repeat that, please?

14        MR. MULRYNE:  Sure.

15        As time continued nearing towards September of

16   2017, when it became increasingly clear that this golf game

17   may not happen, then the co-conspirators were still trying

18   to ensure that the president and the prime minister would at

19   least still meet, have some one-on-one time, so that this

20   1MDB matter could be addressed.

21        During this same period, Mr. Broidy, again using

22   his contacts and influence with the administration, is

23   trying to address the Guo extradition issue on behalf of the

24   Chinese government.  And so you saw again text messages from

25   Broidy to Reince Priebus, Mr. Broidy reaching out to Rick

1    Gates.  All these efforts to try to bring the Guo

2    extradition to a head.

3          And that includes Mr. Broidy's efforts by reaching

4    out to Steve Wynn.  Steve Wynn was a casino magnate, a

5    political -- a businessperson, someone with political

6    connections and influence with the Trump Administration.

7          And so Mr. Broidy, Mr. Michel and the

8    co-conspirators essentially enlist Steve Wynn.  Mr. Broidy

9    introduces him through Steve Wynn's wife, Andrea.  And as

10   you see here in this text message, he introduces this issue

11   of Guo and the extradition to Mr. Wynn, seeking Mr. Wynn's

12   help, figuring the more leverage, the more political

13   contacts the co-conspirators have, all the better to try to

14   make this happen on behalf of the Chinese government.

15         And so in the weeks, months that follow, lots of

16   text messages between Mr. Broidy and Mr. Wynn, all about the

17   effort to get Guo out of the United States.

18         And you've heard testimony about the other efforts

19   that Mr. Wynn took regarding this issue.  In May-June of

20   2017, you heard the testimony of Matthew Pottinger, the

21   national security official, who said that he learned from

22   President Trump that Mr. Wynn had met with the president and

23   had raised this issue of Guo's extradition.

24         In August of 2017, Mr. Wynn returned to

25   Washington, D.C., to meet with Mr. Pottinger and other

1    members of the NSC to again discuss Guo's extradition.

2         And then there was the phone call.  Elliott Broidy

3    testified that he was on a boat with Mr. Wynn in or around

4    August of 2017 and they made a personal direct call to

5    President Trump to check on the status of Guo's extradition.

6         All of these efforts by Mr. Wynn came because

7    Mr. Broidy, Mr. Michel and the co-conspirators introduced

8    this to him and essentially made him a de facto member of

9    their efforts to try to get Guo extradited.  All for the

10   benefit of the Chinese government.

11        And I'll just take you back for a second to that

12   meeting I mentioned moments ago about the meeting in

13   May-June of 2017 between Mr. Wynn and President Trump, which

14   President Trump then relayed, conveyed to Matthew Pottinger.

15   Recall Mr. Pottinger's testimony that there was a stack of

16   documents that President Trump received from Mr. Wynn.

17        And those documents, ladies and gentlemen, are

18   documents, as you see here, that Mr. Michel had.  These were

19   documents that had been provided by the Chinese government

20   and that Mr. Michel received from Jho Low, that he passed on

21   to Nickie Lum Davis, to Elliott Broidy.  They went on to

22   Steve Wynn and ultimately found themselves in the hands of

23   President Trump.

24        Mr. Michel testified about this himself just this

25   week.  And these documents, this one in particular that

1    Mr. Pottinger remembered, this is the Red Notice.  This is a

2    nonpublic document.  It's law enforcement-sensitive.  You

3    heard from FBI Special Agent Heuchling that he wouldn't even

4    have immediate access to a document like this.

5         But the point is this:  that documents that came

6    from the Chinese government were passed through, directed,

7    routed through its foreign agents, Mr. Michel and his

8    co-conspirators, and ended up in the office -- the office --

9    the highest office in the land, the White House, in the

10    hands of the president.

11         That is what the undisclosed foreign influence

12    campaign is all about.  And that is exactly what the Chinese

13    government wanted.

14         When you're considering the evidence regarding the

15    counts involving Mr. Michel acting as an agent of the

16    Chinese government, also bear in mind the screenshots that

17    you saw with Agent Heuchling about which he testified

18    extensively on direct and cross-examination.

19         These screenshots were communications in the

20    possession of the co-conspirators.  These were found on the

21    Google Drive of Nickie Lum Davis.  And what's notable about

22    many of these screenshots is that these are communications

23    with and from the Chinese government with directions and

24    requests that are being made to the co-conspirators.

25         So, for example, as you see here, a request for an

1    urgent call between Chinese government officials and the

2    NSA.  That's the National Security Agency.

3              Who's one of the Chinese officials who's going to

4    be on that call?  Sun Lijun, the one with whom Mr. Michel

5    has now and by this point met multiple times with.

6              What's one of the agenda items for this urgent

7    call?  Guo's extradition.

8              And to whom is this message from the Chinese

9    government intended?  Well, as you see at the bottom of the

10   screen, it reads:  "Please send this to N" -- Nickie Lum

11   Davis -- "and E-double" -- Elliott Brian Broidy.  "Timelines

12   need to be met, as it's final."

13             THE COURT:  I think they're going to give you

14   another lapel mic.

15             MR. MULRYNE:  Excuse me, ladies and gentlemen.

16   Sorry about that.

17             As you see here, another portion of these

18   screenshots, which are Government's Exhibit 474.  And as

19   hopefully you've seen, I've attempted to provide you the

20   exhibit numbers for many of these documents.

21             Exhibit -- so this screenshot in Exhibit 474,

22   these are messages again from the Chinese government.  These

23   are messages being communicated between the co-conspirators.

24   And as you see at the top the header, Pras Ny 2013.  This

25   is -- these are communications that Mr. Michel received or

1    sent.

2              And in them, here again, reference to Chinese

3    government officials.  Special envoys to Chinese President

4    Xi.  And there's a request for an urgent meeting with

5    President Trump.

6              Next part of the message:  The Chinese government

7    translator to be involved in that meeting.

8              And then the request from -- the direction from

9    the Chinese government:  "Please kindly convey these urgent

10   and important messages to General Kelly," General John

11   Kelly.

12             In addition to these directions coming from the

13   Chinese government, you also saw messages from this user T1.

14   And as Agent Heuchling testified, based on his

15   investigation, he understood T1 to be Jho Low.

16             And what we see in these messages are concerns,

17   concerns that monies coming from the Chinese government,

18   that Mr. Michel and his folks have agreed to do its bidding,

19   to try to deliver on this Guo extradition.  And yet they

20   have very little to show for their progress.

21             And so now there's concern about whether or not

22   they're going to deliver and what sorts of ramifications may

23   occur if they don't deliver on their promises to the Chinese

24   government.

25             Moving ahead in our timeline, it's now July 16th.

1    As you've heard in this trial and from Mr. Michel's own

2    testimony, July 15th was a significant date.  That was the

3    deadline.  That was the date by which the Chinese government

4    wanted Guo extradited.

5              It didn't happen.

6              So on June -- July 16th, Mr. Michel sends George

7    Higginbotham, his friend, his co-conspirator, into the

8    Chinese embassy in Washington, D.C.  And Mr. Michel sends

9    him in there to deliver a message.  And that is to inform

10   the Chinese government -- to assure them that progress is

11   being made, that Guo's extradition is being addressed and

12   that they can expect contact from high-ranking government

13   officials.

14             You heard the testimony of Mr. Higginbotham.  He

15   didn't want to do this meeting.  But Mr. Michel insisted,

16   and so it happened.

17             Following this time, tens of millions of dollars

18   more come in from Jho Low to Mr. Michel and the

19   co-conspirators.

20             And then in early September of 2017, Mr. Michel

21   and Mr. Higginbotham traveled to the Macau, China, to meet

22   with Jho Low and Pheng Laogumnerd.

23             And you've heard that the purpose of this meeting

24   was to assure, to assure Jho Low again that progress was

25   being made, that the co-conspirators were doing what they

1    could do on the 1MDB matter and on the Guo extradition

2    matter.  And more importantly, for Mr. Michel, this was an

3    opportunity to ensure that the money was going to keep

4    coming in, that Jho Low was going to keep sending those

5    millions and tens of millions of dollars.

6         And you heard the testimony, including from

7    Mr. Michel himself, that he directed Mr. Higginbotham to not

8    identify their true relationship, to not reveal that they

9    were friends.  Mr. Higginbotham was to represent himself as

10   if he was associated with Elliott Broidy.

11        Even among the co-conspirators, lies, concealment,

12   deception.  Mr. Michel is willing to do whatever it took in

13   order to get the money.

14        And it worked, because what follows in September

15   and October:  More than $70 million of Jho Low money comes

16   into the United States to Mr. Michel and his

17   co-conspirators.

18        In total, from May, October of 2017, Mr. Michel

19   received over $100 million from Jho Low.

20        And Mr. Michel during his testimony suggested that

21   he played some sort of minor role in all of this.  But ask

22   yourselves this:  What does the money suggest?  How minor is

23   the role of the person who is receiving all of this money

24   and the person after of all these co-conspirators that

25   pocketed virtually three-quarters of this $100 million?  How

1    minor was his role as the trusted insider, the

2    co-conspirator?

3         In this case, the judge is going to be instructing

4    you about the criminal counts and the law.  And you'll hear

5    that a couple of the counts involved the Foreign Agent

6    Registration Act, or FARA.  And as you've heard, that

7    involves registering when someone is representing -- serving

8    as an agent for foreign principals.

9         Mr. Michel has told you in his testimony that he

10   knew nothing about FARA.  But you know that's not true.

11   George Higginbotham testified that he spoke with Mr. Michel

12   on multiple occasions during this timeframe in 2017

13   specifically about FARA because George Higginbotham was

14   worried that they might need to be registering in light of

15   all this work that they're doing on behalf of Jho Low and

16   the 1MDB matter.

17        But as you heard from Mr. Higginbotham, Mr. Michel

18   seems familiar with FARA.  It wasn't like this seemed new to

19   him at all.  But he didn't care.  He wasn't interested in

20   registering.  He thought it would be an inconvenience.

21        And the truth is, by registering, there are the

22   concerns that all these efforts that are being made to try

23   to resolve 1MDB, if you disclose Jho Low's involvement and

24   all the money that's being paid, that perhaps those efforts

25   would just be less effective.

1          Ladies and gentlemen, when you're considering the

2     evidence of Mr. Michel and his criminal acts, also consider

3     the evidence concerning Mr. Michel and his co-conspirators

4     attempting to hide and conceal their activities, their

5     relationships and the money, because in this evidence

6     regarding the hiding and the concealment, this is proof of

7     Mr. Michel's criminal intent.  This is proof of his

8     consciousness of guilt.

9          If Mr. Michel did nothing wrong, then there was

10    nothing to hide.  If Mr. Michel had registered under FARA

11    that he was serving as an agent to Jho Low on 1MDB and that

12    he was receiving millions of dollars to do it, that would

13    have been public information.  There would be nothing to

14    hide.

15         If Mr. Michel had provided notice to the

16    Department of Justice that he was serving as an agent to the

17    Chinese government and was making money for it, then the

18    proper authorities would have been notified and perhaps no

19    issue.

20         But that's not what happened.  What happened was

21    hiding and concealment every step of the way.

22         Just to run through a few examples of some of the

23    concealment that occurred, there was the shell companies and

24    the layering.  Money came from Jho Low abroad and it just

25    passed through account after account.  Money shifting from

1    Anicorn to Artemus.  Money passing through Colfax Law

2    Office, even though Colfax played no role in any of this.

3    All efforts to hide, conceal and launder the money.

4              Money laundering is about -- as you're going to

5    hear from the judge when the judge will instruct, there's

6    money laundering that involves bringing money over from

7    abroad, to promote illegal activity.  That was happening.

8    Jho Low's money.

9              And then there's money laundering to conceal

10   financial transactions, money movements, that attempts to

11   hide and conceal the true source and purpose of money that

12   is illegal proceeds of certain illegal activities.  And

13   that's what's going on here.

14             Aliases and coded language:  Just to give you a

15   few examples, you heard about through the trial

16   Mr. Higginbotham and Mr. Michel referring to Jho Low as

17   WuTang.

18             You heard Elliott Broidy communicating with

19   Ms. Lum Davis referring to Jho Low as the principal.

20             And then there's the role of Pheng Laogumnerd,

21   again, just someone to further distance Mr. Michel.  All of

22   these efforts -- I'm sorry -- I meant Mr. Low.  All of these

23   efforts just to distance the co-conspirators from Mr. Low in

24   the event that anybody's looking at what's happening here.

25             Sham contracts, fake attorney-client

Closing Argument by Mr. Mulryne

1     relationships:  Well, we've already talked a little bit

2     about No. 4.  There were no actual legal services.  Colfax

3     was just a pass-through.  It was another layer of

4     concealment to hide the true nature of what was going on

5     here.

6          And as you heard during some of the evidence, the

7     idea that Robin Rosenzweig was involved sort of gave a

8     veneer of legitimacy.  It suggested that perhaps there was

9     an attorney-client relationship or an attorney-client

10    privilege under which the co-conspirators could further

11    shield their illegal activity.

12         But there was no such relationship.  There was no

13    such privilege.

14         And the sham contracts, well, you saw this during

15    George Higginbotham's testimony.  Just contract after

16    contract.  Different entities, different clients, different

17    services, services of which -- none of which were

18    legitimate.  An example here of Anicorn:  brand development,

19    global strategic consulting, risk management services.  None

20    of those services were being provided.  That's not what any

21    of this was about.

22         Sham contracts, fake loan agreements, just lots of

23    falsehoods and lies.  This one about high-end real estate

24    properties.  None of that was going on between these

25    co-conspirators.  Just ways to paper over and to try to give

1    an appearance of legitimacy to what they were doing.

2    Mr. Higginbotham explained all of this.  And he was doing

3    this at the direction and with the knowledge of Mr. Michel.

4         Then there is the lying to the financial

5    institutions.  So here, you heard about three financial

6    institutions:  City National Bank, Morgan Stanley, Citibank.

7    Mr. Michel, Mr. Higginbotham, they needed somewhere to park

8    all this Jho Low money.  And they needed somewhere where

9    more Jho Low money could go.  And so they were at City

10   National Bank.

11        But then red flags started to go off.  Here I

12   would have you recall the testimony of Leticia Santos, the

13   anti-money laundering specialist who worked for City

14   National Bank who testified during this trial.  And she

15   explained to you that she was not seeing any legitimate

16   business activity with Anicorn or Artemus, Mr. Michel's

17   entities.

18        She also mentioned the velocity of funds, the idea

19   that large amounts of money going into these accounts, large

20   amounts of money turning around and leaving the accounts:  a

21   classic example of money laundering.

22        So because of these concerns, City National Bank

23   reached out to Mr. Michel, reached out to Mr. Higginbotham

24   to inquire.  They provided responses.  Mr. Higginbotham

25   explained it.  He spoke with Mr. Michel about this, that

1    they vetted what responses they were going to provide to

2    City National Bank.

3                And those responses, the documents, the

4    information they provided were full of lies, falsehoods and

5    fraudulent misrepresentation.

6                Because just as important as having somewhere to

7    put Jho Low's money and to get more Jho Low money, it was

8    just as important to conceal and hide the fact that the

9    money was from Jho Low.  And it was just as important to

10   hide and conceal the fact that the money was in support of

11   1MDB and this Guo extradition involving the Chinese

12   government.

13               The money -- the account was closed.

14               And so from City National Bank, now the money

15   moves over to Morgan Stanley.  And here, you heard the

16   testimony of Ron Vinder, the Morgan Stanley official.  And

17   he testified that he met personally and spoke personally

18   with Mr. Michel and that Mr. Michel explained these monies

19   that now were sitting with Morgan Stanley, that these monies

20   came from an investor that Mr. Michel had met on a boat in

21   Asia.

22               Well, none of that was true.  And Mr. Vinder saw

23   right through all of that.  He, too, shared the same

24   concerns that this might be Money Laundering 101.

25               And so Mr. Michel and Mr. Higginbotham had to

1    provide some sort of response to Morgan Stanley's inquiry.

2    And you see here they pass it on.  They pass on this

3    information involving Lucky Mark, suggesting that Lucky Mark

4    was an investor in a slate of projects that are currently

5    under review, and then also suggesting that the funds

6    represent a good-faith deposit contemplating future

7    investments.

8           Those are lies.  The money was from Jho Low.  The

9    money involved 1MDB, the Chinese government and the Guo

10   extradition.  It didn't involve future investments.  It

11   didn't involve some undefined slate of projects.

12          And indeed, Mr. Vinder testified that all of this

13   just raised more questions and concerns with him and that

14   this made no sense because who would give tens of millions

15   of dollars to someone without a contract, without a formal

16   agreement, without a legitimate actual purpose, not some

17   amorphous future endeavor?  The account at Morgan Stanley

18   was closed.

19          And so on they tried to go to Citibank.  And you

20   may recall the audio call between Mr. Higginbotham and

21   Citibank:  Again, lies and once again problems with the

22   money, Jho Low's money.

23          Lastly here, ladies and gentlemen, lying to

24   federal law enforcement.  There was the -- Mr. Michel was

25   interviewed by the FBI and the Department of Justice Office

1    of the Inspector General in January of 2018.  During that

2    interview, he was asked about much of what we just covered

3    in this 2017 period during this foreign influence campaign.

4            And among the lies Mr. Michel told during that

5    interview to the federal agents was that the $41 million

6    that you saw earlier on one of those earlier screens that

7    came in October of 2017, that that $41 million had nothing

8    to do with Jho Low.

9            But it did.  It came from Jho Low.  Again, it was

10    about 1MDB, the Guo extradition.

11            He said during that interview among other

12    things -- he lied about his relationships with Jho Low and

13    with the co-conspirators.  And he also lied about the

14    visit -- Mr. Higginbotham's visit to the Chinese embassy,

15    claiming that that visit had something to do with Chinese

16    and Haitian relations.

17            But it didn't.  It had to do with the Guo

18    extradition and serving at the direction of the Chinese

19    government.

20            This segues us into our final topic, category, and

21    that is obstruction and witness tempering.

22            In 2018, Mr. Michel was interviewed by the FBI and

23    DOJ OIG, as I just mentioned.  And he also received a grand

24    jury subpoena in early February of 2018.  This subpoena

25    requested documents and information regarding both the

1  foreign influence campaign of 2017 and it requested

2  documents and information regarding the foreign and conduit

3  contribution scheme in 2012.

4         A couple months later, Mr. Michel through counsel

5  responds, providing documents in response to those requests.

6  Between those events, after Mr. Michel has become aware of

7  the fact that there is this ongoing investigation by virtue

8  of the grand jury subpoena, Mr. Michel calls Dr. Rudolph

9  Moise.  You heard the testimony of Dr. Moise.  He said that

10  Mr. Michel called him on Valentine's Day, February 14th.  He

11  was with a patient.  Mr. Michel called back.  And they

12  spoke.  Dr. Moise was one of the conduits in 2012.  He had

13  received $30,000 from Mr. Michel for the purpose of putting

14  the money into the Obama Victory Fund.

15         During this call, Mr. Michel told Dr. Moise that

16  he may be hearing from the FBI; and he told him that if you

17  do, tell them you don't remember anything.

18         Even here, early on, early 2018, as he's just

19  finding out about this investigation, Mr. Michel is already

20  coaching witnesses and trying to persuade them not to

21  cooperate with the Government's investigation.

22         Moving ahead a bit in the timeline, by late 2018,

23  there was a meeting between the Government and Mr. Michel's

24  then-counsel to discuss the allegations and the

25  investigation involving Mr. Michel.

