UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * *    )
UNITED STATES OF AMERICA,        )    Criminal Action
                                 )    No. 19-00148-1
          Plaintiff,             )
                                 )
   vs.                           )
                                 )
PRAKAZREL MICHEL,                )    Washington, D.C.
                                 )    April 14, 2023
          Defendant.             )    8:54 a.m.
                                 )    MORNING SESSION
* * * * * * * * * * * * * * *    )
```

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

```
FOR THE GOVERNMENT:      JOHN D. KELLER, ESQ.
                         U.S. DEPARTMENT OF JUSTICE
                         1301 New York Avenue, Northwest
                         Suite 1016
                         Washington, D.C. 20530

                         SEAN F. MULRYNE, ESQ.
                         NICOLE RAE LOCKHART, ESQ.
                         U.S. DEPARTMENT OF JUSTICE
                         Public Integrity Section
                         1400 New York Avenue, Northwest
                         Washington, D.C. 20005


FOR THE DEFENDANT:       DAVID E. KENNER, ESQ.
                         ALON ISRAELY, ESQ.
                         KENNER LAW FIRM
                         16633 Ventura Boulevard
                         Encino, California 91436
```

APPEARANCES, CONT'D:

FOR THE DEFENDANT:        CHARLES R. HASKELL, ESQ.
                          LAW OFFICES OF CHARLES R.
                            HASKELL, P.A.
                          641 Indiana Avenue, Northwest
                          Washington, D.C. 20004


REPORTED BY:              LISA EDWARDS, RDR, CRR
                          Official Court Reporter
                          United States District Court for the
                            District of Columbia
                          333 Constitution Avenue, Northwest
                          Room 6706
                          Washington, D.C. 20001
                          (202) 354-3269

I N D E X

|                                  | Direct | Cross | Red. |
|----------------------------------|--------|-------|------|
| WITNESSES FOR THE GOVERNMENT:    |        |       |      |
| Robert Heuchling                 |        | 12    |      |

THE COURT:  Good morning, everyone.

MR. KELLER:  Good morning, your Honor.

MR. KENNER:  Good morning.

MS. LOCKHART:  Good morning.

MR. MULRYNE:  Good morning, your Honor.

THE COURT:  Let's call the case.

MR. KENNER:  Your Honor, Mr. Michel is not --

(Thereupon, the Defendant entered the courtroom and the following proceedings were had:)

MR. KENNER:  Here he is.

THE COURTROOM DEPUTY:  Criminal Case 19-148-1, the United States versus Prakazrel Michel.

Counsel, would you please identify yourself for the record, starting with the Government.

MS. LOCKHART:  Good morning.  Nicole Lockhart, John Keller, Sean Mulryne on behalf of the United States.

THE COURT:  Good morning.

MR. KENNER:  Good morning, your Honor.  David Kenner, Charles Haskell, Kriss Anne Carlstrom and Alon Israely on behalf of the Defendant.

THE COURT:  We're going to -- you'll notice a lot of people in the courthouse.  The ABA is doing a moot court.  So we're going to eat lunch at 12:00.  They go at 12:30.  So any other time after 12:00 and later, it's going to be crowded downstairs.  So I figure we'll do lunch so the

jurors can actually get in and out of the cafeteria.

I've issued two orders, one about Jasmine Zaki and the other one about Ms. Hunt.  So I'm assuming I'll hear back on that.

There is an order --

MR. KENNER:  Your Honor, just to advise the Court, I am not going to call Ms. Zaki.

THE COURT:  You're still thinking of calling Ms. Hunt?

MR. KENNER:  No, your Honor.  I'm not going to be calling Ms. Hunt.

THE COURT:  All right.  So we don't get -- we will not be getting missives at noon about that.

There's an order about the jury instructions, about the issues that the parties had raised.  So I've issued an order.  It's posted and I believe you have a copy of it.  Right?

We gave them a copy, right?

THE LAW CLERK:  Yes, your Honor.

THE COURT:  You should have a copy of it.  You'll have a chance to take a look at it.

We'll send the instructions on Part 2 later today, but I want to get this order out to you so that you knew what my decisions were.

The rest of the -- other than these issues that

I've decided, the rest of the instructions are going to be the same.  Eventually, you'll give me a defense theory one.

I want to make sure, Mr. Kenner, moving forward that you take to heart my comments yesterday.  I mean, the Court under 611 can do some *sua sponte* interventions, shall we say.

I would expect that you would not have the witness read again what has been read.  You can simply indicate -- refer them to it.  But we've had too much of repetition, of what has been already said.  The answers so far for all of the witnesses that have been asked the same question at least twice have not changed.  So it's not as if you're getting different answers.

So I would ask that you not -- hopefully, you went through the rest of the 33 documents and have figured out what you actually want that's probative.  But I would ask that you not have them read the whole thing over again since frankly they went through that already.

I made the comment yesterday about you losing the jury.  Not that they're not paying attention, other than the one.  But they are paying attention.  But they're getting restless when you start going through the things that they've heard before.  You can see them shifting around in their seats.

So it's taking longer than I think it should if

we've gone over it.  If they don't remember it, you know, when you ask the question, you can then refer to it.  I don't have a problem with that.  But to have them just read it in again -- you know, I don't have a problem with people reading in new material where you want to point out what's emphasized within it; and you had objected originally to the Government doing that.  But I don't have a problem in terms of their pointing out something important if you're going to be asking questions about it.  But once it's done, we don't need to hear about it again.  So I'm hopeful that you will have gone back and looked at the rest and will not for whatever -- that one exhibit we'll not be going over and over it again.

You gave us the list, so it would help to have sort of a more final list.  We've knocked out Ms. Zaki and Ms. Hunt.  But it would be helpful to get some sense of what else you're doing.

I don't know whether you had time to take a look at Mr. Higginbotham as to whether there's anything additional that you actually could ask.  If you look at my order, I don't think talking to him more about -- he indicated he was his lawyer.  If you go back through the transcript, which you have, I don't know what's left to ask him, frankly.  I mean, I gave you great leeway because I figured you'd call him once and both of you would be able to

ask your questions.

MR. KENNER:  Your Honor, when I reviewed my material last night, the reason that I had wanted to keep Mr. Higginbotham available as a witness is because at that point in time the Government's witness list included Ron -- Marc Moskowitz and I needed to ask followup questions.  The Government has chosen not to call Marc Moskowitz, and therefore my reason for wanting to recall Mr. Higginbotham no longer exists.

THE COURT:  Oh, okay.

If we could get an updated one.  I'm moving a lot of cases on my end in terms of scheduling.  But I think also I want to make sure we know what the list is.  I don't want any gaps.  That means you also have to have your witnesses ready to go, you know, not that we wind up at 3:00 with no witnesses because it's moved faster than you think it's going to.  I don't know how long they're going to cross, since we haven't had any cross-examination on their part.  But I would make sure that you do have the witnesses.

So it would be helpful to get maybe after lunch a list of people that you're actually going to at this point -- thinking of calling and the order in which you're doing it so if there's any issues about it, we can flag them and have it all go smoothly.  All right?

MR. KENNER:  Thank you.

I will report to the Court that after I walked in this morning, I had a telephone message from Jeff Sessions indicating that he has some scheduling issues for next week that he'll work around.  I may have to call him out of order just to accommodate his calendar.

THE COURT:  If you could give us some idea of what the accommodation is.  What I don't want is to have a bunch of blank days in here.

One of the things that some of the jurors are concerned about based on the length of the trial is they've got stuff in May, you know, early May, which we didn't really get into figuring the case would finish faster than it has.

So I don't want them getting nervous.  So we should -- you should find -- I have no problem with taking somebody out of order, but hopefully not so we have a couple days with nothing.

MR. KENNER:  I understand.

THE COURT:  So if you could -- can you tell me now?  When is he available or not available?

MR. KENNER:  Let me find his -- just give me one moment.

The voicemail reads:  "Transcription LOL CO" --

THE COURT:  Can you speak into the microphone?

MR. KENNER:  Yes.  The -- this is:  "Jeff Sessions

for Mr. Kenner.  Or am I have -- or am I," a line, "have some conflict for next week but could discuss with him the timing of my return to Washington, which is not for mobile" -- and there's a line afterwards.

THE COURT REPORTER:  Did you say "for mobile"?

MR. KENNER:  It says "for mobile so" and then another line.  "I will try to call back later.  I'm going to be out most of the day.  Thanks."

So that's what I know.

THE COURT:  So we don't really have a schedule from him.

I would have maybe one of your other co-counsel make a call to him saying that we need to know as quickly as possible when he is available and we'll work around whatever his schedule is, you know.

MR. KENNER:  Yes.

THE COURT:  But I try and get -- it also depends on when you're calling other people.  But I would set him up whenever it is that he can do it early in the week, hopefully.

MR. KENNER:  That is my desire and I hope it works.

MS. LOCKHART:  Your Honor, I think just for defense counsel's scheduling purposes and for the Court's awareness, I don't think for any --

THE COURT: Slow down.

MS. LOCKHART: For everybody's awareness, in looking through this witness list, I don't think the Government anticipates particularly lengthy cross-examinations of any of these witnesses for scheduling purposes.

THE COURT: Okay. So that means you have to have your witnesses ready to go in the witness room.

MR. KENNER: Yes.

THE COURT: So you need to figure out, you know, who you want and the order; and then we'll figure out Mr. Sessions. But I cannot have, you know, three days of nothing if that works out. That's not acceptable.

