UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>PRAKAZREL MICHEL<br><br>　　　Defendant. | Crim. No. 1:19-cr-148 |

## MOTION TO WITHDRAW AS COUNSEL

**To the clerk of court and all parties of record:**

Please take notice that, pursuant to LCrR 44.5(d), Mark G. Califano hereby moves to withdraw as counsel of record for Defendant Prakazrel Michel in the above-captioned case. Mr. Califano's withdrawal is due to his retirement. Mr. Califano no longer needs notice of filings in this matter, and the Clerk is requested to remove Mr. Califano's name from all CM/ECF service lists for this case.

Peter Zeidenberg, David Tafuri, M. Scott Peeler, Michael Dearington, and Sarah Bruce Jackson of Arent Fox Schiff, Melissa Gomez Nelson and Louis Pellegrino of Dentons US LLP, and Bradley Price of Dentons Davis Brown PC will remain as counsel for Prakazrel Michel.

Acknowledged by:　　　　　　　　　　_DocuSigned by:_
　　　　　　　　　　　　　　　　　　　　Prakazrel Michel

Date:  February 7, 2025                Respectfully,

*[signature]*

Mark G. Califano (DC Bar No. 424050, NY Bar No. 5644083)
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
Mark.Califano@dentons.com
202-496-7327

## CERTIFICATE OF SERVICE

On this 7th day of February, 2025, I directed the foregoing document to be electronically filed with the Clerk of the Court for the United Stated District Court for the District of Columbia by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record. In addition, I caused a copy of this document to be served on Mr. Michel by United States mail and by electronic mail.

Respectfully submitted,

Mark G. Califano (DC Bar No. 424050, NY Bar No. 5644083)
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
Mark.Califano@dentons.com
202-496-7327

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PRAKAZREL MICHEL<br><br>　　　　Defendant. | Crim. No. 1:19-cr-148 |

## PROPOSED ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel for Mr. Michel filed by Mr. Califano, it is hereby:

**ORDERED** that Mr. Califano's Motion to Withdraw as Counsel for Mr. Michel is hereby **GRANTED**.

					_____
					HON. COLLEEN KOLLAR-KOTELLY
					UNITED STATES DISTRICT JUDGE