UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRAKAZREL MICHEL<br><br>Defendant. | Crim. No. 19 Cr. 148 (CKK) |

## MOTION TO WITHDRAW AS COUNSEL

**To the clerk of court and all parties of record:**

Please take notice that, pursuant to LCrR 44.5(d), Melissa Gomez Nelson, Louis A. Pellegrino and Bradley Price (collectively, "Dentons Counsel") hereby move to withdraw as counsel of record for Defendant Prakazrel Michel in the above-captioned case. Dentons Counsel's withdrawal is due to the fact that their representation of Defendant in the above-captioned matter was limited to the Forfeiture issues which the Court decided in its order entered on October 30, 2025. *See* Dkt No. 378.

Withdrawal of Dentons Counsel will not prejudice Mr. Michel because other counsel, Arent Fox Schiff, remain as counsel of record for Prakazrel Michel.

Acknowledged by:

*/s/ Prakazrel Michel*
DocuSigned by: E0B4F95321514A5...
Prakazrel Michel

Date:  November 5, 2025

Respectfully,

Melissa Gomez Nelson (DC Bar No. 984471)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Melissa.GomezNelson@dentons.com
202-408-9170

Louis A. Pellegrino
*Admitted via Pro Hac Vice*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Louis.Pellegrino@dentons.com
212-398-5795

Bradley D. Price
*Admitted via Pro Hac Vice*
DENTONS DAVIS BROWN
215 10th St, #1300
Des Moines, IA 50309
Brad.Price@dentons.com
515-246-7857

## CERTIFICATE OF SERVICE

On this 5th day of November, 2025, I directed the foregoing document to be electronically filed with the Clerk of the Court for the United Stated District Court for the District of Columbia by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record. In addition, I caused a copy of this document to be served on Mr. Michel by United States mail and by electronic mail.

                                                    Respectfully submitted,

                                                    Melissa Gomez Nelson (DC Bar No. 984471)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Melissa.GomezNelson@dentons.com
202-408-9170

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRAKAZREL MICHEL<br><br>Defendant. | Crim. No. 1:19-cr-148 |

## PROPOSED ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel for Mrs. Gomez Nelson, Mr. Pellegrino, and Mr. Price filed by Mrs. Gomez Nelson, it is hereby:

**ORDERED** that Mrs. Gomez Nelson, Mr. Pellegrino, and Mr. Price's Motion to Withdraw as Counsel for Mr. Michel is hereby **GRANTED**.

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE