UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                                 )
                                 )
                                 )
v.                               )        Case No. 19-148-1 (CKK)
                                 )
PRAKAZREL MICHEL (1),            )
                                 )
                                 )
        Defendant.               )

¹ **ORDER GRANTING DEFENDANT PRAKAZREL MICHEL'S**
**MOTION FOR POSTPONEMENT OF REPORT DATE**

Upon consideration of the Defendant's Motion for Postponement of Report Date, and any

responses or replies thereto, and good cause having been shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and Defendant Michel's report date is

continued to no earlier than April 30, 2026.

ENTERED this 25ᵈ day of ___March___, 2026.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE

Copies to:    All counsel of record by ECF