1          There was another similar meeting with Michel's

2    counsel and the Government in early 2019.

3          But between those two events, in February-March of

4    2019, Mr. Michel has a law firm, Miller Barondess, send out

5    demand letters to several individuals, including multiple

6    conduits, individuals who received money from Mr. Michel in

7    2012 to make straw donations.

8          These letters, you've heard and seen quite a bit

9    about them.  But the thrust, the import of these letters, is

10   that they demanded repayment of a loan.  And these letters

11   threatened that if that loan wasn't repaid, legal action

12   could follow.

13         These letters are Mr. Michel's attempt to rewrite

14   history, because as you heard from the conduits, there were

15   no loans.  Mr. Michel himself has essentially admitted there

16   were no loans.  That's not what this was about.  He

17   panicked, he claims.

18         But it's not that he panicked.  Rather, it was

19   quite calculated.  He went to a law firm, after all, and the

20   idea was to send these demand letters because if they -- if

21   these could somehow convince the conduits that what happened

22   in 2012 was a bona fide loan, if this could somehow paper

23   over and convince what happened in 2012 -- I'm sorry --

24   paper over what happened in 2012 and convince law

25   enforcement that somehow they were legitimate, bona fide

1    loans, then perhaps then Mr. Michel wouldn't have committed

2    conduit contributions.  Perhaps this would go away.

3            But that's not what happened, because that's not

4    what these are.  This is lies recasting and

5    mischaracterizing conduit contributions as loans.

6            And you heard the responses and saw in this case

7    the response from one of the individuals who received the

8    letter, Jack Brewer, who testified here.  You heard the

9    testimony of some of the other conduits.  They all

10   categorically denied that there was ever loans.  Many of

11   them said they never had any financial dealings with

12   Mr. Michel other than the money he gave them in 2012 to make

13   these contributions.

14           And Mr. Brewer here in this letter and as he

15   explained during his testimony, he sniffed it out.  He saw

16   it for what it was:  an attempt to extort; and more than

17   that, an attempt to hide and conceal and to cover up what

18   Mr. Michel had done in 2012.

19           Seven years had lapsed between those conduit

20   contributions and 2019, when these letters were sent.

21   During that time, Mr. Michel didn't bring up these

22   contributions with the conduits.  He didn't ask for the

23   repayment.  It comes up now because Mr. Michel is under

24   investigation.

25           In May of 2019, Mr. Michel's indicted.  And what

1    follows the weeks thereafter is discovery.  Agent Heuchling

2    explained to you that in a criminal case, discovery is the

3    Government providing its records and its information to the

4    Defendant.  That includes interview reports of witnesses and

5    it includes transcripts of witnesses' grand jury testimony.

6           Mr. Michel receives this in or around May of 2019.

7    A few months later, on July 11th, there's a status hearing

8    in his criminal case.

9           And then three days after that status hearing,

10   Mr. Michel sends text messages from a burner phone to Frank

11   White, Jr., the political bundler, his former mentor, and to

12   Neville Richardson, one of the conduits, one of the straw

13   donors from 2012.

14          Both of these text messages were sent by

15   Mr. Michel on the same day, July 14th, 2019.  And as you see

16   here, looking at the message that was sent to Neville

17   Richardson, among the things that are noted in here it says,

18   "As of now, DOJ doesn't know definitively about you and the

19   transaction from 2012."

20          Well, first of all, who knows about the

21   transaction from 2012, the conduit contribution?  Who other

22   than Mr. Michel?

23          And then that first line I just read, "As of now,

24   DOJ doesn't know anything about you," who knows whether or

25   not the DOJ knows anything about Mr. Richardson other than

1    Pras Michel?

2           Pras Michel knows because he has discovery.  He

3    knows who's been interviewed in the Government's

4    investigation.  He knows who's testified.  And the truth was

5    Neville Richardson by this point, July of 2019, had not been

6    interviewed.  He had not testified.  Mr. Michel knew both of

7    these things.  And sure enough, it's in the message that

8    goes to Neville Richardson, trying to prevent and persuade

9    and preclude Mr. Richardson from cooperating with any

10   investigation.

11          The message sent to Frank White is also the same

12   day, later in the day at night.  And again, this is Frank

13   White, Mr. Michel's former mentor, the one with whom he was

14   involved in political fundraising in 2012.  Frank White did

15   testify in the grand jury during the investigation.  You

16   know that because you heard his grand jury testimony read

17   back to you.

18          Mr. White had been interviewed during this

19   investigation.  And who else knew all that?  Mr. Michel,

20   because he had the discovery in this criminal case.

21          And sure enough, he notes in this up top, "Now we

22   know you've been brought in as a witness."

23          He had.  Mr. Michel knew that.

24          And then down below, "So, Frank, do something even

25   if doing it through your lawyer.  Work it out so everything

1    remains bury."

2            Keep everything hidden.  Hide it.  Do not

3    cooperate with the Government's investigation and case.

4            You heard from Mr. Michel when he testified.  He

5    denies that he sent these text messages.  These text

6    messages were sent from a burner phone, which as Agent

7    Heuchling explained to you means there was no identifiable

8    user.  It's a mystery.

9            But what's not a mystery is who actually purchased

10   this burner phone and who actually used it and who sent

11   these text messages.

12           And so here, consider the testimony of FBI Special

13   Agent Justin Gray, who was the cell site expert, the expert

14   in cell site analysis.  He showed you a series of charts,

15   including this one.  And I'll just briefly walk you through

16   it.  We're looking here at an image of New York City,

17   Manhattan.

18           And you see around 3:30, these boxes are all

19   numbered to sort of show the flow of events temporally,

20   chronologically.  On the left-hand side of your screen, you

21   see that around 3:30 Mr. Michel's personal cell phone, which

22   is in the blue boxes, is down in Lower Manhattan near that

23   orange box.  That orange box is Mr. Michel's residence.

24           And you see that Mr. Michel and his cell phone are

25   traveling up, further uptown in Manhattan, and that at 4:05

1      they land somewhere around the Garment District.

2              That's notable because, as you've heard, the

3      evidence shows that at 4:05, when Mr. Michel and his cell

4      phone are up there in the Garment District, he is about one

5      block away from where this burner phone was purchased.  One

6      block away from where the burner phone was purchased.

7              And 15 minutes later, as you see now in the upper

8      right-hand side of the screen -- now it's, I believe, in a

9      purple block -- the burner phone is activated for the first

10     time at 4:20 within just a few blocks of where it was

11     purchased and of where Mr. Michel was just 15 minutes

12     earlier.

13             After being there where the burner phone is

14     purchased, you see that Mr. Michel and the burner phone, now

15     looking on the right-hand side of your screen, the purple

16     and the blue boxes, they're now making their way back down

17     from this portion of Manhattan down to even further in Lower

18     Manhattan, where they end up back around at 4:29.  Both

19     Mr. Michel and his personal phone and the burner phone end

20     up down around Mr. Michel's residence, the entire time

21     colocated, by Agent Gray's term, meaning that they were near

22     each other, in close proximity.

23             At the time that the text message is sent from the

24     burner phone to Neville Richardson, this is sometime between

25     4:40, 6:00, this image that you're looking at to the right,

1    Mr. Michel and his personal cell phone are there pinging off

2    towers near his residence.  And with Mr. Michel and his cell

3    phone is the burner phone there in purple also pinging off

4    towers near Mr. Michel's residence.

5            And if you notice on this map, where -- I believe

6    we're down around Third Street, down in Lower Manhattan -- I

7    think you see a reference to West Third Street up towards

8    the upper right corner of the map.

9            Well, that's significant because several hours

10   later -- this is now before 6:00, around 6:00 p.m. on July

11   14th -- several hours later, the very same day, now around

12   11:30 at night, Mr. Michel's moved.  His personal cell phone

13   is now up around 50th Street.  He's now gone back uptown.

14   He's now in Midtown Manhattan and no longer at his

15   residence.  But what is with Mr. Michel other than his

16   personal cell phone?  As you see again, the purple, the

17   burner phone.

18           Ladies and gentlemen, you and you alone are the

19   trier of the facts.  You and you alone will weigh the

20   evidence to determine what it all means.  And that is true

21   for everything you've heard, the foreign conduit

22   contribution scheme in 2012, the foreign influence campaign

23   in 2017, the witness tampering in 2019.

24           And when you're using your -- as the trier of

25   fact, you get to use reason and common sense.  And when

1    you're use those things, consider this.  Consider this

2    question:  What is the chance that of anywhere in the entire

3    world Mr. Michel and this burner phone are in the same

4    state?  What's the chance that Mr. Michel and this burner

5    phone are in the same city?  What is the chance that

6    Mr. Michel and this burner phone are in the same borough of

7    New York City in Manhattan?

8            What is the chance that in one of the busiest,

9    most densely populated areas in the entire world, Mr. Michel

10   and this burner phone are colocated, near each other?  Not

11   for a moment a time, not just for one or even two hours, but

12   the entire day.  Mr. Michel and this burner phone from the

13   moment it's activated, where again he was just a block away

14   from the store where it was purchased, he and the burner

15   phone move together.

16           And this was the one day that the burner phone had

17   active, meaningful activity.  And it just happens to be that

18   that same day it sends text messages to Frank White, who is

19   a witness in an investigation, a case in which Mr. Michel's

20   charged; and it sends a message to Neville Richardson, who

21   is a conduit contributor, which happens to be the subject

22   matter of the criminal case that was pending against

23   Mr. Michel at this very time.

24           Ladies and gentlemen, Mr. Michel bought this

25   phone.  He sent the text messages to Neville Richardson and

1  Frank White.

2          In conclusion, a few more questions:  Why did

3  Mr. Michel buy a burner phone to threaten Frank White and

4  Neville Richardson?  Why did Mr. Michel send demand letters

5  lying about monies that he gave his friends seven years

6  earlier?  Why did he send them demand letters demanding that

7  they pay that money back even though it was never a loan?

8  Why did he call Dr. Moise and tell him to just say you don't

9  remember if the FBI contacts you?

10          And then to take it even further -- take it

11  further back, why did Mr. Michel lie to the FBI and to DOJ

12  OIG about his relationships with Mr. Low and his

13  co-conspirators about the money he received from Mr. Low,

14  about the visit, Mr. Higginbotham's visit to the Chinese

15  embassy?

16          Why did Mr. Michel have sham contracts and fake

17  agreements prepared back in 2017?  Why did he orchestrate a

18  conduit contribution scheme to hide the true source of funds

19  in 2012?

20          He did all of those things because he knew at the

21  time he was doing them and he knew later when he was under

22  investigation that what he had done was wrong, that it was

23  against the law.  And he from the beginning to the end, time

24  and time again, was trying to cover his tracks, hide and

25  conceal what he had done wrong.

1          Ladies and gentlemen, Mr. Michel told you from

2     that stand multiple times, he said to you that this is very

3     complicated.  It's complicated.  It's in layers of

4     complication.

5          It is not complicated.  At its core, it's simple

6     and it's straightforward.  Mr. Michel broke the law.  And

7     the verdict, consistent with all the evidence you heard,

8     will show that Mr. Michel is guilty of all the criminal

9     charges that have been brought in this case.

10          Thank you.

11          THE COURT:  All right.  I think what I'm going to

12     do at this point is it's five after 12:00.  We might as well

13     take our lunch break so we're not starting Mr. Kenner's

14     closing and have to break in the middle of it.  We'll come

15     back after lunch and then Mr. Kenner will do his closing

16     argument and then we'll have rebuttal.

17          So I'm going to stick to an hour, since we've lost

18     extra time.  So I'd ask that you come back at five after

19     1:00 and we'll resume at that point.

20          Don't talk about the case.  Don't think about it.

21     Don't worry about it.

22          (Whereupon, the jury exited the courtroom at 12:06

23     p.m. and the following proceedings were had:)

24          THE COURT:  I've put in a rule about -- everybody

25     else is paying attention -- Mr. Michel, Mr. Haskell, put

1        your masks on.

2                MR. HASKELL:  Oh, gosh.  I'm sorry.  I forgot all

3        about it.

4                THE COURT:  You're just sitting there.

5                There's a certain courtroom etiquette that's

6        expected when people do closing arguments, which is that

7        opposing counsels are not talking among themselves or moving

8        around so it's distracting to the jury, particularly when

9        they look out.

10               I expect no counsel to be doing that during

11       closing arguments.  In a lot of instances, I close the door

12       in back so people are not coming in and out.  I haven't done

13       that because I know -- I realize there are some people that

14       need to be in here and then may not stay.  But I do expect

15       counsel and the Defendant not to be talking when people are

16       doing closings.

17               I'll see you back at five after 1:00.

18               MR. KENNER:  Your Honor, may I quickly -- I

19       believe Mr. Mulryne referred to the cell phone witness as an

20       expert on cell phones.  I don't think they proffered him as

21       an expert witness.

22               THE COURT:  Yes, he was.

23               MR. KENNER:  I don't think they qualified him as

24       one.

25               THE COURT:  He was qualified as an expert.  If you

1    look at your jury instructions, yes, he was.

2              (Thereupon, a luncheon recess was taken, after

3    which the following proceedings were had:)

4              (Proceeding concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **<u>CERTIFICATE</u>**

2

3                   I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                  Dated this 20th day of April, 2023.

11

12             <u>/s/ Lisa Edwards, RDR, CRR</u>
               Official Court Reporter
13             United States District Court for the
                 District of Columbia
14             333 Constitution Avenue, Northwest
               Washington, D.C. 20001
15             (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 18:20
**$100** [3] - 13:14, 59:19, 59:25
**$20** [4] - 17:17, 17:20, 17:21, 31:10
**$21** [2] - 15:1, 30:21
**$30** [2] - 17:17, 31:10
**$30,000** [1] - 68:13
**$40,000** [2] - 33:6, 35:15
**$41** [2] - 67:5, 67:7
**$600,000** [1] - 35:8
**$70** [1] - 59:15

## /

**/s** [1] - 81:12

## 1

**1** [8] - 21:13, 23:6, 29:19, 32:11, 32:24, 40:6, 42:18, 42:25
**1.1** [3] - 16:12, 30:25, 39:16
**101** [1] - 65:24
**1016** [1] - 1:16
**10:00** [1] - 23:8
**10:49** [1] - 29:22
**10th** [1] - 33:8
**11:30** [1] - 75:12
**11th** [1] - 71:7
**12** [1] - 3:3
**12:00** [1] - 78:12
**12:06** [1] - 78:22
**1301** [1] - 1:15
**1400** [1] - 1:19
**14th** [3] - 68:10, 71:15, 75:11
**15** [2] - 74:7, 74:11
**15th** [3] - 21:13, 32:24, 58:2
**16633** [1] - 1:23
**16th** [2] - 57:25, 58:6
**18** [1] - 5:4
**19** [1] - 45:17
**19-00148-1** [1] - 1:3
**19-148-1** [1] - 4:6
**1:00** [2] - 78:19, 79:17
**1MDB** [24] - 40:5, 40:8, 40:12, 40:14, 40:16, 41:1, 41:22, 42:10, 43:6, 43:19, 45:5, 50:11, 50:20,

50:25, 51:8, 51:10, 52:20, 59:1, 60:16, 60:23, 61:11, 65:11, 66:9, 67:10

## 2

**20** [1] - 1:6
**20001** [2] - 2:8, 81:14
**20004** [1] - 2:4
**20005** [1] - 1:20
**2012** [33] - 13:17, 14:22, 15:1, 15:12, 17:14, 17:21, 18:2, 18:16, 19:1, 20:7, 30:21, 35:6, 38:23, 39:2, 39:17, 39:20, 43:25, 44:2, 44:7, 68:3, 68:12, 69:7, 69:22, 69:23, 69:24, 70:12, 70:18, 71:13, 71:19, 71:21, 72:14, 75:22, 77:19
**2013** [1] - 56:24
**2015** [3] - 38:24, 39:9, 39:22
**2017** [23] - 13:19, 20:7, 40:1, 42:15, 44:10, 50:8, 50:9, 51:14, 52:3, 52:11, 52:16, 53:20, 53:24, 54:4, 54:13, 58:20, 59:18, 60:12, 67:3, 67:7, 68:1, 75:23, 77:17
**2018** [5] - 67:1, 67:22, 67:24, 68:18, 68:22
**2019** [8] - 69:2, 69:4, 70:20, 70:25, 71:6, 71:15, 72:5, 75:23
**202** [2] - 2:9, 81:15
**2023** [2] - 1:6, 81:10
**20530** [1] - 1:16
**20th** [2] - 35:6, 81:10
**23** [1] - 4:23
**25** [2] - 5:4, 6:18
**25th** [1] - 33:15
**26** [1] - 6:18
**26th** [2] - 21:2, 33:23
**2nd** [1] - 35:7

## 3

**30** [1] - 4:23
**30-something** [1] - 10:7
**333** [2] - 2:7, 81:14
**354-3269** [2] - 2:9,

81:15
**36** [1] - 6:20
**3:30** [2] - 73:18, 73:21

## 4

**4** [1] - 63:2
**474** [2] - 56:18, 56:21
**49** [1] - 5:18
**4:05** [2] - 73:25, 74:3
**4:20** [1] - 74:10
**4:29** [1] - 74:18
**4:40** [1] - 74:25

## 5

**5** [1] - 18:20
**50th** [1] - 75:13

## 6

**641** [1] - 2:3
**6706** [1] - 2:8
**6:00** [3] - 74:25, 75:10

## 7

**70s** [1] - 10:7
**74** [1] - 6:20
**7th** [1] - 35:12

## 8

**800-something** [1] - 16:1
**865,000** [1] - 30:22

## 9

**9** [1] - 35:13
**91436** [1] - 1:23
**9:05** [1] - 1:7
**9:24** [1] - 11:10
**9:40** [1] - 21:24

## A

**a.m** [4] - 1:7, 11:11, 21:25, 29:22
**abetting** [2] - 5:15, 5:16
**ability** [1] - 81:7
**able** [11] - 11:22,

16:16, 22:6, 22:24, 23:14, 26:2, 27:22, 27:24, 36:12, 37:14, 49:10
**abroad** [4] - 43:2, 47:1, 61:24, 62:7
**access** [2] - 13:8, 55:4
**according** [2] - 29:12, 50:4
**account** [5] - 32:25, 61:25, 65:13, 66:17
**accounts** [5] - 15:2, 15:18, 43:8, 64:19, 64:20
**accurate** [1] - 81:4
**accurately** [1] - 38:15
**act** [3] - 6:24, 9:11, 49:18
**Act** [1] - 60:6
**acting** [1] - 55:15
**action** [3] - 40:12, 45:8, 69:11
**Action** [1] - 1:3
**activated** [2] - 74:9, 76:13
**active** [1] - 76:17
**actively** [3] - 14:9, 14:10, 14:11
**activities** [3] - 14:9, 61:4, 62:12
**activity** [4] - 62:7, 63:11, 64:16, 76:17
**actor** [1] - 17:12
**actors** [1] - 12:21
**acts** [17] - 6:18, 7:8, 8:25, 9:6, 9:19, 9:24, 10:4, 10:5, 10:6, 10:10, 10:12, 10:15, 10:17, 10:18, 10:20, 11:4, 61:2
**actual** [4] - 33:22, 38:11, 63:2, 66:16
**add** [3] - 9:7, 10:7, 10:11
**added** [1] - 5:15
**adding** [1] - 7:21
**addition** [3] - 16:11, 35:19, 57:12
**additional** [6] - 5:13, 6:11, 26:11, 27:7, 28:22, 28:25
**address** [4] - 47:19, 47:24, 50:25, 52:23
**addressed** [2] - 52:20, 58:11
**addresses** [1] - 20:22
**administers** [1] -