And it's not fair to the jurors, among other things, because they were given sort of -- somewhat of a schedule, and this is a special panel. So they've made themselves available for a fairly lengthy period of time. But once you start getting into May, we're going to wind up with problems with our jurors.

Anything else? If not, I think we may have all of our jurors ready.

MS. LOCKHART: Nothing from the Government. Thank you.

THE COURT: Mr. Kenner, anything from you?

MR. KENNER: Nothing from the defense.

THE COURT:  Why don't we bring in the witness.  We were only missing a few jurors when I came in.

(Thereupon, Special Agent Heuchling entered the courtroom and the following proceedings were had:)

(Whereupon, the jury entered the courtroom at 9:08 a.m. and the following proceedings were had:)

THE COURT:  Everybody please sit down.

Good morning, everyone.

THE JURY:   Good morning.

THE COURT:  We're ready to proceed --

MR. KENNER:  Good morning.

THE COURT:   -- with Special Agent Heuchling.  We're in the middle of the cross-examination.

Mr. Kenner?

MR. KENNER:  Thank you.

(ROBERT HEUCHLING, GOVERNMENT WITNESS, PREVIOUSLY SWORN.)

CROSS-EXAMINATION

BY MR. KENNER:

Q.  Sir, I want to start -- I owe you an apology.  I think I've been calling you Mr. "Heuchling," and I just have been advised a few minutes ago that that is an incorrect way to pronounce your name.  So I apologize.

Am I correct it's "Heuchling"?

A.  Yes.  That's right.  "Heuchling."

Q.  Thank you so much.  And my apologies.

Heuchling - CROSS - By Mr. Kenner

Mr. Heuchling, did you have occasion to review a document in People's Exhibit 474 about Rice [sic] Priebus?

MR. KENNER:  You're not speaking into the microphone.

BY MR. KENNER:

Q.  Rice Priebus, sir?

A.  Yes.  If you could just remind me.  Exhibit 474, is that the exhibit we were looking at at the end of the day yesterday?

Q.  Yes, sir.

A.  Yes.  I did see a document that mentioned a Reince, who I believe to be Reince Priebus.

Q.  Can you just tell me briefly what your understanding of the reference to Mr. Priebus is.

A.  As I recall with not seeing the document, there was a message indicating someone was supposed to or had contacted Mr. Priebus.

Q.  Thank you.

MR. KENNER:  Your Honor, may I publish again Exhibit 474, please?

THE COURT:  Yes.

BY MR. KENNER:

Q.  In your review of the documents contained in 474, did you become aware of a telephone call being requested an hour from now, and "an hour from now" with reference 11:30 a.m.

Beijing time?

A.  I do recall that message.  But do you want me to wait until it's on the screen here?

Q.  Yes.  Certainly.

And can you briefly explain --

MR. ISRAELY:  Your Honor, we're having technical difficulties.

THE COURT:  It's not showing on the screen, so we don't have it.

MR. KENNER:  Thank you, your Honor.  I believe we've resolved the technical issue.

BY MR. KENNER:

Q.  With reference to the document that's showing on your screen, it's referring to a call at 11:30 a.m. Beijing time an hour from now.

Do you recognize this document?

A.  I do.

Q.  And it says, "Ask SW to call Sharp."

Do you know would SW is?

A.  Based on this investigation, SW is a reference to Steve Wynn.

Q.  And there is a telephone number with a country code of 86.

Do you see that?

A.  I do.

Heuchling - CROSS - By Mr. Kenner

Q.   And is that the country code for China?

A.   Yes.

Q.   And do you recognize this to be trying to set up a call with Mr. Wynn at a very specific time?

A.   Yes.   That's what it appears to be.

Q.   Thank you.

          MR. KENNER:   Next one.

          THE COURT:   What page was that?

          MR. KENNER:   Page 9, your Honor.

          THE COURT:   Okay.

BY MR. KENNER:

Q.   I'm showing you Page 10.   Do you recognize that?

A.   I do.

Q.   And what is your understanding of what this document makes reference to?

A.   The writer or the sender of these messages is imploring the recipient of these messages to ask the White House to make a telephone call before 5:00 p.m. Eastern time today, being the day that this message was sent, to one of two individuals, a Mr. Ma Xiaohui or a Mr. Zhao Jingxing, both of whom work for the ambassador to the United States.

Q.   So this is referencing, then, a telephone call that was urgently requested from the White House; is that correct?

A.   I believe it's the opposite of that.   It's a telephone call that's being urgently requested by the sender of this

Heuchling - CROSS - By Mr. Kenner

message who appears to be coming, you know, either from -- it appears to come from the Chinese side and that it is asking the White House to make the telephone call.  So it's not the White House asking for a phone call; it's someone asking the White House to make a phone call.

Q.  Thank you.

Directing your attention to the document that is being published right now --

THE COURT:  There's nothing on the screen.

MR. KENNER:  I'm sorry.  It's Page 1.  I apologize.

THE COURT:  All right.

BY MR. KENNER:

Q.  Can you tell me what significance to your investigation, if any, is this document?

A.  So the significance of this document is it appears to show a continued backdoor campaign to have -- using high-level and connected individuals, those connected to the White House and the Trump Administration, to make contact to individuals in the administration, in the National Security Council, and to have them reach out to Chinese officials.

And in this instance, it appears that Mr. Wynn is involved in that contact.

Q.  Do you see Mr. Wynn's name anywhere on the document?

A.  So not in the messaging itself.  But at the top of the

Heuchling - CROSS - By Mr. Kenner

message, it says "Steve."  And then it has the SW and a circle.

And based on my knowledge of how iPhones work, that's generally where the initials, the first and last initial goes, for the contact, for that information.

Q.   So Mr. Wynn was seeking to have Minister Wang in D.C. to contact the director of the NSC, General Ricky Waddell. Correct?

A.   So actually, it appears that Mr. Wang is being advised to have the ambassador in D.C. to contact General Waddell or Mr. Pottinger.

Q.   General Waddell or Mr. Pottinger.  Correct?

A.   Yes, sir.

Q.   And they're both members of the White House staff?

A.   Yes.  Both members of the National Security Council.

Q.   Okay.  Do you know whether or not this took place?

A.   What is the "this"?

Q.   The contact.  As a result of this, do you know from your investigation whether Minister Wang contacted the ambassador, his ambassador, in D.C.?

A.   I do not know that.

Q.   Going to the following page, Page 12, do you recognize that document?

A.   I do.

Q.   And do you recognize this to be associated with Steve

Heuchling - CROSS - By Mr. Kenner

Wynn?

A.   That is my conclusion.  It is the continuation of the message that we just looked at.

Q.   Does this reflect that Mr. Wynn spoke to Matthew Pottinger or Ricky Waddell directly?

A.   This message suggests that he met with both of them.  This is what he is saying.

Q.   And it indicates he spoke at length, is that correct, with them?

A.   Yes.

Q.   Is it your understanding both men were in the White House last week?

        MS. LOCKHART:  Your Honor, objection.  To your Honor's admonition this morning, it's asked and answered.  This is just an alternative to reading the messages aloud in the manner the question's being asked.

        THE COURT:  Can we --

        MR. KENNER:  I'll move on, your Honor.

        THE COURT:  All right.

BY MR. KENNER:

Q.   The next page appears to be something in connection with the Bank of Hawaii.  Correct?

A.   Yes.

Q.   And was there a Defendant in this case that was living in Hawaii at this time?

Heuchling - CROSS - By Mr. Kenner

A.   Yes.  Ms. Davis resided in both Hawaii and in California.

Q.   Okay.  And can you explain the significance of this document?

A.   Yeah.  This is a banking document from the Bank of Hawaii.  It shows the name of one of the accounts that Ms. Davis used that received funds from Mr. Michel that we traced back to Mr. Low and then it has a signature on the bottom, both her name and it appears to be her former husband's name, and then her signature.

Q.   Okay.  And the following page has "Pras Ny 2013" on the top.  Correct?

A.   Yes.

Q.   Were any of these documents that we've reviewed so far traced back to Mr. Low?

A.   So I can't say with certainty.  There are messages from someone identified as T1 Freedom who, based on the investigation, I believe was Mr. Low.

Q.   Can you describe the basis of your belief that that was Mr. Low?

A.   Yes.  So if you read through the entirety of the messages that Ms. Lum -- Ms. Davis had on her Google Drive, you'll see references to being in China.  Mr. Low was the only co-conspirator and person that we identified who was communicating directly in this manner who was in China and

was directly involved in both the sending of funds, which he references in the messages, as well as the scheme and the conduct.

In addition, as we've seen, the individuals on these communications like to use initials from names in their contacts. Mr. Low's full name is Low Taek Jho, T being his middle initial. T is the moniker they use in the contact.

Q. That's how you tie this to Mr. Low?

A. If you ask me who I believe those messages came from --

Q. No.

A. -- I would say Mr. Low. Yes.

Q. I'm not asking what you believe, sir. I'm asking, what facts support the belief that you just expressed?

A. So --

MS. LOCKHART: Your Honor, objection. Asked and answered. He just explained the facts.

THE COURT: He indicated what he relied on for his conclusion. It's asked and answered.

Move on.