37:25
**Administration** [3] - 40:25, 41:23, 53:6
**administration** [5] - 41:7, 45:5, 51:13, 52:7, 52:22
**admitted** [2] - 16:6, 69:15
**advisor** [1] - 20:25
**afford** [1] - 50:24
**Agency** [1] - 56:2
**agency** [4] - 37:24, 46:5, 49:5, 49:17
**agenda** [1] - 56:6
**Agent** [19] - 14:25, 15:14, 18:14, 22:20, 33:13, 38:24, 48:15, 48:20, 49:23, 49:25, 50:4, 55:3, 55:17, 57:14, 60:5, 71:1, 73:6, 73:13, 74:21
**agent** [5] - 48:16, 55:15, 60:8, 61:11, 61:16
**agents** [1] - 49:13, 49:14, 55:7, 67:5
**ago** [3] - 31:4, 32:2, 54:12
**agree** [2] - 29:6, 46:23
**agreed** [8] - 13:16, 13:25, 27:6, 37:15, 40:22, 41:25, 42:24, 57:18
**agreement** [1] - 66:16
**agreements** [3] - 20:10, 63:22, 77:17
**ahead** [4] - 30:16, 38:23, 57:25, 68:22
**aiding** [1] - 5:15
**AI** [2] - 33:25, 37:7
**Al-Husseiny** [2] - 33:25, 37:7
**aliases** [1] - 62:14
**allegations** [2] - 40:8, 68:24
**allegedly** [1] - 41:15
**Alon** [1] - 4:15
**ALON** [1] - 1:22
**alone** [2] - 75:18, 75:19
**Alsen** [1] - 15:3, 44:4, 44:14
**alternate** [11] - 26:14, 26:15, 27:10, 28:10, 28:20, 28:22, 28:25, 29:12, 29:19, 29:20
**alternates** [7] - 25:6,

26:16, 27:12, 27:23, 29:7, 29:14, 29:17
**ambassador** [1] - 48:2
**ambulance** [3] - 23:15, 24:3, 24:18
**AMERICA** [1] - 1:3
**amorphous** [1] - 66:17
**amounts** [4] - 19:22, 39:13, 64:19, 64:20
**analysis** [1] - 73:14
**anchor** [2] - 36:18, 37:16
**anchoring** [1] - 36:25
**Andrea** [1] - 53:9
**Andrew** [1] - 48:15
**Anicorn** [3] - 62:1, 63:18, 64:16
**Anne** [1] - 4:15
**anonymized** [1] - 20:9
**anti** [1] - 64:13
**anti-money** [1] - 64:13
**anyway** [1] - 23:17
**apologize** [1] - 20:18
**apparent** [1] - 49:1
**appearance** [2] - 42:18, 64:1
**APPEARANCES** [1] - 2:1
**aPPEARANCES** [1] - 1:13
**appease** [1] - 36:8
**appropriate** [4] - 5:8, 6:9, 27:22, 28:10
**approve** [1] - 42:12
**approved** [2] - 51:3
**April** [2] - 1:6, 81:10
**areas** [1] - 76:9
**argue** [1] - 5:2
**argument** [1] - 78:16
**Argument** [1] - 3:3
**arguments** [6] - 11:15, 25:6, 25:9, 29:1, 79:6, 79:11
**arrange** [1] - 47:10
**arranged** [1] - 45:17
**arrangement** [1] - 43:4
**arrangements** [1] - 24:4
**arrive** [1] - 45:19
**Artemus** [2] - 62:1, 64:16
**article** [2] - 46:9, 51:6
**Asia** [1] - 65:21

**aspects** [1] - 40:4
**assess** [1] - 6:24
**assessment** [1] - 39:5
**assets** [1] - 40:13
**assists** [1] - 12:8
**associate** [2] - 18:24, 41:4
**associated** [2] - 40:7, 59:10
**associates** [3] - 15:8, 33:25, 37:8
**assume** [1] - 8:10
**assuming** [3] - 23:23, 25:24, 29:3
**assumption** [1] - 23:18
**assure** [3] - 58:10, 58:24
**attach** [3] - 9:2, 9:19, 10:17
**attachment** [4] - 9:8, 10:11, 10:25, 46:1
**attempt** [6] - 13:20, 14:20, 49:2, 69:13, 70:16, 70:17
**attempted** [2] - 14:14, 56:19
**attempting** [1] - 61:4
**attempts** [1] - 62:10
**attend** [1] - 36:12
**attendees** [3] - 36:22, 36:24, 37:12
**attention** [3] - 17:11, 34:3, 78:25
**attentively** [1] - 25:11
**attorney** [5] - 44:23, 48:3, 62:25, 63:9
**Attorney** [1] - 48:3
**attorney-client** [3] - 62:25, 63:9
**attorneys** [1] - 48:18
**attributable** [1] - 39:14
**audience** [3] - 19:14, 21:10, 32:1
**audio** [2] - 12:9, 66:20
**August** [5] - 35:7, 35:12, 52:2, 53:24, 54:4
**authorities** [1] - 61:18
**available** [1] - 28:3
**Avenue** [5] - 1:15, 1:19, 2:3, 2:7, 81:14
**aware** [2] - 22:17, 68:6
**awareness** [1] -

32:13

## B

**back-channel** [1] - 13:20
**band** [1] - 41:20
**Bangkok** [2] - 42:15, 43:17
**Bank** [6] - 64:6, 64:10, 64:14, 64:22, 65:2, 65:14
**Barack** [1] - 18:19
**Barondess** [1] - 69:4
**Barry** [1] - 20:25
**based** [5] - 10:16, 15:14, 26:25, 27:18, 57:14
**bathroom** [1] - 22:25
**bear** [1] - 55:16
**became** [1] - 52:16
**become** [1] - 68:6
**BEFORE** [1] - 1:10
**began** [2] - 13:17, 51:4
**begin** [5] - 8:4, 11:14, 11:22, 14:22
**beginning** [7] - 14:6, 14:24, 28:14, 30:20, 32:9, 42:20, 77:23
**begins** [1] - 18:15
**behalf** [7] - 4:11, 12:12, 17:22, 51:23, 52:23, 53:14, 60:15
**behest** [1] - 49:19
**behold** [1] - 32:21
**Bekkedam** [1] - 20:25
**below** [4] - 19:23, 20:1, 21:6, 72:24
**bench** [1] - 8:1
**benefit** [2] - 49:16, 54:10
**Berhad** [1] - 40:6
**best** [2] - 36:11, 81:7
**better** [2] - 7:14, 53:13
**between** [19] - 19:2, 19:16, 19:20, 32:13, 42:22, 49:23, 50:16, 52:8, 53:16, 54:13, 56:1, 56:23, 63:24, 66:20, 68:6, 68:23, 69:3, 70:19, 74:24
**beyond** [4] - 20:7, 26:9, 28:1, 28:5
**bidding** [3] - 13:16, 19:19, 57:18
**billionaire** [2] -

46:10, 46:11
**biography** [1] - 35:25
**bit** [5] - 20:14, 43:20, 63:1, 68:22, 69:8
**Black** [8] - 16:14, 31:2, 38:8, 38:17, 39:2, 39:12, 39:13, 39:16
**Blackstone** [1] - 15:3, 44:4, 44:14
**block** [4] - 74:5, 74:6, 74:9, 76:13
**blocks** [1] - 74:10
**blue** [2] - 73:22, 74:16
**boat** [2] - 54:3, 65:20
**body** [1] - 34:23
**bona** [2] - 69:22, 69:25
**borough** [1] - 76:6
**bottom** [6] - 19:12, 19:13, 20:1, 32:7, 46:12, 56:9
**bought** [1] - 76:24
**Boulevard** [1] - 1:23
**box** [3] - 20:1, 73:23
**boxes** [3] - 73:18, 73:22, 74:16
**brand** [1] - 63:18
**BRB** [3] - 20:23, 32:23, 32:25
**break** [5] - 11:3, 23:7, 26:12, 78:13, 78:14
**breaks** [2] - 11:18, 27:23
**Brewer** [2] - 70:8, 70:14
**Brian** [1] - 56:11
**briefly** [2] - 5:17, 73:15
**bring** [3] - 28:11, 53:1, 70:21
**bringing** [4] - 24:23, 36:21, 36:24, 62:6
**Broidy** [37] - 41:5, 41:20, 42:7, 42:8, 42:10, 42:17, 42:25, 43:1, 43:5, 43:18, 45:18, 47:8, 47:14, 48:7, 48:8, 50:18, 51:2, 51:7, 51:11, 51:17, 51:20, 51:24, 52:4, 52:21, 52:25, 53:7, 53:8, 53:16, 54:2, 54:7, 54:21, 56:11, 59:10, 62:18
**Broidy's** [3] - 42:12, 44:24, 53:3

**broke** [2] - 13:7, 78:6
**brought** [4] - 43:5, 51:12, 72:22, 78:9
**bundler** [2] - 1:8, 71:11
**burner** [20] - 71:10, 73:6, 73:10, 74:5, 74:6, 74:9, 74:13, 74:14, 74:19, 74:24, 75:3, 75:17, 76:3, 76:4, 76:6, 76:10, 76:12, 76:14, 76:16, 77:3
**bury** [1] - 73:1
**busiest** [1] - 76:8
**business** [1] - 64:16
**businessperson** [1] - 53:5
**buy** [1] - 77:3
**BY** [1] - 2:5

## C

**calculated** [1] - 69:19
**California** [1] - 1:23
**campaign** [26] - 13:20, 15:16, 16:4, 18:5, 18:8, 31:15, 31:20, 33:23, 34:10, 34:13, 34:21, 34:25, 36:2, 36:23, 36:25, 37:4, 37:25, 40:3, 40:4, 41:9, 44:8, 55:12, 67:3, 68:1, 75:22
**campaigns** [6] - 18:11, 38:3, 38:5, 38:6, 38:9, 38:10
**cannot** [2] - 5:1, 16:18
**caption** [1] - 9:11
**care** [3] - 5:13, 23:6, 60:19
**carefully** [1] - 7:23
**Carlstrom** [1] - 4:16
**case** [27] - 4:5, 4:25, 6:6, 11:21, 12:25, 13:11, 14:16, 18:14, 18:23, 25:8, 25:11, 29:15, 35:22, 38:7, 42:3, 45:13, 46:9, 60:3, 70:6, 71:2, 71:8, 72:20, 73:3, 76:19, 76:22, 78:9, 78:20
**Case** [1] - 4:6
**casino** [1] - 53:4
**categorically** [1] - 70:10

84

**categories** [1] - 14:22

**category** [1] - 67:20

**caused** [2] - 38:7, 38:9

**cell** [11] - 73:13, 73:14, 73:21, 73:24, 74:3, 75:1, 75:2, 75:12, 75:16, 79:19, 79:20

**center** [2] - 32:15, 34:18

**certain** [2] - 62:12, 79:5

**certainly** [2] - 24:6, 30:7

**CERTIFICATE** [1] - 81:1

**certify** [1] - 81:4

**cetera** [1] - 27:19

**chain** [4] - 32:10, 32:13, 32:21, 34:17

**chairman** [1] - 41:5

**Chance** [3] - 15:4, 44:4, 44:14

**chance** [5] - 28:6, 76:2, 76:4, 76:5, 76:8

**changed** [1] - 27:4

**channel** [1] - 13:20

**charged** [2] - 7:7, 76:20

**charges** [1] - 78:9

**CHARLES** [2] - 2:2, 2:2

**Charles** [1] - 4:15

**charts** [1] - 73:14

**check** [8] - 15:21, 16:1, 22:12, 25:19, 25:20, 27:15, 33:7, 54:5

**checked** [1] - 24:20

**chief** [2] - 51:19, 52:3

**China** [15] - 14:1, 14:3, 41:9, 41:12, 41:16, 41:24, 45:19, 45:20, 46:2, 46:6, 46:14, 46:17, 47:5, 58:21

**Chinese** [51] - 14:1, 14:2, 14:11, 41:10, 41:11, 41:12, 41:14, 41:15, 41:18, 45:21, 45:24, 46:2, 46:9, 46:16, 48:2, 48:12, 48:17, 48:20, 49:9, 49:11, 49:16, 50:12, 52:24, 53:14, 54:10, 54:19, 55:6, 55:12, 55:16, 55:23, 56:1,

56:3, 56:8, 56:22, 57:2, 57:3, 57:6, 57:9, 57:13, 57:17, 57:23, 58:3, 58:8, 58:10, 61:17, 65:11, 66:9, 67:14, 67:15, 67:18, 77:14

**chose** [1] - 17:2

**chronological** [1] - 14:21

**chronologically** [1] - 73:20

**circuit** [1] - 29:13

**circumstances** [1] - 27:21

**circumvent** [1] - 16:7

**cite** [2] - 8:25, 10:4

**cited** [1] - 4:25

**Citibank** [3] - 64:6, 66:19, 66:21

**citing** [1] - 7:12

**citizen** [4] - 20:2, 20:5, 32:8

**citizens** [1] - 13:2

**City** [9] - 47:15, 64:6, 64:9, 64:13, 64:22, 65:2, 65:14, 73:16, 76:7

**city** [1] - 76:5

**civil** [1] - 40:13

**claiming** [1] - 67:15

**claims** [1] - 69:17

**classic** [1] - 64:21

**clean** [1] - 42:19

**clear** [3] - 18:17, 49:4, 52:16

**clearly** [2] - 5:7, 12:25

**CLERK** [3] - 5:21, 5:23, 7:3

**client** [3] - 62:25, 63:9

**clients** [1] - 63:16

**clinic** [2] - 26:3, 27:18

**close** [2] - 74:22, 79:11

**closed** [2] - 65:13, 66:18

**closer** [1] - 52:10

**closing** [9] - 8:10, 11:14, 25:5, 25:9, 29:1, 78:14, 78:15, 79:6, 79:11

**Closing** [1] - 3:3

**closings** [1] - 79:16

**clutch** [3] - 37:9, 37:10, 37:14

**co** [50] - 13:19, 13:25, 14:5, 17:8,

33:21, 34:8, 40:21, 41:20, 41:25, 42:14, 42:23, 43:2, 43:10, 44:6, 44:17, 44:19, 45:2, 45:15, 45:18, 46:4, 46:18, 46:23, 47:2, 47:10, 48:6, 48:13, 50:13, 50:15, 51:22, 52:17, 53:8, 53:13, 54:7, 55:8, 55:20, 55:24, 56:23, 58:7, 58:19, 58:25, 59:11, 59:17, 59:24, 60:2, 61:3, 62:23, 63:10, 63:25, 67:13, 77:13

**co-conspirator** [7] - 40:21, 43:2, 44:6, 44:17, 44:19, 58:7, 60:2

**co-conspirators** [43] - 13:19, 13:25, 14:5, 17:8, 33:21, 34:8, 41:20, 41:25, 42:14, 42:23, 43:10, 45:2, 45:15, 45:18, 46:4, 46:18, 46:23, 47:2, 47:10, 48:6, 48:13, 50:13, 50:15, 51:22, 52:17, 53:8, 53:13, 54:7, 55:8, 55:20, 55:24, 56:23, 58:19, 59:11, 59:17, 59:24, 61:3, 62:23, 63:10, 63:25, 67:13, 77:13

**coaching** [1] - 68:20

**coded** [1] - 62:14

**coerce** [1] - 14:14

**coincidence** [3] - 17:20, 43:11, 43:16

**Colfax** [8] - 44:22, 44:23, 45:6, 45:14, 62:1, 62:2, 63:2

**colleague** [1] - 13:10

**COLLEEN** [1] - 1:10

**colocated** [2] - 74:21, 76:10

**Columbia** [2] - 2:7, 81:13

**COLUMBIA** [1] - 1:1

**coming** [10] - 15:2, 32:20, 35:4, 43:16, 45:12, 46:19, 57:12, 57:17, 59:4, 79:12

**Commission** [2] - 37:22, 39:1

**commitment** [3] - 34:12, 34:13, 34:24

**commitments** [1] -

28:5

**committed** [2] - 41:16, 70:1

**Committee** [1] - 15:13

**Committee** [3] - 18:17, 31:17, 41:6

**committees** [1] - 38:2

**common** [3] - 20:6, 75:25

**communicated** [1] - 56:23

**communicating** [1] - 62:18

**communication** [2] - 51:20

**communications** [5] - 20:9, 35:24, 55:19, 55:22, 56:25

**Communist** [1] - 41:14

**companies** [3] - 44:5, 45:9, 61:23

**complaint** [1] - 38:25

**complete** [1] - 81:6

**complicated** [3] - 78:3, 78:5

**complication** [1] - 78:4

**computer** [1] - 20:16

**conceal** [10] - 20:11, 44:12, 61:4, 62:3, 62:9, 62:11, 65:8, 65:10, 70:17, 77:25

**concealed** [3] - 14:9, 14:10, 14:11

**concealing** [3] - 16:21, 32:9, 35:17

**concealment** [10] - 13:12, 34:6, 42:6, 42:21, 45:7, 59:11, 61:6, 61:21, 61:23, 63:4

**concern** [1] - 57:21

**concerned** [1] - 18:10

**concerning** [1] - 61:3

**concerns** [6] - 57:16, 57:17, 60:22, 64:22, 65:24, 66:13

**conclude** [1] - 25:5

**concluded** [1] - 80:4

**conclusion** [1] - 77:2

**concocted** [1] - 16:8

**conduit** [17] - 14:23, 15:6, 16:8, 16:20, 31:2, 37:20, 38:14, 39:25, 44:1, 68:2,

70:2, 70:5, 70:19, 71:21, 75:21, 76:21, 77:18

**conduiting** [1] - 34:6

**conduits** [16] - 15:7, 15:11, 15:15, 30:23, 33:2, 35:10, 35:16, 36:24, 44:9, 68:12, 69:6, 69:14, 69:21, 70:9, 70:22, 71:12

**confirmed** [1] - 33:19

**connected** [2] - 24:19, 30:10

**connections** [4] - 40:24, 41:1, 52:6, 53:6

**consciousness** [1] - 61:8

**consider** [7] - 10:22, 11:5, 18:13, 61:2, 73:12, 76:1

**considerations** [1] - 42:20

**considered** [1] - 18:1

**considering** [2] - 55:14, 61:1

**consistent** [3] - 4:25, 6:6, 78:7

**conspiracies** [1] - 7:7

**conspiracy** [4] - 6:17, 7:8, 32:16, 34:19

**conspirator** [7] - 40:21, 43:2, 44:6, 44:17, 44:19, 58:7, 60:2

**conspirators** [43] - 13:19, 13:25, 14:5, 17:8, 33:21, 34:8, 41:20, 41:25, 42:14, 42:23, 43:10, 45:2, 45:15, 45:18, 46:4, 46:18, 46:23, 47:2, 47:10, 48:6, 48:13, 50:13, 50:15, 51:22, 52:17, 53:8, 53:13, 54:7, 55:8, 55:20, 55:24, 56:23, 58:19, 58:25, 59:11, 59:17, 59:24, 61:3, 62:23, 63:10, 63:25, 67:13, 77:13