BY MR. KENNER:

Q. Directing your attention, sir -- I'm going to publish page --

THE COURT: You need to use the microphone.

BY MR. KENNER:

Q.   I'm going to publish Page 19.

A.   I see it.

Q.   Is there a reference to an investigation of Jared ETC?

A.   Yes.

Q.   And who do you understand Jared to be?

A.   Based on the -- on -- I believe that to be Jared Kushner.

Q.   And what was Jared Kushner being investigated for?

A.   It's hard to say.  The sender of this message is saying that there's a translation re:  insulting President Trump and an investigation of Mr. Kushner.  I couldn't tell you what Mr. Kushner would be investigated for.

Q.   Is there a discussion about "playing the worse recording for Trump"?

A.   Yes.

Q.   Do you know whether that happened?

A.   My understanding is at some point certain Chinese authorities met with Mr. Guo and may have recorded the conversation or somehow recovered a recorded conversation with Mr. Guo.  Whether that recording was ever played for Mr. Trump or even if that's the recording referenced here, I couldn't tell you with certainty.

Q.   And at the bottom of this document there's a reference to Guo Wengui to meet -- I'm sorry -- Exhibit 464.  Is there a reference to -- I'm sorry.  This is Exhibit 464, which has

Heuchling - CROSS - By Mr. Kenner

already been admitted.  Do you recognize that?

A.  I do.

Q.  It's a certificate of translation?

A.  Correct.

Q.  And you caused or somebody in the investigation caused this document written in Chinese to be translated into English.  Correct?

MS. LOCKHART:  Objection.  Relevance.  This document's already in evidence.  He's already testified that the message itself was translated.

THE COURT:  We already went through this.  Is there something new that you want to bring up about it?

MR. KENNER:  Yes.

BY MR. KENNER:

Q.  What I want to ask is whether or not Guo Wengui met with FBI Agent Andrew Zitman.

A.  My understanding is yes, that did happen.

Q.  Do you know how many times that happened?

A.  I don't know the exact number of times.  But as I testified earlier, Special Agent Andrew Zitman was assigned to the national security and counterintelligence branch of the FBI in New York and he focused on Chinese matters.  And so this would have fallen into his purview.

Q.  Okay.  And this is the same Andrew Zitman that I believe you said met with Mr. Michel on four or five occasions?

Heuchling - CROSS - By Mr. Kenner

A.  I believe it was four, but it may have been four or five.  Yes.

Q.  And after a meeting with Agent Zitman, are you aware of whether or not Agent Zitman asked Mr. Michel to acquire something and bring it back to him?

MS. LOCKHART:  Objection.  Hearsay.  I believe that's a question for Agent Zitman and not Agent Heuchling.

THE COURT:  I think the way you've asked it, it's going to elicit hearsay.

BY MR. KENNER:

Q.  Sir, do you know whether or not Mr. Pras Michel at the request of Agent Zitman caused a tape recording of a conversation to be given to him?

MS. LOCKHART:  Again, I think this is a question for Agent Zitman, whether Mr. Michel gave a recording to him.

THE COURT:  I'm not sure how he particularly would know.  He's indicated that Zitman was in New York doing his own investigation.

So do you know one way or the other?

THE WITNESS:  I don't recall, your Honor.

BY MR. KENNER:

Q.  Sir, in preparation for your testimony, did you review a number of FBI 302s authored by FBI Agent Zitman?

A.  I had reviewed those previously.  Yes.

Heuchling - CROSS - By Mr. Kenner

Q.   And based on the review of those documents, how did they inform your investigation with respect to whether or not Mr. Michel supplied tape recordings or a tape recording to Mr. Zitman?

MS. LOCKHART:   Your Honor, asked and answered.

THE COURT:   I'll sustain it.

BY MR. KENNER:

Q.   Do you know who Mr. Joshua Karpin is, K-A-R-P-I-N?

A.   Only based on the messages we've seen here and what -- and through this investigation that he worked for the National Security Council in or about 2017.

MR. KENNER:   Can we please publish that document? It's Page 20, your Honor.

BY MR. KENNER:

Q.   So Mr. Karpin introduced himself as the head of economics of the National Security Council.   Is that on the United States side?

A.   Yes.

Q.   And did you determine whether or not Mr. Joshua Karpin emailed to Sun Ning, chief translator and chief protocol officer, of the president of the People's Republic of China?

A.   So I guess two things.   I believe Mr. Karpin's name is misspelled here.   It's with a T, not a P.

But no.   I never made a definitive determination if Mr. Karpin or Kartin had indeed emailed a Mr. Sun Ning.

Heuchling - CROSS - By Mr. Kenner

Q.  Did that email advise Mr. Sun that China should discuss this with the appropriate legal avenues/authorities?

MS. LOCKHART:  Your Honor, objection to the characterization of the question.  Agent Heuchling testified that he wasn't aware whether the email was sent, and so he's not able to say what the email itself said.

THE COURT:  I would agree with that.

(Thereupon, the Defendant retired from the courtroom and the following proceedings were had:)

MR. KENNER:  Your Honor, I have to ask for a recess.  Mr. Michel is sick.

THE COURT:  All right.

MR. KENNER:  He just -- the record should reflect I just saw him run out of the courtroom.

THE COURT:  Why don't we take a short break here for a second.  How about until quarter to 10:00.  We'll see what's happening.

(Whereupon, the jury exited the courtroom at 9:35 a.m. and the following proceedings were had:)

THE COURT:  Agent, you're excused.

(Witness excused.)

THE COURT:  Perhaps someone should go out and find out how he is.

MR. KENNER:  Mr. Israely went to check.  May I be excused for a moment?

THE COURT:  Yes.  Why don't you see how he is. So we'll come back at a quarter of.

(Thereupon a recess was taken, after which the following proceedings were had:)











(Whereupon, the jury entered the courtroom at 10:10 a.m. and the following proceedings were had:)

THE COURT:  Good morning again, members of the jury.

THE JURY:   Good morning.

THE COURT:  Mr. Michel has taken ill, and so we are going to excuse you for the rest of the day.  We don't expect that he will be feeling well enough, frankly, to come back.  He has a right to be present when the case is going

forward and to listen to the evidence.  So we would not proceed without him.

We have the weekend coming up, so the expectation at this point is that we'll be able to resume on Monday.

So let me excuse you for today.  I'll ask you to come back.  We'll bring you out at 9:00 on Monday unless you hear from us differently.

So take care of yourselves.  Be well.  And don't talk about the case.

THE JURY:  Thank you.

(Whereupon, the jury exited the courtroom at 10:11 a.m. and the following proceedings were had:)

THE COURT:  Let me take about a ten-minute break.

What I'd ask is if -- Mr. Kenner, I don't know whether you're prepared enough.  Can you contact Mr. Sessions?  It would be nice to get a sense of what the witnesses are going to be next week.

MR. KENNER:  Yes, your Honor.

THE COURT:  I don't know whether you want to take -- I'm not going to keep you here.  I just want to touch on a couple of things that we should take care of. The witness list would be most helpful in terms of what order they're going to be.

MR. KENNER:  Thank you, your Honor.

THE COURT:  We will send out Part 2, which, now

that I've given you the order, you'll see what the changes are, things we didn't change. So you should get that.

Part 1 I'm sort of still working on, partly because we're changing it as things come in. Things have strikes so you put that in, you know. People have plea agreements, whatever. But we're getting it ready. And there's less of an issue with that. That's really more what has been presented in terms of the trial.

So if there's something else we want to talk about, we can. Mr. Keller?

MR. KELLER: I don't know that there's anything to discuss with the Court.

But just noting defense counsel and Mr. Kenner and I spoke about a couple of the witnesses, Michael O'Neal and Jason McCall, both of whom based on the Government's discovery materials previously in interviews primarily discussed Frank White. And so just trying to get a sense of what their testimony would be if they're called by the defense and whether it relates to Mr. White or something else.

Mr. Kenner indicated that he might have other questions for them, but also indicated that they still may be finalizing the witness list. So just noting that for the record. It doesn't sound like we're going to resolve that today in the next ten minutes.

THE COURT:  I'm happy to give you half an hour to have a discussion.  We are here.  Nobody's in the courtroom.  I can close the courtroom so you can have -- as far as I'm concerned, the trial is done.  We can close it so you can discuss it if you want to in terms of witnesses without having just people publicly out there.

MR. KELLER:  It was my impression that it was more an internal defense conversation.

THE COURT:  I don't know where you are with your list.  I'm not going to keep you around here if you're still in the process of trying to work it out.

MR. KENNER:  If you'd give us ten minutes, I think we can work it out.

THE COURT:  Terrific.  Let me give you more than that.  It's 10:15.  We'll come back at 10:30.  Let Ms. Patterson know if you need more time.  I'll be back in chambers.  I don't want to let you go if we can do some things.  If we can't, I'm certainly not going to keep you.  We'll let you -- I'll excuse you at that point.  But if you can at least work some things out with the witnesses, it would be most helpful.

So everybody's excused until 10:30 or if you need more time.

MR. KENNER:  Excuse me, your Honor.  I can indicate now if you would like a shortened list of

witnesses.

THE COURT:  Okay.  Hold on one second.  Who would they be?

MR. KENNER:  I'm sorry.  Harry Lidsky, William Kirk.

THE COURT:  What was the name?