**constitutes** [1] - 81:4

**Constitution** [2] - 2:7, 81:14

**consulting** [1] - 63:19

**CONT'D** [1] - 2:1

**contact** [1] - 58:12
**contacts** [8] - 40:23, 40:25, 41:7, 41:22, 51:13, 52:22, 53:13, 77:9
**contemplating** [1] - 66:6
**continue** [5] - 14:8, 23:14, 24:7, 26:13, 39:22
**continued** [3] - 13:18, 37:3, 52:15
**continues** [1] - 35:11
**contract** [3] - 63:15, 63:16, 66:15
**contracts** [5] - 20:10, 62:25, 63:14, 63:22, 77:16
**contribute** [4] - 15:11, 16:4, 18:11, 39:20
**contributed** [3] - 16:13, 19:22, 39:16
**contributing** [2] - 38:3, 38:5
**contribution** [18] - 14:23, 15:7, 16:9, 16:16, 16:19, 16:20, 17:16, 18:21, 31:10, 33:6, 34:24, 37:20, 39:25, 44:1, 68:3, 71:21, 75:22, 77:18
**contributions** [26] - 15:23, 16:11, 17:1, 17:4, 19:4, 19:11, 19:23, 21:5, 21:14, 31:19, 31:20, 31:25, 32:5, 34:10, 34:25, 35:2, 35:4, 35:16, 38:14, 39:2, 39:13, 70:2, 70:5, 70:13, 70:20, 70:22
**contributor** [3] - 38:2, 38:18, 76:21
**contributors** [3] - 38:10, 38:11, 38:20
**control** [2] - 49:10, 49:14
**controlled** [4] - 15:3, 20:24, 32:25, 43:8
**convey** [1] - 57:9
**conveyed** [3] - 49:12, 49:13, 54:14
**convince** [5] - 13:21, 45:5, 69:21, 69:23, 69:24
**cooperate** [2] - 68:21, 73:3
**cooperating** [2] - 14:15, 72:9

**copy** [1] - 36:4
**core** [2] - 32:16, 78:5
**corner** [1] - 75:8
**correct** [1] - 27:16
**corrosive** [1] - 12:19
**corrupting** [1] - 12:19
**corruption** [1] - 40:9
**Council** [1] - 52:1
**counsel** [7] - 4:8, 12:8, 68:4, 68:24, 69:2, 79:10, 79:15
**counsels** [1] - 79:7
**counterterrorism** [1] - 48:17
**country** [1] - 40:7
**counts** [4] - 46:24, 55:15, 60:4, 60:5
**couple** [2] - 60:5, 68:4
**course** [2] - 32:14, 50:23
**COURT** [61] - 1:1, 4:1, 4:5, 4:13, 4:17, 5:20, 5:22, 5:24, 6:21, 6:25, 7:5, 7:10, 8:8, 8:14, 8:17, 8:23, 9:14, 9:19, 9:22, 10:3, 11:12, 11:14, 12:1, 12:5, 12:10, 12:14, 20:17, 20:19, 21:16, 21:19, 21:22, 22:3, 22:11, 22:22, 23:3, 23:14, 23:21, 23:23, 24:11, 24:14, 24:17, 25:14, 25:18, 25:23, 26:19, 27:3, 28:18, 28:22, 29:23, 30:1, 30:7, 30:12, 30:16, 47:21, 52:12, 56:13, 78:11, 78:24, 79:4, 79:22, 79:25
**court** [1] - 27:5
**Court** [8] - 2:6, 2:6, 9:12, 25:16, 26:23, 28:20, 81:12, 81:13
**Court's** [1] - 9:9
**courthouse** [2] - 24:2, 24:17
**courtroom** [5] - 11:10, 21:24, 29:21, 78:22, 79:5
**COURTROOM** [2] - 4:6, 12:8
**cover** [4] - 39:22, 70:17, 77:24
**covered** [1] - 67:2
**covering** [1] - 30:20
**COVID** [1] - 24:11
**creates** [1] - 9:17

**crimes** [1] - 41:16
**Criminal** [1] - 1:3
**criminal** [9] - 4:6, 60:4, 61:2, 61:7, 71:2, 71:8, 72:20, 76:22, 78:8
**critic** [1] - 41:14
**cross** [1] - 55:18
**cross-examination** [1] - 55:18
**CRR** [3] - 2:5, 81:3, 81:12
**cut** [1] - 7:6
**cutout** [4] - 19:17, 32:3, 44:2, 44:12

**D**

**D.C** [14] - 1:6, 1:16, 1:20, 2:4, 2:8, 34:5, 35:23, 36:13, 47:7, 48:4, 52:5, 53:25, 58:8, 81:14
**date** [2] - 58:2, 58:3
**Dated** [1] - 81:10
**dated** [1] - 35:6
**David** [1] - 4:14
**DAVID** [1] - 1:21
**Davis** [13] - 41:4, 41:21, 42:8, 45:18, 46:8, 48:6, 51:3, 51:6, 54:21, 55:21, 56:11, 62:19
**Davis's** [1] - 48:14
**days** [6] - 27:10, 27:11, 27:25, 35:12, 51:17, 71:9
**de** [1] - 54:8
**deadline** [1] - 58:3
**dealings** [1] - 70:11
**deceived** [1] - 14:13
**deception** [1] - 59:12
**decided** [1] - 23:16
**decision** [1] - 25:20
**decisions** [1] - 11:5
**declaration** [2] - 39:7, 39:8
**Defendant** [7] - 1:7, 4:16, 5:5, 11:16, 13:6, 71:4, 79:15
**DEFENDANT** [2] - 1:21, 2:2
**definitely** [1] - 12:14
**definitively** [1] - 71:18
**deliberations** [4] - 11:22, 26:11, 29:3, 29:14
**deliver** [5] - 51:22,

57:19, 57:22, 57:23, 58:9
**demand** [4] - 69:5, 69:20, 77:4, 77:6
**demanded** [1] - 69:10
**demanding** [1] - 77:6
**democracy** [3] - 12:18, 12:20, 13:4
**Democratic** [5] - 17:16, 17:22, 18:16, 31:10, 31:17
**demonstrates** [1] - 12:25
**denied** [2] - 16:25, 70:10
**denies** [1] - 73:5
**densely** [1] - 76:9
**Department** [5] - 40:11, 47:11, 61:16, 66:25
**DEPARTMENT** [2] - 1:15, 1:18
**deposit** [1] - 66:6
**DEPUTY** [2] - 4:6, 12:8
**deputy** [1] - 41:5
**described** [1] - 27:18
**details** [1] - 43:4
**determination** [1] - 39:5
**determine** [2] - 42:8, 75:20
**development** [1] - 63:18
**Development** [1] - 40:6
**diabetic** [1] - 22:10
**DiCaprio** [3] - 17:12, 17:18, 31:9
**different** [4] - 26:25, 63:16
**difficult** [2] - 45:10
**difficulties** [1] - 20:15
**diminish** [1] - 39:12
**direct** [4] - 49:10, 49:14, 54:4, 55:18
**directed** [2] - 55:6, 59:7
**direction** [4] - 19:19, 57:8, 64:3, 67:18
**directions** [2] - 55:23, 57:12
**directly** [4] - 15:16, 16:13, 31:1, 51:1
**disappear** [1] - 40:17
**disbursed** [1] - 45:15
**disclose** [3] - 49:24, 50:3, 60:23

**disclosure** [1] - 39:12
**discovery** [4] - 71:1, 71:2, 72:2, 72:20
**discuss** [4] - 29:15, 46:21, 54:1, 68:24
**discussed** [1] - 48:23
**dismissing** [1] - 27:1
**distance** [5] - 20:10, 42:22, 44:12, 62:21, 62:23
**distracting** [1] - 79:8
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [1] - 81:13
**District** [5] - 2:6, 2:7, 74:1, 74:4, 81:13
**DNC** [1] - 31:17
**document** [5] - 46:2, 47:25, 48:5, 55:2, 55:4
**documents** [12] - 20:9, 54:16, 54:17, 54:18, 54:19, 54:25, 55:5, 56:20, 65:3, 67:25, 68:2, 68:5
**DOJ** [5] - 67:23, 71:18, 71:24, 71:25, 77:11
**dole** [1] - 44:20
**dollars** [18] - 15:9, 16:2, 16:17, 18:20, 30:22, 31:19, 32:22, 35:15, 43:1, 43:8, 43:16, 44:5, 46:25, 50:1, 58:17, 59:5, 61:12, 66:15
**donation** [1] - 31:25
**donations** [4] - 19:11, 21:4, 39:11, 69:7
**done** [8] - 7:1, 35:3, 39:23, 70:18, 77:22, 77:25, 79:12
**donor** [2] - 16:21, 39:21
**donors** [10] - 15:8, 15:11, 30:24, 36:24, 37:13, 38:10, 38:11, 38:13, 38:20, 71:13
**door** [1] - 79:11
**double** [2] - 27:15, 56:11
**double-check** [1] - 27:15
**down** [10] - 19:23, 22:15, 30:8, 72:24, 73:22, 74:16, 74:17, 74:20, 75:6

**Dr** [5] - 68:8, 68:9, 68:12, 68:15, 77:8
**Drive** [2] - 48:14, 55:21
 **drop** [2] - 13:22, 45:5
 **dropped** [1] - 41:2
 **due** [1] - 14:3
 **during** [29] - 13:10, 14:18, 16:6, 18:14, 19:1, 22:10, 43:23, 47:18, 48:4, 48:22, 49:22, 50:10, 52:21, 59:20, 60:12, 63:6, 63:14, 64:14, 67:1, 67:3, 67:4, 67:11, 68:15, 70:15, 70:21, 72:15, 72:18, 79:10

### E

 **E-double** [1] - 56:11
 **early** [6] - 42:15, 58:20, 67:24, 68:18, 69:2
 **easier** [2] - 4:20, 11:20
 **edition** [1] - 5:19
 **EDWARDS** [2] - 2:5, 81:3
 **Edwards** [1] - 81:12
 **effective** [1] - 60:25
 **effort** [1] - 53:17
 **efforts** [19] - 14:2, 14:4, 20:10, 35:20, 36:6, 45:16, 50:15, 51:4, 53:1, 53:3, 53:18, 54:6, 54:9, 60:22, 60:24, 62:3, 62:22, 62:23
 **either** [9] - 7:5, 7:17, 9:12, 9:14, 9:16, 10:9, 11:2, 12:6, 27:9
 **Election** [2] - 37:22, 39:1
 **election** [11] - 13:18, 15:20, 16:10, 16:22, 17:5, 17:7, 17:22, 31:5, 31:7, 32:19, 35:20
 **elections** [2] - 12:23, 15:24
 **Elliott** [12] - 41:5, 42:7, 43:18, 44:24, 47:8, 50:18, 51:11, 54:2, 54:21, 56:11, 59:10, 62:18
 **email** [22] - 18:15, 18:18, 18:22, 19:3, 19:5, 19:15, 19:20,

20:13, 20:20, 21:11, 31:17, 31:21, 32:2, 32:10, 32:12, 32:13, 32:21, 34:15, 34:17, 34:23, 35:1, 46:1
 **emailing** [2] - 18:16, 32:3
 **emails** [8] - 18:13, 19:16, 20:5, 31:16, 32:8, 33:8, 34:7, 46:8
 **embassy** [3] - 58:8, 67:14, 77:15
 **embezzlement** [1] - 40:9
 **emergency** [3] - 24:3, 26:1, 27:6
 **Encino** [1] - 1:23
 **end** [7] - 14:7, 25:7, 29:7, 63:23, 74:18, 74:19, 77:23
 **endeavor** [1] - 66:17
 **ended** [1] - 55:8
 **ending** [1] - 26:10
 **ends** [2] - 32:14, 47:7
 **enforcement** [4] - 45:10, 55:2, 66:24, 69:25
 **enforcement-
sensitive** [1] - 55:2
 **enforces** [1] - 37:25
 **enhanced** [1] - 13:1
 **enlist** [1] - 53:8
 **enlisted** [2] - 41:19, 52:4
 **ensure** [4] - 14:7, 14:8, 52:18, 59:3
 **entered** [2] - 11:10, 29:21
 **entire** [7] - 34:17, 44:13, 48:7, 74:20, 76:2, 76:9, 76:12
 **entities** [5] - 15:3, 35:14, 45:9, 63:16, 64:17
 **entity** [1] - 20:24
 **entry** [1] - 4:24
 **envoys** [1] - 57:3
 **equipment** [1] - 12:9
 **Eric** [9] - 19:16, 19:20, 20:23, 21:12, 32:2, 32:13, 44:3, 44:11
 **especially** [1] - 29:8
 **ESQ** [6] - 1:14, 1:17, 1:18, 1:21, 1:22, 2:2
 **essentially** [4] - 43:11, 53:8, 54:8, 69:15
 **estate** [1] - 63:23

 **et** [1] - 27:19
 **etiquette** [1] - 79:5
 **evade** [1] - 16:7
 **evaluated** [1] - 26:22
 **event** [26] - 21:2, 21:3, 32:6, 33:10, 33:12, 33:15, 33:18, 33:22, 33:23, 33:24, 34:1, 34:2, 34:4, 35:22, 35:23, 36:3, 36:7, 36:9, 36:13, 36:15, 36:18, 36:20, 36:22, 37:1, 37:17, 62:24
 **events** [5] - 37:11, 38:23, 68:6, 69:3, 73:19
 **evidence** [14] - 14:18, 14:20, 16:12, 29:9, 29:10, 41:11, 55:14, 61:2, 61:3, 61:5, 63:6, 74:3, 75:20, 78:7
 **evidently** [1] - 22:23
 **exactly** [8] - 10:10, 19:6, 19:12, 25:6, 34:9, 46:15, 49:15, 55:12
 **examination** [1] - 55:18
 **example** [3] - 55:25, 63:18, 64:21
 **examples** [2] - 61:22, 62:15
 **except** [1] - 44:10
 **exchange** [2] - 13:4, 13:15
 **exchanging** [1] - 46:8
 **exclusive** [1] - 37:10
 **excuse** [6] - 12:1, 17:10, 24:23, 25:5, 25:8, 56:15
 **excused** [3] - 21:17, 21:20, 29:15
 **excusing** [1] - 26:18
 **Exhibit** [2] - 56:18, 56:21
 **exhibit** [1] - 56:20, 56:21
 **exited** [2] - 21:24, 78:22
 **expect** [3] - 58:12, 79:10, 79:14
 **expectation** [1] - 42:1
 **expected** [2] - 14:5, 79:6
 **expert** [5] - 73:13, 79:20, 79:21, 79:25

 **explained** [9] - 33:17, 37:24, 64:2, 64:15, 64:25, 65:18, 70:15, 71:2, 73:7
 **explains** [1] - 46:16
 **express** [1] - 15:10
 **expressed** [1] - 31:18
 **expresses** [1] - 51:16
 **extend** [1] - 20:7
 **extensively** [1] - 55:18
 **extort** [1] - 70:16
 **extra** [2] - 27:25, 78:18
 **extradite** [2] - 14:2, 41:12
 **extradited** [4] - 41:23, 46:17, 54:9, 58:4
 **extradition** [19] - 46:22, 47:20, 47:24, 50:2, 50:12, 52:23, 53:2, 53:11, 53:23, 54:1, 54:5, 56:7, 57:19, 58:11, 59:1, 65:11, 66:10, 67:10, 67:18

### F

 **facet** [1] - 41:8
 **facets** [1] - 40:4
 **facilitate** [1] - 32:18
 **facilitator** [1] - 44:24
 **fact** [8] - 5:1, 49:24, 50:20, 51:7, 65:8, 65:10, 68:7, 75:25
 **facto** [1] - 54:8
 **facts** [1] - 75:19
 **faith** [1] - 66:6
 **fake** [4] - 20:10, 62:25, 63:22, 77:16
 **fall** [1] - 50:9
 **false** [1] - 38:8
 **falsehoods** [2] - 63:23, 65:4
 **familiar** [1] - 60:18
 **fans** [1] - 51:8
 **far** [3] - 28:15, 29:11, 29:13
 **FARA** [5] - 60:6, 60:10, 60:13, 60:18, 61:10
 **fast** [3] - 40:1, 44:10, 47:6
 **fast-forward** [3] - 40:1, 44:10, 47:6

 **father** [3] - 35:21, 36:3, 37:19
 **FBI** [10] - 14:25, 48:15, 49:20, 55:3, 66:25, 67:22, 68:16, 73:12, 77:9, 77:11
 **featuring** [3] - 21:3, 33:10, 34:4
 **February** [3] - 67:24, 68:10, 69:3
 **February-March** [1] - 69:3
 **FEC** [7] - 37:22, 37:23, 37:24, 38:8, 39:3, 39:9
 **FEC's** [1] - 39:5
 **Federal** [2] - 37:21, 39:1
 **federal** [4] - 37:24, 37:25, 66:24, 67:5
 **fee** [1] - 42:18
 **few** [9] - 14:17, 24:8, 38:23, 43:22, 61:22, 62:15, 71:7, 74:10, 77:2
 **fide** [2] - 69:22, 69:25
 **figure** [2] - 5:12, 7:20
 **figuring** [1] - 53:12
 **file** [1] - 38:8
 **filed** [1] - 39:1
 **filings** [3] - 37:21, 38:2, 38:3
 **final** [3] - 25:19, 56:12, 67:20
 **finalized** [1] - 24:9
 **finance** [2] - 37:25, 41:5
 **finances** [1] - 43:21
 **financial** [7] - 15:15, 20:24, 45:10, 62:10, 64:4, 64:5, 70:11
 **finish** [2] - 25:9, 29:1
 **FIRM** [1] - 1:22
 **firm** [2] - 69:4, 69:19
 **first** [5] - 6:17, 17:11, 71:20, 71:23, 74:9
 **fit** [1] - 42:9
 **five** [3] - 78:12, 78:18, 79:17
 **fix** [1] - 5:22
 **fixed** [2] - 4:21, 5:24
 **fixer** [1] - 51:11
 **flags** [1] - 64:11
 **flanking** [1] - 37:6
 **flew** [1] - 33:15
 **flow** [1] - 73:19
 **flowing** [1] - 14:7
 **flows** [1] - 43:21
 **focusing** [1] - 14:21

**folks** [2] - 47:4, 57:18
**follow** [2] - 53:15, 69:12
**following** [18] - 8:22, 11:11, 19:15, 21:25, 22:2, 23:13, 24:16, 25:22, 29:22, 33:8, 34:2, 39:10, 43:17, 46:25, 58:17, 78:23, 80:3
**follows** [6] - 43:7, 43:12, 51:18, 51:21, 59:14, 71:1
**FOR** [4] - 1:1, 1:14, 1:21, 2:2
**foregoing** [1] - 81:4
**Foreign** [1] - 60:5
**foreign** [39] - 12:19, 12:21, 13:1, 13:4, 13:11, 13:12, 14:23, 15:2, 15:3, 15:23, 16:18, 18:10, 32:25, 35:14, 37:1, 37:20, 39:19, 39:25, 40:2, 42:3, 42:4, 43:8, 43:25, 44:4, 45:4, 49:5, 49:9, 49:13, 49:17, 55:7, 55:11, 60:8, 67:3, 68:1, 68:2, 75:21, 75:22
**foreign-controlled** [1] - 32:25
**foreperson** [1] - 29:4
**forfeiture** [1] - 40:13
**forgot** [1] - 79:2
**formal** [1] - 66:15
**formally** [1] - 24:24
**former** [4] - 41:5, 52:1, 71:11, 72:13
**forward** [12] - 18:22, 19:5, 26:5, 26:6, 26:12, 27:22, 28:12, 40:1, 42:5, 44:10, 47:6, 50:8
**forwarded** [8] - 20:21, 21:11, 31:21, 31:22, 32:10, 32:12, 34:15, 34:17
**forwards** [2] - 19:3, 34:16
**Four** [1] - 47:15
**four** [1] - 14:21
**Frank** [19] - 17:25, 18:9, 31:12, 33:17, 35:25, 36:1, 36:7, 36:17, 36:20, 37:13, 37:15, 71:10, 72:11, 72:12, 72:14, 72:24, 76:18, 77:1, 77:3