MR. KENNER:  William Kirk, John Kelly, Jeff Sessions, H.R. McMaster; and I will review in light of what Mr. Keller raised whether or not I still think that we will try to call Jason McCall and Michael O'Neal.

THE COURT:  When do you think you would know that?  By the end of the day?

MR. KENNER:  Yes, your Honor.

THE COURT:  In terms of -- Mr. Sessions, obviously, you are in contact with and McMaster.  Have you had discussions with them about their making an appearance, assuming that they've been served?  Have you discussed when they're going to show up or do they have conflicts or anything?

MR. KENNER:  They have all been -- they've all been served and they've all been told it would be the week of April 17th.  So I will go back today and line all of that up and advise Mr. Keller and the Court.

THE COURT:  That would be most helpful.

Hang on one second, if you would.

So maybe we don't need the ten-minute break, then. Is there anything else we want to talk about?

MR. KENNER:  Not from the defense, your Honor.

THE COURT:  Mr. Keller?

MR. KELLER:  No, your Honor.

THE COURT:  So I will look at these.  I would just ask that you contact these people, the more notable people in terms of having schedules that are more difficult to accommodate, to find out what their availability is so at least we can assume that Mr. Michel hopefully will be better over the weekend.  And you can find a slot when they're going to be able to do this.

MR. KENNER:  Absolutely, your Honor.

THE COURT:  If you could let us know, say, certainly on Sunday, say, by 5:00 as to whether it looks like Mr. Michel is going to be well enough.

MR. KENNER:  Thank you, your Honor.

THE COURT:  Or if you're not sure, we can wait until the morning because they can be called.  We have phone numbers for the jurors.  They can be called and told to come later or whatever needs to be done.

MR. KENNER:  And, your Honor, I also will email chambers and Mr. Keller and the other U.S. attorneys as soon as I have an update about Mr. Michel's status for Monday. So hopefully we can nail that down.

THE COURT:  Sure.  Yes.  I hope so, too.  I hope he's all right.

MR. KENNER:  Thank you, your Honor.

THE COURT:  Take care.  Everybody be well.

(Proceedings concluded.)

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 14th day of April, 2023.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269

**/**

**/s** [1] - 37:12

**1**

**1** [2] - 16:10, 32:3
**10** [1] - 15:12
**1016** [1] - 1:16
**10:00** [1] - 25:16
**10:10** [1] - 30:18
**10:11** [1] - 31:11
**10:15** [1] - 33:15
**10:30** [2] - 33:15, 33:22
**11:30** [2] - 13:25, 14:14
**12** [2] - 3:5, 17:22
**12:00** [2] - 4:23, 4:24
**12:30** [1] - 4:23
**1301** [1] - 1:15
**14** [1] - 1:6
**1400** [1] - 1:19
**14th** [1] - 37:10
**16633** [1] - 1:23
**17th** [1] - 34:22
**19** [1] - 21:1
**19-00148-1** [1] - 1:3
**19-148-1** [1] - 4:11

**2**

**2** [2] - 5:22, 31:25
**20** [1] - 24:13
**20001** [2] - 2:8, 37:14
**20004** [1] - 2:4
**20005** [1] - 1:20
**2013** [1] - 19:11
**2017** [1] - 24:11
**202** [2] - 2:9, 37:15
**2023** [2] - 1:6, 37:10
**20530** [1] - 1:16

**3**

**302s** [1] - 23:24
**33** [1] - 6:15
**333** [2] - 2:7, 37:14
**354-3269** [2] - 2:9, 37:15
**3:00** [1] - 8:15

**4**

**464** [2] - 21:24, 21:25
**474** [4] - 13:2, 13:7,

13:20, 13:23

**5**

**5:00** [2] - 15:18, 35:15

**6**

**611** [1] - 6:5
**641** [1] - 2:3
**6706** [1] - 2:8

**8**

**86** [1] - 14:23
**8:54** [1] - 1:7

**9**

**9** [1] - 15:9
**91436** [1] - 1:23
**9:00** [1] - 31:6
**9:08** [1] - 12:5
**9:35** [1] - 25:18

**A**

**a.m** [7] - 1:7, 12:6, 13:25, 14:14, 25:19, 30:18, 31:12
**ABA** [1] - 4:22
**ability** [1] - 37:7
**able** [4] - 7:25, 25:6, 31:4, 35:12
**absolutely** [1] - 35:13
**acceptable** [1] - 11:13
**accommodate** [2] - 9:5, 35:9
**accommodation** [1] - 9:7
**accounts** [1] - 19:6
**accurate** [1] - 37:4
**acquire** [1] - 23:4
**Action** [1] - 1:3
**addition** [1] - 20:4
**additional** [1] - 7:20
**Administration** [1] - 16:19
**administration** [1] - 16:20
**admitted** [1] - 22:1
**admonition** [1] - 18:14

**advise** [3] - 5:6, 25:1, 34:23
**advised** [2] - 12:21, 17:9
**afterwards** [1] - 10:4
**Agent** [12] - 12:3, 12:12, 22:16, 22:20, 23:3, 23:4, 23:7, 23:12, 23:15, 23:24, 25:4
**agent** [1] - 25:20
**ago** [1] - 12:21
**agree** [1] - 25:7
**agreements** [1] - 32:6
**ALON** [1] - 1:22
**Alon** [1] - 4:19
**aloud** [1] - 18:15
**alternative** [1] - 18:15
**ambassador** [4] - 15:21, 17:10, 17:20
**AMERICA** [1] - 1:3
**Andrew** [3] - 22:16, 22:20, 22:24
**Anne** [1] - 4:19
**answered** [4] - 18:14, 20:17, 20:19, 24:5
**answers** [2] - 6:10, 6:13
**anticipates** [1] - 11:4
**apologies** [1] - 12:25
**apologize** [2] - 12:22, 16:11
**apology** [1] - 12:19
**appearance** [1] - 34:16
**aPPEARANCES** [1] - 1:13
**APPEARANCES** [1] - 2:1
**appropriate** [1] - 25:2
**April** [3] - 1:6, 34:22, 37:10
**assigned** [1] - 22:20
**associated** [1] - 17:25
**assume** [1] - 35:10
**assuming** [2] - 5:3, 34:17
**attention** [4] - 6:20, 6:21, 16:7, 20:22
**attorneys** [1] - 35:23
**authored** [1] - 23:24
**authorities** [1] - 21:18
**availability** [1] - 35:9
**available** [5] - 8:4,

9:20, 10:14, 11:17
**Avenue** [5] - 1:15, 1:19, 2:3, 2:7, 37:14
**avenues/ authorities** [1] - 25:2
**aware** [3] - 13:24, 23:3, 25:5
**awareness** [2] - 10:25, 11:2

**B**

**backdoor** [1] - 16:17
**Bank** [2] - 18:22, 19:5
**banking** [1] - 19:5
**based** [8] - 9:10, 14:20, 17:3, 19:17, 21:6, 24:1, 24:9, 32:15
**basis** [1] - 19:19
**become** [1] - 13:24
**BEFORE** [1] - 1:10
**behalf** [2] - 4:16, 4:20
**Beijing** [2] - 14:1, 14:14
**belief** [2] - 19:19, 20:14
**best** [1] - 37:7
**better** [1] - 35:10
**blank** [1] - 9:8
**bottom** [2] - 19:9, 21:23
**Boulevard** [1] - 1:23
**branch** [1] - 22:21
**break** [3] - 25:15, 31:13, 35:1
**briefly** [2] - 13:13, 14:5
**bring** [4] - 12:1, 22:12, 23:5, 31:6
**bunch** [1] - 9:7
**BY** [15] - 2:5, 12:18, 13:5, 13:22, 14:12, 15:11, 16:13, 18:20, 20:21, 20:25, 22:14, 23:10, 23:22, 24:7, 24:14

**C**

**cafeteria** [1] - 5:1
**calendar** [1] - 9:5
**California** [2] - 1:23, 19:2
**campaign** [1] - 16:17
**cannot** [1] - 