**frankly** [1] - 7:14
**fraud** [1] - 40:8
**fraudulent** [1] - 65:5
**Friday** [1] - 23:25
**friend** [2] - 40:20, 58:7
**friends** [5] - 15:8, 59:9, 77:5
**friendship** [1] - 17:13
**fugitive** [1] - 46:9
**full** [2] - 65:4, 81:5
**fund** [2] - 36:20, 40:6
**Fund** [13] - 15:12, 15:21, 16:2, 16:5, 16:15, 30:23, 33:3, 33:6, 35:10, 35:17, 38:8, 38:19, 68:14
**fundraiser** [4] - 18:19, 31:18, 31:24, 32:6
**fundraising** [13] - 15:12, 18:2, 19:4, 19:9, 21:3, 33:9, 34:2, 34:4, 34:10, 35:22, 36:19, 37:11, 72:14
**funds** [4] - 15:17, 64:18, 66:5, 77:18
**funnel** [2] - 16:9, 32:18
**funneled** [3] - 13:17, 30:23, 33:2
**funneling** [4] - 16:21, 35:9, 35:19, 45:9
**future** [3] - 66:6, 66:10, 66:17

## G

**gain** [1] - 13:8
**game** [5] - 50:16, 51:15, 51:21, 52:8, 52:16
**Garment** [2] - 74:1, 74:4
**Gates** [3] - 52:5, 52:7, 53:1
**gathering** [1] - 31:19
**General** [5] - 48:3, 52:1, 57:10, 67:1
**general** [1] - 48:4
**gentlemen** [11] - 19:7, 20:21, 39:15, 43:15, 54:17, 56:15, 61:1, 66:23, 75:18, 76:24, 78:1
**George** [4] - 58:6, 60:11, 60:13, 63:15
**glad** [1] - 24:13

**global** [1] - 63:19
**golf** [6] - 50:16, 50:23, 51:15, 51:21, 52:8, 52:16
**good-faith** [1] - 66:6
**Google** [2] - 48:14, 55:21
**gosh** [1] - 79:2
**Government** [9] - 4:9, 8:12, 11:15, 11:17, 25:4, 46:21, 68:23, 69:2, 71:3
**GOVERNMENT** [1] - 1:14
**government** [45] - 11:24, 13:9, 13:21, 14:1, 14:11, 41:10, 41:11, 41:15, 41:19, 45:21, 45:24, 46:2, 46:5, 46:16, 48:12, 48:20, 49:9, 49:10, 49:11, 49:17, 50:12, 52:24, 53:14, 54:10, 54:19, 55:6, 55:13, 55:16, 55:23, 56:1, 56:9, 56:22, 57:3, 57:6, 57:9, 57:13, 57:17, 57:24, 58:3, 58:10, 58:12, 61:17, 65:12, 66:9, 67:19
**Government's** [6] - 14:15, 25:8, 56:18, 68:21, 72:3, 73:3
**governments** [1] - 12:21
**grand** [9] - 17:24, 31:12, 33:17, 36:8, 67:23, 68:8, 71:5, 72:15, 72:16
**Gray** [1] - 73:13
**Gray's** [1] - 74:21
**greed** [2] - 13:12, 42:4
**greedy** [1] - 13:13
**group** [1] - 17:15
**guaranteed** [1] - 42:24
**guest** [1] - 37:5
**guests** [1] - 37:12
**guilt** [1] - 61:8
**guilty** [1] - 78:8
**Guo** [23] - 41:13, 41:14, 41:23, 46:12, 46:17, 47:19, 47:24, 48:23, 50:2, 50:12, 52:23, 53:1, 53:11, 53:17, 54:9, 57:19, 58:4, 59:1, 65:11, 66:9, 67:10, 67:17
**Guo's** [7] - 46:22,

**48**:18, 53:23, 54:1, 54:5, 56:7, 58:11
**guy** [4] - 19:24, 19:25, 32:6, 34:14
**guys** [2] - 21:6, 21:9

## H

**Haitian** [1] - 67:16
**hand** [6] - 35:2, 48:1, 48:11, 73:20, 74:8, 74:15
**handing** [1] - 9:4
**hands** [2] - 21:7, 35:14, 54:22, 55:10
**happy** [1] - 36:11
**harms** [1] - 12:20
**Hartsock** [1] - 37:24
**HASKELL** [3] - 2:2, 2:3, 79:2
**Haskell** [2] - 4:15, 78:25
**head** [1] - 53:2
**header** [1] - 56:24
**hear** [10] - 9:22, 11:15, 11:16, 12:14, 21:19, 22:16, 24:13, 27:9, 60:4, 62:5
**heard** [48] - 14:17, 14:24, 15:14, 15:22, 16:24, 17:24, 18:23, 19:24, 36:7, 36:17, 37:9, 37:22, 38:24, 40:8, 41:3, 41:10, 44:23, 44:24, 47:8, 47:16, 49:23, 50:18, 50:20, 52:4, 53:18, 53:20, 55:3, 58:1, 58:14, 58:23, 59:6, 60:6, 60:17, 62:15, 62:18, 63:6, 64:5, 65:15, 68:9, 69:8, 69:14, 70:6, 70:8, 72:16, 73:4, 74:2, 75:21, 78:7
**hearing** [4] - 8:2, 68:16, 71:7, 71:9
**heightened** [1] - 13:2
**held** [1] - 36:20
**help** [11] - 13:25, 24:1, 40:22, 43:5, 46:16, 46:18, 46:23, 47:10, 47:19, 48:9, 53:12
**helping** [1] - 17:6
**hereby** [1] - 81:3
**Heuchling** [10] - 14:25, 15:14, 22:21, 22:22, 33:13, 55:3,

**55**:17, 57:14, 71:1, 73:7
**Heuchling's** [2] - 18:15, 38:25
**hid** [5] - 14:9, 14:10, 14:11, 39:20, 39:21
**hidden** [1] - 73:2
**hide** [15] - 39:11, 39:18, 42:23, 61:4, 61:10, 61:14, 62:3, 62:11, 63:4, 65:8, 65:10, 70:17, 73:2, 77:18, 77:24
**hiding** [4] - 32:9, 42:21, 61:6, 61:21
**Higginbotham** [15] - 58:7, 58:14, 58:21, 59:7, 59:9, 60:11, 60:13, 60:17, 62:16, 64:2, 64:7, 64:23, 64:24, 65:25, 66:20
**Higginbotham's** [3] - 63:15, 67:14, 77:14
**high** [7] - 13:21, 17:25, 37:13, 46:20, 51:25, 58:12, 63:23
**high-end** [1] - 63:23
**high-profile** [2] - 17:25, 37:13
**high-ranking** [4] - 13:21, 46:20, 51:25, 58:12
**highest** [2] - 13:9, 55:9
**highlights** [1] - 51:7
**himself** [12] - 13:22, 15:20, 16:12, 31:2, 33:5, 33:19, 36:9, 39:7, 54:24, 59:7, 59:9, 69:15
**history** [1] - 69:14
**Hock** [1] - 35:21
**Holdings** [3] - 20:23, 32:23, 33:1
**home** [1] - 36:21
**Homeland** [3] - 47:12, 52:2
**Hong** [1] - 45:19
**Honor** [30] - 4:2, 4:3, 4:4, 4:12, 4:14, 5:17, 6:15, 8:7, 8:13, 9:23, 11:25, 12:4, 12:15, 20:14, 20:15, 22:9, 23:2, 23:20, 23:22, 24:10, 25:3, 25:4, 25:10, 26:17, 28:16, 28:19, 30:4, 30:5, 30:10, 79:18
**honor** [1] - 37:5
**HONORABLE** [1] -

1:10
  hopefully [5] - 23:9,
27:14, 28:24, 36:2,
56:19
  hoping [1] - 46:20
  hospital [2] - 24:20,
27:17
  hosts [1] - 37:13
  Hotel [1] - 47:16
  hour [1] - 78:17
  hours [3] - 75:9,
75:11, 76:11
  House [1] - 55:9
  Husseiny [2] - 33:25,
37:7

I

  idea [7] - 48:8, 50:18,
51:2, 51:15, 63:7,
64:18, 69:20
  identifiable [1] - 73:7
  identified [2] - 38:18,
38:20
  identify [3] - 4:8,
38:10, 59:8
  iffy [1] - 28:3
  ill [1] - 25:7
  illegal [6] - 13:20,
45:8, 62:7, 62:12,
63:11
  image [2] - 73:16,
74:25
  immediate [1] - 55:4
  immediately [3] -
36:16, 37:5, 43:7
  impact [1] - 12:19
  implicated [2] - 40:9,
40:10
  import [1] - 69:9
  important [6] - 20:8,
50:5, 57:10, 65:6,
65:8, 65:9
  importantly [1] -
59:2
  incessantly [1] -
51:20
  inclination [1] -
25:18
  inclined [1] - 10:16
  include [2] - 10:6,
11:4
  included [4] - 10:4,
39:6, 39:10, 40:12
  includes [5] - 38:2,
50:14, 53:3, 71:4,
71:5
  including [10] -
13:21, 19:16, 31:16,

33:13, 35:25, 37:23,
51:25, 59:6, 69:5,
73:15
  inconsistent [2] -
5:5, 5:7
  inconvenience [1] -
60:20
  increase [1] - 37:3
  increasingly [1] -
52:16
  increments [1] -
35:15
  indeed [2] - 46:15,
66:12
  Indiana [1] - 2:3
  indicate [1] - 9:3
  indicates [1] - 48:18
  indicating [1] - 21:15
  indicted [1] - 70:25
  indictment [25] - 5:9,
5:11, 5:12, 6:16, 6:20,
6:23, 7:3, 7:6, 7:9,
7:13, 7:14, 7:18, 7:22,
8:19, 9:1, 9:2, 9:3,
9:4, 9:10, 10:1, 10:5,
10:10, 10:15, 10:17,
10:21
  indiscernible [2] -
47:19, 52:10
  individuals [3] -
69:5, 69:6, 70:7
  inference [1] - 5:2
  infiltrate [1] - 12:23
  influence [18] -
12:20, 13:1, 13:8,
13:11, 13:20, 40:2,
41:8, 41:22, 42:3,
45:4, 49:5, 51:13,
52:22, 53:6, 55:11,
67:3, 68:1, 75:22
  influencer [1] - 51:11
  inform [1] - 58:9
  informal [1] - 26:4
  information [15] -
7:21, 23:9, 25:24,
35:25, 36:2, 38:3,
39:4, 49:19, 50:6,
61:13, 65:4, 66:3,
67:25, 68:2, 71:3
  inquire [1] - 64:24
  inquiry [2] - 26:4,
66:1
  insider [2] - 13:7,
60:1
  insiders [2] - 13:2,
13:7
  insisted [1] - 58:15
  Inspector [1] - 67:1
  instances [1] - 79:11
  instead [5] - 9:3,

21:23, 23:7, 26:11,
44:14
  institutions [4] -
12:24, 45:11, 64:5,
64:6
  instruct [1] - 62:5
  instructing [1] - 60:3
  Instruction [3] -
4:22, 5:4, 6:18
  instruction [14] - 5:1,
5:11, 5:13, 5:18, 6:7,
6:9, 6:19, 9:7, 9:24,
10:3, 10:4, 10:8,
10:13, 10:18
  instructions [8] -
4:19, 4:22, 6:17, 8:25,
11:21, 29:2, 29:11,
80:1
  intact [1] - 25:17
  Integrity [1] - 1:19
  intended [2] - 34:11,
56:9
  intending [4] - 17:6,
19:5, 31:7, 33:16
  intent [1] - 61:7
  intentions [1] - 18:17
  interest [3] - 31:18,
50:20, 51:16
  interested [1] - 60:19
  interesting [1] -
43:24
  intermediary [3] -
19:2, 19:21, 32:4
  interview [5] - 49:22,
67:2, 67:5, 67:11,
71:4
  interviewed [5] -
66:25, 67:22, 72:3,
72:6, 72:18
  intimate [2] - 21:7,
21:10
  introduced [2] -
18:25, 54:7
  introduces [2] -
53:9, 53:10
  investigated [1] -
50:21
  investigation [14] -
14:15, 57:15, 68:7,
68:19, 68:21, 68:25,
70:24, 72:4, 72:10,
72:15, 72:19, 73:3,
76:19, 77:22
  investment [1] -
43:13
  investments [2] -
66:7, 66:10
  investor [2] - 65:20,
66:4
  invitation [2] - 33:9,

33:11
  invited [1] - 39:3
  involve [2] - 66:10,
66:11
  involved [11] - 18:4,
18:8, 31:14, 40:5,
41:9, 43:19, 57:7,
60:5, 63:7, 66:9,
72:14
  involvement [5] -
42:13, 42:23, 44:13,
50:21, 60:23
  involves [2] - 60:7,
62:6
  involving [7] - 13:22,
19:3, 34:7, 55:15,
65:11, 66:3, 68:25
  Israely [1] - 4:15
  ISRAELY [1] - 1:22
  issue [16] - 6:5,
17:10, 20:18, 22:14,
22:19, 24:22, 26:25,
27:2, 28:8, 37:21,
50:2, 52:23, 53:10,
53:19, 53:23, 61:19
  issues [1] - 20:22
  it'll [1] - 11:19
  items [1] - 56:6
  itself [3] - 5:13,
35:12, 48:13
  IX [1] - 44:15

J

  Jack [1] - 70:8
  January [1] - 67:1
  Jeff [1] - 48:3
  Jho [125] - 13:15,
13:23, 14:10, 15:2,
15:5, 15:9, 15:16,
15:17, 15:19, 15:25,
16:9, 16:13, 16:22,
16:23, 16:25, 17:3,
17:8, 17:13, 17:14,
18:4, 18:6, 18:25,
19:2, 19:6, 19:9,
19:13, 19:18, 20:3,
20:8, 20:11, 20:25,
21:8, 21:9, 21:10,
30:21, 30:22, 31:1,
31:5, 31:14, 31:22,
31:24, 31:25, 32:7,
32:17, 32:24, 33:5,
33:11, 33:14, 33:18,
33:20, 33:21, 33:22,
33:24, 34:11, 34:14,
34:16, 34:19, 35:1,
35:8, 35:13, 35:18,
35:20, 35:21, 36:2,

36:9, 36:11, 37:1,
37:8, 37:18, 38:16,
38:19, 39:18, 40:5,
40:9, 40:15, 40:22,
41:19, 41:21, 42:9,
42:11, 42:12, 42:16,
42:23, 43:2, 43:8,
43:17, 44:3, 44:18,
44:22, 45:13, 45:22,
47:1, 50:11, 51:3,
51:9, 51:22, 54:20,
57:15, 58:18, 58:22,
58:24, 59:4, 59:15,
59:19, 60:15, 60:23,
61:11, 61:24, 62:8,
62:16, 62:19, 64:8,
64:9, 65:7, 65:9, 66:8,
66:22, 67:8, 67:9,
67:12
  Joel [11] - 18:22,
18:23, 19:1, 19:20,
21:12, 31:21, 32:3,
32:13, 33:25, 34:15,
37:6
  JOHN [1] - 1:14
  John [4] - 4:10,
47:12, 52:1, 57:10
  joint [1] - 15:12
  Jr [5] - 17:25, 31:12,
36:7, 36:17, 71:11
  judge [3] - 60:3, 62:5
  JUDGE [1] - 1:11
  July [8] - 35:6, 57:25,
58:2, 58:6, 71:7,
71:15, 72:5, 75:10
  June [12] - 21:2,
21:13, 32:24, 33:8,
33:15, 33:23, 34:2,
39:9, 51:14, 53:19,
54:13, 58:6
  juror [9] - 22:24,
25:1, 25:5, 25:7, 25:9,
25:11, 26:19, 26:20,
27:1
  JUROR [3] - 21:15,
21:17, 21:20
  Juror [2] - 23:6,
29:19
  jurors [7] - 8:3, 8:23,
23:3, 23:6, 23:11,
28:5, 29:10
  JURY [5] - 1:10,
11:13, 12:17, 29:25,
30:18
  jury [30] - 6:23, 10:2,
11:10, 11:12, 11:21,
17:24, 21:24, 23:11,
24:23, 24:24, 24:25,
25:2, 25:17, 27:12,
28:2, 28:11, 29:18,

89

29:21, 29:24, 31:12, 33:17, 36:8, 67:24, 68:8, 71:5, 72:15, 72:16, 78:22, 79:8, 80:1
**Justice** [4] - 40:12, 47:11, 61:16, 66:25
**JUSTICE** [2] - 1:15, 1:18
**Justin** [1] - 73:13

## K

**keep** [8] - 20:5, 20:8, 23:18, 25:17, 32:8, 59:3, 59:4, 73:2
**Keller** [2] - 4:10, 8:16
**KELLER** [9] - 1:14, 4:3, 6:15, 6:22, 7:7, 8:16, 9:9, 9:18, 25:4
**Kelly** [4] - 47:12, 52:1, 57:10, 57:11
**Kenner** [5] - 4:15, 4:25, 8:10, 9:15, 78:15
**KENNER** [20] - 1:21, 1:22, 4:2, 4:14, 9:21, 9:23, 22:9, 23:2, 23:20, 23:22, 24:10, 24:13, 25:3, 25:10, 25:15, 26:17, 26:20, 28:19, 79:18, 79:23
**Kenner's** [2] - 10:16, 78:13
**kept** [1] - 14:7
**kind** [2] - 45:1, 49:17
**kindly** [1] - 57:9
**kinds** [2] - 28:23, 37:11
**knowing** [2] - 16:22, 19:5
**knowledge** [1] - 64:3
**knows** [6] - 71:20, 71:24, 71:25, 72:2, 72:3, 72:4
**KOLLAR** [1] - 1:10
**KOLLAR-KOTELLY** [1] - 1:10
**Kong** [1] - 45:19
**KOTELLY** [1] - 1:10
**Kriss** [1] - 4:15

## L

**ladies** [11] - 19:7, 20:21, 39:15, 43:15, 54:17, 56:15, 61:1, 66:23, 75:18, 76:24, 78:1

**laid** [1] - 31:23
**land** [2] - 55:9, 74:1
**language** [1] - 62:14
**Laogumnerd** [4] - 43:14, 44:11, 58:22, 62:20
**lapel** [2] - 12:3, 56:14
**lapsed** [1] - 70:19
**large** [3] - 42:2, 64:19
**largely** [2] - 14:20, 38:22
**Larry** [10] - 35:21, 35:25, 36:2, 36:4, 36:6, 36:10, 36:12, 36:14, 37:5, 37:14
**last** [4] - 4:21, 5:6, 7:12, 14:17
**lastly** [1] - 66:23
**late** [1] - 68:22
**launder** [1] - 62:3
**Laundering** [1] - 65:24
**laundering** [6] - 45:7, 62:4, 62:6, 62:9, 64:13, 64:21
**law** [13] - 13:4, 13:8, 16:7, 37:25, 45:10, 55:2, 60:4, 66:24, 69:4, 69:19, 69:24, 77:23, 78:6
**Law** [2] - 44:22, 62:1
**LAW** [5] - 1:22, 2:2, 5:21, 5:23, 7:3
**laws** [2] - 15:22, 16:3
**lawyer** [1] - 72:25
**layer** [2] - 45:7, 63:3
**layering** [1] - 61:24
**layers** [1] - 78:3
**lead** [1] - 49:6
**learned** [2] - 19:17, 53:21
**least** [4] - 26:22, 29:3, 29:12, 52:19
**leave** [2] - 21:23, 30:9
**leaving** [2] - 23:8, 64:20
**led** [1] - 42:14
**left** [6] - 6:4, 11:7, 29:6, 35:2, 48:1, 73:20
**left-hand** [3] - 35:2, 48:1, 73:20
**legal** [6] - 13:22, 45:1, 45:2, 45:3, 63:2, 69:11
**legitimacy** [1] - 63:8, 64:1
**legitimate** [5] -