11:12

**care** [3] - 31:8, 31:21, 36:4
**Carlstrom** [1] - 4:19
**case** [5] - 4:6, 9:12, 18:24, 30:25, 31:9
**Case** [1] - 4:11
**cases** [1] - 8:12
**caused** [3] - 22:5, 23:12
**certain** [1] - 21:17
**certainly** [3] - 14:4, 33:18, 35:15
**certainty** [2] - 19:16, 21:22
**CERTIFICATE** [1] - 37:1
**certificate** [1] - 22:3
**certify** [1] - 37:4
**chambers** [2] - 33:17, 35:23
**chance** [1] - 5:21
**change** [1] - 32:2
**changed** [1] - 6:12
**changes** [1] - 32:1
**changing** [1] - 32:4
**characterization** [1] - 25:4
**Charles** [1] - 4:19
**CHARLES** [2] - 2:2, 2:2
**check** [1] - 25:24
**chief** [2] - 24:20
**China** [5] - 15:1, 19:23, 19:25, 24:21, 25:1
**Chinese** [5] - 16:2, 16:21, 21:17, 22:6, 22:22
**chosen** [1] - 8:7
**circle** [1] - 17:2
**CLERK** [1] - 5:19
**close** [2] - 33:3, 33:4
**CO** [1] - 9:23
**co** [2] - 10:12, 19:24
**co-conspirator** [1] - 19:24
**co-counsel** [1] - 10:12
**code** [2] - 14:22, 15:1
**COLLEEN** [1] - 1:10
**Columbia** [2] - 2:7, 37:13
**COLUMBIA** [1] - 1:1
**coming** [2] - 16:1, 31:3
**comment** [1] - 6:19
**comments** [1] - 6:4
**communicating** [1] -

19:25

**communications** [1] - 20:5

**complete** [1] - 37:6

**concerned** [2] - 9:10, 33:4

**concluded** [1] - 36:5

**conclusion** [2] - 18:2, 20:19

**conduct** [1] - 20:3

**conflict** [1] - 10:2

**conflicts** [1] - 34:18

**connected** [2] - 16:18

**connection** [1] - 18:21

**conspirator** [1] - 19:24

**constitutes** [1] - 37:4

**Constitution** [2] - 2:7, 37:14

**CONT'D** [1] - 2:1

**contact** [10] - 16:19, 16:23, 17:5, 17:7, 17:10, 17:18, 20:8, 31:15, 34:15, 35:7

**contacted** [2] - 13:16, 17:19

**contacts** [1] - 20:6

**contained** [1] - 13:23

**continuation** [1] - 18:2

**continued** [1] - 16:17

**conversation** [4] - 21:19, 23:13, 33:8

**copy** [3] - 5:16, 5:18, 5:20

**correct** [9] - 12:23, 15:23, 17:8, 17:12, 18:8, 18:22, 19:12, 22:4, 22:7

**Council** [4] - 16:21, 17:15, 24:11, 24:16

**counsel** [3] - 4:13, 10:12, 32:13

**counsel's** [1] - 10:24

**counterintelligence** [1] - 22:21

**country** [2] - 14:22, 15:1

**couple** [3] - 9:16, 31:21, 32:14

**COURT** [62] - 1:1, 4:1, 4:6, 4:17, 4:21, 5:8, 5:12, 5:20, 8:10, 9:6, 9:19, 9:24, 10:5, 10:10, 10:17, 11:1, 11:7, 11:10, 11:24, 12:1, 12:7, 12:10, 12:12, 13:21, 14:8,

15:8, 15:10, 16:9, 16:12, 18:17, 18:19, 20:18, 20:24, 22:11, 23:8, 23:17, 24:6, 25:7, 25:12, 25:15, 25:20, 25:22, 26:1, 30:19, 30:22, 31:13, 31:19, 31:25, 33:1, 33:9, 33:14, 34:2, 34:6, 34:11, 34:14, 34:24, 35:4, 35:6, 35:14, 35:18, 36:1, 36:4

**court** [1] - 4:22

**Court** [9] - 2:6, 2:6, 5:6, 6:5, 9:1, 32:12, 34:23, 37:12, 37:13

**Court's** [1] - 10:24

**courthouse** [1] - 4:22

**courtroom** [10] - 4:8, 12:4, 12:5, 25:9, 25:14, 25:18, 30:17, 31:11, 33:2, 33:3

**COURTROOM** [1] - 4:11

**Criminal** [1] - 1:3

**criminal** [1] - 4:11

**cross** [4] - 8:17, 8:18, 11:5, 12:13

**Cross** [1] - 3:3

**CROSS** [1] - 12:17

**cross-examination** [2] - 8:18, 12:13

**CROSS-EXAMINATION** [1] - 12:17

**cross-examinations** [1] - 11:5

**crowded** [1] - 4:25

**CRR** [3] - 2:5, 37:3, 37:12

**D**

**D.C** [9] - 1:6, 1:16, 1:20, 2:4, 2:8, 17:6, 17:10, 17:20, 37:14

**Dated** [1] - 37:10

**DAVID** [1] - 1:21

**David** [1] - 4:18

**Davis** [3] - 19:1, 19:7, 19:22

**days** [3] - 9:8, 9:17, 11:12

**decided** [1] - 6:1

**decisions** [1] - 5:24

**Defendant** [5] - 1:7,

4:8, 4:20, 18:24, 25:8

**DEFENDANT** [2] - 1:21, 2:2

**defense** [7] - 6:2, 10:24, 11:25, 32:13, 32:19, 33:8, 35:3

**definitive** [1] - 24:24

**DEPARTMENT** [2] - 1:15, 1:18

**DEPUTY** [1] - 4:11

**describe** [1] - 19:19

**desire** [1] - 10:21

**determination** [1] - 24:24

**determine** [1] - 24:19

**different** [1] - 6:13

**differently** [1] - 31:7

**difficult** [1] - 35:8

**difficulties** [1] - 14:7

**Direct** [1] - 3:3

**directing** [2] - 16:7, 20:22

**directly** [3] - 18:5, 19:25, 20:1

**director** [1] - 17:7

**discovery** [1] - 32:16

**discuss** [4] - 10:2, 25:1, 32:12, 33:5

**discussed** [2] - 32:17, 34:17

**discussion** [2] - 21:13, 33:2

**discussions** [1] - 34:16

**district** [1] - 37:13

**District** [3] - 2:6, 2:7, 37:13

**DISTRICT** [3] - 1:1, 1:1, 1:11

**document** [16] - 13:2, 13:11, 13:15, 14:13, 14:16, 15:14, 16:7, 16:15, 16:16, 16:24, 17:23, 19:4, 19:5, 21:23, 22:6, 24:12

**document's** [1] - 22:9

**documents** [4] - 6:15, 13:23, 19:14, 24:1

**done** [3] - 7:9, 33:4, 35:21

**down** [3] - 11:1, 12:7, 35:25

**downstairs** [1] - 4:25

**Drive** [1] - 19:22

**E**

**early** [2] - 9:11, 10:19

**Eastern** [1] - 15:18

**eat** [1] - 4:23

**economics** [1] - 24:16

**Edwards** [1] - 37:12

**EDWARDS** [2] - 2:5, 37:3

**either** [1] - 16:1

**elicit** [1] - 23:9

**email** [4] - 25:1, 25:5, 25:6, 35:22

**emailed** [2] - 24:20, 24:25

**emphasized** [1] - 7:6

**Encino** [1] - 1:23

**end** [3] - 8:12, 13:8, 34:12

**English** [1] - 22:7

**entered** [4] - 4:8, 12:3, 12:5, 30:17

**entirety** [1] - 19:21

**ESQ** [6] - 1:14, 1:17, 1:18, 1:21, 1:22, 2:2

**ETC** [1] - 21:3

**eventually** [1] - 6:2

**evidence** [2] - 22:9, 31:1

**exact** [1] - 22:19

**EXAMINATION** [1] - 12:17

**examination** [2] - 8:18, 12:13

**examinations** [1] - 11:5

**excuse** [4] - 30:23, 31:5, 33:19, 33:24

**excused** [4] - 25:20, 25:21, 25:25, 33:22

**Exhibit** [5] - 13:2, 13:7, 13:20, 21:24, 21:25

**exhibit** [2] - 7:12, 13:8

**exists** [1] - 8:9

**exited** [2] - 25:18, 31:11

**expect** [2] - 6:7, 30:24

**expectation** [1] - 31:3

**explain** [2] - 14:5, 19:3

**explained** [1] - 20:17

**expressed** [1] - 20:14

**F**

**facts** [2] - 20:14, 20:17

**fair** [1] - 11:14

**fairly** [1] - 11:17

**fallen** [1] - 22:23

**far** [3] - 6:10, 19:14, 33:3

**faster** [2] - 8:16, 9:12

**FBI** [4] - 22:16, 22:22, 23:24

**few** [2] - 12:2, 12:21

**figure** [3] - 4:25, 11:10, 11:11

**figured** [2] - 6:15, 7:25

**figuring** [1] - 9:12

**final** [1] - 7:15

**finalizing** [1] - 32:23

**finish** [1] - 9:12

**FIRM** [1] - 1:22

**first** [1] - 17:4

**five** [2] - 22:25, 23:2

**flag** [1] - 8:23

**focused** [1] - 22:22

**following** [10] - 4:9, 12:4, 12:6, 17:22, 19:11, 25:9, 25:19, 26:4, 30:18, 31:12

**followup** [1] - 8:6

**FOR** [5] - 1:1, 1:14, 1:21, 2:2, 3:4

**foregoing** [1] - 37:4

**former** [1] - 19:9

**forward** [2] - 6:3, 31:1

**four** [3] - 22:25, 23:1

**Frank** [1] - 32:17

**frankly** [3] - 6:18, 7:24, 30:24

**Freedom** [1] - 19:17

**full** [2] - 20:6, 37:5

**funds** [2] - 19:7, 20:1

**G**

**gaps** [1] - 8:14

**General** [3] - 17:7, 17:10, 17:12

**generally** [1] - 17:4

**given** [3] - 11:15, 23:13, 32:1

**Google** [1] - 19:22

**Government** [5] - 4:14, 7:7, 8:7, 11:4, 11:22

**GOVERNMENT** [3] -

1:14, 3:4, 12:16