43:13, 63:18, 64:15, 66:16, 69:25
**lengthy** [1] - 10:22
**Leonardo** [2] - 17:12, 31:8
**less** [2] - 35:7, 60:25
**Leticia** [1] - 64:12
**letter** [4] - 48:2, 48:9, 70:8, 70:14
**letters** [9] - 69:5, 69:8, 69:9, 69:10, 69:13, 69:20, 70:20, 77:4, 77:6
**leverage** [4] - 41:1, 41:22, 48:9, 53:12
**lie** [2] - 39:15, 77:11
**lied** [4] - 14:13, 39:21, 67:12, 67:13
**lies** [7] - 59:11, 63:23, 65:4, 66:8, 66:21, 67:4, 70:4
**lift** [2] - 9:6, 10:6
**light** [1] - 60:14
**Lijun** [8] - 45:21, 46:3, 46:13, 46:16, 47:3, 47:6, 48:4, 56:4
**Lijun's** [1] - 46:5
**limits** [1] - 16:16
**linchpin** [2] - 32:16
**line** [3] - 13:8, 21:6, 71:23
**link** [2] - 46:9, 51:6
**Lisa** [1] - 81:12
**LISA** [2] - 2:5, 81:3
**listed** [1] - 10:20
**living** [3] - 13:3, 14:2, 41:13
**lo** [1] - 32:21
**loan** [5] - 63:22, 69:10, 69:11, 69:22, 77:7
**loans** [5] - 69:15, 69:16, 70:1, 70:5, 70:10
**lobbying** [1] - 45:4
**Lockhart** [2] - 4:11, 13:10
**LOCKHART** [3] - 1:18, 5:17, 22:21
**look** [14] - 5:20, 5:25, 6:1, 7:10, 7:16, 7:19, 7:23, 7:25, 8:2, 8:19, 11:3, 29:12, 79:9, 80:1
**looked** [3] - 5:6, 6:6, 31:16
**looking** [11] - 6:8, 9:17, 20:20, 42:9, 47:9, 47:18, 62:24, 71:16, 73:16, 74:15,

74:25
**lose** [4] - 26:7, 27:8, 27:25, 29:16
**losing** [1] - 27:10
**lost** [2] - 27:11, 78:17
**loud** [1] - 34:9
**low** [4] - 31:9, 62:22, 62:23, 77:12
**Low** [113] - 13:14, 13:15, 13:23, 14:10, 15:2, 15:17, 15:19, 16:8, 16:23, 16:25, 17:3, 17:6, 17:8, 17:13, 17:14, 17:15, 17:20, 18:4, 18:6, 18:7, 18:25, 19:2, 19:6, 19:9, 19:13, 19:18, 20:3, 20:11, 21:9, 30:21, 30:22, 31:1, 31:5, 31:14, 31:22, 31:24, 31:25, 32:7, 32:17, 32:24, 33:5, 33:11, 33:14, 33:18, 33:20, 33:21, 33:22, 34:8, 34:14, 34:16, 35:1, 35:8, 35:13, 35:18, 35:20, 35:21, 35:25, 36:6, 36:9, 36:11, 36:12, 36:14, 37:5, 37:14, 37:19, 38:16, 40:5, 40:9, 40:15, 40:22, 41:19, 41:21, 42:9, 42:11, 42:12, 42:16, 42:23, 43:2, 43:8, 43:17, 44:3, 44:12, 45:22, 47:1, 50:11, 51:3, 51:9, 54:20, 57:15, 58:18, 58:22, 58:24, 59:4, 59:15, 59:19, 60:15, 61:11, 61:24, 62:16, 62:19, 64:8, 64:9, 65:7, 65:9, 66:8, 67:8, 67:9, 67:12, 77:13
**Low's** [41] - 13:15, 13:16, 13:17, 15:5, 15:10, 15:16, 15:25, 16:9, 16:13, 16:22, 18:24, 19:18, 20:8, 21:1, 21:9, 21:10, 31:1, 31:7, 32:3, 33:24, 34:11, 34:19, 35:21, 36:2, 36:3, 36:4, 37:1, 37:8, 38:19, 39:18, 44:13, 44:18, 44:22, 45:14, 51:22, 60:23, 62:8, 65:7, 66:22

**Low-controlled** [1] - 43:8
**Lower** [3] - 73:22, 74:17, 75:6
**Lucky** [1] - 44:14, 66:3
**Lum** [14] - 41:4, 41:20, 42:7, 45:18, 46:8, 48:6, 48:14, 51:3, 51:6, 54:21, 55:21, 56:10, 62:19
**lunch** [3] - 11:3, 78:13, 78:15
**luncheon** [1] - 80:2
**lying** [3] - 64:4, 66:23, 77:5

## M

**Macau** [1] - 58:21
**magnate** [1] - 53:4
**main** [4] - 19:24, 21:2, 32:6
**mainland** [1] - 45:20
**Malaysia** [2] - 40:6, 40:7
**Malaysian** [7] - 20:2, 20:4, 32:7, 36:5, 40:10, 50:16
**man** [2] - 19:18, 44:3
**management** [1] - 63:19
**Manhattan** [8] - 73:17, 73:22, 73:25, 74:17, 74:18, 75:6, 75:14, 76:7
**manipulate** [1] - 12:22
**manually** [1] - 20:15
**map** [2] - 75:5, 75:8
**March** [2] - 42:8, 69:3
**Mark** [3] - 44:15, 66:3
**marshals** [1] - 22:3
**masks** [1] - 79:1
**material** [1] - 8:20
**matter** [15] - 30:11, 39:5, 40:13, 40:15, 41:1, 43:6, 43:19, 50:11, 50:25, 51:9, 52:20, 59:1, 59:2, 60:16, 76:22
**matters** [1] - 40:16
**Matthew** [2] - 53:20, 54:14
**May-June** [2] - 53:19, 54:13
**mean** [3] - 9:15,

26:19, 50:20
**meaning** [1] - 74:21
**meaningful** [2] -
44:25, 76:17
**means** [4] - 28:20,
36:18, 73:7, 75:20
**meant** [2] - 16:25,
62:22
**medic** [2] - 22:23,
23:4
**medical** [2] - 25:1,
27:2
**meet** [12] - 21:7,
21:9, 37:19, 42:15,
43:2, 43:3, 45:20,
46:20, 48:4, 52:19,
53:25, 58:21
**meeting** [21] - 43:12,
43:17, 45:24, 45:25,
46:4, 46:6, 46:13,
46:25, 47:18, 47:23,
47:25, 49:23, 49:25,
54:12, 57:4, 57:7,
58:15, 58:23, 68:23,
69:1
**meetings** [8] - 19:24,
32:5, 47:3, 47:10,
48:9, 48:22, 52:8
**meets** [4] - 47:8,
47:14, 47:15, 51:14
**member** [1] - 54:8
**members** [3] - 11:12,
29:23, 54:1
**Men** [8] - 16:14, 31:2,
38:8, 38:17, 39:2,
39:12, 39:13, 39:16
**mention** [1] - 18:6
**mentioned** [3] -
54:12, 64:18, 67:23
**mentions** [3] - 20:23,
46:18, 48:15
**mentor** [3] - 18:1,
71:11, 72:13
**message** [16] -
48:12, 48:17, 48:19,
49:11, 49:12, 51:19,
53:10, 56:8, 57:6,
58:9, 71:16, 72:7,
72:11, 74:23, 76:20
**messages** [14] -
52:24, 53:16, 56:22,
56:23, 57:10, 57:13,
57:16, 71:10, 71:14,
73:5, 73:6, 73:11,
76:18, 76:25
**messenger** [3] -
49:1, 49:6, 49:14
**met** [11] - 33:21,
42:7, 47:4, 47:9,
48:18, 48:20, 53:22,

56:5, 56:12, 65:17,
65:20
**Miami** [4] - 21:3,
33:9, 33:16, 34:2
**mic** [2] - 12:4, 56:14
**Michael** [1] - 37:23
**MICHEL** [1] - 1:6
**Michel** [213] - 4:7,
4:18, 13:6, 13:13,
13:16, 13:17, 13:19,
13:25, 14:4, 14:9,
14:13, 15:1, 15:6,
15:17, 15:25, 16:1,
16:5, 16:8, 16:12,
16:17, 16:20, 16:24,
17:5, 17:8, 17:21,
18:1, 18:3, 18:6,
18:12, 18:16, 18:22,
18:25, 19:2, 19:3,
19:10, 20:21, 20:22,
20:25, 21:11, 30:21,
30:22, 31:1, 31:6,
31:13, 31:24, 32:12,
32:14, 32:15, 32:25,
33:1, 33:4, 33:5, 33:9,
33:13, 33:18, 33:19,
33:20, 33:24, 34:7,
34:18, 35:7, 35:13,
35:14, 35:24, 36:5,
36:8, 36:17, 36:18,
36:21, 36:23, 36:25,
37:2, 37:8, 37:13,
37:16, 37:18, 38:7,
38:9, 38:13, 38:18,
38:25, 39:3, 39:6,
39:7, 39:9, 39:16,
39:18, 40:21, 40:22,
41:3, 41:20, 41:25,
42:7, 42:11, 42:14,
42:24, 43:9, 44:6,
44:17, 45:14, 45:17,
45:23, 46:4, 46:6,
47:1, 47:4, 47:15,
47:16, 47:25, 48:5,
48:20, 48:25, 49:18,
49:20, 49:23, 49:24,
50:5, 50:13, 51:2,
51:12, 53:7, 54:7,
54:18, 54:20, 54:24,
55:7, 55:15, 56:4,
56:25, 57:18, 58:6,
58:8, 58:15, 58:18,
58:20, 59:2, 59:7,
59:12, 59:16, 59:18,
59:20, 60:9, 60:11,
60:17, 61:2, 61:3,
61:9, 61:10, 61:15,
62:16, 62:21, 64:3,
64:7, 64:23, 64:25,
65:18, 65:20, 65:25,

66:24, 67:4, 67:22,
68:4, 68:6, 68:8,
68:10, 68:11, 68:13,
68:15, 68:19, 68:25,
69:4, 69:6, 69:15,
70:1, 70:12, 70:18,
70:21, 70:23, 71:6,
71:10, 71:15, 71:22,
72:1, 72:2, 72:6,
72:19, 72:23, 73:4,
73:24, 74:3, 74:11,
74:14, 74:19, 75:1,
75:2, 75:15, 76:3,
76:4, 76:6, 76:9,
76:12, 76:23, 76:24,
77:3, 77:4, 77:11,
77:16, 78:1, 78:6,
78:8, 78:25
**Michel's** [23] - 18:24,
20:24, 31:16, 35:20,
39:2, 39:17, 43:2,
43:10, 48:25, 58:1,
61:7, 64:16, 68:23,
69:1, 69:13, 70:25,
72:13, 73:21, 73:23,
74:20, 75:4, 75:12,
76:19
**microphone** [3] -
12:2, 47:21, 52:12
**mid** [1] - 42:8
**mid-March** [1] - 42:8
**middle** [3] - 10:13,
10:24, 78:14
**Midtown** [1] - 75:14
**might** [6] - 20:15,
22:15, 42:9, 60:14,
65:24, 78:12
**military** [2] - 22:23,
23:5
**Miller** [1] - 69:4
**million** [25] - 13:14,
15:1, 16:13, 16:17,
17:17, 17:20, 17:21,
18:20, 21:13, 30:21,
30:25, 31:11, 32:11,
32:22, 32:24, 35:13,
39:16, 42:18, 42:25,
43:1, 59:15, 59:19,
59:25, 67:5, 67:7
**millions** [14] - 13:15,
18:20, 31:19, 43:8,
43:16, 44:5, 46:25,
50:1, 58:17, 59:5,
61:12, 66:14
**mind** [1] - 55:16
**minimize** [1] - 49:2
**minister** [6] - 40:10,
45:22, 50:24, 51:10,
52:8, 52:18
**Minister** [4] - 50:17,

50:21, 50:22, 51:8
**minor** [5] - 6:10,
49:6, 59:21, 59:22,
60:1
**Minster** [1] - 50:19
**minute** [1] - 4:24
**minutes** [4] - 6:13,
24:8, 74:7, 74:11
**mischaracterizing**
[1] - 70:5
**mispronounce** [1] -
22:20
**misrepresentation**
[1] - 65:5
**miss** [2] - 25:15,
25:16
**missing** [2] - 6:11,
8:18
**mission** [1] - 18:18
**misunderstood** [1] -
6:15
**Mohamad** [2] -
33:25, 37:7
**Moise** [5] - 68:9,
68:12, 68:15, 77:8
**moment** [8] - 21:18,
21:21, 34:22, 37:14,
43:20, 48:24, 76:11,
76:13
**moments** [3] - 31:4,
32:2, 54:12
**Monday** [4] - 23:24,
27:9, 28:1, 28:7
**money** [107] - 13:5,
13:12, 13:13, 13:18,
14:5, 14:7, 14:12,
15:5, 15:10, 15:11,
15:15, 15:16, 15:19,
15:25, 16:9, 16:13,
16:18, 16:22, 16:23,
16:25, 17:1, 17:4,
17:6, 17:19, 17:22,
19:18, 21:1, 31:1,
31:5, 31:7, 32:17,
33:1, 33:4, 34:11,
34:19, 34:20, 35:18,
35:19, 37:1, 38:6,
38:12, 38:15, 38:16,
38:19, 38:21, 39:17,
39:18, 40:13, 40:18,
42:2, 42:4, 42:18,
42:22, 43:11, 43:21,
44:3, 44:7, 44:18,
44:20, 44:22, 45:7,
45:11, 45:13, 45:14,
59:3, 59:13, 59:15,
59:22, 59:23, 60:24,
61:5, 61:17, 61:24,
61:25, 62:1, 62:3,
62:4, 62:6, 62:8, 62:9,

62:10, 62:11, 64:8,
64:9, 64:13, 64:19,
64:20, 64:21, 65:7,
65:9, 65:10, 65:13,
65:14, 66:8, 66:9,
66:22, 68:14, 69:6,
70:12, 77:7, 77:13
**Money** [1] - 65:24
**money's** [2] - 32:19,
35:4
**monies** [4] - 57:17,
65:18, 65:19, 77:5
**months** [3] - 53:15,
68:4, 71:7
**Morgan** [6] - 64:6,
65:15, 65:16, 65:19,
66:1, 66:17
**morning** [17] - 4:1,
4:2, 4:3, 4:4, 4:11,
4:13, 4:14, 4:17,
11:12, 11:13, 12:16,
12:17, 14:19, 29:23,
29:25, 30:17, 30:18
**MORNING** [1] - 1:7
**most** [2] - 36:21,
76:9
**move** [2] - 23:11,
76:15
**moved** [2] - 24:24,
75:12
**movements** [1] -
62:10
**moves** [1] - 65:15
**moving** [4] - 50:8,
57:25, 68:22, 79:7
**MR** [47] - 4:2, 4:3,
4:4, 4:10, 4:14, 6:15,
6:22, 7:7, 8:7, 8:13,
8:16, 9:9, 9:18, 9:21,
9:23, 11:25, 12:3,
12:12, 12:15, 12:18,
20:18, 20:20, 22:9,
23:2, 23:20, 23:22,
24:10, 24:13, 25:3,
25:4, 25:10, 25:15,
26:17, 26:20, 28:16,
28:19, 30:4, 30:10,
30:13, 30:17, 30:19,
47:23, 52:14, 56:15,
79:2, 79:18, 79:23
**MS** [2] - 5:17, 22:21
**MULRYNE** [21] -
1:17, 4:4, 4:10, 8:7,
8:13, 11:25, 12:3,
12:12, 12:15, 12:18,
20:18, 20:20, 28:16,
30:4, 30:10, 30:13,
30:17, 30:19, 47:23,
52:14, 56:15
**Mulryne** [7] - 3:3,

4:10, 12:12, 23:24,
28:13, 30:2, 79:19
  **multiple** [7] - 19:10,
21:4, 48:21, 56:5,
60:12, 69:5, 78:2
  **mystery** [2] - 73:8,
73:9

## N

  **Najib** [7] - 40:10,
50:17, 50:19, 50:21,
50:22, 51:8, 51:15
  **name** [5] - 12:10,
20:5, 20:8, 22:20,
32:8
  **named** [1] - 41:13
  **National** [11] - 18:17,
31:17, 41:6, 52:1,
56:2, 64:6, 64:10,
64:14, 64:22, 65:2,
65:14
  **national** [4] - 14:2,
41:13, 48:16, 53:21
  **nationals** [3] - 15:23,
18:11, 39:19
  **nature** [1] - 63:4
  **near** [5] - 73:22,
74:21, 75:2, 75:4,
76:10
  **nearing** [1] - 52:15
  **necessary** [3] -
14:13, 23:16, 45:3
  **need** [17] - 7:5, 7:17,
10:5, 10:18, 11:4,
21:17, 21:20, 22:11,
28:24, 29:20, 30:5,
42:17, 42:18, 42:19,
56:12, 60:14, 79:14
  **needed** [3] - 44:8,
64:7, 64:8
  **needs** [2] - 32:19,
44:20
  **negative** [2] - 5:2,
24:11
  **neighborhood** [1] -
17:17
  **never** [2] - 70:11,
77:7
  **Neville** [8] - 71:12,
71:16, 72:5, 72:8,
74:24, 76:20, 76:25,
77:4
  **New** [5] - 1:15, 1:19,
47:14, 73:16, 76:7
  **new** [2] - 4:22, 60:18
  **next** [7] - 26:8, 28:2,
36:11, 37:4, 37:7,
46:19, 57:6

  **Nickie** [8] - 41:4,
41:20, 42:7, 48:6,
48:14, 54:21, 55:21,
56:10
  **Nicole** [2] - 4:10,
13:10
  **NICOLE** [1] - 1:18
  **night** [5] - 5:6, 7:12,
33:21, 72:12, 75:12
  **none** [4] - 63:17,
63:19, 63:24, 65:22
  **nonpublic** [1] - 55:2
  **Northwest** [5] - 1:15,
1:19, 2:3, 2:7, 81:14
  **notable** [3] - 43:22,
55:21, 74:2
  **note** [1] - 28:9
  **noted** [4] - 5:9, 7:12,
7:20, 71:17
  **notes** [2] - 72:21,
81:5
  **nothing** [7] - 8:17,
27:14, 60:10, 61:9,
61:10, 61:13, 67:7
  **notice** [3] - 20:4,
61:15, 75:5
  **Notice** [1] - 55:1
  **notified** [1] - 61:18
  **NSA** [1] - 56:2
  **NSC** [1] - 54:1
  **number** [1] - 27:11
  **numbered** [1] -
73:19
  **numbers** [1] - 56:20
  **nurse** [11] - 22:3,
22:7, 22:16, 22:17,
23:10, 24:2, 24:17,
24:19, 27:5, 27:16
  **Ny** [1] - 56:24