**Government's** [2] - 8:5, 32:15
**great** [1] - 7:24
**guess** [1] - 24:22
**Guo** [4] - 21:18, 21:20, 21:24, 22:15

## H

**H.R** [1] - 34:8
**half** [1] - 33:1
**hang** [1] - 34:25
**happy** [1] - 33:1
**hard** [1] - 21:9
**Harry** [1] - 34:4
**HASKELL** [2] - 2:2, 2:3
**Haskell** [1] - 4:19
**Hawaii** [4] - 18:22, 18:25, 19:1, 19:6
**head** [1] - 24:15
**hear** [3] - 5:3, 7:10, 31:7
**heard** [1] - 6:23
**hearsay** [2] - 23:6, 23:9
**heart** [1] - 6:4
**help** [1] - 7:14
**helpful** [5] - 7:16, 8:20, 31:22, 33:21, 34:24
**hereby** [1] - 37:3
**HEUCHLING** [1] - 12:16
**Heuchling** [9] - 3:5, 12:3, 12:12, 12:20, 12:23, 12:24, 13:1, 23:7, 25:4
**Higginbotham** [3] - 7:19, 8:4, 8:8
**high** [1] - 16:18
**high-level** [1] - 16:18
**himself** [1] - 24:15
**hold** [1] - 34:2
**Honor** [31] - 4:2, 4:5, 4:7, 4:18, 5:6, 5:10, 5:19, 8:2, 10:23, 13:19, 14:6, 14:10, 15:9, 18:13, 18:18, 20:16, 23:21, 24:5, 24:13, 25:3, 25:10, 31:18, 31:24, 33:24, 34:13, 35:3, 35:5, 35:13, 35:17, 35:22, 36:3
**Honor's** [1] - 18:14
**HONORABLE** [1] - 1:10

**hope** [3] - 10:21, 36:1
**hopeful** [1] - 7:10
**hopefully** [5] - 6:14, 9:16, 10:20, 35:10, 35:25
**hour** [4] - 13:24, 13:25, 14:15, 33:1
**House** [8] - 15:17, 15:23, 16:3, 16:4, 16:5, 16:19, 17:14, 18:12
**hunt** [4] - 5:3, 5:9, 5:11, 7:16
**husband's** [1] - 19:10

## I

**idea** [1] - 9:6
**identified** [2] - 19:17, 19:24
**identify** [1] - 4:13
**ill** [1] - 30:22
**imploring** [1] - 15:16
**important** [1] - 7:8
**impression** [1] - 33:7
**included** [1] - 8:5
**incorrect** [1] - 12:21
**indeed** [1] - 24:25
**Indiana** [1] - 2:3
**indicate** [2] - 6:8, 33:25
**indicated** [5] - 7:22, 20:18, 23:18, 32:21, 32:22
**indicates** [1] - 18:8
**indicating** [2] - 9:3, 13:16
**individuals** [4] - 15:20, 16:18, 16:20, 20:4
**inform** [1] - 24:2
**information** [1] - 17:5
**initial** [2] - 17:5, 20:7
**initials** [2] - 17:4, 20:5
**instance** [1] - 16:22
**instructions** [3] - 5:14, 5:22, 6:1
**insulting** [1] - 21:10
**Integrity** [1] - 1:19
**internal** [1] - 33:8
**interventions** [1] - 6:5
**interviews** [1] - 32:16
**introduced** [1] -

24:15
**investigated** [2] - 21:8, 21:12
**investigation** [10] - 14:20, 16:14, 17:19, 19:18, 21:3, 21:11, 22:5, 23:19, 24:2, 24:10
**involved** [2] - 16:23, 20:1
**iPhones** [1] - 17:3
**Israely** [2] - 4:20, 25:24
**ISRAELY** [2] - 1:22, 14:6
**issue** [2] - 14:11, 32:7
**issued** [2] - 5:2, 5:16
**issues** [4] - 5:15, 5:25, 8:23, 9:3
**itself** [3] - 16:25, 22:10, 25:6

## J

**Jared** [4] - 21:3, 21:5, 21:6, 21:8
**Jasmine** [1] - 5:2
**Jason** [2] - 32:15, 34:10
**Jeff** [3] - 9:2, 9:25, 34:7
**Jho** [1] - 20:6
**Jingxing** [1] - 15:20
**JOHN** [1] - 1:14
**John** [2] - 4:16, 34:7
**Joshua** [2] - 24:8, 24:19
**JUDGE** [1] - 1:11
**jurors** [7] - 5:1, 9:9, 11:14, 11:19, 11:21, 12:2, 35:20
**JURY** [4] - 1:10, 12:9, 30:21, 31:10
**jury** [7] - 5:14, 6:20, 12:5, 25:18, 30:17, 30:20, 31:11
**JUSTICE** [2] - 1:15, 1:18

## K

**Karpin** [4] - 24:8, 24:15, 24:19, 24:25
**KARPIN** [1] - 24:8
**Karpin's** [1] - 24:22
**Kartin** [1] - 24:25
**keep** [4] - 8:3, 31:20,

33:10, 33:18
**Keller** [6] - 4:16, 32:10, 34:9, 34:23, 35:4, 35:23
**KELLER** [5] - 1:14, 4:2, 32:11, 33:7, 35:5
**Kelly** [1] - 34:7
**KENNER** [59] - 1:21, 1:22, 4:3, 4:7, 4:10, 4:18, 5:6, 5:10, 8:2, 8:25, 9:18, 9:21, 9:25, 10:6, 10:16, 10:21, 11:9, 11:25, 12:11, 12:15, 12:18, 13:3, 13:5, 13:19, 13:22, 14:10, 14:12, 15:7, 15:9, 15:11, 16:10, 16:13, 18:18, 18:20, 20:21, 20:25, 22:13, 22:14, 23:10, 23:22, 24:7, 24:12, 24:14, 25:10, 25:13, 25:24, 31:18, 31:24, 33:12, 33:24, 34:4, 34:7, 34:13, 34:20, 35:3, 35:13, 35:17, 35:22, 36:3
**Kenner** [8] - 4:19, 6:3, 10:1, 11:24, 12:14, 31:14, 32:13, 32:21
**Kirk** [2] - 34:5, 34:7
**knocked** [1] - 7:15
**knowledge** [1] - 17:3
**KOLLAR** [1] - 1:10
**KOLLAR-KOTELLY** [1] - 1:10
**KOTELLY** [1] - 1:10
**Kriss** [1] - 4:19
**Kushner** [4] - 21:7, 21:8, 21:11, 21:12

## L

**last** [3] - 8:3, 17:4, 18:12
**LAW** [3] - 1:22, 2:2, 5:19
**lawyer** [1] - 7:22
**least** [3] - 6:12, 33:20, 35:10
**leeway** [1] - 7:24
**left** [1] - 7:23
**legal** [1] - 25:2
**length** [2] - 9:10, 18:8
**lengthy** [2] - 11:4, 11:17
**less** [1] - 32:7

**level** [1] - 16:18
**Lidsky** [1] - 34:4
**light** [1] - 34:8
**line** [4] - 10:1, 10:4, 10:7, 34:22
**LISA** [2] - 2:5, 37:3
**Lisa** [1] - 37:12
**list** [10] - 7:14, 7:15, 8:5, 8:13, 8:21, 11:3, 31:22, 32:23, 33:10, 33:25
**listen** [1] - 31:1
**living** [1] - 18:24
**Lockhart** [1] - 4:15
**LOCKHART** [13] - 1:18, 4:4, 4:15, 10:23, 11:2, 11:22, 18:13, 20:16, 22:8, 23:6, 23:14, 24:5, 25:3
**LOL** [1] - 9:23
**look** [4] - 5:21, 7:18, 7:20, 35:6
**looked** [2] - 7:11, 18:3
**looking** [2] - 11:3, 13:8
**looks** [1] - 35:15
**losing** [1] - 6:19
**Low** [7] - 19:8, 19:15, 19:18, 19:20, 19:23, 20:6, 20:12
**low** [1] - 20:9
**Low's** [1] - 20:6
**Lum** [1] - 19:22
**lunch** [3] - 4:23, 4:25, 8:20

## M

**manner** [2] - 18:16, 19:25
**Marc** [2] - 8:6, 8:7
**material** [2] - 7:5, 8:3
**materials** [1] - 32:16
**matters** [1] - 22:22
**Matthew** [1] - 18:4
**McCall** [2] - 32:15, 34:10
**McMaster** [2] - 34:8, 34:15
**mean** [2] - 6:4, 7:24
**means** [2] - 8:14, 11:7
**meet** [1] - 21:24
**meeting** [1] - 23:3
**members** [3] - 17:14, 17:15, 30:19
**men** [1] - 18:11
**mentioned** [1] -

13:11