## O

  **Obama** [27] - 15:12,
15:21, 16:2, 16:5,
16:15, 17:25, 18:19,
19:9, 19:14, 19:25,
21:3, 30:23, 31:24,
32:6, 33:3, 33:6,
33:10, 34:4, 35:10,
35:17, 36:17, 37:6,
37:15, 37:19, 38:7,
38:19, 68:14
  **Obama's** [4] - 15:13,
18:5, 31:14, 31:20
  **object** [4] - 25:10,
26:17, 27:1, 41:8
  **objection** [1] - 28:9
  **objects** [2] - 40:5,
50:10

  **obstruction** [1] -
67:21
  **obtains** [2] - 49:20
  **obviously** [3] - 5:25,
11:4, 25:25
  **occasion** [1] - 21:1
  **occasions** [1] -
60:12
  **occur** [1] - 57:23
  **occurred** [2] - 43:23,
61:23
  **October** [3] - 59:15,
59:18, 67:7
  **OF** [6] - 1:1, 1:3,
1:10, 1:15, 1:18, 2:2
  **offenses** [1] - 5:10
  **offer** [1] - 22:22
  **offered** [2] - 22:25,
23:5
  **Office** [3] - 44:22,
62:2, 66:25
  **office** [1] - 51:8,
55:8, 55:9
  **OFFICES** [1] - 2:2
  **official** [8] - 18:16,
37:23, 45:21, 45:24,
46:3, 53:21, 65:16,
81:12
  **Official** [1] - 2:6
  **officials** [9] - 12:22,
13:21, 45:5, 46:21,
51:25, 56:1, 56:3,
57:3, 58:13
  **OIG** [2] - 67:23,
77:12
  **old** [1] - 40:20
  **once** [10] - 15:25,
16:2, 16:19, 28:25,
34:18, 37:16, 37:18,
44:16, 66:21
  **one** [59] - 5:4, 5:18,
6:1, 6:11, 6:18, 12:5,
12:6, 12:7, 13:6,
16:21, 19:16, 20:11,
21:23, 22:18, 24:14,
25:19, 26:13, 28:20,
28:22, 29:6, 29:9,
30:8, 30:12, 30:13,
32:17, 32:18, 34:20,
35:13, 36:16, 36:19,
36:21, 38:1, 40:5,
43:22, 44:16, 44:23,
52:19, 54:25, 56:3,
56:4, 56:6, 63:23,
67:6, 68:12, 70:7,
71:12, 72:13, 73:15,
74:4, 74:5, 76:8,
76:11, 76:16, 79:24
  **one-on-one** [1] -
52:19

  **ones** [2] - 10:21,
12:6
  **ongoing** [1] - 68:7
  **opening** [1] - 13:11
  **operative** [1] - 52:5
  **opportunities** [1] -
43:13
  **opportunity** [6] -
5:25, 18:7, 23:25,
37:11, 50:25, 59:3
  **opposed** [1] - 10:12
  **opposing** [1] - 79:7
  **orange** [1] - 73:23
  **orchestrate** [1] -
77:17
  **orchestrated** [1] -
15:6
  **order** [2] - 14:21,
59:13
  **ordinarily** [1] - 10:23
  **orient** [1] - 50:7
  **otherwise** [2] - 26:7,
49:21
  **outspoken** [1] -
41:14
  **overt** [16] - 6:18,
6:24, 7:8, 8:25, 9:6,
9:11, 9:19, 9:24, 10:4,
10:5, 10:6, 10:10,
10:12, 10:15, 10:17,
10:18, 10:20, 11:4
  **own** [4] - 23:16,
24:21, 31:16, 58:1

## P

  **P.A** [1] - 2:3
  **p.m** [2] - 75:10,
78:23
  **PAC** [4] - 16:14,
16:15, 16:18, 31:3
  **Page** [4] - 3:3, 4:23,
5:4, 5:18
  **pages** [1] - 7:8
  **paid** [1] - 60:24
  **panicked** [2] - 69:17,
69:18
  **paper** [3] - 63:25,
69:22, 69:24
  **paragraphs** [6] -
6:19, 6:23, 7:9, 9:1,
9:2, 9:12
  **parallels** [1] - 43:25
  **park** [1] - 64:7
  **part** [3] - 10:1, 40:22,
57:6
  **particular** [2] - 16:4,
54:25
  **particularly** [1] -

79:8
  **Party** [4] - 17:16,
17:23, 31:10, 41:14
  **pass** [5] - 27:3, 36:1,
63:3, 66:2
  **pass-through** [1] -
63:3
  **passed** [6] - 22:5,
25:25, 45:13, 54:20,
55:6, 61:25
  **passes** [2] - 45:14,
48:5
  **passing** [1] - 62:1
  **passport** [1] - 36:5
  **paste** [1] - 7:6
  **patient** [1] - 68:11
  **pattern** [1] - 35:11
  **pause** [1] - 48:24
  **pay** [2] - 15:18, 77:7
  **paying** [2] - 43:1,
78:25
  **penalty** [1] - 39:10
  **pending** [1] - 76:22
  **Peng** [1] - 35:21
  **people** [11] - 17:15,
24:3, 24:18, 24:25,
25:1, 38:4, 79:6,
79:12, 79:13, 79:15
  **People's** [2] - 14:1,
41:9
  **perfect** [1] - 6:2
  **perhaps** [7] - 48:8,
50:24, 60:24, 61:18,
63:8, 70:1, 70:2
  **period** [8] - 17:14,
28:1, 43:23, 50:7,
50:10, 50:14, 52:21,
67:3
  **perjury** [1] - 39:10
  **permanent** [1] -
22:14
  **perpetuates** [1] -
35:12
  **person** [5] - 6:13,
21:23, 51:12, 59:23,
59:24
  **personal** [9] - 17:13,
35:24, 50:23, 54:4,
73:21, 74:19, 75:1,
75:12, 75:16
  **personally** [5] - 14:8,
42:12, 42:24, 65:17
  **persuade** [2] - 68:20,
72:8
  **Pheng** [3] - 43:13,
44:11, 58:22, 62:20
  **phone** [31] - 54:2,
71:10, 73:6, 73:10,
73:21, 73:24, 74:4,
74:5, 74:6, 74:9,

74:13, 74:14, 74:19, 74:24, 75:1, 75:3, 75:12, 75:16, 75:17, 76:3, 76:5, 76:6, 76:10, 76:12, 76:15, 76:16, 76:25, 77:3, 79:19

**phones** [1] - 79:20
**photo** [1] - 18:7
**photographs** [1] - 34:1
**pick** [2] - 26:13, 28:17
**picked** [1] - 7:24
**picking** [1] - 43:22
**picture** [1] - 46:12
**pinging** [2] - 75:1, 75:3
**pitched** [1] - 51:2
**place** [1] - 36:16
**places** [1] - 5:9
**Plaintiff** [1] - 1:4
**plan** [1] - 34:5
**played** [2] - 59:21, 62:2
**pleased** [1] - 37:19
**pocketed** [1] - 59:25
**pockets** [1] - 13:8
**point** [21] - 7:24, 8:19, 22:16, 22:19, 23:7, 24:5, 28:10, 29:5, 29:12, 29:20, 34:23, 38:22, 39:24, 49:8, 51:5, 52:2, 55:5, 56:5, 72:5, 78:12, 78:19
**policies** [1] - 12:23
**political** [25] - 17:1, 17:4, 18:2, 19:4, 19:11, 19:23, 21:5, 21:14, 31:19, 31:25, 32:5, 33:5, 34:10, 34:25, 35:2, 35:4, 38:2, 40:23, 41:22, 52:5, 53:5, 53:12, 71:11, 72:14
**populated** [1] - 76:9
**portion** [9] - 7:3, 7:6, 7:18, 30:2, 33:2, 33:4, 48:25, 56:17, 74:17
**posed** [1] - 13:1
**position** [1] - 36:15
**possession** [1] - 55:20
**possibility** [1] - 28:3
**potential** [1] - 29:19
**potentially** [1] - 12:19
**Pottinger** [4] - 53:20, 53:25, 54:14, 55:1

**Pottinger's** [1] - 54:15
**PowerPoint** [1] - 30:6
**practice** [1] - 45:3
**Prakazrel** [2] - 4:7, 13:6
**PRAKAZREL** [1] - 1:6
**Pras** [14] - 19:9, 20:21, 20:22, 32:12, 36:5, 36:17, 36:18, 36:21, 38:13, 40:21, 44:6, 56:24, 72:1, 72:2
**preclude** [1] - 72:9
**prefer** [2] - 7:13, 10:14
**preference** [1] - 9:9
**prepared** [3] - 26:5, 28:11, 77:17
**preparing** [1] - 9:10
**president** [8] - 21:9, 21:10, 32:1, 37:4, 52:9, 52:18, 53:22, 55:10
**President** [36] - 13:22, 15:13, 18:5, 18:19, 19:8, 19:14, 19:25, 21:3, 31:14, 31:20, 31:24, 32:6, 33:10, 34:4, 36:16, 37:6, 37:15, 37:19, 40:24, 41:7, 50:16, 50:22, 51:1, 51:14, 51:15, 51:18, 52:3, 52:6, 53:22, 54:5, 54:13, 54:14, 54:16, 54:23, 57:3, 57:5
**presidential** [1] - 13:18
**prestigious** [1] - 36:15
**prevent** [2] - 14:14, 72:8
**preventing** [1] - 15:23
**previously** [1] - 39:23
**pride** [1] - 36:16
**Priebus** [3] - 51:18, 51:21, 52:25
**primary** [1] - 14:21
**Prime** [5] - 50:16, 50:19, 50:20, 50:22, 51:7
**prime** [5] - 40:10, 50:24, 51:10, 52:8, 52:18
**principal** [1] - 62:19

**principals** [1] - 60:8
**privilege** [2] - 63:10, 63:13
**problem** [6] - 9:25, 20:19, 21:16, 22:12, 23:1
**problems** [3] - 9:17, 28:4, 66:21
**proceed** [4] - 27:24, 29:18, 30:1, 30:3
**Proceeding** [1] - 80:4
**proceeding** [1] - 29:5
**proceedings** [12] - 8:22, 11:11, 13:22, 21:25, 22:2, 23:13, 24:16, 25:22, 29:22, 78:23, 80:3, 81:6
**proceeds** [2] - 45:8, 62:12
**process** [1] - 14:3
**produced** [1] - 81:6
**proffered** [1] - 79:20
**profile** [3] - 17:25, 37:3, 37:13
**profit** [2] - 14:8, 42:2
**progress** [4] - 5:25, 57:20, 58:10, 58:24
**projects** [2] - 66:4, 66:11
**promise** [1] - 42:1
**promises** [1] - 57:23
**promote** [2] - 38:4, 62:7
**prompted** [1] - 48:19
**proof** [2] - 61:6, 61:7
**proper** [1] - 61:18
**properties** [1] - 63:24
**proven** [1] - 6:24
**provide** [5] - 9:12, 39:3, 56:19, 65:1, 66:1
**provided** [9] - 5:6, 36:5, 39:6, 45:1, 54:19, 61:15, 63:20, 64:24, 65:4
**providing** [2] - 68:5, 71:3
**proximity** [1] - 74:22
**proxy** [3] - 19:17, 32:3, 44:2
**public** [5] - 12:22, 38:4, 45:22, 61:13
**Public** [1] - 19:17
**publish** [1] - 30:5
**purchased** [2] - 73:9, 74:5, 74:6, 74:11, 74:14, 76:14

**purple** [4] - 74:9, 74:15, 75:3, 75:16
**purpose** [11] - 14:12, 15:10, 36:1, 37:2, 42:22, 45:12, 49:16, 58:23, 62:11, 66:16, 68:13
**pushes** [1] - 28:1
**pushing** [2] - 26:12, 28:4
**put** [11] - 8:24, 10:18, 22:18, 24:4, 27:19, 31:2, 34:3, 34:20, 65:7, 78:24, 78:25
**putting** [2] - 8:19, 42:22, 68:13

**Q**

**qualified** [2] - 79:23, 79:25
**quarters** [1] - 59:25
**questioning** [1] - 22:10
**questions** [3] - 20:22, 66:13, 77:2
**quickly** [2] - 22:5, 79:18
**quite** [2] - 69:8, 69:19

**R**

**RAE** [1] - 1:18
**raise** [2] - 18:20, 50:25
**raised** [3] - 20:23, 53:23, 66:13
**raises** [1] - 51:15
**ramifications** [1] - 57:22
**ranking** [4] - 13:21, 46:20, 51:25, 58:12
**rather** [3] - 36:14, 38:25, 69:18
**Razak** [3] - 40:10, 50:17, 50:19
**RDR** [3] - 2:5, 81:3, 81:12
**reached** [4] - 29:16, 41:4, 64:23
**reaches** [3] - 13:9, 51:18, 51:24
**reaching** [2] - 52:25, 53:3
**read** [3] - 6:2, 71:23, 72:16
**reads** [2] - 20:5, 56:10

**ready** [6] - 8:9, 11:9, 26:5, 27:12, 28:7, 30:1
**real** [1] - 63:23
**realize** [1] - 79:13
**reason** [4] - 27:12, 39:11, 39:18, 75:25
**rebuttal** [4] - 8:14, 8:16, 11:16, 78:16
**recap** [1] - 30:2
**recasting** [1] - 70:4
**receive** [5] - 14:5, 16:16, 16:18, 42:2, 50:1
**received** [12] - 15:1, 25:24, 33:5, 54:16, 54:20, 56:25, 59:19, 67:23, 68:13, 69:6, 70:7, 77:13
**receives** [6] - 33:9, 33:10, 35:8, 35:13, 47:25, 71:6
**receiving** [5] - 15:5, 32:17, 33:1, 38:1, 46:1, 49:25, 59:23, 61:12
**recess** [6] - 8:21, 22:1, 23:12, 24:15, 25:21, 80:2
**recognizes** [2] - 12:18, 12:20
**recommended** [2] - 27:5, 27:17
**recommending** [1] - 24:19
**record** [5] - 4:9, 22:18, 24:5, 26:25, 27:20
**records** [2] - 15:15, 71:3
**recruited** [1] - 15:7
**recruitment** [1] - 43:18
**red** [2] - 37:7, 64:11
**Red** [2] - 44:15, 55:1
**redacted** [3] - 9:10, 9:16, 10:15
**reelection** [1] - 15:13
**reference** [8] - 20:2, 21:8, 32:7, 32:22, 32:23, 34:14, 57:2, 75:7
**referenced** [1] - 46:11
**references** [13] - 6:16, 6:19, 7:8, 19:10, 21:2, 21:4, 21:13, 34:12, 34:13, 34:24, 34:25, 46:3, 46:5
**referred** [1] - 79:19

referring [2] - 62:16, 62:19
reflected [1] - 38:12
reflection [1] - 25:23
regarding [5] - 53:19, 55:14, 61:6, 67:25, 68:2
registered [1] - 61:10
registering [4] - 60:7, 60:14, 60:20, 60:21
Registration [1] - 60:6
Reince [3] - 51:18, 51:21, 52:25
relate [1] - 11:21
related [3] - 37:20, 40:12, 40:14
relating [1] - 5:1
relations [1] - 67:16
relationship [4] - 17:13, 59:8, 63:9, 63:12
relationships [6] - 14:10, 41:6, 61:5, 63:1, 67:12, 77:12
relayed [1] - 54:14
relevant [3] - 7:8, 9:11, 39:4
remains [3] - 34:6, 44:16, 73:1
remember [4] - 7:1, 44:2, 68:17, 77:9
remembered [2] - 17:18, 55:1
remind [2] - 28:19, 48:24
reminded [1] - 18:12
repaid [1] - 69:11
repayment [2] - 69:10, 70:23
repeat [1] - 52:13
repeatedly [1] - 15:22
replaced [1] - 44:11
REPORTED [1] - 2:5
REPORTER [3] - 12:1, 47:21, 52:12
Reporter [2] - 2:6, 81:12
reports [4] - 38:8, 38:12, 38:18, 71:4
represent [2] - 59:9, 66:6
representation [1] - 39:10
representing [1] - 60:7
Republic [2] - 14:1,

41:9
Republican [1] - 41:6
request [6] - 25:5, 25:8, 37:16, 55:25, 57:4, 57:8
requested [2] - 67:25, 68:1
requests [1] - 55:24, 68:5
require [1] - 8:25
residence [5] - 73:23, 74:20, 75:2, 75:4, 75:15
resolve [2] - 43:5, 60:23
resolved [3] - 40:15, 40:16, 40:17
resolving [1] - 50:11
responds [2] - 20:22, 68:5
response [6] - 39:3, 39:6, 39:7, 66:1, 68:5, 70:7
responses [4] - 64:24, 65:1, 65:3, 70:6
responsible [2] - 36:19, 44:7
rest [4] - 6:10, 9:5, 24:5, 30:3
restrictions [1] - 16:3
result [1] - 38:17
resume [2] - 30:14, 78:19
retention [1] - 43:18
return [1] - 14:4
returned [1] - 53:24
reveal [1] - 59:8
review [1] - 66:5
rewind [2] - 28:16, 34:22
rewrite [1] - 69:13
Richardson [10] - 71:12, 71:17, 71:25, 72:5, 72:8, 72:9, 74:24, 76:20, 76:25, 77:4
Rick [3] - 52:4, 52:7, 52:25
rife [1] - 40:8
right-hand [3] - 48:11, 74:8, 74:15
rights [1] - 20:4
risk [1] - 63:19
Robert [1] - 14:25
Robin [3] - 44:24, 44:25, 63:7
Rock [1] - 44:15

role [10] - 44:25, 45:6, 49:3, 49:6, 59:21, 59:23, 60:1, 62:2, 62:20
Ron [1] - 65:16
Room [1] - 2:8
room [7] - 23:11, 24:24, 24:25, 25:2, 26:1, 27:6, 50:23
Rosenzweig [3] - 44:24, 44:25, 63:7
roughly [1] - 26:9
Rousseau [15] - 18:23, 18:25, 19:1, 19:4, 19:21, 21:12, 31:21, 32:4, 32:11, 32:14, 33:25, 34:16, 37:6, 46:1
routed [1] - 55:7
Rudolph [1] - 68:8
rule [2] - 13:4, 78:24
rummaging [1] - 9:5
run [1] - 61:22
runaround [1] - 16:8

**S**

Sam [1] - 7:2
Santos [1] - 64:12
sat [3] - 25:11, 29:8, 29:10
saw [15] - 16:12, 19:15, 20:13, 34:1, 34:7, 35:20, 35:23, 52:24, 55:17, 57:13, 63:14, 65:22, 67:6, 70:6, 70:15
scandal [1] - 40:8
scheme [14] - 14:23, 15:7, 16:9, 34:5, 35:11, 37:21, 38:17, 39:25, 44:1, 48:7, 49:3, 68:3, 75:22, 77:18
screen [9] - 21:16, 35:3, 46:12, 48:1, 48:12, 56:10, 73:20, 74:8, 74:15
screens [1] - 30:11, 67:6
screenshot [4] - 48:1, 48:13, 48:14, 56:21
screenshots [4] - 55:16, 55:19, 55:22, 56:18
Sean [2] - 4:10, 12:12
SEAN [1] - 1:17