  **message** [10] - 9:2, 13:16, 14:2, 15:19, 16:1, 17:1, 18:3, 18:6, 21:9, 22:10
  **messages** [8] - 15:16, 15:17, 18:15, 19:16, 19:22, 20:2, 20:10, 24:9
  **messaging** [1] - 16:25
  **met** [4] - 18:6, 21:18, 22:15, 22:25
  **Michael** [2] - 32:14, 34:10
  **Michel** [12] - 4:7, 4:12, 19:7, 22:25, 23:4, 23:11, 23:15, 24:3, 25:11, 30:22, 35:10, 35:16
  **MICHEL** [1] - 1:6
  **Michel's** [1] - 35:24
  **microphone** [3] - 9:24, 13:4, 20:24
  **middle** [2] - 12:13, 20:7
  **might** [1] - 32:21
  **Minister** [2] - 17:6, 17:19
  **minute** [2] - 31:13, 35:1
  **minutes** [3] - 12:21, 32:25, 33:12
  **missing** [1] - 12:2
  **missives** [1] - 5:13
  **misspelled** [1] - 24:23
  **mobile** [3] - 10:4, 10:5, 10:6
  **moment** [2] - 9:22, 25:25
  **Monday** [3] - 31:4, 31:6, 35:24
  **moniker** [1] - 20:7
  **moot** [1] - 4:22
  **MORNING** [1] - 1:7
  **morning** [16] - 4:1, 4:2, 4:3, 4:4, 4:5, 4:15, 4:17, 4:18, 9:2, 12:8, 12:9, 12:11, 18:14, 30:19, 30:21, 35:19
  **Moskowitz** [2] - 8:6, 8:7
  **most** [4] - 10:8, 31:22, 33:21, 34:24
  **move** [2] - 18:18, 20:20
  **moved** [1] - 8:16
  **moving** [2] - 6:3,

8:11
  **MR** [63] - 4:2, 4:3, 4:5, 4:7, 4:10, 4:18, 5:6, 5:10, 8:2, 8:25, 9:18, 9:21, 9:25, 10:6, 10:16, 10:21, 11:9, 11:25, 12:11, 12:15, 12:18, 13:3, 13:5, 13:19, 13:22, 14:6, 14:10, 14:12, 15:7, 15:9, 15:11, 16:10, 16:13, 18:18, 18:20, 20:21, 20:25, 22:13, 22:14, 23:10, 23:22, 24:7, 24:12, 24:14, 25:10, 25:13, 25:24, 31:18, 31:24, 32:11, 33:7, 33:12, 33:24, 34:4, 34:7, 34:13, 34:20, 35:3, 35:5, 35:13, 35:17, 35:22, 36:3
  **MS** [12] - 4:4, 4:15, 10:23, 11:2, 11:22, 18:13, 20:16, 22:8, 23:6, 23:14, 24:5, 25:3
  **Mulryne** [1] - 4:16
  **MULRYNE** [2] - 1:17, 4:5

**N**

  **nail** [1] - 35:25
  **name** [8] - 12:22, 16:24, 19:6, 19:9, 19:10, 20:6, 24:22, 34:6
  **names** [1] - 20:5
  **national** [1] - 22:21
  **National** [4] - 16:20, 17:15, 24:11, 24:16
  **need** [7] - 7:10, 10:13, 11:10, 20:24, 33:16, 33:22, 35:1
  **needed** [1] - 8:6
  **needs** [1] - 35:21
  **nervous** [1] - 9:14
  **never** [1] - 24:24
  **new** [2] - 7:5, 22:12
  **New** [4] - 1:15, 1:19, 22:22, 23:18
  **next** [6] - 9:3, 10:2, 15:7, 18:21, 31:17, 32:25
  **nice** [1] - 31:16
  **Nicole** [1] - 4:15
  **NICOLE** [1] - 1:18
  **night** [1] - 8:3

  **Ning** [2] - 24:20, 24:25
  **nobody's** [1] - 33:2
  **noon** [1] - 5:13
  **Northwest** [5] - 1:15, 1:19, 2:3, 2:7, 37:14
  **notable** [1] - 35:7
  **notes** [1] - 37:5
  **nothing** [5] - 9:17, 11:13, 11:22, 11:25, 16:9
  **notice** [1] - 4:21
  **noting** [2] - 32:13, 32:23
  **NSC** [1] - 17:7
  **number** [3] - 14:22, 22:19, 23:24
  **numbers** [1] - 35:20
  **Ny** [1] - 19:11

**O**

  **O'Neal** [2] - 32:14, 34:10
  **objected** [1] - 7:6
  **objection** [5] - 18:13, 20:16, 22:8, 23:6, 25:3
  **obviously** [1] - 34:15
  **occasion** [1] - 13:1
  **occasions** [1] - 22:25
  **OF** [6] - 1:1, 1:3, 1:10, 1:15, 1:18, 2:2
  **officer** [1] - 24:21
  **OFFICES** [1] - 2:2
  **official** [1] - 37:12
  **Official** [1] - 2:6
  **officials** [1] - 16:21
  **once** [3] - 7:9, 7:25, 11:18
  **one** [15] - 5:2, 5:3, 6:2, 6:21, 7:12, 8:11, 9:9, 9:21, 10:12, 15:7, 15:19, 19:6, 23:20, 34:2, 34:25
  **opposite** [1] - 15:24
  **order** [11] - 5:5, 5:14, 5:16, 5:23, 7:21, 8:22, 9:4, 9:16, 11:11, 31:23, 32:1
  **orders** [1] - 5:2
  **originally** [1] - 7:6
  **owe** [1] - 12:19
  **own** [1] - 23:19

**P**

  **P.A** [1] - 2:3
  **p.m** [1] - 15:18
  **page** [5] - 15:8, 17:22, 18:21, 19:11, 20:23
  **Page** [6] - 15:9, 15:12, 16:10, 17:22, 21:1, 24:13
  **panel** [1] - 11:16
  **part** [1] - 8:18
  **Part** [3] - 5:22, 31:25, 32:3
  **particularly** [2] - 11:4, 23:17
  **parties** [1] - 5:15
  **partly** [1] - 32:3
  **Patterson** [1] - 33:16
  **paying** [2] - 6:20, 6:21
  **people** [8] - 4:22, 7:4, 8:21, 10:18, 32:5, 33:6, 35:7
  **People's** [2] - 13:2, 24:21
  **perhaps** [1] - 25:22
  **period** [1] - 11:17
  **person** [1] - 19:24
  **phone** [3] - 16:4, 16:5, 35:19
  **place** [1] - 17:16
  **Plaintiff** [1] - 1:4
  **played** [1] - 21:20
  **playing** [1] - 21:13
  **plea** [1] - 32:5
  **point** [6] - 7:5, 8:5, 8:22, 21:17, 31:4, 33:19
  **pointing** [1] - 7:8
  **possible** [1] - 10:14
  **posted** [1] - 5:16
  **Pottinger** [3] - 17:11, 17:12, 18:5
  **PRAKAZREL** [1] - 1:6
  **Prakazrel** [1] - 4:12
  **Pras** [2] - 19:11, 23:11
  **preparation** [1] - 23:23
  **prepared** [1] - 31:15
  **present** [1] - 30:25
  **presented** [1] - 32:8
  **president** [1] - 24:21
  **President** [1] - 21:10
  **PREVIOUSLY** [1] - 12:16
  **previously** [2] -

23:25, 32:16
  **Priebus** [5] - 13:2, 13:6, 13:12, 13:14, 13:17
  **primarily** [1] - 32:16
  **probative** [1] - 6:16
  **problem** [4] - 7:3, 7:4, 7:7, 9:15
  **problems** [1] - 11:19
  **proceed** [2] - 12:10, 31:2
  **proceedings** [9] - 4:9, 12:4, 12:6, 25:9, 25:19, 26:4, 30:18, 31:12, 37:6
  **Proceedings** [1] - 36:5
  **process** [1] - 33:11
  **produced** [1] - 37:6
  **pronounce** [1] - 12:22
  **protocol** [1] - 24:20
  **Public** [1] - 1:19
  **publicly** [1] - 33:6
  **publish** [4] - 13:19, 20:22, 21:1, 24:12
  **published** [1] - 16:8
  **purposes** [2] - 10:24, 11:6
  **purview** [1] - 22:23
  **put** [1] - 32:5

**Q**

  **quarter** [2] - 25:16, 26:2
  **question's** [1] - 18:16
  **questions** [4] - 7:9, 8:1, 8:6, 32:22
  **quickly** [1] - 10:13

**R**

  **RAE** [1] - 1:18
  **raised** [2] - 5:15, 34:9
  **RDR** [3] - 2:5, 37:3, 37:12
  **re** [1] - 21:10
  **reach** [1] - 16:21
  **read** [5] - 6:8, 6:17, 7:3, 19:21
  **reading** [2] - 7:5, 18:15
  **reads** [1] - 9:23
  **ready** [5] - 8:15, 11:8, 11:21, 12:10,

32:6