Seasons [1] - 47:16
second [4] - 25:19, 26:14, 41:8, 54:11
Secretary [2] - 47:12, 52:2
section [1] - 6:18
Section [1] - 1:19
security [3] - 45:22, 48:16, 53:21
Security [5] - 47:12, 47:13, 52:1, 52:2, 56:2
see [4] - 4:18, 6:25, 10:11, 12:11, 19:10, 19:20, 20:2, 21:12, 22:4, 22:8, 22:11, 22:12, 23:10, 33:8, 34:12, 34:13, 34:24, 35:2, 36:4, 36:15, 42:4, 42:12, 44:15, 45:25, 48:11, 51:6, 53:10, 54:18, 55:25, 56:9, 56:17, 56:24, 57:16, 66:2, 71:15, 73:18, 73:21, 73:24, 74:7, 74:14, 75:7, 75:16, 79:17
seeing [1] - 66:14
seeking [4] - 12:22, 12:23, 46:16, 53:11
seemingly [1] - 49:1
segues [1] - 67:20
seized [1] - 40:13
sell [1] - 13:3
send [10] - 4:20, 15:21, 16:2, 41:12, 44:5, 56:10, 69:4, 69:20, 77:4, 77:6
sending [4] - 10:1, 26:1, 35:24, 59:4
sends [5] - 58:6, 58:8, 71:10, 76:18, 76:20
sense [2] - 66:14, 75:25
sensitive [1] - 55:2
sent [15] - 21:1, 21:13, 30:21, 32:12, 32:22, 57:1, 70:20, 71:14, 71:16, 72:11, 73:5, 73:6, 73:10, 74:23, 76:25
September [2] - 34:5, 35:23, 52:10, 52:15, 58:20, 59:14
series [6] - 15:7, 18:13, 19:15, 34:7, 35:23, 73:14
serious [2] - 26:24, 27:14

served [2] - 37:2, 39:20
services [7] - 45:1, 45:2, 63:2, 63:17, 63:19, 63:20
serving [6] - 16:20, 19:2, 60:7, 61:11, 61:16, 67:18
SESSION [1] - 1:7
Sessions [1] - 48:3
set [9] - 8:5, 11:20, 47:19, 47:22, 47:23, 50:15, 51:22, 52:7
seven [3] - 13:16, 70:19, 77:5
several [3] - 69:5, 75:9, 75:11
shake [1] - 21:7
sham [2] - 20:9, 62:25, 63:14, 63:22, 77:16
shared [1] - 65:23
shell [2] - 44:4, 61:23
Shenzhen [1] - 45:20
shield [1] - 63:11
shifting [1] - 61:25
short [1] - 14:19
show [4] - 8:18, 57:20, 73:19, 78:8
showed [1] - 73:14
shows [1] - 74:3
sick [1] - 27:3
side [8] - 35:3, 36:16, 37:5, 48:1, 48:11, 73:20, 74:8, 74:15
signed [1] - 39:9
significant [4] - 17:16, 31:10, 58:2, 75:9
similar [2] - 34:3, 69:1
simple [1] - 78:5
simply [7] - 9:7, 10:7, 10:9, 10:16, 10:24, 18:6, 45:6
Singapore [1] - 33:16
sit [1] - 22:15
site [2] - 73:13, 73:14
sitting [5] - 23:8, 23:17, 37:4, 65:19, 79:4
situations [1] - 25:6
six [1] - 13:16
skipping [2] - 38:23, 47:22
slate [2] - 66:4, 66:11
slide [1] - 30:6
slides [1] - 8:5
slightly [1] - 28:17

**sniffed** [1] - 70:15
**someone** [9] - 16:4, 40:25, 41:6, 47:11, 49:18, 53:5, 60:7, 62:21, 66:15
**sometime** [1] - 74:24
**somewhere** [4] - 64:7, 64:8, 65:6, 74:1
**soon** [2] - 8:2
**sorry** [9] - 21:19, 26:21, 47:21, 49:22, 52:12, 56:16, 62:22, 69:23, 79:2
**sort** [5] - 28:2, 59:21, 63:7, 66:1, 73:19
**sorts** [1] - 57:22
**source** [10] - 14:12, 16:23, 35:17, 38:16, 39:11, 39:13, 39:19, 42:21, 62:11, 77:18
**sourced** [1] - 38:15
**sovereign** [1] - 40:6
**spare** [1] - 30:19
**special** [3] - 22:19, 37:12, 57:3
**Special** [4] - 14:25, 48:15, 55:3, 73:12
**specialist** [2] - 48:16, 64:13
**specific** [1] - 15:10
**specifically** [6] - 18:4, 18:14, 20:23, 35:22, 46:3, 60:13
**spend** [1] - 40:18
**spoken** [4] - 6:5, 24:3, 24:17, 31:13
**spring** [1] - 50:8
**stack** [1] - 54:15
**staff** [2] - 51:19, 52:3
**stand** [1] - 78:2
**Stanley** [5] - 64:6, 65:15, 65:16, 65:19, 66:17
**Stanley's** [1] - 66:1
**start** [5] - 9:5, 23:23, 27:25, 28:14, 29:2
**started** [2] - 30:3, 64:11
**starting** [4] - 4:9, 26:8, 28:1, 78:13
**starts** [1] - 35:9
**state** [2] - 12:10, 76:4
**statement** [3] - 8:11, 13:11, 18:18
**statements** [2] - 5:5, 5:7
**States** [21] - 2:6, 4:7, 4:11, 12:13, 13:2, 13:3, 14:3, 40:11,

40:16, 41:12, 41:13, 43:9, 44:5, 44:18, 46:20, 47:7, 51:1, 51:9, 53:17, 59:16, 81:13
**STATES** [3] - 1:1, 1:3, 1:11
**stature** [1] - 37:3
**status** [3] - 54:5, 71:7, 71:9
**stay** [1] - 79:14
**stenographic** [1] - 81:5
**step** [1] - 61:21
**Steve** [5] - 53:4, 53:8, 53:9, 54:22
**stick** [1] - 78:17
**still** [9] - 6:11, 23:18, 24:5, 26:14, 28:13, 29:6, 47:9, 52:17, 52:19
**stood** [2] - 42:2, 49:25
**store** [1] - 76:14
**straightforward** [1] - 78:6
**strategic** [1] - 63:19
**straw** [15] - 15:8, 15:11, 16:19, 16:21, 30:23, 36:24, 38:10, 38:11, 38:13, 38:20, 39:21, 69:7, 71:12
**Street** [3] - 75:6, 75:7, 75:13
**stuff** [2] - 4:22, 24:1
**subject** [2] - 46:13, 76:21
**submitted** [1] - 39:8
**subpoena** [3] - 67:24, 68:8
**substance** [1] - 34:23
**substantive** [2] - 4:19, 5:10
**substantively** [1] - 6:3
**substitute** [2] - 29:11, 29:14
**sufficient** [1] - 15:17
**suggest** [2] - 49:2, 59:22
**suggested** [2] - 59:20, 63:8
**suggesting** [2] - 66:3, 66:5
**Suite** [1] - 1:16
**summarize** [1] - 14:20
**summer** [1] - 50:9
**sums** [1] - 42:2

**Sun** [15] - 45:21, 46:3, 46:13, 46:15, 46:23, 47:3, 47:4, 47:6, 47:9, 47:14, 47:18, 48:4, 48:10, 56:4
**sun** [1] - 47:24
**super** [4] - 16:14, 16:15, 16:18, 31:3
**support** [1] - 65:10
**supporting** [1] - 15:13
**swept** [1] - 45:19
**system** [1] - 23:16

### T

**T1** [2] - 57:13, 57:15
**tactic** [1] - 20:6
**Taek** [1] - 13:14
**tampering** [2] - 5:16, 75:23
**Tan** [9] - 19:16, 19:20, 20:23, 21:12, 32:3, 32:10, 32:13, 44:3
**Tan's** [1] - 44:11
**technical** [2] - 17:10, 20:14
**tempering** [1] - 67:21
**temporally** [1] - 73:19
**temporary** [1] - 22:13
**ten** [1] - 6:13
**tens** [5] - 15:9, 35:14, 58:17, 59:5, 66:14
**term** [1] - 74:21
**terms** [4] - 8:5, 25:24, 27:15, 28:23
**test** [2] - 24:11, 26:2
**testified** [19] - 17:12, 18:1, 18:3, 18:9, 43:10, 48:8, 48:21, 54:3, 54:24, 55:17, 57:14, 60:11, 64:14, 65:17, 66:12, 70:8, 72:4, 72:6, 73:4
**testify** [3] - 47:8, 47:16, 72:15
**testimony** [37] - 14:18, 14:25, 16:6, 16:24, 17:11, 17:24, 17:25, 18:15, 31:8, 31:12, 33:12, 33:14, 33:17, 36:8, 37:10, 37:22, 38:25, 41:3,

48:25, 49:24, 53:18, 53:20, 54:15, 58:2, 58:14, 59:6, 59:20, 60:9, 63:15, 64:12, 65:16, 68:9, 70:9, 70:15, 71:5, 72:16, 73:12
**testing** [2] - 27:7, 27:8
**tests** [1] - 27:19
**text** [13] - 51:19, 52:24, 53:10, 53:16, 71:10, 71:14, 73:13, 73:11, 74:23, 76:18, 76:25
**texted** [1] - 51:7
**Thailand** [2] - 42:15, 43:3
**that'll** [3] - 9:8, 23:25
**THE** [74] - 1:1, 1:10, 1:14, 1:21, 2:2, 4:1, 4:5, 4:6, 4:13, 4:17, 5:20, 5:21, 5:22, 5:23, 5:24, 6:21, 6:25, 7:3, 7:5, 7:10, 8:8, 8:14, 8:17, 8:23, 9:14, 9:19, 9:22, 10:3, 11:12, 11:13, 11:14, 12:1, 12:5, 12:8, 12:10, 12:14, 12:17, 20:17, 20:19, 21:16, 21:19, 21:22, 22:3, 22:11, 22:22, 23:3, 23:14, 23:21, 23:23, 24:11, 24:14, 24:17, 25:14, 25:18, 25:23, 26:19, 27:3, 28:18, 28:22, 29:23, 29:25, 30:1, 30:7, 30:12, 30:16, 30:18, 47:21, 52:12, 56:13, 78:11, 78:24, 79:4, 79:22, 79:25
**theirs** [1] - 38:21
**theme** [1] - 20:6
**themselves** [3] - 20:11, 54:22, 79:7
**then-counsel** [1] - 68:24
**then-financial** [1] - 20:24
**thereafter** [1] - 71:1
**Thereupon** [6] - 8:21, 22:1, 23:12, 24:15, 25:21, 80:2
**they've** [2] - 29:8, 47:4
**Third** [2] - 75:6, 75:7
**thousand** [1] - 16:1
**thousands** [2] - 15:9, 35:15

**threat** [1] - 13:7
**threaten** [2] - 14:14, 77:3
**threatened** [1] - 69:11
**threats** [1] - 13:1
**three** [7] - 7:7, 8:24, 11:1, 25:6, 59:25, 64:5, 71:9
**three-quarters** [1] - 59:25
**throughout** [5] - 15:22, 18:14, 18:23, 48:7, 50:14
**thrust** [1] - 69:9
**tie** [1] - 37:7
**timeframe** [1] - 60:12
**timeline** [2] - 57:25, 68:22
**timelines** [1] - 56:11
**today** [9] - 23:14, 24:7, 25:9, 26:5, 26:6, 26:7, 26:13, 27:22, 29:1
**together** [4] - 4:20, 12:7, 50:23, 76:15
**tomorrow** [3] - 23:17, 26:8, 27:11
**took** [6] - 16:12, 19:19, 33:1, 41:17, 53:19, 59:12
**top** [2] - 56:24, 72:21
**topic** [1] - 67:20
**topics** [2] - 14:22, 32:4
**total** [1] - 59:18
**totally** [1] - 29:16
**towards** [2] - 52:15, 75:7
**towers** [2] - 75:2, 75:4
**traced** [1] - 31:1
**traces** [1] - 15:16
**tracks** [3] - 39:22, 39:23, 77:24
**Trading** [1] - 44:15
**transaction** [4] - 43:23, 44:21, 71:19, 71:21
**transactions** [2] - 15:18, 62:10
**TRANSCRIPT** [1] - 1:10
**transcript** [2] - 81:5, 81:6
**transcripts** [3] - 5:7, 6:8, 71:5
**translator** [1] - 57:7
**transparency** [1] - 38:4

**travel** [2] - 42:15, 45:19
**traveled** [1] - 58:21
**traveling** [1] - 73:25
**triage** [5] - 23:17, 24:18, 27:4, 27:16
**trial** [8] - 14:24, 19:17, 25:11, 26:10, 33:14, 58:1, 62:15, 64:14
**TRIAL** [1] - 1:10
**tried** [1] - 66:19
**trier** [2] - 75:19, 75:24
**trip** [4] - 42:17, 43:7, 45:17, 48:4
**trivialize** [1] - 49:2
**true** [16] - 16:23, 35:17, 38:16, 39:11, 39:19, 42:21, 43:15, 59:8, 60:10, 62:11, 63:4, 65:22, 75:20, 77:18, 81:4, 81:5
**Trump** [20] - 13:22, 40:24, 41:7, 41:23, 50:16, 50:22, 51:1, 51:14, 51:16, 52:3, 52:6, 53:6, 53:22, 54:5, 54:13, 54:14, 54:16, 54:23, 57:5
**Trump's** [1] - 51:18
**trusted** [4] - 44:6, 44:17, 44:19, 60:1
**truth** [2] - 60:21, 72:4
**try** [12] - 20:8, 20:15, 41:1, 41:23, 51:21, 52:7, 53:1, 53:13, 54:9, 57:19, 60:22, 63:25
**trying** [12] - 7:20, 33:14, 33:18, 34:3, 36:8, 40:23, 45:5, 52:17, 52:23, 68:20, 72:8, 77:24
**turn** [2] - 17:11, 40:20
**turning** [1] - 64:20
**turns** [2] - 34:3, 35:9
**two** [16] - 4:22, 5:9, 8:18, 15:2, 15:3, 27:10, 27:25, 35:7, 40:4, 46:19, 50:10, 69:3, 76:11
**type** [1] - 10:24
**typed** [1] - 10:23
**typing** [1] - 10:12
**typo** [1] - 5:18
**typos** [2] - 4:21, 5:15

### U

**U.S** [5] - 1:15, 1:18, 13:18, 15:24, 46:20
**ultimately** [3] - 33:20, 43:5, 54:22
**unavailability** [1] - 4:23
**unavailable** [1] - 6:4
**unbeknown** [2] - 36:23, 36:25
**undefined** [1] - 66:11
**under** [8] - 27:21, 39:9, 46:12, 61:10, 63:10, 66:5, 70:23, 77:21
**understood** [2] - 31:6, 57:15
**undisclosed** [3] - 40:2, 49:5, 55:11
**unfortunately** [1] - 25:13
**UNIDENTIFIED** [3] - 21:15, 21:17, 21:20
**UNITED** [3] - 1:1, 1:3, 1:11
**united** [1] - 2:6
**United** [20] - 4:7, 4:11, 12:12, 13:2, 13:3, 14:3, 40:11, 40:16, 41:11, 41:13, 43:9, 44:5, 44:18, 46:19, 47:7, 51:1, 51:9, 53:17, 59:16, 81:13
**unless** [1] - 8:3
**unlike** [1] - 16:15
**untainted** [1] - 42:19
**unwittingly** [1] - 38:9
**up** [38] - 6:14, 7:24, 8:5, 8:18, 11:7, 11:20, 22:6, 26:13, 27:10, 27:13, 28:8, 28:17, 28:24, 30:8, 30:9, 30:11, 30:12, 32:14, 47:7, 47:19, 47:22, 47:23, 47:24, 50:15, 51:21, 51:22, 52:7, 55:8, 70:17, 70:21, 70:23, 72:21, 73:25, 74:4, 74:18, 74:20, 75:7, 75:13
**upper** [2] - 74:7, 75:8
**uptown** [2] - 73:25, 75:13
**urge** [1] - 25:16
**urgent** [4] - 56:1, 56:6, 57:4, 57:9
**user** [2] - 57:13, 73:8

**usual** [1] - 34:15

### V

**Valentine's** [1] - 68:10
**vehemently** [1] - 27:1
**velocity** [1] - 64:18
**veneer** [1] - 63:8
**Ventura** [1] - 1:23
**verdict** [2] - 29:16, 78:7
**version** [2] - 4:21, 9:10
**versus** [2] - 4:7, 8:19
**vested** [1] - 50:19
**vet** [3] - 33:20, 36:10, 42:8
**vetted** [1] - 65:1
**vice** [1] - 45:21
**Victory** [13] - 15:12, 15:21, 16:2, 16:5, 16:15, 30:23, 33:3, 33:6, 35:10, 35:17, 38:7, 38:19, 68:14
**view** [3] - 9:15, 10:16, 29:19
**vigorously** [1] - 26:17
**Vinder** [3] - 65:16, 65:22, 66:12
**virtually** [1] - 59:25
**virtue** [1] - 68:7
**visit** [5] - 67:14, 67:15, 77:14
**Vote** [8] - 16:14, 31:2, 38:8, 38:17, 39:2, 39:12, 39:13, 39:17
**vs** [1] - 1:5

### W

**waged** [1] - 13:19
**wait** [3] - 22:15, 24:8, 26:23
**waiting** [1] - 22:7
**walk** [1] - 73:15
**walking** [2] - 24:1, 24:21
**wants** [8] - 18:18, 18:19, 49:10, 49:11, 49:12, 49:13
**Washington** [13] - 1:6, 1:16, 1:20, 2:4, 2:8, 34:4, 35:22, 36:13, 47:7, 52:5,

53:25, 58:8, 81:14
**ways** [2] - 38:1, 63:25
**wealth** [1] - 40:6
**week** [9] - 16:6, 26:8, 28:2, 46:7, 46:19, 47:6, 47:17, 48:22, 54:25
**weeks** [5] - 14:17, 35:7, 51:17, 53:15, 71:1
**weigh** [1] - 75:19
**Wengui** [2] - 41:13, 46:12
**West** [1] - 75:7
**White** [18] - 17:25, 18:9, 31:12, 33:17, 36:1, 36:7, 36:17, 37:13, 37:15, 55:9, 71:11, 72:11, 72:13, 72:14, 76:18, 77:1, 77:3
**white** [2] - 18:3, 72:18
**White's** [1] - 36:20
**whole** [9] - 7:13, 9:4, 10:8, 29:8, 29:10, 32:13, 42:20, 49:7
**wife** [2] - 44:24, 53:9
**willing** [5] - 13:3, 40:18, 41:17, 49:18, 59:12
**willingly** [1] - 13:7
**wind** [1] - 27:10
**wish** [2] - 37:18, 39:12
**wishes** [1] - 9:23
**witness** [10] - 4:23, 5:16, 6:5, 26:18, 67:21, 72:22, 75:23, 76:19, 79:19, 79:21
**witnesses** [3] - 14:14, 68:20, 71:4
**witnesses'** [1] - 71:5
**wobbly** [1] - 24:6
**world** [3] - 49:4, 76:3, 76:9
**worried** [1] - 60:14
**worry** [1] - 78:21
**Wow** [1] - 17:19
**write** [2] - 15:21, 16:1
**writes** [1] - 35:3
**written** [2] - 10:11, 48:17
**WuTang** [1] - 62:17
**Wynn** [13] - 53:4, 53:8, 53:11, 53:16, 53:19, 53:22, 53:24, 54:3, 54:6, 54:13,

54:16, 54:22
**Wynn's** [2] - 53:9, 53:11

### X

**Xi** [1] - 57:4

### Y

**year** [1] - 17:21
**years** [6] - 13:16, 25:12, 38:23, 70:19, 77:5
**yesterday** [1] - 6:4
**York** [5] - 1:15, 1:19, 47:15, 73:16, 76:7
**yourself** [1] - 4:8
**yourselves** [1] - 59:22

### Z

**Zitman** [6] - 48:15, 48:16, 48:21, 49:23, 49:25, 50:4