**really** [3] - 9:12, 10:10, 32:7
**reason** [2] - 8:3, 8:8
**received** [1] - 19:7
**recess** [2] - 25:11, 26:3
**recipient** [1] - 15:17
**recognize** [6] - 14:16, 15:3, 15:12, 17:22, 17:25, 22:1
**record** [3] - 4:14, 25:13, 32:24
**recorded** [2] - 21:18, 21:19
**recording** [6] - 21:13, 21:20, 21:21, 23:12, 23:15, 24:3
**recordings** [1] - 24:3
**recovered** [1] - 21:19
**Red** [1] - 3:3
**refer** [2] - 6:9, 7:2
**reference** [8] - 13:14, 13:25, 14:13, 14:20, 15:15, 21:3, 21:23, 21:25
**referenced** [1] - 21:21
**references** [2] - 19:23, 20:2
**referencing** [1] - 15:22
**referring** [1] - 14:14
**reflect** [2] - 18:4, 25:13
**Reince** [2] - 13:11, 13:12
**relates** [1] - 32:19
**relevance** [1] - 22:8
**relied** [1] - 20:18
**remember** [1] - 7:1
**remind** [1] - 13:7
**repetition** [1] - 6:9
**report** [1] - 9:1
**REPORTED** [1] - 2:5
**REPORTER** [1] - 10:5
**Reporter** [2] - 2:6, 37:12
**Republic** [1] - 24:21
**request** [1] - 23:12
**requested** [3] - 13:24, 15:23, 15:25
**resided** [1] - 19:1
**resolve** [1] - 32:24
**resolved** [1] - 14:11
**respect** [1] - 24:2
**rest** [5] - 5:25, 6:1, 6:15, 7:11, 30:23
**restless** [1] - 6:22

**result** [1] - 17:18
**resume** [1] - 31:4
**retired** [1] - 25:8
**return** [1] - 10:3
**review** [5] - 13:1, 13:23, 23:23, 24:1, 34:8
**reviewed** [3] - 8:2, 19:14, 23:25
**Rice** [1] - 13:2
**rice** [1] - 13:6
**Ricky** [2] - 17:7, 18:5
**robert** [1] - 3:5
**ROBERT** [1] - 12:16
**Ron** [1] - 8:5
**Room** [1] - 2:8
**room** [1] - 11:8
**run** [1] - 25:14

## S

**saw** [1] - 25:14
**schedule** [3] - 10:10, 10:15, 11:16
**schedules** [1] - 35:8
**scheduling** [4] - 8:12, 9:3, 10:24, 11:5
**scheme** [1] - 20:2
**screen** [4] - 14:3, 14:8, 14:14, 16:9
**SEAN** [1] - 1:17
**Sean** [1] - 4:16
**seats** [1] - 6:24
**second** [3] - 25:16, 34:2, 34:25
**Section** [1] - 1:19
**security** [1] - 22:21
**Security** [4] - 16:20, 17:15, 24:11, 24:16
**see** [9] - 6:23, 13:11, 14:24, 16:24, 19:23, 21:2, 25:16, 26:1, 32:1
**seeing** [1] - 13:15
**seeking** [1] - 17:6
**send** [2] - 5:22, 31:25
**sender** [3] - 15:16, 15:25, 21:9
**sending** [1] - 20:1
**sense** [3] - 7:16, 31:16, 32:17
**sent** [2] - 15:19, 25:5
**served** [2] - 34:17, 34:21
**SESSION** [1] - 1:7
**Sessions** [3] - 9:2, 9:25, 34:8
**sessions** [3] - 11:12,

31:16, 34:14
**set** [2] - 10:18, 15:3
**shall** [1] - 6:5
**Sharp** [1] - 14:18
**shifting** [1] - 6:23
**short** [1] - 25:15
**shortened** [1] - 33:25
**show** [2] - 16:17, 34:18
**showing** [3] - 14:8, 14:13, 15:12
**shows** [1] - 19:6
**sic** [1] - 13:2
**sick** [1] - 25:11
**side** [2] - 16:2, 24:17
**signature** [2] - 19:8, 19:10
**significance** [3] - 16:14, 16:16, 19:3
**simply** [1] - 6:8
**sit** [1] - 12:7
**slot** [1] - 35:11
**slow** [1] - 11:1
**smoothly** [1] - 8:24
**someone** [4] - 13:16, 16:4, 19:17, 25:22
**somewhat** [1] - 11:15
**soon** [1] - 35:23
**sorry** [4] - 16:10, 21:24, 21:25, 34:4
**sort** [3] - 7:15, 11:15, 32:3
**sound** [1] - 32:24
**speaking** [1] - 13:3
**special** [1] - 11:16
**Special** [3] - 12:3, 12:12, 22:20
**specific** [1] - 15:4
**sponte** [1] - 6:5
**staff** [1] - 17:14
**start** [3] - 6:22, 11:18, 12:19
**starting** [1] - 4:14
**STATES** [3] - 1:1, 1:3, 1:11
**States** [6] - 2:6, 4:12, 4:16, 15:21, 24:17, 37:13
**status** [1] - 35:24
**stenographic** [1] - 37:5
**Steve** [3] - 14:20, 17:1, 17:25
**still** [5] - 5:8, 32:3, 32:22, 33:10, 34:9
**strikes** [1] - 32:5
**stuff** [1] - 9:11

**sua** [1] - 6:5
**suggests** [1] - 18:6
**Suite** [1] - 1:16
**Sun** [3] - 24:20, 24:25, 25:1
**Sunday** [1] - 35:15
**supplied** [1] - 24:3
**support** [1] - 20:14
**supposed** [1] - 13:16
**sustain** [1] - 24:6
**SW** [4] - 14:18, 14:19, 14:20, 17:1
**SWORN** [1] - 12:16

## T

**T1** [1] - 19:17
**Taek** [1] - 20:6
**tape** [3] - 23:12, 24:3
**technical** [2] - 14:6, 14:11
**telephone** [7] - 9:2, 13:24, 14:22, 15:18, 15:22, 15:24, 16:3
**ten** [4] - 31:13, 32:25, 33:12, 35:1
**ten-minute** [2] - 31:13, 35:1
**terms** [7] - 7:7, 8:12, 31:22, 32:8, 33:5, 34:14, 35:8
**terrific** [1] - 33:14
**testified** [3] - 22:9, 22:20, 25:4
**testimony** [2] - 23:23, 32:18
**THE** [73] - 1:1, 1:10, 1:14, 1:21, 2:2, 3:4, 4:1, 4:6, 4:11, 4:17, 4:21, 5:8, 5:12, 5:19, 5:20, 8:10, 9:6, 9:19, 9:24, 10:5, 10:10, 10:17, 11:1, 11:7, 11:10, 11:24, 12:1, 12:7, 12:9, 12:10, 12:12, 13:21, 14:8, 15:8, 15:10, 16:9, 16:12, 18:17, 18:19, 20:18, 20:24, 22:11, 23:8, 23:17, 23:21, 24:6, 25:7, 25:12, 25:15, 25:20, 25:22, 26:1, 30:19, 30:21, 30:22, 31:10, 31:13, 31:19, 31:25, 33:1, 33:9, 33:14, 34:2, 34:6, 34:11, 34:14, 34:24, 35:4, 35:6, 35:14, 35:18, 36:1,

36:4
**themselves** [1] - 11:17
**theory** [1] - 6:2
**therefore** [1] - 8:8
**Thereupon** [4] - 4:8, 12:3, 25:8, 26:3
**they've** [6] - 6:23, 9:10, 11:16, 34:17, 34:20, 34:21
**thinking** [2] - 5:8, 8:22
**three** [1] - 11:12
**tie** [1] - 20:9
**timing** [1] - 10:3
**today** [5] - 5:22, 15:18, 31:5, 32:25, 34:22
**took** [1] - 17:16
**top** [2] - 16:25, 19:12
**touch** [1] - 31:21
**traced** [2] - 19:8, 19:15
**TRANSCRIPT** [1] - 1:10
**transcript** [3] - 7:23, 37:5, 37:6
**transcription** [1] - 9:23
**translated** [2] - 22:6, 22:10
**translation** [2] - 21:10, 22:3
**translator** [1] - 24:20
**trial** [3] - 9:10, 32:8, 33:4
**TRIAL** [1] - 1:10
**true** [2] - 37:4, 37:5
**Trump** [4] - 16:19, 21:10, 21:14, 21:21
**try** [3] - 10:7, 10:17, 34:10
**trying** [3] - 15:3, 32:17, 33:11
**twice** [1] - 6:12
**two** [3] - 5:2, 15:19, 24:22

## U

**U.S** [3] - 1:15, 1:18, 35:23
**under** [1] - 6:5
**UNITED** [3] - 1:1, 1:3, 1:11
**united** [1] - 2:6
**United** [5] - 4:12, 4:16, 15:21, 24:17, 37:13

**unless** [1] - 31:6
**up** [8] - 8:15, 10:18, 11:18, 15:3, 22:12, 31:3, 34:18, 34:23
**update** [1] - 35:24
**updated** [1] - 8:11
**urgently** [2] - 15:23, 15:25

## V

**Ventura** [1] - 1:23
**versus** [1] - 4:12
**voicemail** [1] - 9:23
**vs** [1] - 1:5

## W

**Waddell** [4] - 17:7, 17:10, 17:12, 18:5
**wait** [2] - 14:2, 35:18
**walked** [1] - 9:1
**Wang** [3] - 17:6, 17:9, 17:19
**Washington** [7] - 1:6, 1:16, 1:20, 2:4, 2:8, 10:3, 37:14
**week** [6] - 9:3, 10:2, 10:19, 18:12, 31:17, 34:21
**weekend** [2] - 31:3, 35:11
**Wengui** [2] - 21:24, 22:15
**White** [10] - 15:17, 15:23, 16:3, 16:4, 16:5, 16:19, 17:14, 18:11, 32:17, 32:19
**whole** [1] - 6:17
**William** [2] - 34:4, 34:7
**wind** [2] - 8:15, 11:18
**Witness** [1] - 25:21
**WITNESS** [2] - 12:16, 23:21
**witness** [8] - 6:7, 8:4, 8:5, 11:3, 11:8, 12:1, 31:22, 32:23
**WITNESSES** [1] - 3:4
**witnesses** [11] - 6:11, 8:14, 8:16, 8:19, 11:5, 11:8, 31:17, 32:14, 33:5, 33:20, 34:1
**works** [2] - 10:22, 11:13
**worse** [1] - 21:13
**writer** [1] - 15:16

**written** [1] - 22:6
**Wynn** [6] - 14:21, 15:4, 16:22, 17:6, 18:1, 18:4
**Wynn's** [1] - 16:24

## X

**Xiaohui** [1] - 15:20

## Y

**yesterday** [3] - 6:4, 6:19, 13:9
**York** [4] - 1:15, 1:19, 22:22, 23:18
**yourself** [1] - 4:13
**yourselves** [1] - 31:8

## Z

**Zaki** [3] - 5:2, 5:7, 7:15
**Zhao** [1] - 15:20
**Zitman** [11] - 22:16, 22:20, 22:24, 23:3, 23:4, 23:7, 23:12, 23:15, 23:18, 23:24, 24:4